UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF SOUTH CAROLINA
CHARLESTON CITY DIVISION

RECEIVED CLERK'S OFFICE

2018 JUN 29 A 8:35

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

Plaintiff,  Bill of Attainder NO: 17CR301

UNITED STATES DISTRICT COURT
Charleston City Division
of State of South Carolina

Affidavit of Fact
Discovery

To: Judge Duffy

To: U.S. Attorney Emily Limehouse

Defendant
Rashaun Allen Judge

Comes now, Rashaun Allen El, is not Black, African American, Color nor Negro, the Supreme Court also agree see: Supreme Court Ruling: Williams v. Joseph Spencer. It Is established fact that he is Rashaun Allen El, ex relatione Rashaun budge. Rashaun Allen El is a man of African descent, a Moor/Al Moroccan/Moorish American National Indigenous living Being Aboriginal to the land, in propria persona, Sui Jure, sui Heredes? TRUE or FALSE If false is the answer please show proof, let the law show on Its face.

It Is established fact, that Rashaun Allen El, is not a 14th Amendment created as a corporate Citizen-corporate construct on paper, the 14th Amendment was NEVER RATIFIED not withstand. Rashaun Allen El, is not a UNITED STATES Citizen, the supreme court also agree see: Supreme Court Ruling: Dred Scott V. Sanford, See XIII Amendment Section 12 that Is RATIFIED, by the authority of the American Constitution for the United state Republic. The IX Amendment, state that the enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people. We the people Rashaun Allen El, Is one of the people? TRUE or FALSE If false is the answer please show proof, let the law show on Its face that It was ratified date and under what authority.

Rashaun Allen El, has no relation to the Civil rights act that was unlawfully established for Conferring Citizenship and placing people of African descent Under the jurisdiction of a corporate State or as chatel property with NO Rights to be acknowledge. If not true produce a copy of Document that was ratified the date and Under what authority.

UNITED STATES DISTRICT COURT do not have subject-matter-jurisdiction over people of African Descent the Supreme court also agree see: Supreme court Ruling UNITED STATES V. Schooner Amistad, 40 U.S. 518 (1841). It Is establish fact Thus, proof of human slavery and human trafficking? TRUE or FALSE If false is the answer please show proof, let the law show on its face.

Therefore It Is established fact that as a Moorish American National Rashaun Allen El, have Constitutional diplomatic immunity under UNITED STATES federal Government and international law. Title 18 part 1 Chapter 7 section 112.(111b)(b), United Nations PO 2421, DOJ Political status: classified-truth A-1 freehold by Inheritance, Library of Congress constitutional diplomatic immunity Credentials No. AA 22214, Title 22 USC chapter 2 Consular court section: 141-143, United states Executive order 13107.

To all agents and agencies 242, 245, 878, 1116, 2119 and Title 42 USC-Civil liabilities for Violation the soveregin rights of any Indigenous people, Moor are Aboriginal to the Americans? TRUE or FALSE If false is the answer please show proof, let the law show on its face.

Therefore It is established fact that, Nationality is that quality which arises from the fact of a Natural people belonging to a nation or State Nationality determines the political status of the Individual especially with reference to allegiance arises either by birth or by Naturalization. Nationality and birthrights courts must understand that civilization law comes from Nations. And If you are not part of a Nation you do not come under its law. Everyone is endowed from their Creator with Certain Unalienable rights, which cannot be transferred, bought or sold or turned into a Crime? (As it has been done to Rashaun Allen El). TRUE or FALSE If no is the answer please show proof, let the law show on its face.

Therefore It Is established fact, All Affidavit have been considered, answered affirmed or denied categorically, point-by-point in writing. Failure to do so is dishonor (default) non-response. This becomes fraud for failure to provide full disclosure predicated upon Violation of due process of Law. (American Constitution for the United states Republic Article IV Full faith and credit clause). Litigation and prosecution? TRUE or FALSE If false is the answer please show proof, let the law show on its face.

Question

1. Is the state of South Carolina code, law or Bill of Attainder? If no is the answer please show proof, let the law show on its face that it was ratified and under what authority.

2. Is It true that for the state to be a party it must appear on the record under Oath and in the federal Government no court can hear any issue relating to state matters, If the incident did not take place on federally owned land or any land that a corporation has jurisdiction over? Yes or No If Yes is the answer please show proof, let the law show on its face.

3. Is it true African Descent cannot be a citizen? Yes or No

4. Is It true that a warrant without probable cause is Void? Yes or No if no is the answer please show proof, let the law show on its face.

5. Is It true that charleston is the capital of the state of South Carolina Republic? Yes or No If no is the answer please show proof, let the law show on its face that it was ratified when and under what authority.

6. Is It true that columbia South Carolina is the capital of the STATE OF CAROLINA Services company, Article of incorporation the year Seventeen seventy-six 1776 Dun-067006072 Is a democracy? Yes or NO If no is the answer please show proof, let the law show on its face that it was ratified when and under what authority.

7. Is It fact that UNITED STATES CORPORATION SERVICES COMPANY, Article of incorporation filed 7-15-1925 Duns No.(100009) is a democracy? Yes or No If no is the answer please show proof, let the law show on its face.

8. Is It true that there must be a Victim for a Crime to exist? Yes or No If no is the answer please show proof, let the law show on its face.

