IN THE DISTRICT COURT OF UNITED STATES OF AMERICA
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 JUL 26 AM 11:14

UNITED STATES OF AMERICA          AFFIDAVIT OF FACT
— Versus —                                      NOTICE OF DEFAULT
RASHAUN ALLEN JUDGE             Criminal Number: 2:17-Cr-301

You are hereby noticed that you are in default of an opportunity to respond to the AFFIDAVIT OF FACT/DISCOVERY that was sent on 6/29/18. You were given the opportunity to rebut by your failure to answer said writ.

A DEFAULT JUDGEMENT is being sought against you having waived the right to answer by acquisence, tacit admission and failure to contest, rejecting your Due Process Opportunity. (See Randone V. Appellate court, 5 C3d, 536; Mullane V Central Hanover Trust Co, 339 U.S. 306, 314; Melorich Builders V. Superior Court, 160 Cal App 3d 931)

IN absence of such response, defendant RASHAUN ALLEN JUDGE, hereby inserts and records this NOTICE OF DEFAULT pursuant to the South Carolina Constitution Article 1, Section 3, Amendment 5 of the United States Constitution, and Title 18, ch 13, section 241 & 242.

I Rashaun Allen El, have personal knowledge of the above facts, am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of Perjury.

I am: Rashaun Allen El
Rashaun Allen El Authorized Representative
Natural Person, In Propria Persona
Ex Relatione Rashaun Allen Judge
All Rights Reserved
U.C.C. 1-207/1-308; U.C.C. 1-103

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED CLERK'S OFFICE
2018 JUL 25 P 12:44
DISTRICT COURT

UNITED STATES OF AMERICA

— Versus —

RASHAUN Allen JUDGE

Motion To Compell
Discovery

Criminal Number: 2:17-Cr-301

You were advised that certain documention was requested to make a physical inspection and enable the defendant to Verify and witness the same in order to prepare a defense. You were advised to provide the requested information in order that I may study all evidence regarding this matter within ten (10) days of receipt of this Notice of Discovery.

Discovery

1.) Is U.S. Assistant attorney Emily Limehouse, a Bar Attorney, a member of the Bar Association? And If yes is the answer please produce your bar number for the record.

2.) Is Judge Duffy, a member of the bar Association? And If yes is the answer please produce your bar number for the record

3.) U.S. assistant attorney Emily Limehouse please produce the contract or Commerical Agreement between the two party for the record, the state of SOUTH CAROLINA is a corporation duns NO: 067006072, Article of incorporation the year seventeen seventy-six 1776.

4.) U.S. assistant attorney Emily Limehouse please produce a certified copy of Oath and Public hazard bond.

5.) U.S. assistant attorney Emily Limehouse please produce a certified copy of GA 15' Delegation of Authority.

6.) U.S. assistant attorney Emily Limehouse, please produce a certified copy of the ratified date of the codes being enforce as law.

7.) U.S. assistant attorney Emily Limehouse, to please produce proof of citizenship and to put Nationality on the record.

Res Judicata

Hagans V. Lavine u.s. 533., There is no discretion to ignore lack of subject-matter jurisdiction. Joyce V US. 4742d 215; The law provides that once state and Federal jurisdiction have been challenged, it must be proven. Main V. Thiboutot 100. s. CT 2501 (1980); "Jurisdiction can be challenged at any time" and "jurisdiction, once challenged, cannot be assumed and must be decided" Basso V Utah Power and Light co. 495 F. 2d 906, 910

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and command for United states and/or Judge Duffy to produce for the record, the physical documented Delegation of Authority, as proof of Jurisdiction, as required by law, per Article III, section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officals are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpratice bonding Company and the policy number of the bond and, If required, a copy of the policy describing the bonding coverage of their specific performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 usc) and is prima facie evidence and grounds to impose upon the offical personally to secure their public Oath and Service of office. (18 usc 912)

"Whoever, having taken an Oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an Oath to be administered, willfully and contrary to such Oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 USC §1621.

I am: Rashaun allen El
Rashaun allen El Authorized Representative
Natural Person, In Propria Persona
Ex Relatione Rashaun Allen Judge
All Rights Reserved
U.C.C. 1-207/1-308; U.C.C. 1-103