UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

RECEIVED
USDC CLERK, CHARLESTON, SC

2018 SEP 24  PM 12: 49

| UNITED STATES OF AMERICA | MOTION TO COMPELL |
|---|---|
| — Versus — | DEFAULT NOTICE |
| RASHAWN ALLEN JUDGE | Criminal Number 2:17-cr-361 |
| | DATE September, 14, 2018 |

You are hereby noticed that you are in default of an opportunity to respond to the Motion to Compell that was filed on 7//18. You were given the opportunity to rebut by your failure to answer said writ.

A DEFAULT JUDGEMENT is being sought against you having waived the right to answer by acquiescence, tacit admission and failure to contest, rejecting your Due Process opportunity. (See Randone v. Appellate Court, 5 c 3 d, 536; Mullane V. Central Hanover Trust Co, 339 U.S. 306, 314; Melorich Builders V. Superior Court, 160 Cal App 3d 931)

In absence of such response, defendant RASHAWN ALLEN JUDGE, hereby inserts and records this NOTICE OF DEFAULT pursuant to the South Carolina Constitution Article 1, Section 3, Amendment 5 of the United States Constitution, and Title 18, Ch 13, Section 241 and 242.

I Rashaun Allen El, have personal knowledge of the above facts, am competent to testify to the above facts, and declare that the foregoing is true, correct and complete under the penalty of perjury.

RECEIVED
USDC CLERK, CHARLESTON, SC

2018 SEP 24  PM 12: 49

I am : Rashaun Allen El
Rashaun Allen El Authorized Representative
Natural Person, In Propria Persona
Ex Relatione Rashaun Allen Judge
All Rights Reserved :
U.C.C. 1-207/1-308; U.C.C. 1-163