RECEIVED
USDC CLERK, CHARLESTON, SC

2018 SEP 24  PM 12: 51

# THE MOORISH NATIONAL REPUBLIC
## FEDERAL GOVERNMENT NORTHWEST AFRICA.
## THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*
### 'The North Gate'.
### Societas Republicae Ea Al Maurikanos.
### Aboriginal and Indigenous Natural Peoples of the Land.
### The true and de jure Al Moroccans / Americans.

# 𝔑otice 𝔒f 𝔓ublic 𝔕ecords 𝔠orrection
## 𝔍nternational 𝔇ocument
### For The Record, To Be Read Into The Record
#### Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

This International Correspondence and Public Notice is hereby presented and forwarded to you relative to the corrected appellation and proclaimed Nationality, which affirms my political status and allegiance to my Ancestral Estate and Ancient Principals of Government, in harmony with the American Constitution 1791.

You are hereby given honorable Notice. This correction is made in accord with the Five Principals of Love, Truth, Peace, Freedom and Justice, exercising my natural Substantive Rights and Religious Heritage; is self executing.

Attached is a one page Name correction and six page International Proclamation.

In Honour Always,
Thank You,
I Am: 
Dominus Nobilis El, Consul
Authorized Representative
Flesh and Blood Being, In Propria Persona
All Rights Reserved: Without Recourse, With Prejudice
Northwest Amexem



  

RECEIVED
USDC CLERK, CHARLESTON, SC

# THE MOORISH DIVINE AND NATIONAL MOVEMENT (NORTHWEST AMEXEM)

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION
## PROCLAMATION AND PUBLICATION

I, Rashaun Allen El, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, Rashaun Allen Judge , do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, "Proper Person Status"; and' reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: Rashaun Allen El, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1.  FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
    (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).

2.  UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
    Moorish American Credentials:  AA 222141- **TRUTH A-1**

3.  UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State

4.  UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).

5.  RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),

6.  UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].

7.  RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

**Wherefore, I,** Rashaun Allen El, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: _Rashaun Allen El_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Reginald Bonner Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _William Ziver Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America

RECEIVED
USDC CLERK, CHARLESTON, SC

2018 SEP 24 PM 12:51

*E*gypt, The Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes.   Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

*T*he '**Great Seal Pyramid**' is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth.   The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

*T*he Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey,** and **Al.**   The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

*T*he present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of  "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic.  Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - **Love, Truth, Peace, Freedom,** and **Justice**.  The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON– OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of

RECEIVED
USDC CLERK CHARLESTON SC
2018 SEP 24 PM 12: 52

Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1-787) superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations "**Declaration of the Rights of the Child**" General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations "**Universal Declarations on Human Rights**" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

*Furthermore*, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1. *The* Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

2. *The* use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163**:

3. *The* Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125**:

4. *The* Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579**:

5. *S*tate Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449**: which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971)**:

6. *The* state is prohibited from violating Substantive Rights. Owens v. City, 445 US 662 (1980); and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159**, nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300**:

7. *T*raveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971)**.

RECEIVED
USDC CLERK, CHARLESTON, SC

2018 SEP 24  PM 12:52

8. **Under** the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. **Where** Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. **The** claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. **For** a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. **If** any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 211 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "**Lack** of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I,R., 323 US 310, 313.**

**Whereas**, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

**Whereas**, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

**That** the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. Marbury v. Madison 5 U.S. 137, 174, 176 (1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United  States Codes of Law:

*If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States, or because of his having so exercised the same; or...*

*If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -*

*They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts commited in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an*

RECEIVED
USDC CLERK, CHARLESTON, SC

2018 SEP 24   PM 12: 52

*attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.*

**𝒯itle 18, Part 1, Chapter 13 §242 of United States Codes of Law:**

**𝒲hoever,** *under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts commited in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.*

**𝒯herefore,** in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c);   The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

**𝒲herefore** all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law.  All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped – up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

**ℰxplicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the

5

RECEIVED
USDC CLERK, CHARLESTON, SC

2018 SEP 24 PM 12: 52

name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known...:

*R*epresent means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can '**Present**' 'Self'!

