

# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**
Consular General Taj Tarik                General Shalamoor Bey

## AFFIDAVIT OF NOTICE OF CONSULATE and ORDERS TO HONOR THE SOVEREIGN STATUS OF MOORISH AMERICANS

Moorish National Republic Federal Government's

Moorish American Consulate

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 OCT -3 PM 4:08

To all persons of the UNITED STATES OF AMERICA CORPORATION, UNITED STATES OF AMERICA, INC., the commercial company doing business as the UNITED STATES, INC., any entities doing business as the USA, the U.S.A., the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, any of its successor companies inheriting government services contracts (not to be confused with the organic united States of

**America(major))**; e.g. DONALD TRUMP doing business as PRESIDENT OF THE UNITED STATES OF AMERICA (minor), 1600 Pennsylvania Avenue, WASHINGTON D.C.; RICHARD MICHAEL POMPEO doing business as THE SECRETARY OF UNITED STATES DEPARTMENT OF STATE, 2201 C St NW, WASHINGTON, DISTRICT OF COLUMBIA 20520; JEFFERSON B. SESSIONS doing business as The UNITED STATES ATTORNEY GENERAL, 555 4th St NW, WASHINGTON, D.C. 20530; JOHN ROBERTS doing business as CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT, 1 First St NE, WASHINGTON, D.C. 20543; POPE FRANCIS (Jorge Mario Bergoglio) 266TH POPE OF VATICAN CITY, CITTA DEL VATICANO 00120, VATICAN CITY; SECRETARY KIRSTJEN NIELSEN doing business as THE SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Nebraska Avenue Complex, 3801 Nebraska Ave NW, WASHINGTON, D.C. 20016, UNITED NATIONS, SECRETARY GENERAL ANTONIO GUTERRES, 405 East 42nd street, NEW YORK, NEW YORK 10017, CIRISTINE LAGARDE, MANAGING DIRECTOR FOR THE INTERNATIONAL MONETARY FUND, 700 19th street, N.W., WASHINGTON, D.C. 20431. INQUISITION REVENUE SERVICE doing business as THE INTERNAL REVENUE SERVICE, 1111 Constitution Avenue Northwest, WASHINGTON, DISTRICT OF COLUMBIA

This affidavit is both the official notification of the existence of the Moorish American Consulate and orders for your immediate and honorable action in all matters concerning Moorish Americans. This declaration for your immediate action is sent from the ecclesiastically commissioned Judicial Bodies of the Moorish Divine and National Movement of the World, The Moorish National Republic Federal Government, Moorish American Consulate to you, the said CORPORATIONS listed above. We Moorish American Consuls and Vizirs (Judges) and the Moorish American people, of our free will, self-determination and self-governance within this territory, our ancestral homeland, Northwest Amexem, Al Maghrib Al Aqsa, Nonh America, Central South America, the adjoining islands and all the land masses in the "Western hemisphere," are duly organized and established as the de jure, allodial Moorish American Consulate within the Al Morocco's Northwest Amexem, Al Maghrib Al Aqsa, North America, Central Arcerica, South America, the adjoining islands and all the land masses in the "Western hemisphere". Our authority is Divine Law giving us the rite to live freely as Divine Spirit Beings in the Earth realm unencumbered, Nature's Law gpvñg us the birthright to live, move and have our being on our htherited estate unencumbered, Ecclesiastical Law giving us the rite to care for and prosper our bodies, families and lands unencumbered, the United Nations Conference on Diplomatic Intercourse 1961, the United Nations Declaration on the Rights of Indigenous People, the Principles of the United Nations Special Committee of the 24; 14, 15, 27, 30, 31, 32, 35 et alia of the United Nations Vienna Convention on Consular Relations 1963. A certified copy issued jointly by our hands of the particulars of our commission and duties are enclosed herewith.

This notice is also being sent to promote commtmication between Moorish AnMicans and the officials of the UNITED STATES OF AMERICA (Minor) and the FEDERAL RESERVE its agency the INTERNATIONAL MONETARY FUND, (IMF) doing business as UNITED STATES, INC. and its franchises and agencies and any iteration of its successor corporation inheriting government contract services at North America and its republican form of government, as well as to, in the future, develop programs pursuant to the UNITED NATIONS Declaration on the Rights of Indigenous People. To promote "the States" obligation and support for increasing economic security amongst

Page 1 of 8

UPLIFTING FALLEN HUMANITY www.MoorishAmericanConsulate.com
ShalamoorBey@gmail.com c/0 602 Vandever Avenue, Wilmington, Delaware
19802

**Moorish American Consulates**

*Moorish Worldwide Consulates*

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

indigenous people, working closely with our elected and appointed representatives. To promote "the States" involvement in the alleviation of colonialism's virulent foisted poverty; promotion of conditions of establishing the achievement of self-sustainability and economic growth as well as acquiring the knowledge and resources essential to the development of our economic, political and social institutions which will improve the quality of life for Moorish American nationals and citizens. The increase of indigenous peoples having allodial titles to property and the increase of agricultural activity, productivity and apprenticeship; increasing the rate of literacy by promoting lessons on etymology, morphology, phonology and transliteration etc. As well as the acceleration of efforts to reclaim control and custody of our vast estate.

