## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal. No.: 2:17-cr-301 |
| | ) | |
| vs. | ) | |
| | ) | **Order for Psychiatric Evaluation** |
| Rashaun Allen Judge, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before this Court as a result of a motion by the Government, by and through its counsel, Emily Limehouse, for the Defendant to undergo a psychiatric or psychological evaluation. (Dkt. No. 86). The Government asserts that reasonable cause exists for this evaluation to determine (1) if the defendant is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings or to assist in his defense, (2) whether he presently suffers from a mental disease or defect for which he is in need of treatment, and (3) whether he was or is suffering from insanity at the time of the offense as well as to determine whether the Defendant suffers from diminished capacity. (*Id.*). Defendant has filed a response opposing the motion for a competency evaluation. (Dkt. No. 88). The Court finds, pursuant to 18 U.S.C. section 4241(a) that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent. Therefore, it is

ORDERED pursuant to Title 18 U.S.C. sections 4241, 4242, and 4247(b) and (c), that a psychiatric evaluation shall be conducted in order to examine the Defendant on the issues of competency, sanity, and diminished capacity. It is further

ORDERED that the defendant shall be transported by the U.S. Marshall Service to the Bureau of Prisons for such psychiatric evaluation and treatment. Upon completion of the evaluation, he shall be returned to custody of the U.S. Marshall Service. It is further

ORDERED that examination and treatment be conducted by a licensed or certified psychiatrist or psychologist; and, it is further

ORDERED that upon completion of the examination as is herein requested, the examiner(s) prepare a full report, such report to include all of the following:

(1)  the Defendant's history and present symptoms;

(2)  a description of the psychiatric, psychological and medical tests that were employed and their results;

(3)  the examiner's findings; and

(4)  the examiner's opinion as to diagnosis, prognosis and

   (A) whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings or to assist in his defense;

   (B) whether the Defendant was insane at the time of the offense; and

   © whether the Defendant was or is suffering from diminished mental capacity.

It is further

ORDERED that the Defendant be given appropriate treatment, including therapy and/or medication suitable for his condition. Specific orders for his continued care and treatment shall be given to the defendant, his attorney, the assistant U.S. attorney, U.S. Marshal Service, and such other agencies as are necessary to provide for his treatment. It is further

ORDERED that the trial in this case is continued until completion of the report and the return of the Defendant. This period of delay is approved by the Court and under the provisions of Title 18 U.S.C. § 3161(h)(1)(A), such time as is taken up by the examination may properly be deemed excusable under the Speedy Trial Act. It is further

ORDERED that the report requested herein be filed with this Court and that the Bureau of Prisons provide copies of the report only to defense counsel as follows:

| | |
|---|---|
| **Cameron Jane Blazer** | **Emily Limehouse** |
| Blazer Law Firm | US Attorneys Office |
| 1037 Chuck Dawley Blvd., D104 | 151 Meeting Street, Suite 200 |
| Mount Pleasant, SC 29464 | Charleston, SC 29401 |

AND IT IS ORDERED.

_____
Richard M. Gergel
United States District Judge

This 18th day of October, 2018
at Charleston, South Carolina