9. Is It a fact that when private commercial paper is used by corporate Government it then loses its Sovereignty status and becomes no different than a mere private corporation? Yes or No If no is the answer please show proof, let the law show on its face that and under what authority.

10. Is It true that American Constitution for United States Republic is the supreme law of the Land? Yes or No If no is the answer please show proof, let the law show on its face and under what authority.

11. Is It true that Judge and the Prosecutor in case took an oath to uphold and support American Constitution for United States Republic? Yes or No

12. Is It true that once jurisdiction has been challenged it cannot be assumed, it must be proved to exist? Yes or No If no is the answer please show proof, let the law show on its face.

13. Is It true that Judicial officers have no immunity when they have no jurisdiction over subject matter? Yes or No If no is the answer please show proof, let the law show on its face.

14. Is It true that the state or the federal government cannot diminish rights of the people? Yes or No If no is the answer please show proof, let the law show on its face.

15. Is It fact that government then becomes bound by the rules and laws that govern private corporations which means that If they intend to compel an individual to some specific performance based upon its Corporate statutes or corporation rules, then the government, like any private corporation must be the holder-in-due-course of a contract or performance are made. Yes or No If no is the answer please show proof, let the law show on its face and under what authority.

16. Do the UNITED STATES DISTRICT COURT have (1) Personam jurisdiction (2) Subject matter jurisdiction, (3) Geographic (Territorial)? Yes or No If yes is the answer please show proof, let the law show on its face.

17. Is It true that no government, STATE or FEDERAL, has jurisdiction over the people? Yes or No If yes is the answer please show proof, let the law show on its face and under what authority.

18. Is It true that a complaint must Identify at least one plaintiff by true name. Otherwise no action has been commenced? Yes or No If no is the answer please show proof, let the law show on its face.

19. Is It true you have the right to face your accuser? Yes or No If no is the answer please show proof, let the law show on its face.

20. Is It fact that the Congress or the state, do not have the power to regulate people however they can regulate person? True or false

21. Is Rashaun Allen El, a Corporation or a Man that is a living breathing Man? True or false

22. Is It true that the court cannot bring in a living, breathing man and have jurisdiction over a man the Court can only bring in a corporation? True or false If false is the answer please show proof, let the law show on its face.

23. Do Rashaun Allen El have the right to be left alone? Yes or No

24. Is it true that the district court do not have jurisdiction because the allege crime did not take place in federally owned land? Yes or No

25. Is It true that if the district court do not have jurisdiction, therefore is it the same for all State Court without Rashaun Allen El consent?

26. Is Emily Limehouse the attorney or a witness? Put it on the record

27. For the record can Judge Duffy guarantee that Rashaun Allen El, will have a fair and impartial, trial on his bond and oath to administer the law and apply it to the fact?

28. What are the duty of a trustee and are you trustee? True or false

29. Is It fact that Rashaun Allen El, is the Beneficiary? True or false

30. Is It fact that codes are for Government employees only? True or false

31. Is it fact that all court (including those in Washington D.C. are foregin states to Moors this includes the U.S. District court? True or false

32. Is It fact that Treason is a Violation of the United States Republic Constitution? True or False
33. Is It a fact that perjury is usually understood as lying under oath, (which is a Violation of an Oath)? True or false.

Please give a short statement on basis of each Supreme court case ruling below, for the record is Supreme court case ruling are stare Decisis and stand as law and are agreeable to the Constitution?

0. Clearfield trust co. V United states
1. Dred Scott V Sanford
2. William Dungey V. Joseph spencer
3. United states V. Schooner Amistad
4. Main V. Thiboutot
5. Brooks V. Yawkey
6. Hagans V. Lavine
7. Lowe V. Alexander
8. People V. Board of Delegates of San francisco
9. Stuck V. Medical Examiners

I declare under the penalty of perjury, the law of the United STATES CODES and your Oath and bond, that every answer above is true and correct to the best of your knowledge and honorable intent? Yes or No

Discovery

Is U.S. attorney Emily Limehouse a Bar Attorney an member of the Bar Association? And if yes is the answer please produce a copy for the record.

Is Judge Duffy a Bar member an member of the Bar Association? And If yes is the answer please produce a copy of the record.

Pursuant to Article III, section II of the United States constitution Judicial Authority is Vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority order". For subject matter jurisdiction for the record, on the record, and let the record show forward a copy of the Superior court GA IS Certified Delegation of Authority order confirmed by Congress as a lawful and formal Discovery.

Let it be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation Authority order is received within the specified time frame this Affidavit of fact-Writ of Discovery shall stand as law affirming that this court does not have jurisdiction as per Article III, section II of the United States Constitution.

Furthermore I demand, as is my constitutional/Treaty secured rights, a copy of the Oath of office, Oath of Ethics, and Bond Number for all state/government officals, employees, Judges, Prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and title 8-3-236 of the South Carolina code of law of the State of South Carolina.

It have been so Ordered 6/20/2018

For and by Reshaun Allen El, Beneficiary Ex Relatione Rashaun Allen Judge status

Classified-truth A-1 freehold by Inheritance Credentials No: AA 222141

UCC+103  UCC-1-308 All Rights Reserved

I Am: Rashaun Allen El