*I*, **Rashaun Allen El**, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*H*ibu (Love), *H*aqq (Truth), *S*alaam (Peace), *H*urryatun (Freedom), *A*dl (Justice), *A*ll Rights Reserved Without Prejudice / Recourse; Allodial Claim.

*I* Am: _____

<small>Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved</small>

*A*boriginal / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

<small>*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands
Al Moroc / Ameru / Americana)</small>

*B*y Special Appearance, in Honor, the Divine Being, **Rashaun Allen El**, Affirms that He / She is the Natural Person / Divine Being herein named, existing in His / Her own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document. I therefore place my hand and seal thereto.

*C*hronos:
Day: ___4___    Month: _August_    Year: _2018_.

*I* Am: _____

<small>Vizir / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Muur
Northwest Amexem / Northwest Africa / North America</small>

Witness: _____

<small>Natural Person - In Propria Persona - All Rights Reserved</small>



RECEIVED
USDC CLERK, CHARLESTON, SC
2018 SEP 24  PM 12: 52

# "Protocols of Notice"
## For National Identification Card and Proclamation Papers
### R.V. Bey Publications

IF YOU ARE RECEIVING THIS INFORMATION, IT IS BECAUSE YOU HAVE SUBMITTED YOUR NAME CORRECTION AND JUDICIAL NOTICE AND PROCLAMATION TO BE SEALED, AND/OR HAVE ACQUIRED A MOORS ALLODIAL NATIONAL IDENTIFICATION CARD(S), FROM R.V. BEY PUBLICATIONS IN ASSOCIATION WITH THE MOORS HERITAGE AND HISTORY SCHOOL AND MOORISH NATION PUBLIC RECORDS.

A TEST WAS ADMINISTERED ON THE R.V. BEY PUBLICATIONS ON THE "NATIONAL IDENTIFICATION CARD PAGE, FOR SELF ASSESSMENT PURPOSES. IT WAS NOT NECESSARY FOR IT TO BE COMPLETED PRIOR TO RECEIVING YOUR CARD(S), HOWEVER WE HIGHLY SUGGEST YOU COMPLETE IT IN YOUR OWN TIME AS DILIGENTLY AS POSSIBLE.

IF YOU WERE NOT ABLE TO ANSWER THE QUESTIONS FAIRLY RELATIVE OR RELATIVELY ACCURATE, IT IS IMPORTANT YOU STUDY, STUDY, STUDY AND STRIVE TOWARDS GAINING KNOWLEDGE TO SHOW YOURSELF APPROVED. BE YOU A LOYAL AND FAITHFUL MOOR, AN ACTIVE MEMBER, A BETTER 'CLASS A' CITIZEN — THE NATIONAL — THE HIGHEST RANKING CITIZEN WITH A NATIONAL AND INTERNATIONAL DISPOSITION REGARDING YOUR AFFAIRS.

*TAKE YOUR PLACE AMONGST THE AFFAIRS OF MAN AND CLAIM YOUR 'SEEMINGLY' LOST ESTATE.*

Due to the fact that the Union States' Corporate - State Agencies and Quasi-Government agencies have instituted the 'Colorable' practices of Birthrights theft, it is the Natural Persons' best interest to Notify or to Give Declaratory Affidavits of Facts to all parties of interest. These shall serve as Notice to Principles and to Agents, that there shall be no assumed jurisdiction in matters concerning Moorish American Nationals.