In harmony with the Inter-American Declaration on the Rights of Indigenous People; the United Nations Declaration on the Rights of Indigenous People, specifically, Article 1, 2, 3, 4 (selfgovernment and autonomy), 10, 15, 19 (States obligation to cooperate with the Representatives of Indigenous People), 37 (the enforcement oftreaties); the American Constitution of 1774 and 1791, as well as the Treaty of Peace and Friendship of 1787 and 1836 between the Moroccan Empire and the United States; the Act of State doctrine; in controversies between Moors and United States citizens, if any citizen of the United States, a natural or artificial person, shall have any disputes with any Moor / Moorish American / Al Moroccan or if any citizen of the respective states shall kill or wound the other, you are to contact the Moorish American Consulate immediately and without delay. Contact telephone numbers are:

Consular General Shalamoor Bey 1-865-255-3579 Vizir (Judge) Light Tajiri Bey 1-334-294-9828

Vizir (Judge) Jamhal Talib Abdullah Bey    1-401-403-5176

Vizir (Judge) Sharon Tracey Gale Bey    1-610-803-1170    Vizir    (Judge) Osanyin Tabitjet Bey 1-202-826-7011

The foreign corporations known as UNITED STATES OF AMERICA (Minor), WESTMINSTER CORPORATION, UNITED NATIONS, THE UNITED NATIONS, the UNITED STATES, THE FEDERAL RESERVE, FEDERAL RESERVE BANK, INTERNATIONAL MONETARY FUND, IMF, and all their respective franchises, agencies, and departments are in severe breach of trust against the Moorish Americans, the Treaty of Peace and Friendship of 1786 and 1836 and the Constitution for the united States of America. The SCON 26 RFH, 111th CONGRESS, 1st Session, S. CON. RES. 26, IN THE HOUSE OF REPRESENTATIVES, June 18, 2009, Referred to the Committee on the Judiciary CONCURRENT RESOLUTION is an open admission of guilt for the breach of trust and vial acts of premeditated aggression against the Moors, whom you fraudulently labeled "Blacks", "Coloreds", "Negroes", "Indians", "Mexicans" and "African Americans" in blatant effort to denationalize Moors and disconnect us from our vast estate and our wealthy Birthright.

Under Divine law, nature's law, Ecclesiastical law, International law, the Treaty of Peace and Friendship 1787 and 1836, the organic Constitution for the united States ofAmerica and the Zodiac constitution, The Moorish Divine and National Movement of the World, The Moorish National Republic Federal Government, and the Moorish American Consulate and its Ecclesiastically commissioned Judicial body hereby declares and proclaims the NOTICE OF COMMERCIAL AND ADMINISTRATIVE DEFAULT of the CORPORATIONS aforementioned in this document and any derivatives thereof. Our declarations and this Affidavit of Notice of Consulate stands as Law: Notice to Principals is Notice to Agents and Notice to Agents is Notice to aforementioned in this document and any derivatives thereof. Our declarations and this Affidavit of Notice of Consulate stands as Law: Notice to Principals is Notice to Agents and Notice to Agents is Notice to Principals. The UNITED STATES OF AMERICA (Minor) and the FEDERAL RESERVE Banks doing business as the UNITED STATES OF AMERICA, INC. and the UNITED NATIONS City State and its agency the INTERNATIONAL MONETARY FUND, (IMF) doing business as UNITED STATES, INC. and all its franchises, principles and agents, which are commanded and required under contract to perform according to The Constitution for the united States of America, are ordered to immediately cease and desist any and all actions agust the Moorish American nationals and the American people, including any and all violations of treaties entered into and engaged. The Constitution for the united States of AnErica and its binding treaties are to be honored at all times and immediately. The AMERICAN BAR ASSOCIATION, its members, the BRITISH BAR ASSOCIATION and its members, the various acting COURT ADMINISTRATORS, and any and all JUDICIAL COUNCILS created by the UNITED STATES OF AMERICAN (minor) are notified and ordered to cease and desist practices, presumptions, and procedures which serve to defraud

Page 2 of 8

UPLIFTING FALLEN HUMANITY www.MoorishAmericanConsulate.com
—ShalamoorBey@gmail.com c/0 602 Vandever Avenue, Wilmington, Delaware
19802

# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**
Consular General Taj Tarik          General Shalamoor Bey

living Moorish Americans and lay claims against their private property under pretense of death, war and color of law. The entities addressed under this Affidavit of Notice of Consulate existence are all competent to recogniæ their culpability and failure to perform under commercial service contract, failuure to honor the national trust, and failure to provide frill and free disclosure of contracts solicited by the governmental services corporations and agencies cited for default.