In ideal circumstances, (when government is operating according to Constitutional limitations), such protocols would be less necessary. However, the fact remains that the opposite is true! Corrupt Government officials and personnel at all levels, Federal, State, County, and Local, are consistently violating the Constitution to which they are bound by law to support and uphold! Thus, necessitating the unorthodox issuing of writ on a massive scale. The point of the writs being sent to the various Departments is to notify them of criminal activities among the local and State officials. They have an fiduciary obligation to act or to pass the complaints on to the properly authorized government agency to investigate the criminality. If not, they too, are in conspiracy in such matters. The paper trail of evidence produced by active Moors and other Constitutionally—loyal citizenry, affirms these facts 'for the record'! Keep in mind that Article III, Section 2 of the Constitution also deals with matters of 'Diversity of Citizenship' in controversies to which the United States is a party. Thus, the governmental positions of Ministers and Consuls come into play in international relationships, even in territories where different nations may be operating in the same territory.

Be cognizant at all times about the rule of law that is key to dealing with, and maintaining, good government. It is called, "The Separation of Powers" The constitution for The United States Republic of North America is based on that Principle. A clear consciousness of this governmental principle must be present in the mental processes of all right-law reasoning natural persons. It is also an important measure for distinguishing and identifying the barriers and limits of 'jurisdiction' in all and any legal argument or controversy before any court or tribunal, or subject matter in government.



Moors Heritage & History School
Love • Truth • Peace • Freedom • Justice
"The Boat has Left The Dock"



Protocols—Writs

Classes every Wednesday Doors Open 6 p.m. until 10 p.m.
National "Black" Theatre, 125th and 5th Harlem, New York

The Moorish Divine and National Movement Of The World

RECEIVED
USDC CLERK, CHARLESTON, SC

2018 SEP 24  PM 12: 52

## ...ABOUT CHECKS AND BALANCES

The word, 'Check' means, "an abrupt halt or stop; to rebuff; a restraint or control., etc." The word, 'Balance' means, a stable state or condition characterized by cancellation of all forces by equal opposing forces. Balance brings about a stable, harmonious, and satisfying arrangement or proportion of parts or branches of government by design and composition.

The Constitution is structured to ensure that no branch of the Federal Government becomes too powerful, and thereby upset the balance, stability, and harmony of powers delegated to them. Such an imbalance promotes tyranny. There are Three (3) Branches of Government; the Legislative, the Executive, and the Judicial. This is how Checks and Balances works:

The Legislative Branch of Government (the Congress) makes Law. The President has the power to 'veto' or turn down a law proposed by the Congress. The 'Veto Powers' of the President can 'Check' the lawmaking power of the Congress. That doesn't mean that the President can deny any law passed by the Congress. Wouldn't that give the President (Executive Branch) too much power? Then comes the 'Balance'. The Constitution provides that the Congress can override the veto of the President with two—thirds votes of both Houses of the Congress. This way the Congress can 'Check' the lawmaking power of the Executive Branch (President).

The Supreme Court can also become involved in lawmaking by virtue of having the power to interpret the meaning of laws, and making such declarations known in its decisions and rulings. Furthermore, the Supreme Court can declare that certain laws are in conflict with the Constitution, and are therefore null and void, and cannot b e enforced.

## ...ABOUT ANARCHY

A violation of the 'Checks and Balance' principle, established by the ancient principles adopted for the Constitution for the United States Republic, brings about strong possibilities for corruption, despotism, tyranny, and anarchy. Unfortunately, and due to European—Colonial influences, and Inquisition—oriented persons, having years of monopolizing powers in government, the Checks and Balances, rooted in Constitution Law, has been subverted. We, the Aboriginal Natural Peoples (Moors), having been colorably—held to forced servitude under European occupation of our lands, have suffered the far-reaching sting of 'Anarchy in Government'.

The Constitution for the United States Republic is based in, and is heavily influenced by, 'Allodial Principles', which came down from, and are influenced by, Moorish Jurisprudence. (Research the Renaissance—14th 15th and 16th centuries in Europe). Keep in mind that the governmental standards of Europe, as distinguished from Moors / Moslems, is that of Feudalism. Feudalism is the opposite of Allodial. This is why there have been serious clashes in the forms of government and in the nature of attitudes towards the fundamental divine and unalienable rights of natural people. Compare Feudal to Allodial.