There is no fully disclosed and actual maritime contract in existence nor entered into evidence and subjected to the Moorish American Judiciary or the Moorish American Court for examination and open discussion, therefore no valid contract can be presumed to exist and no AnMican estate or other vessel can be prosecuted under any maritime or admiralty jurisdiction. We declare and affirm that the organic Constitution for the united States of America and its binding treaties and the Ancient Divine Delegation of Authority is the permanent jurisdiction of the Moorish American nationals at all points in time. By the clear admission by Pope Francis in his 4 July 2014 Motu Proprio, of his own motion, it is expressed that no such valid contract exists explicitly nor hnplicitly. We Moors reside in the jurisdiction of our ancestral inheritedestate at all times. All Moorish American nationals as heirs to the land are protected by the Ancient and ffiñe law, by treaty and by national trust and are owed safe conduct for themselves and their vessels at all times and in all places. For military tribunal purposes, all Aboriginal Indigenous Moorish American nationals are non-combatant Beings whose custody must be with the Moorish American Consulate. All resources for proper governance must be surrendered to the Moorish American Consulate immediately. All Provost Marshals, all members of the civilian police forces, all members of the UNITED STATES military, all members of STATE operated NATIONAL GUARD all members of government agencies including the U.S. MARSHALS SERVICE, FEDERAL BUREAU OF INVESTIGATION, STATE TROOPERS, BUREAU OF LAND MANAGEMENT, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, INTERNAL REVENUE SERVICE, and all other code enforcement agents are ordered to recognize in writing the Divine, Ecclesiastical and Judicial authority of the land secured by The Articles of Confederation, and to also recognize in writing the thñe, ecclesiastic, and judicial authority of the Moorish nationals who are heirs to the land of the Western Hemisphere in all matters and the administration of government on the land known as the united States of America (Major), not to be cofised with the UNITED STATES OF AMERICA (Minor) which is a foreign, maritime entity under commercial contract to provide governmental services for the United States of America (Major). All police and military officers are obligated to honor the Law of the Land in all dealings with or pertaining to the Moorish AnMicans and our living heirs of North without exception, noting that these people are owed the terms and conditions of the original equity contract known as The Constitution for the united States of America, are to be addressed under The Supreme Laws of the Land and common law exclusively, and that they retain our natural, inalienable and Lmalienable rights, including our natural identity, property rights and controlling interests without prejudice and regardless of fraud and Innopoly inducement practiced against us in breach of trust and contract dent. All actions of the various Foreign CORPORATE Courts operating in maritime and admiralty jurisdictions and merely presuming death based upon the inaction of Moorish American nationals and serving to establish maritime salvage liens against our estates are by these Orders invalidated, made null and void. We proclaim herein that Moorish Americans are the beneficiaries, executors, claimants, creditors and administrators of our global estate. All Moorish An-Erican nationals whose names and estates are presently included on tax rolls, who are recorded by census data, school records, birth certificates, and other public documents must be presumed to be alive and competent in the absence of a properly sworn Death Certificate sigied by the local Coroner stating cause of death, date, time, and place, corroborated by at least two responsible and knowledgeable living witnesses. In the case of legitimately people diligent search and fully disclosed publication of all claims against their estates must be made by giving Notice to the last known maihg location and next of kin. Any contrary presumption or practice is fraudulent, null and void. Any action of the Foreign CORPORATE Courts operating in maritime or admiralty jurisdictions and making claim upon actual real assets of Moorish American nationals using fraudulently CAPITALIZED names on behalf of legal fiction "missing persons" owned by the UNITED STATES OF AMERICA, Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANK or any franchises or agencies thereof, are similarly rendered null and void. Once created legal fictions do not have any necessary or valid estate. Any estate presumed to be obtied by legal fiction entities by process of semantic deceit or undisclosed contract belongs in truth and law to those defrauded. Moorish Americans are the ones who have been defrauded.

UPLIFTING FALLEN HUMANITY www.MoorishAmericanConsulate.com
ShalamoorBey@gmail.com c/0 602 Vandever Avenue, Wilmington, Delaware
19802

# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

All Moorish American Consulate Judges, Consuls, staff and all Moors, regardless of family, tribe, community, group, nation or empire are living, full life Beings, are not fictional corporations but are the rightful beneficiaries, executors, claimants, creditors and administrators of our global estate trust and all its assets. Your compliance is mandatory in this and all Moorish matters everywhere.