Anarchy is the absence of, or distortion of, any kind of political authority, and manifests as political disorder and confusion. Thus, anarchy is a violation and disengagement from any cohering principle, as a common standard or purpose. And this is the political and social condition of the past and present governments operating (in monopolistic form) in the United States of North America. A major problem that plagues the people in these days is that politicians and personnel in the government have become so corrupt that they are warring against the people. This is a result of anarchy in government.

## ...ABOUT ACTIVE MOORS

The positive thinking activities of the Moorish Americans (Aboriginals of the Land) includes the enforcement of the Constitution for the United States of North America, and the restoration of the 'Checks and Balances' inherent in its construct.

Writs and Affidavits have been issued by Moorish Americans, to the varied Departments of government, or Agencies posing as legitimate parts of the Government. These actions serve to give Notice to Principals and Agents about our "In Propria Persona Status", and to also notify them about fiduciary failings and Constitutional violations. Preceding the 7 locations, the reader is presented with Articles III and VI of the Constitution for reference and affirmation of right. Following the Constitution Articles, are seven (7) government agencies to which active Moors have sent correspondences.

## ARTICLE III:

*Section 1. The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior*

RECEIVED
USDC CLERK, CHARLESTON, SC

vice and opinions to the President and to the heads of the Executive Departments of Government when so requested. In matters of exceptional gravity and importance, the Attorney General appears in person before the Supreme Court. Since the Act that established the Department of Justice as an Executive Department of the Government of the United States, the Attorney General has guided the world's largest law office and the central agency for enforcement of Federal Laws. Eric Holder is Attorney General at this time; sworn in office February 3, 2009 by Vice—President Joe Biden, under the Barack Obama Administration.

4.    **The Department of State: Secretary of State (Hillary Clinton):** The Secretary of State is the member of the cabinet of the Executive Branch of Government, who advises the President of the United States Republic in the conduct of foreign affairs. In the Republican Form of Government (which the United States has, by Constitution law) the President is solely responsible for the control of foreign relations. These matters include and involves, Ministers, Consuls, Ambassadors, and Embassies, etc. However, the President normally relies upon the Secretary of State to initiate and to develop policies in such matters, and relies on the Secretary to defend those policies before the Senate Foreign Relations Committee and The House Committee on Foreign Affairs.

Since the Secretary of State deals with issues of foreign nations, and the relations that the United States has with those nations, it is befitting that the Secretary of State be made aware of the several States' politicians' miscreant behavior; and the failure of the officers of the courts (Judges, etc.) of fulfilling and upholding their fiduciary duties to secure the rights of the citizens and the natural people, etc. The Judges of every state are bound by law to secure the rights of the people, just as the Federal Government is obligated to do the same. See Article VI of the Constitution.

5.    **The Department of Interior:** The Department of Interior (DOI) is the nation's conservation agency. Our mission is to protect America's treasures for future generations; provide access to our nation's natural and cultural heritage; offer recreation opportunities; honor our trust responsibilities to American Indians and Alaska Natives; and our responsibilities to island communities; conduct scientific research; provide wise stewardship of energy and mineral resources; foster sound use of land and water resources; and conserve and protect fish and wildlife. The work that we do affects the lives of millions of people; from the family taking a vacation in one of our national parks, to the children studying in one of our Indian schools. The Department of Interior is a large, decentralized agency with over 67,000 employees and 280,000 volunteers located at approximately 2,400 operating locations across the United States, Puerto Rico, U.S. Territories, and freely associated states. We discharge our responsibilities on a $16.8 billion total annual budget. The Department of Interior raises more than $18.2 billion in revenues collected from energy, mineral, grazing, timber, recreation, land sales, and other revenue producing activities. The Department of Interior was created by the Congress in 1849.