### What is the Purpose of this Affidavit and What do We want you to do?

Your first order of business is hereby given. Officials of the corporations to whom this affidavit is addressed are, by declaration, ordered to inform all principals, agents, contractors, members and any associates of all the corporate, de ficto 'federal," "state", "local", and ffinunicipal" departments, to include the 'Chieß of Police' for all corporate Municipal, County, State and Federal corporate police agencies that they, the Principal and their agents, whatsoever, by any employment, "election" or appointment, are to cease and desist any and all engagements that may hinder any Moorish American on their travels or within their capacity to contract. This order shall apply to any Moorish American, who, either declares orally that they are in fact a Moorish American; Moor; Moroccan; Moabite, Hebrew Israelite, Hebrew, Israelite, Ewe, Cherokee, Washitaw, etc. or provides a nationality card, badge or any other documentation that declares the same, regardless of any other form of 'identification" cards they may or may not be In possession of, even if they are in possession of a presumed "Valid Driver's License" or any other fom of "Identification" issued by UNITED STATES OF AMERICA (Minor), WESTMINSTER UNITED NATIONS, THE UNITED NATIONS, the UNITED STATES, THE FEDERAL RESERVE, FEDERAL RESERVE BANK, INTERNATIONAL MONETARY FUND, IMF, and any and all their respective franchises, agencies, and departments, they are to be recogized and honored as a Moorish American national. Any Moorish American who is in possession of or displays any one of the various Moorish / Moroccan private non-commercial, not for hire, private plates, Moorish American Consulate plates, or any plates displaying Moorish insignia such as flags, the Great Seal etc., on their automobiles; any Moorish An-lerican seen wearing a Moorish Fez or Turban etc. are to be left alone, free to travel and contract without interference with any corporate local, county, state, federal or mtmicipal police et alia.

If there are any issues of controversies 'investigations", "traffic stops" and the like, between any Moorish American nationals and any of the aforementioned agents or their principals, Moorish American Consuls and Sheriffs must be present to litigate the international incident. You are to inform all persons, individuals, corporations, organizations etc., of the UNITED STATES OF AMERICA CORPORATION, United States of America, Inc, the commercial company doing business as the UNITED STATES, INC., any entities doing business as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, and any of its successor organizations government services contracts, pursuant to Title 18 § 1028 (d)(3), to accept our Nationality cards as valid identification

These matters, et alia, must be seen in a lawfully prescribed venue, Moorish American Consular Court, supported by Article III (3) sections I (l) and II (2) of the Constitution for the united States of America and its Republican form of governmM1t supported by Article IV (4) section IV (4) and Article 20 and 21 of the Treaty of Peace and Friendship between the Empire of Morocco and the United States of America — 1787.

Any attempt to adjudicate on the part of anyone, pretending to be an executive administrator pretending to be a judge under admiralty or maritime jurisdiction, prosecutor or officer of the corporate court in such controversies, between a Moor and a United States citizen without consul's present, is operating on 'Color of law' and 'Color of Authority' and thus fraudulent; being subject to The United States Codes of Law — Title 18, Chapter 13, Sections 241 & 242 et alia.

Page 4 of 8

UPLIFTING FALLEN HUMANITY www.MoorishAmericanConsulate.com
–ShalamoorBey@gmail.com c/0 602 Vandever Avenue, Wilmington, Delaware
19802

# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

Consular General Taj Tarik       General Shalamoor Bey

Moorish Americans are not to be detained by corporations at any point in time as the Constitution must be honored and the Moorish American Consulate must be contacted immediately and made aware of all issues. Article III courts of equity prevail in all jtu•isdictions.

States and corporations cannot n-nke treaties and therefore, have no jurisdiction, being of a Treaty Nature the Jurisdiction between any Moor and United States citizen is Federal, allodial and particularly not of a maritime or admiralty nature. Any Jurisdiction claimed that is other than Constitutional Article III jursdiction where Moorish Americans are involved is void of Law. UNITED STATES corporate officials must assist with the setup of our Moorish Americ Consular Courts per the United Nations Vienna Convention on Consular Relations, as our courts have lawful jurisdiction on the Land in all affairs and in particular in Moorish affairs. In all interactions where corporate status prohibits interference with allodial Moorish American Consuls and Moorish American nationals, there can and will be no resistance to the lawful demands of the Moorish American nationals who are the sovereign heirs and sovereign governing bodies at North America.

"Treaty is law of land as act of Congress is whenever its provisions prescribe rule by which rights of private citizens or subjects may be determined." Head Money Cases, 112 US 580, 28 L Ed 798, 5 S Ct 247.

"State statutory provisions must yield to any applicable provisions of any treaty of the United States with a foreign country, constituting a part of the supreme law of the land." De Tenorio V McGowan (CA5 Miss) 510 F2d 92, adhered to (CA5 Miss) 513 F2d 294, cert den 423 US 877, 46 L Ed 2d 110, 96 S Ct 150 and later app (CA5 Miss) 589 F2d 911.