6.    **Homeland Security:** since Homeland Security alleges the authorization and responsibility of securing the nation (United States), it follows that their officers should be concerned with the violations made against the people and against the Constitution for the United States Republic, which is being violated by the day by politicians and government officials at all levels of government. Immigration was also assigned under their departmental activities.

7.    **United Nations, Geneva Switzerland:** The United Nations is an international organization that consists of more than one-hundred-thirty-two (132) independent countries, with headquarters in New York City. It was formed in 1945 to promote peace and international security and cooperation. A 'Special Committee,' also known as the "Committee of 24" on Decolonization, addresses issues involving colonial governments and their dissolution.. Keep in mind that the U.S. Corporation is a Colonial Government, a corporate construct of foreign Europeans, as distinguished from the Aboriginal Natural Peoples of the Land, who are the true citizens of the Land, and not of the corporation.. Moors (Aboriginals) should exercise their unalienable rights, and file complaints about the Colonial oppression of the people and about the violations made against their Unalienable and Natural human rights. Such complaints shall also note the Constitutional violations, made by the Colonizers, against the Natural People.

8.    **The Provost - Marshall:** Provost means, "to place before or over". A Provost—Marshall is essentially the Head of military police, and is generally assigned as a head officer for the disposition of prisoners. Among the duties of The Provost-Marshall are, "the suppression of marauding and the depreciation of private property; the preservation of good order; the prevention of straggling; the suppression of gambling houses or other establishments prejudicial of good order and discipline; and the supervision of saloons, hotels, and places of resort and amusement generally. To this officer was also entrusted the duty of making searches, seizures, and arrests; the custody of deserters from the opposing forces and of prisoners of war; the issuance of passes to citizens; and the bearing of complaints of citizens.

From this long list of important duties, it is obvious that the Provost-Marshall partook of the character of both a 'Chief of Police' and that of a 'Magistrate'- being a civil officer with power to administer and enforce law, such as a judge of the peace, or a judge of a police court.

courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

Section 2. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

Section 3. Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture except during the life of the person attainted.

## ARTICLE VI:

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

## 7 LOCATIONS FOR CERTIFIED MAILINGS

1.      **The United States District Court (Supreme Court):** The Supreme Court is the highest Court in the land; and the jurisdictional (Judicial Powers) of the United States are vest in One Supreme Court. The Supreme Court interprets the meaning of laws, and has the authority to rule that laws passed by the Congress, and actions taken by the Executive Branch of government, are unconstitutional. The Oath-bound obligations of all politicians, Legislators, Representatives, and Judges, etc., are affirmed and checked by Constitution law. And if there is any law or case in controversy, the obligations and the limitations of the government and those holding seats in government, are apparent and obvious. See **Article III** and **Article VI:**

2.      **The United States Department of the Treasury:** The United States Department of the Treasury is delegated the authority to mange the money of The United States Republic. The Treasury collects taxes from the citizens and businesses, and pays out the debts (money) owed by the Federal Government. When necessary, the Treasury borrows money for the Government. It also supervises the coining of money and the printing of debt notes. It has the responsibility to inform the President about the financial condition of the country. account for all monies collected from the people for the services in government. At what point or juncture in de jure law did the Internal Revenue Service become the de facto Treasury for the United States? Where is their Delegation of Authority Order? (D.O.A.O.)? And since the Treasury Department is also (secretly from the peoples' knowledge) holding instruments such as, Birth Certificates etc., for debt security purposes, the officers of that Department should be made aware of the criminality taking place among their staff. (sic).

3.      **The United States Justice Department (United States Attorney General):** The Judiciary Act of 1789 created the Office of Attorney General which evolved over the years into the head of the department of Justice and 'Chief Law enforcement Officer' of the Federal Government The Attorney General represents the United States in legal matters generally, and gives ad-