"Treaty lawfully entered into stands on same footing of supremacy as do Constitution and laws of United States, and it is generally self-operating in that it requires no legislation by either congress or the state; treaty must be regarded as part of law of state as much as are state's own statutes, and it may override power of state even in respect of great body of private relations. Amaya V Stanolind Oil & Gas co. (CA5 Tex) " 158 F2d, cert den 331 US 808, 91 L Ed 1828, 67 S Ct 1191, reh den 331 US 867, 91 LEd 1871, 67 S Ct 1530.

"Courts cannot go behind treaty for purposes of annulling its effect and operation." Fello»s V Blacksmith, 60 US 366, 15 L Ed 684.

From the Prophet, El Hajj Sharif Abdul Ali:

I, the Prophet, do hereby believe that this administration of the government being more wisely prepared by more genius citizens that believe in their free national constitution and laws and through the help of such classes of citizens, I, the Prophet, truly believe that my people willfind the true and Divine way of their forefathers, and learn to stop serving carnal customs and merely ideas of man, that have never done them any good, but have always harmed them.

So, I, the Prophet, am hereby calling aloud with a Divine plea to all true American citizens to help me to remove this great sin which has been committed and is being practiced by my people in the United States of America, because they know it is not the true and Divine way and, without understanding they have fallen from the true light into utter darkness of sin, and there is not a nation on earth today that will recognize them socially, religiously, politically or economically, etc. In their present condition of their endeavorment in which they themselves try to force upon a civilized world, they will not refrain from their sinful ways of action and their deeds have brought Jim-Crowism, segregation, and everything that brings harm to human beings on earth. And they fought the Southerner for all these great misuses, but I have traveled in the South and have examined conditions there, and it is the works of my people continuously practicing the things which bring dishonor, disgrace, and disrespect to any nation that lives the life. And I am hereby calling on all true American citizens for moral support and finance to help me in my great missionary work to bring my people out of darkness into marvelous light.

From the Moorish Guide newspaper.

Page 5 of 8

UPLIFTING FALLEN HUMANITY www.MoorishAmericanConsulate.com
– ShalamoorBey@gmail.com c/0 602 Vandever Avenue, Wilmington, Delaware
19802

# mootish American Consulates moorish Consulates

## Embracing, Enforcing the 1781 Constitution for the United States the Binding Treaties

**Consular General Taj Tarik**     **General Shalamoor Bey**

All persons listed are hereby instructed to submit valid contact information for the prompt lishmentof effective lines of communications between the Moorish American Consulate, Moorish American Consuls, Moorish American Judges and the UNITED STATES OF AMERICA (Minor), WESTMINSTER, UNITED NATIONS, UNITED NATIONS, the UNITED STATES, FEDERAL RESERVE BANK, FEDERAL RESERVE, INTERNATIONAL MONETARY FUND, IMF, and all their respective franchises, agencies, and departments.

Corporations and their agents are not, neither can be sovereign. The allodial, aboriginal indigenous Moorish American governing bodies and their agents are sovereign and we are exercising our DMne, Natural, Ecclesiastical, international, Constitutional and Commercial rights and rites to operate at North America unencumbered. As foreigners, your compliance and friendly cooperation is essential and expected, as well as expressed in the United Nations Vienna Convention on Consular Relations 1963.

You are hereby instructed to and are expected to publicly recognize, acknowledge in writing and honor in truth, in law and in your actions the Moorish American Consulate, our judges, ourConsuls, the Moorish American people and our efforts to pursue free life, liberty and happiness on our ancestral estate.

You are hereby notified that you are now and forevermore fired in truth and in law as trustees administrators of the

vast estate of the Moors globally. Any and all presumptions to the contrary

Page 6 of 8

UPLIFTING FALLEN HUMANITY www.MoorishAmericanConsulate.com
—ShalamoorBey@gmail.com c/0 602 Vandever Avenue, Wilmington, Delaware
19802

# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

General Shalamoor Bey



are notwithstanding. Your only relationship to the global trust assets of the Moors is your peaceful and orderly surrender of control and yielding of custody to this Moorish American Judicial body immediately.

You are to confirm your compliance to these orders in writing and promptly deliver your written confirmation to the Moorish American Consulate via email and physical documents to Consular General Shalamoor Bey or Consular General Taj Tarik Bey via United States Postal Service delivery to 602 Vandever Avenue, Wilmington, Delaware 19802. The email address to send your confirmation in pdf format to is: ShalamoorBey@gmail.com

This lawful declaration is authenticated by autograph, seal and stamp on the AUTHENTICATION PAGE which immediately follows page.

Page 7 of 8

UPLIFTING FALLEN HUMANITY www.MoorishAmericanConsulate.com
ShalamoorBey@gmail.com c/0 602 Vandever Avenue, Wilmington, Delaware
19802

# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

General Shalamoor Bey

# AUTHENTICATION PAGE

By the Divine ecclesiastic power vested in me and issued by my hand and seal on the ___June___ day of 2018 (1439 Moorish calendar year), Jus Sanguine, Jus Postliminii, Jus Soli, Jura Summi Imperii

*[signature]* Taj Tarik Bey G.S.

I AM: Taj Tarik Bey

Moorish American Consular General and Vizir; Authorized Representative: A Free Moorish American National, Natural Person. Aboriginal/Indigene, In Propria Persona, Sui Juris, and Sui Heredes In Solo Proprio. Signature- All Rights Reserved and Retained; U.C.C. 1-308; Without Prejudice. Morocco — North America — Northwest Amexem — Northwest Africa — Turtle Island.

*[signature]* Shalamoor Bey

I AM: Shalamoor Bey

Moorish American Consular General and Vizir; Authorized Representative: A Free Moorish American National, Natural Person. Aboriginal/Indigene, In Propria Persona, Sui Juris, and Sui Heredes In Solo Proprio. Signature- All Rights Reserved and Retained; U.C.C. 1-308; Without Prejudice. Morocco — North America — Northwest Amexem — N01thwest Africa — Turtle Island.



Moorish American Consulate Stamp



Moorish National Republic Seal



5 -Dvnc 20) Z    5 June 2018
DATE              DATE

UPLIFTING FALLEN HUMANITY www.MoorishAmericanConsulate.com
–ShalamoorBey@gmail.com c/0 602 Vandever Avenue, Wilmington, Delaware 19802

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 OCT -3 PM 4:08

**Moorish National Republic Federal Government**
◊ ~ Societas Republicae Ea Al Maurikanos ~ ◊
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / "The North Gate"
◊ ~ Temple of the Moon and Sun ~ ◊
The True and De Jure Natural Peoples ~ Heirs of the Lamb
◊ ~ I.S.L.A.M. ~ ◊

Page **1** of 4

For the Public Record, on the public record and let the public record show these lawful declarations made by

Rashaun Allen El, (ex Rel) RASHAUN ALLEN

Copies of this document from the Moorish American Consular Court (An Ecclesiastical Court) and all correspondence in this case(s) have also been forwarded to: the Department of Justice, -The U.S. Attorney General, The U.S. Military Provost Marshall, The United Nations, The Governor of your State, and the Sheriff's Department for further enforcement as well as Travelers Casualty and Surety Company of America. The Moorish National Republic Federal Government reserves the Right to forward this and all related documents as we deem it pertinent and/or necessary.

Declaration of Violations of secured Constitutional Rights, Violation of Treaty Rights, Criminal Acts and Demand for

Corporate Commercial/Personal Bond Information:

"I am Rashaun Allen El, In Propria Persona Sui Juris. I am an Islamic Moslem, Aboriginal, Indigenous Moorish American National and a Natural Divine Freehold of this land of America. All of my rights are reserved at all times and I am exercising them now. I am the Executor, Administrator, Creditor, Claimant, and Beneficiary of my own Estate and you are but a former trustee. You will not subrogate my identity or my rights at any time. I do not consent to this commercial transaction. I do not consent to any subrogation of my identity as stated. I am now exercising all of my rights as the Executor, Administrator, Creditor, Claimant and Beneficiary and declare that I am now enforcing my Constitutional Right to my Freedom and my Liberty. You and all trustees are fired, and you are to provide me with a statement to this effect in writing along with the corporate and/or personal surety bond information of each corporate „court" employee present here today. Each corporate employee here today will be assessed an allodial cost on their corporate and/or personal bonds and assets."

**Amendment IX**

"The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people" – All of my rights are reserved and retained and exercised at will.

*"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them" Miranda v. Arizona 384 US 436, 125:*

**Article VI**

"All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

Page **2 of 4**



**Moorish National Republic Federal Government**
~ **Societas Republicae Ea Al Maurikanos** ~
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
~ **Temple of the Moon and Sun** ~
**The True and De Jure Natural Peoples – Heirs of the Land**
~ ISLAM ~

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

**Amendment V**

"No Person shall be deprived of due process of law"

**The Treaty of Peace and Friendship 1786/1836**

**20.** If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him.

**21.** If a Citizen of the United States should kill or wound a Moor, or on the contrary if a Moor shall kill or wound a Citizen of the United States, the Law of the Country shall take place and equal Justice shall be rendered, the Consul assisting at the Tryal, and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.

**23.** The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made.

As an Officer(s) of the Court, you and your assigns are bound (or have taken) a solemn Oath (See Article VI) to uphold and Support the Constitution for the United States Republic. Your Refusal to release a Moorish American Nationals from your unlawful, „colorable" custody and submit a response to this Affidavit will be construed to be further evidence of „Colorable Acts" in violation of the constitutionally secured exercise of the Rights of the American People. Such an act and imposition is a violation of your Official Oath of office. This can result in additional lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of law actions committed by those who violate their Oaths of Office colluding to abridge the Rights secured for the Natural Beings and the citizens.

**Cause of Action**

**The Foreign Corporation of CHARLESTON / (CROWN) STATE OF SOUTH CAROLINA, UNTIED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE (CROWN) STATE OF SOUTH CAROLINA (MINOR),** Al Cannon Detention Center **has unlawfully detained Moorish American National** Rashaun Allen El, against the Constitution for the United States, the Treaty of Peace and Friendship 1786/ 1836, and against the ecclesiastic laws of Allah which state that it is a sin to violate the Constitutional Rights of a Free National Government. You are hereby notified that you have committed the following: kidnapping, attempted Denationalization, Fraud, Threat, Duress and Coercion, Conspiracy, Human Trafficking, Forced Population Transfer, Violation of Title 18 Chapter 43 Section 913 Impersonating Government Officials, Inducement to fraud, denial of due process (trial by a jury of my Moorish American National Peers). I have not waived any of my rights as an Aboriginal Indigenous Moorish American National. Also, there is no injured party who has filed a written and signed statement of injury as required under the Rules of Discovery in order to provide a proper defense. All charges made are evidence of human trafficking as stated in the Constitution for the United States Amendment 13, section 12. No discovery has been filed. All ransom payments demanded by this foreign court venue are products of the Federal Reserve Act of 1913 which states that "Federal Reserve Notes to be issued…through the Federal Reserve Agents as hereinafter set forth and no other purpose are hereby authorized" - Moorish American Nationals are not Federal Reserve Agents therefore Federal Reserve Notes re not authorized for the purpose that you have demanded and do not serve as a form of legal money.

I affirm for the record the following facts and declarations of this entire document **to be entered into the Public record immediately:**

1. This document, all documents, all statements and declarations made by Moorish American Nationals in all foreign court venues are to be placed into the public record, for the record, on the record, and let the record show.

2. I, and all Moorish American Nationals declare that all foreign persons who are party to these unlawful actions against the Natural People of the Land who proceed contrary to the Constitution For the United States, or who have taken a private foreign oath to Masonry or other Secret Societies are hereby rejected as public servants, "government" officials and trustees and declare that you have no standing at law nor merit being repugnant to the Constitution For the United States. I publicly rebut the Presumption of Public Service as it is by definition a presumption and has no standing or merit in presentable or material fact.

3. I, being of Moorish American Bloodline, publicly rebut the Presumption of Public Oath which infers that all members of the Private Bar Guild acting in the capacity of "public officials" who have sworn a solemn public oath remain bound by that oath and therefore bound to serve honestly, impartiality and fairly as dictated by their oath. I publicly demand that the "judge" declare under oath to have functioned under their Public Oath of Office and not under their Private Guild Oaths. I declare that if said Private Bar Guild member has functioned under their Private Bar Guild Oath in contradiction to their Public Oath of Office, such individuals must recuse themselves as having a conflict of interest against their public oath.

4. I, and all Moorish American Nationals demand that the acting "judges", prosecutors, and magistrates present their oaths of office for the public record as they are not immune from personal claims of injury and liability. I publicly rebut all presumptions of Immunity made by said acting "judges", prosecutors, and magistrates.

5. I, and all Moorish American Nationals publicly rebut the Presumption of Summons which infers that by custom a summons unrebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, and witness) and jurisdiction of the court. I, and all Moorish American Nationals reject all invitations by summons.

6. I, and all Moorish American Nationals publicly rebut and reject all summons and/or warrant for arrest as they are not withstanding. We rebut that one who attends Court is presumed to be a thing and therefore liable to be detained in custody by "Custodians". Custodians may only lawfully hold custody of property and "things" not flesh and blood soul possessing beings. We are not "things or property" and are therefore unlawfully being kept in custody by custodians.

7. I, and all Moorish American Nationals rebut and reject all foreign court venues as Guardians of the Natural Aboriginal Indigenous Moorish American Nationals. We are not paupers nor residents of said foreign wards/agents/court venues pretending to be government.

Page **3** of **4**



8. I, and all Moorish American Nationals rebut and reject the fraudulent title of "trustee" at all times. I, and all Moorish American Nationals are the Executors, Administrators, Beneficiaries, Claimants, and Creditors in this and all proceedings against me/us by this foreign Roman court venue and its foreign agents who are debtors and belligerent trustees acting as

"judges", prosecutors, attorneys, clerks, bailiffs and magistrates. I appear here under threat, duress and coercion by way of kidnapping and/or other unlawful acts perpetrated against me by this foreign corporation pretending to be public servants.

9. I, and all Moorish American Nationals rebut and reject the inducement to fraud that is perpetrated on the Natural Divine Living People of the Land by the acting "judges", prosecutors, and magistrates with the foreign court's presumption that I/we have expressed and granted them authority by stating such words as, "recognize, understand, comprehend" as words that bind us to unlawful fraudulent contracts of adhesion. I, and all Moorish American Nationals do not "recognize" you nor do we "stand under" your fraudulent, colorable authority, nor do we "comprehend" your fraud. We reject and rebut all contracts at all times.

10. I, and all Moorish American Nationals are competent to present ourselves and declare our lawful Executorship and Beneficiary offices and will not submit to psychiatric evaluations by foreign court venue agents.

11. I, and all Moorish American Nationals rebut any claims of "guilt" perpetrated on us by foreign court venues and it's agents, "judges", prosecutors, and magistrates. We present this affidavit of truth declaring that we are not guilty of any unlawful acts against the Constitution for the United States nor the Treaty of Peace and Friendship 1786/1836.

12. I, and all Moorish American Nationals rebut and reject the representation of all barristers, attorneys, and foreign law persons of the Roman Court venues. We present ourselves at all

times. We present with the assistance of Moorish American Consuls at our choosing. All foreign barristers, attorneys, or foreign law persons of the Roman courts attempting to represent me/us or attempting the crime of inducement to fraud shall be subject to liens, fines, imprisonment and any other redress that we choose.

13. According to the United States Writing Style Manual (early edition), "Anything in all upper case letters is either a U.S. VESSEL, A CORPORATION, OR A DEAD PERSON. All documents issued to, for, against or about a U.S. VESSEL,

CORPORATION, or DEAD PERSON does not pertain to me nor any Moorish American National but pertain only to

"things". This constitutes an "in rem" proceeding and is fraudulent and a crime against the Aboriginal, Indigenous Moorish American Nationals. Any FICTITIOUS CORPORATE PERSON or anyone who issues documents in this fraudulent manner using it to commit crimes against the Natural People of the Land is in violation of Crimes Against Humanity, Fraud, Human Trafficking, Slavery, Denationalization, and other National and International crimes and will be held accountable for those crimes. I and all Moorish American Nationals are not U.S. VESSELS. I and all Moorish American Nationals are not CORPORATIONS. I, and all Moorish American Nationals are not DEAD. We are the living, breathing, Natural, Aboriginal, Indigenous, Divine, dejure, Islamic Moslem Americans.

**Reversioner**

I, Rashaun Allen El of Detained Moor, the living, sentient man and rightful Heir, am not lost at sea; and I Affirm and

Declare my Right of *'Reversion of Estate'* and therefore I make no claim with respect to the *title* and misrepresented *(name / Man-of-Straw and nom de guerre; - being a title)* and the spurious creations of the foreign, *de facto* United States Corporate operators, actors, and owners; and I surrender and assign any and all *'Reversionary Interest'* to the foreign United States and its subsidiaries for full *'Acquittance Discharge Settlement'* and *'Closure'* of my reliance, *Title 12 USC 95a, part 2*. I assume no liabilities or debts however contrived among its associates; and I do not consent to stand as *'Surety'* for the foreign, private, and for-profit, UNITED STATES INCORPORATED / U. S. Corporation Company entity owners, directors or their administrators; nor do I stand as *'Surety'* for its subsidiaries or its associates at any point, or moment in time.

**Allodial Cost Schedule**

I, Rashaun Allen El (ex. Rel) RASHAUN ALLEN, hereby declare my immediate release as a Free Aboriginal Indigenous Moorish American Citizen. Should your foreign venue choose not to release me, all corporate court employees who are party to this violation of my constitutionally secured Rights will have Liens assessed against their bonds and/or assets, professional and/or private according to the following Allodial Cost schedule:

**$100,000,000 in Gold backed currency per person.**

Notice to Principle is notice to agent. Notice to Agent is notice to principle. Page **4** of **4**




**Moorish National Republic Federal Government**
~ **Societas Republicae Ea Al Maurikanos** ~
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
~ **Temple of the Moon and Sun** ~
**The True and De Jure Natural Peoples – Heirs of the Land**
~ I.S.L.A.M. ~

Maxims of Equity

1. Equity sees that as done what ought to be done.
2. Equity will not suffer a wrong to be without a remedy.
3. Equity delights in equality.
4. One who seeks equity must do equity.
5. Equity aids the vigilant, not those who slumber on their rights.
6. Equity imputes an intent to fulfill an obligation.
7. Equity acts in personam.
8. Equity abhors a forfeiture ...
9. Equity does not require an idle gesture.
10. He who comes into equity must come with clean hands.
11. Equity delights to do justice and not by halves.
12. Equity will take jurisdiction to avoid a multiplicity of suits...
13. Equity follows the law.
14. Equity will not aid a volunteer.
15. Where equities are equal, the law will prevail.
16. Between equal equities the first in order of time shall prevail.
17. Equity will not complete an imperfect gift.
18. Equity will not allow a statute to be used as a cloak for fraud.
19. Equity will not allow a trust to fail for want of a trustee.
20. Equity regards the beneficiary as the true owner.

Wherefore, I, Rashaun Allen El, being „Part and Parcel" named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful Entry of Affidavit and Public Notification of Lawful Claim and Declaration to be Published for the Public Record in the judge's aforementioned Case.

**Chronos:**

