2:17-CR-301-RMG





### Moorish National Republic Federal Government
#### ✐ ~ Societas Republicae Ea Al Maurikanos ~ ✐
##### Moorish Divine and National Movement of the World
##### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
##### ✐ ~ Temple of the Moon and Sun ~ ✐
##### The True and De Jure Natural Peoples ~ Heirs of the Land
##### ✐ ~ I.S.L.A.M. ~ ✐

# Cover Letter

**Rashaun Allen El**
[Ex. Rel. RASHAUN ALLEN]
Hear 3841 Leeds Ave
Charleston SC 29405

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 DEC 27  AM 10: 22

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

I Rashaun Allen El, do not consent to being detained and I am not a US. Citizen, I Am a Moorish American National. For the record on the record, I have no alliance with the Foreign for Profit Corporation also known as UNITED STATES, I Rashaun Allen El do profess that I am a party to the constitution and part and parcel of the organic Moorish National Republic Federal Government. I, am a direct descendant of the Moroccans who negotiated the treaty of peace and friendship for the European colonist. Therefore, I Rashaun Allen El, state that my rights are secured and protected by the American constitution for the united states 1791 and treaty of peace and friendships 1786 1836.

I Rashaun Allen El, demand to be released immediately and all your colorable charges dismissed within 72 hours upon receipt of this notice pursuant to treaty of peace and friendships Article 21 and the American Constitution Article III Section II.

1
Moorish National Republic Federal Government and the Moorish American Consulates Worldwide
c/o mailing location: 911 SW 314ᵗʰ Place, Near [Federal Way Washington Republic [98023]] at
Empire of the Moors, New Jerusalem








# Moorish National Republic Federal Government
## ꝏ ~ Societas Republicae Ea Al Maurikanos ~ ꝏ
### Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### ꝏ ~ Temple of the Moon and Sun ~ ꝏ
### The True and De Jure Natural Peoples – Heirs of the Land
### ꝏ ~ I.S.L.A.M. ~ ꝏ

Moorish National Republic Federal Government and the Moorish American Consulates Worldwide
c/o mailing location: 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] at
Empire of the Moors, New Jerusalem

  

# Moorish National Republic Federal Government
## ❧ ~ Societas Republicae Ea Al Maurikanos ~ ❧
### Moorish Divine and National Movement of the World
### Northwest Amexem / Northwest Africa / North America / 'The North Gate'
### ❧ ~ Temple of the Moon and Sun ~ ❧
### The True and De Jure Natural Peoples – Heirs of the Land
### ❧ ~ I.S.L.A.M. ~ ❧

**For The Record, On the Record, To Be Read Into The Record and let the Record show**

UNIVERSAL POSTAL UNION DOCUMENT NUMBER

7018 2290 0000 1227 4911

**Writ of Removal with Commands to Cease, Desist and dispose of all in rem processes against the Moorish Americans with**

# Notice of Intent to Lien and Arrest Command

This is a Universal and International Writ of Removal of all Moorish American Nationals from foreign, Christian, defacto CORPORATION custody with Commands to cease, desist, and dispose of all in rem processes coerced, forced upon, or mutually consented to where the Aboriginal Indigenous Living Divine Natural Moorish Americans of the Land are concerned as all CORPORATE processes against the Natural, Living, Divine, Ancient, dejure Americans are fraudulent. This Command declares that the said CORPORATIONS have no further contact of any kind to include written, spoken, telephone, electronic or otherwise, with the Living Moorish Americans. This Command declares and includes the freedom of all Moorish American Nationals at North America who are unlawfully branded as "negro", "black", "colored", or "African American". This is Notice of Intent to lien all defacto CORPORATIONS and all CORPORATIONS d/b/a COURTS, JUDGES, ATTORNEYS, BAR MEMBERS, BAILIFFS, POLICE OFFICERS, CLERKS OF THE COURT, and THEIR HEIRS and ASSIGNS. All of the said CORPORATIONS are to be arrested for fraud and high treason immediately, tried by military tribunal and detained indefinitely in prison at Puerto Rico, or Guantanamo Bey, Cuba. All CORPORATIONS d/b.a SHERIFFS, and U.S. MILITARY/Grand Army of the Republic are to protect and serve the Moorish American Nationals at all times.

## Delegation of Authority

The Moorish Divine and National Movement of the World, The de jure Moorish National Republic Federal Government, The Moorish American Consulates Worldwide, The Moorish American Article III Consular Courts, and the Moorish American People hereby declare, proclaim and file this Command with Delegations of Authority by the same and additional Delegations of Authority are given by The Will of Allah, the

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org
Page 1 of 13

  

# 𝔐𝔬𝔬𝔯𝔦𝔰𝔥 𝔑𝔞𝔱𝔦𝔬𝔫𝔞𝔩 𝔕𝔢𝔭𝔲𝔟𝔩𝔦𝔠 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔊𝔬𝔳𝔢𝔯𝔫𝔪𝔢𝔫𝔱

Authority of The Bull Anu, The Holy Koran of the Moorish Holy Temple of Science divinely prepared by The Noble Prophet Drew Ali, The Treaty of Peace and Friendship 1786 and 1836 and the Constitution for the United States 1789/1791.

The Moorish Divine and National Movement, The Moorish National Republic Federal Government, The Moorish American Consulate, The Moorish American Consular Courts and the Moorish American People do hereby file this Universal Command:

**BILL OF ATTAINDER and CONTRACT CASE against**
**All PERSONS d/b/a JUDGES for all CORPORATIONS styled as COURTS, COUNTIES, CITIES, MUNICIPALITIES, STATES, DISTRICTS, AND U.S. SUPREME COURTS at North America. This is to include all cases that have been moved to other courts or otherwise. This is a counter action to any past, present or future filings by any CORPORATIONS at North America.**

**Notice to principal is notice to agent - Notice to agent is notice to principal.**

Pursuant to the ecclesiastically delegated judicial authority of the Moorish National Republic Federal Government to carry into full effect the provisions of the 1786 and 1836 Treaty of Peace and Friendship before an Article III Court of competent jurisdiction, and enforce the Constitution For the united States of America as to the restoration of proper and lawful 'due process' under the organic American Republic Constitution Law principles and operations; All Moorish American Nationals, **In Propria Persona[1] Sui Juris[2]** , In Proprio Solo, and In Proprio Heredes do hereby file this Writ of Removal. This Writ of Removal declares that all cases for all Moorish American Nationals are hereby removed from the occupying European Christian United States/U.S. Corporation' ("unsanctioned corporate pseudo court[3]") to the Moorish American Consular Court of competent jurisdiction for all cases to include criminal cases; the constitutional Article III Moorish American court of record which is also the court of the Moorish National Republic Federal Government who are the issuers of this Command.

---

[1] **IN Propria Persona**. In one's own proper person. It is a rule in pleading that pleas to the jurisdiction of the court must be plead in propria persona, because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction. Lawes, Pl. 91. Black's Law Dictionary rev. 4th ed. p. 899, 900 (1968)
[2] **Sui Juris**. Lat. Of his own right; possessing full social and civil rights; not under any legal disability, or the power of an-other, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for one's self. Story, Ag. § 2.
Black's Law Dictionary rev. 4th ed. p. 1602 (1968)
[3] **CIVIL ORDERS JULY 4, 2014** Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 2 of 13

  

# Moorish National Republic Federal Government

## Multiple Grounds For Removal

**Status[4]** : All Moorish American Nationals are In Propria Persona Sui Juris; are Islamic Moslem Moors, Aboriginal, Indigenous Moorish American[5] National and a Natural Divine Freehold of this land of America. We reside in the jurisdiction of our ancestral inherited estate at all times, and all of our rights are exercised at all times; Whereas we are exercising them now. We are the Executors, Administrators, Creditors, Claimants, and Beneficiaries of our own Estate and all CORPORATE pseudo court operators are but former trustees that are not authorized to subrogate our identity with the fraudulent CAPITALIZED names of legal fiction claimed by the UNITED STATES OF AMERICA, Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANKS, or any franchises or agencies thereof. All are rendered bankrupt debtors and null and void.

**Diversity of Nationality[6]** : We, being Moorish American, are Noble freeholds Aboriginal Indigenous Autochthonous **Moor/Muur**[7] of the organic Americas – the Land. By consanguine unity we are the descendants of the ancient Moabite, Hamitite, and Canaanite ForeMothers and ForeFathers. We pledge our National, Political, Ecclesiastic, Universal and Spiritual allegiance to our Moabite, Hamitite, Canaanite Moorish Nation - being the archaic Originals / Indigenes of Amexem (the Americas) and stand squarely affirmed upon our Divine Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice. We

---

[4] **Status.** Standing, state or condition. Reynolds v. Pennsylvania Oil Co., 150 Cal. 629, 89 P. 610, 612. The legal relation of individual to rest of the community. Duryea v. Duryea, 46 Idaho 512, 269 P. 987, 988. The rights, duties, capacities and incapacities which determine a person to a given class. Campb. Austin 137. A legal personal relationship, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned. Holzer v. Deutsche Reichsbahn Gesellschaft, 159 Misc. 830, 290 N.Y.S. 181, 191. While term implies relation it is not a mere relation. De La Montanya v. De La Montanya, 112 Cal. 101, 115, 44 P. 345, 348, 32 L.R.A. 82, 53 Am.St.Rep. 165. It also means estate, because it signifies the condition or circumstances in which one stands with regard to his property. In the Year Books, it was used in this sense; 2 Poll. & Maitl. Hist, E. L. 11. Black's Law Dictionary rev. 4th ed. p. 1580 (1968)

[5] **American:** n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: Africans and Native Americans, Chp.3. Negro, Black and Moor p. 85 ¶ 3.

[6] **Nationality.** That quality or character which arises from the fact of a person's belonging to a nation or state. Nationality determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status.Nationality arises either by birth or by naturalization. According to Savigny, "nationality" is also used as opposed to "territoriality," for the purpose of distinguishing the case of a nation having no national territory; e. g., the Jews. 8 Say. Syst. §;Westl.Priv.Int. Law, 5. Black's Law Dictionary rev. 4th ed. p. 1602 (1968)

[7] **Moor,** n More, Maure, L. Maurus a Moor 2. (Hist.) Any individual of the swarthy [dark complexion] races..." [relative to the Albion European] 1895 Noah Webster's International Dictionary of the English Language: being the authentic edition of Webster's unabridged dictionary, comprising the issues of 1864, 1879, and 1884 by Webster, Noah, 1758-1843;  "Since moor and moren had also been used for American (Antwerp, 1563, and Brazil, 1550s, 1640s), we can see a pattern where both moor and swart were flexable enough to embrace a broad range of brown to dark brown people." Jack D. Forbes; Africans and Native Americans. Chp. 3. Negro, Black and Moor p. 81 ¶ 3; "I say my client may be a Moor, but he is not a Negro." Abraham Lincoln's case: Dungey v. Spencer (1855) File ID: L00567, as a trial lawyer before president of the United States Corporation Company.
April 17, 1855

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 3 of 13

  

# 𝔐𝔬𝔬𝔯𝔦𝔰𝔥 𝔑𝔞𝔱𝔦𝔬𝔫𝔞𝔩 𝔯𝔢𝔭𝔲𝔟𝔩𝔦𝔠 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔊𝔬𝔳𝔢𝔯𝔫𝔪𝔢𝔫𝔱

are by birthright heritage, and primogeniture, the living beneficiaries, heirs apparent **Jus sanguinis**[8] (by right of blood)  and Jus soli (by right of soil) of the extreme far west Al Moroccan (American) Continents - Land of the Moors territory, North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc); the ancient **American**[9] lands since time immemorial before 1492 European invasion, colonization, occupation, and birthright theft of our lands and identity.

       **Federal Question**[10] Jurisdiction: All CORPORATE tribunals lack personam, territorial political and therefore subject matter jurisdiction claims (Article III Section 2 Clause 1). All CORPORATE actors are products of the Foreign Agent Registration Act of 1938. The amounts in controversy are gold backed lawful money in excess of $100 quadrillion ($100,000,000,000,000,000) pursuant to Article 1, Section 10, Clause 1 that reads: "make any Thing but gold and silver Coin a Tender in Payment of Debts". All CORPORATE employees of all CORPORATE court venues are required to take the oath (5 U.S. Code § 3331 - Oath of office) and they are foreign entities (8 U.S. Code  § 1481); the International Organization Immunities Act relinquished every public office of the United States to the United Nations December 9, 1945. The foreign private for-profit MUNICIPAL, COUNTY, OR STATE corporate agency pseudo COURTS lack jurisdiction to hear any case under the FOREIGN STATE Definitions (28 U.S. Code § 1603) under the Foreign Sovereign Immunities Act (FSIA). Each and all Aboriginal Indigenous Moorish Americans are non-domestic, non-resident, non-subject and non-commercial; Moorish American Nationals are not CORPORATE entities and are not registered with any SECRETARY OF STATE as a CORPORATION. All CORPORATE tribunals fail to disclose that the administrative fictional plaintiffs are CORPORATIONS and are deceptively appointed as Trustees over all matters dealing with any issue involving the ALL CAPITALIZED **WARDSHIP NAME**[11]

---

[8] **Jus Sanguinis** – Citizenship is not determined by one's place born, but having a parent(s) (by blood) who are Citizens of the Nation, Jus sanuinis rights are mandated by international treaty with citizenship definitions imposed by the international community.

[9] **American:** n. an Aboriginal or one of the various copper-colored natives found on the American Continent by the Europeans; the original application of the name. Webster's 1828 American Dictionary of the English language and 1936. Webster's unabridged 20th century dictionary. "Some examples will now be cited from the Americas to illustrate the use of 'negro' and 'black' in English as applied to people of American ancestry." Jack D. Forbes: Africans and Native Americans, Chp.3. Negro, Black and Moor p. 85 ¶ 3.

[10] **Federal Question.** Cases arising under Constitution of United States, Acts of Congress, or treaties, and involving their interpretation and application, and of which jurisdiction is given to federal courts, are commonly described as involving a "federal question." McAllister v. St. Louis Merchants' Bridge Terminal Ry. Co., 324 Mo. 1005, 25 S.W.2d 791, 792. Black's Law Dictionary rev. 4th ed. p. 740 (1968)

[11] **WARDSHIP NAME,** n. One who holds legal but not lawful title for another; a straw man. Hegstad v. Wysiecki, 178 App.Div. 733, 165 N.Y.S. 898, 900. Space 61/2 feet in width between street railroad tracks. Schroeder v. Pittsburgh Rys. Co., 311 Pa. 398, 165 A. 733.

WARDSHIP NAME, adj. Sham; make-believe; pretended; imitation. U. S. v. Warn, D.C.Idaho, 295 F. 328, 330. As respects basis for predicating liability on parent corporation for acts of subsidiary, "agency," "adjunct," "branch," "instrumentality," "WARDSHIP NAME,"

"buffer," and "tool" all mean very much the same thing. owendahl v. Baltimore & 0. R. Co., 287 N.Y.S. 62, 74, 247 App.Div. 14 WARDSHIP NAME DIRECTOR. One to whom (usually) a single share of stock in a corporation is transferred for the purpose of qualifying him as a director of the corporation, in which he has no real or active interest. Ashby v. Peters, 128 Neb. 338, 258 N.W. 639, 99 A.L.R. 843. One who is a mere figurehead and in effect discharges no duties. Golden Rod Mining Co. v. Bukvich,  Mont. 569, 92 P. 2d 316, 319. Black's Law Dictionary rev. 4th ed. p. 591, 592 (1968)

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 4 of 13



# 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙

/strawman name, and fictional construct of all NAMES IN ALL CAPITAL LETTERS to defraud the living Man; as to joinder[12] and own in the commission of and involuntary servitude because the WARDSHIP NAME strawman is not a living flesh and blood man which is an action under the jurisdiction of the STATE OF EMERGENCY CLAUSE; Public Law 1, 48 stat C1.

**International Crimes of Fraud and Treason:** It is a fact that the Amendatory Act April 20, 1933 under Executive Command 6111 and as defined in the Banking Emergency Act under Public Law 1, 48 stat, C1 has defined the nonliving WARDSHIP NAME/PROPERTY and the people of the land as "enemies of the STATE" under the Amended Trading with the Enemy Act (1933) under Title 50 Chapter 3 / Public Law 40, stat L 411 as "enemies of their own country." From these facts, any alleged "PLAINTIFF" and "DEFENDANT" being addressed by CORPORATE pseudo courts is not a living Divine, Natural Being which is the most basic identity as



one of the living people unlawfully and unconscionably converted to that of a CORPORATION by fraud and deception.

The very presence of the Living Aboriginal Indigenous Being in a CORPORATE court is evidence of crimes against humanity and war crimes by the operators of all CORPORATE pseudo courts. The alleged PLAINTIFF in all CORPORATE courts are NOT living, nor a real injured party, yet CORPORATE courts proceed as if crimes against the STATE were committed which is evidence that the chattel property that is the WARDSHIP NAMES/STRAWMAN are being charged as an "enemy of the state" under "war crimes". The Living Divine Natural Aboriginal Indigenous Beings is being constantly hunted down, persecuted without crime by said foreign private for-profit CORPORATE entities, and denied due process of de jure Islamic Moslem and Supreme Law of the land.

This removal is pursuant to International Diversity of Nationality and currently on file for the record of the United States Supreme Court as precedence for all Moorish American Nationals #: 1616598-E and in the office of the prosecutor's investigation unit of the International Criminal Court for aforementioned crimes against humanity, systemic genocide, and war crimes. Additionally, the National Human Trafficking Hotline (1-888-373-7888) Case #328400 is the case number for all 350 million Moorish American Nationals at North America whether they be declared or undeclared.

---

[12] **Joinder.** Joining or coupling together; uniting two or more constituents or elements in one; uniting with another person in some legal step or proceeding; union; concurrence. Black's Law Dictionary rev. 4th ed. p. 971 (1968)

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 5 of 13

  

# 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙

## Proof Of Service

I do certify that a copy of previous writs, affidavits, declarations and/or notifications in the above NOTICE OF REMOVAL has been furnished by way of either walk-in for all recipients, e-mail, fax, or certified mail to all CORPORATIONS d/b/a GOVERNORS of the 50 CORPORATE STATES and to the following:

Moorish American Consulate of the
Moorish National Republic Federal Government
Vizir (Judge) Light Tajiri Bey
c/o 911 Southwest 314 Place
Near [Federal Way Washington Republic [98023-9998]]

Honorable Fatou Bom Bensouda
Information and Evidence Unit
Office of the Prosecutor
Post Office Box 19519 2500 CM
The Hague, The Netherlands

Universal Postal Union (UPU)
Bishar Abdirahman Hussein
International Bureau
Weltpoststrasse 4
P.O. Box 312
3000 BERNE 15 SUISSE

| Date Sent | United States Postal Tracking Number | Who Was Notified? |
|---|---|---|
| 6/15/2018 | 7015 0640 0003 4323 1737 | TOM WOLF, GOVERNOR OF THE STATE OF PENNSYLVANIA |
| 6/15/2018 | 7015 0640 0003 4323 1744 | ROBERT TORRES, ACTING SECRETARY OF THE DEPARTMENT OF STATE, |
| 6/15/2018 | 7015 0640 0003 4323 1768 | KATAYOUN COPELAND, PENNSYLVANIA DISTRICT ATTORNEY |
| 6/15/2018 | 7015 0640 0003 4323 1775 | LAWRENCE F. STENGEL, CHIEF UNITED STAETS DISTRICT JUDGE FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| 6/15/2018 | 7015 0640 0003 4323 1782 | JOE TORSELLA, STATE OF PENNSYLVANIA TRESURER |
| 6/15/2018 | 7015 0640 0003 4323 1799 | THOMAS GROSS, EXECUTIVE DIREECTOR, PENNSYLVANIA CHIEFS OF POLICE ASSOCIATION |
| 6/15/2018 | 7015 0640 0003 4323 1805 | ERIC PAPENFUSE, MAYOR OF THE CITY OF HARRISBURG PENNSYLVANIA |
| 6/15/2018 | 7015 0640 0003 4323 1751 | MG DAVID P. GLASER, PROVOST MARSHAL GENERAL OF THE UNITED STATES ARMY |
| 6/21/2018 | 7017 3040 0000 3081 7935 | GEORGIA GOVERNOR |
| 6/21/2018 | 7017 0680 0007 2863 3607 | STATE OF GEORGIA ATTORNEY GENERAL, CHRIS CARR |
| 6/29/2018 | 7016 2070 0001 0913 4135 | BRIAN KEMP, GEORGIA SECRETARY OF STATE DEPT |
| 6/29/2018 | 7016 2070 0001 0913 4166 | STEVE MCCOY, GEORGIA TREASURER |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 6 of 13

  

# Moorish National Republic Federal Government

| 6/29/2018 | 7016 2070 0001 0913 4173 | CHRIS CARR, GEORGIA ATTORNEY GENERAL |
|---|---|---|
| 6/29/2018 | 7016 2070 0001 0913 4142 | FRANK RICARDO, GEORGIA CHIEF OF POLICE |
| 6/29/2018 | 7016 2070 0001 0913 4197 | MG DAVID P. GLASER, PROVOST MARSHAL GENERAL OF THE UNITED STATES ARMY |
| 6/29/2018 | 7016 2070 0001 0913 4180 | LARRY HANSON, GA MUNICIPAL ASSOCIATION |
| 6/29/2018 | 7016 2070 0001 0913 4159 | THOMAS THRASH, GA CHIEF DISTRICT JUDGE |
| 6/29/2018 | 7017 1070 0000 2322 5232 | NATHAN DEAL, GOVERNOR  GA |
| 7/2/2018 | 7015 1730 0001 0105 0746 | MIKE POMPEO, SECRETARY OF STATE OF WASHINGTON, DISTRICT OF COLUMBIA |
| 7/2/2018 | 7015 1730 0001 0105 0739 | DONALD TRUMP, PRESIDENT OF THE UNITED STATES SERVICE CORPORATION |
| 7/2/2018 | 7018 0680 0000 5769 3833 | JOHN ROBERTS. CHIEF JUSTICE OF THE USA SUPREME COURT |
| 7/2/2018 | 7018 0680 0000 5769 3826 | STEVEN MAUR, US DEPARTMENT OF TREASURY |
| 7/2/2018 | 7018 0680 0000 5769 3819 | JEFF SESSIONS, JUSTICE DEPARTMENT OF THE USA |
| 7/2/2018 | 7015 1730 0001 0105 0722 | COLORADO GOVERNORS OFFICE |
| 7/3/2018 | 7017 1000 0000 3497 2607 | CHIEF JUDGE JAMES K. BRADER - US DISTRICT COURT MARYLAND |
| 7/3/2018 | 9500116201778184392855 | ARCHBISHOP OF SEATTLE PETER J. SARTAIN |
| 7/3/2018 | 9500116201778184392862 | WASHINGTON GOV JAY INSLEE |
| 7/3/2018 | 9500116201778184392879 | CHIEF ANDY HWANG FEDERAL WAY POLICE |
| 7/3/2018 | 9500116201778184392886 | JUDGE DAVID A LARSON FED WAY MUNICIPAL COURT. |
| 7/3/2018 | 9500116201778184392893 | KING COUNTY SHERIFF MITZI JOHAN KRECHT |
| 7/3/2018 | 9500116201778184392909 | BRIG GEN DAVID P. GLASER PROVOST MARSHAL |
| 7/3/2018 | 9500116201778184392916 | UN SECRETARY GENERAL ANTONIO GUTERRES NYNY REPUBLIC |
| 7/3/2018 | 9500116201778184392923 | US DEPT OF TREASURY-SEE STEVEN MNUCHIN |
| 7/12/2018 | 7015 0640 0003 4327 8879 | JOEL A READY, CORNERSTONE LAWFIRM |
| 7/12/2018 | 7015 0640 0003 4327 8886 | KEVIN F KELLY, PRESIDENT JUDGE OF DELAWARE COUNTY OF PENNSYLVANIA COURT OF COMMON PLEAS |
| 7/12/2018 | 7015 0640 0003 4327 8893 | MARY MCFALL HOPPER, SHERIFF OF DELAWARE COUNTY SHERIFFS OFFICE |
| 7/12/2018 | 7015 0640 0003 4327 8909 | JERRY L. SANDERS, SHERIFF OF DELAWARE COUNTY PENNSYLVANIA |
| 7/21/2018 | 7018 1130 0000 2493 1187 | GOVERNOR OF Montgomery, Alabama [36130] |
| 7/21/2018 | 7018 1130 0000 2493 1163 | GOVERNOR OF ALASKA [99811] |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 7 of 13

  

# 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙

| 7/21/2018 | 7018 1130 0000 2493 1569 | GOVERNOR OF ARIZONA [85007] |
|---|---|---|
| 7/21/2018 | 7018 1130 0000 2493 1149 | GOVERNOR OF ARKANSAS 72201] |
| 7/21/2018 | 7018 1130 0000 2493 1781 | GOVERNOR OF CALIFORNIA [95814] |
| 7/21/2018 | 7018 1130 0000 2493 1798 | GOVERNOR OF COLORADO [80203] |
| 7/21/2018 | 7018 1130 0000 2493 1804 | GOVERNOR OF CONNECTICUT [06106] |
| 7/21/2018 | 7018 1130 0000 2493 1408 | GOVERNOR OF MISSOURI [48909] |
| 7/21/2018 | 7018 1130 0000 2493 1545 | GOVERNOR OF OKLAHOMA [73105] |
| 7/21/2018 | 7018 1130 0000 2493 1521 | GOVERNOR OF PENNSYLVANIA [17120] |
| 7/21/2018 | 7018 1130 0000 2493 1538 | GOVERNOR OF OREGON [97301] |
| 7/21/2018 | 7018 1130 0000 2493 1514 | GOVERNOR OF PUERTO RICO [00902] |
| 7/21/2018 | 7018 1130 0000 2493 1507 | GOVERNOR OF RHODE ISLAND [02903] |
| 7/21/2018 | 7018 1130 0000 2493 1316 | GOVERNOR OF SOUTH CAROLINA [29201] |
| 7/21/2018 | 7018 1130 0000 2493 1613 | GOVERNOR OF SOUTH DAKOTA [57501] |
| 7/21/2018 | 7018 1130 0000 2493 1606 | GOVERNOR OF TENNESSEE [37243] |
| 7/21/2018 | 7018 1130 0000 2493 1590 | GOVERNOR OF TEXAS [78711] |
| 7/21/2018 | 7018 1130 0000 2493 1583 | GOVERNOR OF  UTAH [84114] |
| 7/21/2018 | 7018 1130 0000 2493 1576 | GOVERNOR OF VERMONT [05609] |
| 7/21/2018 | 7018 1130 0000 2493 1774 | GOVERNOR OF VIRGIN ISLANDS [00802] |
| 7/21/2018 | 7018 1130 0000 2493 1262 | GOVERNOR OF VIRGINIA [23219] |
| 7/21/2018 | 7018 1130 0000 2493 1477 | GOVERNOR OF WASHINGTON [98504] |
| 7/21/2018 | 7018 1130 0000 2493 1095 | GOVERNOR OF WEST VIRGINIA [25305] |
| 7/21/2018 | 7018 1130 0000 2493 1248 | GOVERNOR OF WISCONSIN [53707] |
| 7/21/2018 | 7018 1130 0000 2493 1484 | GOVERNOR OF WYOMING [82002] |
| 7/21/2018 | 7018 1130 0000 2493 1828 | GOVERNOR OF GEORGIA [30272] |
| 7/21/2018 | 7018 1130 0000 2493 1132 | GOVERNOR OF OHIO [45011] |
| 7/21/2018 | 7018 1130 0000 2493 1637 | GOVERNOR OF MICHIGAN [48603] |
| 7/21/2018 | 7018 1130 0000 2493 1118 | GOVERNOR OF FLORIDA [32117] |
| 7/21/2018 | 7018 1130 0000 2493 1088 | GOVERNOR OF KENTUCKY [40324] |
| 7/21/2018 | 7018 1130 0000 2493 1767 | GOVERNOR OF CALIFORNIA [92114] |
| 7/21/2018 | 7018 1130 0000 2493 1071 | GOVERNOR OF CALIFORNIA [92335] |
| 7/21/2018 | 7018 1130 0000 2493 1743 | GOVERNOR OF OHIO [44905] |
| 7/21/2018 | 7018 1130 0000 2493 1750 | GOVERNOR OF WISCONSIN [53719] |
| 7/21/2018 | 7018 1130 0000 2493 1125 | GOVERNOR OF GEORGIA [30264] |
| 7/21/2018 | 7018 1130 0000 2493 1750 | GOVERNOR OF WISCONSIN [53224] |
| 7/21/2018 | 7018 1130 0000 2493 1064 | GOVERNOR OF WISCONSIN [53224] |
| 7/21/2018 | 7018 1130 0000 8090 3166 | GOVERNOR OF MICHIGAN [48208] |
| 7/21/2018 | 7018 1130 0000 2493 1446 | GOVERNOR OF IOWA [50319] |
| 7/21/2018 | 7018 1130 0000 2493 1439 | GOVERNOR OF KANSAS [66612] |
| 7/21/2018 | 7018 1130 0000 2493 1422 | GOVERNOR OF KENTUCKY [40601] |
| 7/21/2018 | 7018 1130 0000 2493 1415 | GOVERNOR OF LOUISIANA [70804] |
| 7/21/2018 | 7018 1130 0000 2493 1491 | GOVERNOR OF MAINE [04333] |
| 7/21/2018 | 7018 1130 0000 2493 1330 | GOVERNOR OF MARYLAND [21401] |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 8 of 13





### 𝔐oorish 𝔑ational 𝔕epublic 𝔉ederal 𝔊overnment

| 7/21/2018 | 7018 1130 0000 2493 1385 | GOVERNOR OF NEVADA [89701] |
|---|---|---|
| 7/21/2018 | 7018 1130 0000 2493 1415 | GOVERNOR OF MISSISSIPPI [39205] |
| 7/21/2018 | 7018 1130 0000 2493 1378 | GOVERNOR OF MISSISSIPPI [39205] |
| 7/21/2018 | 7018 1130 0000 2493 1460 | GOVERNOR OF MARYLAND [65102] |
| 7/21/2018 | 7018 1130 0000 2493 1361 | GOVERNOR OF NEBRASKA [68509] |
| 7/21/2018 | 7018 1130 0000 2493 1811 | GOVERNOR OF DELAWARE [19901] |
| 7/21/2018 | 7018 1130 0000 2493 1392 | GOVERNOR OF MONTANA [59620] |
| 7/21/2018 | 7018 1130 0000 2493 1620 | GOVERNOR OF MARIANA ISLANDS [96950] |
| 7/21/2018 | 7018 1130 0000 2493 1835 | GOVERNOR OF FLORIDA [32399] |
| 7/21/2018 | 7018 1130 0000 2493 1552 | GOVERNOR OF OHIO [43215] |
| 7/21/2018 | 7018 1130 0000 2493 1231 | GOVERNOR OF GEORGIA [30334] |
| 7/21/2018 | 7018 1130 0000 2493 1224 | GOVERNOR OF GUAM [96932] |
| 7/21/2018 | 7018 1130 0000 2493 1217 | GOVERNOR OF HAWAII [96813] |
| 7/21/2018 | 7018 1130 0000 2493 1200 | GOVERNOR OF IDAHO [83702] |
| 7/21/2018 | 7018 1130 0000 2493 1194 | GOVERNOR OF ILLINOIS [62706] |
| 7/21/2018 | 7018 1130 0000 2493 1170 | GOVERNOR OF INDIANA [46204] |
| 7/21/2018 | 7018 1130 0000 2493 1453 | GOVERNOR OF MASSACHUSETTS [02133] |
| 7/21/2018 | 7018 0040 0000 6579 6791 | GOVERNOR OF AMERICAN SAMOA [96799] |
| 7/21/2018 | 7018 1130 0000 2493 1323 | GOVERNOR OF MINNESOTA [55155] |
| 7/21/2018 | 7018 1130 0000 2493 1354 | GOVERNOR OF NEW HAMPSHIRE [03301] |
| 5/4/2018 | 7015 1730 0001 0107 1949 | OFFICE OF ATTORNEY GENERAL, PROVIDENCE RHODE ISLAND |
| 5/4/2018 | 7015 1730 0001 0107 1956 | US DEPT OF JUSTICE, WASHINGTON DC |
| 7/21/2018 | 7018 0680 0001 5231 5722 | STEVE HOGAN, OFFICE OF THE MAYOR |
| 7/21/2018 | 7018 0680 0000 5769 3826 | US DEPT OF TREASURY, WASHINGTON DC |
| 7/21/2018 | 7015 1730 0001 0105 0746 | MIKE POMPEO, SECRETARY OF STATE OF WASHINGTON, DISTRICT OF COLUMBIA |
| 7/21/2018 | 7018 0680 0001 5231 5685 | OFFICE OF ATTORNEY GENERAL, DENVER CO |
| 7/30/218 | 7018 0360 0001 0213 0107 | GOVERNOR ANDREW CUOMO |
| 7/30/218 | 7018 0360 0001 0213 0077 | MAYOR OF NEW YORK BILL DE BLASIO |
| 7/30/218 | 7018 0360 0001 0213 0053 | U.S. ATTORNEY GENERAL JEFFERSON SESSIONS |
| 7/30/218 | 7018 0680 0001 2818 7919 | U.S. SECRETARY OF STATE MICHAEL R POMPEO |
| 7/30/218 | 7018 0360 0001 0213 0114 | N.Y. SECRETARY OF STATE ROSSANA ROSADO |
| 7/30/218 | 7018 0360 0001 0213 0039 | "MAGISTRATE" WILLIAM CONDON |
| 7/30/218 | 7018 0360 0001 0213 0084 | THE SHERIFF OF SUFFOLK COUNTY ERROL D TOULON |
| 7/30/218 | EM053097085US | WARDEN MICHAEL FRANCHI [PRIORITY MAIL] |
| 7/30/218 | EM053097071US | CHIEF CLERK FRANK TROPEA [PRIORITY MAIL] |
| 7/20/2018 | 7017 0660 0000 2171 2734 | MINNESOTA MAYOR - MARK DAYTON |
| 7/20/2018 | 7017 0660 0000 2171 2727 | OAK PARK HEIGHTS PRISON - WARDEN MICHELLE SMITH |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 9 of 13





# 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙

| 7/20/2018 | 7017 0660 0000 2171 2710 | MINNESOTA STATE REPRESENTATIVE, KEITH ELLISON |
| 7/20/2018 | 7018 0040 0000 6514 0846 | SECRETARY OF THE STATE OF MINNESOTA |
| 7/20/2018 | 7018 0040 0000 6514 0839 | ATTORNEY GENERAL - JEFFERSON SESSION |
| 7/20/2018 | 7017 0660 0000 2171 2703 | MICHAEL RICHARD POMPEO |
| 7/20/2018 | 7017 0660 0000 2171 2697 | MAYOR OF STILLWATER , MINNESOTA, TED KOZLOWSKI |
| 8/23/2018 | 7015 0640 0003 4327 8916 | MEGAN J. BRENNAN POSTMASTER GENERAL AND CHIEF EXECUTIVE OFFICER OF UNITED STATES POSTAL SERVICE CORPORATION |
| 8/23/2018 | 7015 0640 0003 4327 8923 | JOSEPH J. SHEEHAN / GIRARD CAROZZA, POSTMASTER OF UPPER DARBY POST OFFICE |
| 8/23/2018 | 7015 0640 0003 4327 8930 | MICHAEL A. HERNANDEZ, POSTMASTER OF PHILADELPHIA POST OFFICE |
| 8/23/2018 | 7015 0640 0003 4327 8947 | GARY E. SHAPIRO, JUDICIAL OFFICER |
| 8/31/2018 | 7015 0640 0003 4327 8961 | DAVID KAUTTER, INTERNAL REVENUE SERVICE |
| 8/31/2018 | 7015 0640 0003 4327 8954 | BETSY DEVOS, U.S. DEPARTMENT OF EDUCATION |
| 9/11/2018 | 7016 0910 0000 0896 4081 | RECORDER OF DEEDS - MAYOR MURIEL BOWSER (WASHINGTON DC CORPORATION) |
| 9/11/2018 | 7017 3380 0000 5722 2403 | DAVID P. STEINER -VULCAN MATERIALS (BIRMINGHAM AL CORPORATION) |
| 9/11/2018 | 7017 3380 0000 5722 2397 | JIM FISH-WASTE MANAGEMENT (AUBURN WA CORPORATION) |
| 9/11/2018 | 7017 3380 0000 5722 2410 | JIM FISH-WASTE MANAGEMENT (HOUSTON TEXAS CORPORATION) |
| 9/11/2018 | 7017 3380 0000 5722 2427 | DAN PUMA - STATE DEPT OF ASSESSMENTS AND TAX (BALTIMORE MARYLAND CORPORATION) |
| 9/11/2018 | 7016 0910 0000 0896 4098 | JEROME POWELL - FEDERAL RESERVE BOARD OF GOVERNORS- NEW YORK CORPORATION |
| 9/11/2018 | 7016 0910 0000 0896 4104 | JEROME POWELL- FEDERAL RESERVE BOARD OF GOVERNORS- WASHINGTON DC CORPORATION |
| 9/11/2018 | 7016 0910 0000 0896 4111 | JEROME POWELL - FEDERAL RESERVE BOARED OF GOVERNORS (WASHINGTON DC CORPORATION) |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 10 of 13





## 𝕸𝖔𝖔𝖗𝖎𝖘𝖍 𝕹𝖆𝖙𝖎𝖔𝖓𝖆𝖑 𝕽𝖊𝖕𝖚𝖇𝖑𝖎𝖈 𝕱𝖊𝖉𝖊𝖗𝖆𝖑 𝕲𝖔𝖛𝖊𝖗𝖓𝖒𝖊𝖓𝖙

| | | |
|---|---|---|
| 9/11/2018 | 7016 0910 0000 0896 4128 | JEFFREY DEWITT- WASHINGTON DC OFFICE OF TAX AND REVENUE |
| 9/11/2018 | 7018 0680 0000 0328 8373 | JAMES DIMON- CHASE BANK PRES (NEW YORK CORPORATION) |
| 9/11/2018 | 7018 0680 0000 0328 8380 | JAMES DIMON RESIDENCE, HEIRS AND ASSIGNS (NEW YORK CORPORATION) |
| 9/11/2018 | 7018 0680 0000 0328 8397 | DC RECCOMMAND OF DEEDS |
| 9/11/2018 | 7018 0680 0000 0328 8403 | MAYOR MURIEL BOWSER - DISTRICT OF COLUMBIA CORPORATION |
| 9/11/2018 | 7018 0680 0000 0328 8410 | DC OFFICE OF TAX AND REVENUE |
| 9/25/2018 | 7018 0680 0000 0328 8427 | KEVIN DONNELLY DBA KING COUNTY ATTORNEY |

| Name | Position | Date | Mode | Email/Fax |
|---|---|---|---|---|
| JESSICA MCDONALD | CEO of CANADA POST | 22/06/2018 | Fax | 1-800-204-4193 |
| CARLA QUALTROUGH | MINISTER RESPONSIBLE FOR CANADA POST | 22/06/2018 | Email | minister@pwgsc.gc.ca |
| JUSTIN TRUDEAU | PRIME MINISTER | 06/07/2018 23/08/2018 | Email | justin.trudeau@parl.gc.ca |
| CHRYSTIA FREELAND | MINISTER OF FOREIGN AFFAIRS | 06/07/2018 | Email | chrystia.freeland@parl.gc.ca |
| JODY WILSON-RAYBOULD | MINISTER OF JUSTICE AND ATTORNEY GENERAL OF CANADA | 06/07/2018 | Email | jody.wilson-raybould@parl.gc.ca |
| CAROLYN BENNETT | MINISTER OF CROWN-INDIGENOUS RELATIONS | 06/07/2018 | Email | carolyn.bennett@parl.gc.ca |
| JANET AUSTIN | GOVERNOR GENERAL OF BRITISH COLUMBIA | 06/07/2018 23/08/2018 | Email | ghinfo@gov.bc.ca I received an email response from her assistant 30/08/2018 and I replied 04/09/2018 |
| DAVID EBY | ATTORNEY GENERAL OF BRITISH COLUMBIA | 23/08/2018 | Email | AG.Minister@gov.bc.ca |
| ANTIONETTE PERRY | GOVERNOR OF PRICE EDWARD ISLAND | 04/09/2018 | Email | cccheverie@gov.pe.ca |
| ARTHUR LEBLANC | GOVERNOR OF NOVA SCOTIA | 04/09/2018 | Email | lgoffice@novascotia.ca |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place, Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 11 of 13





## Moorish National Republic Federal Government

| JOCELYN ROY VINNEAU | GOVERNOR OF NEW BRUSNSWICK | 04/09/2018 | Email | LTgov@gnb.ca |
|---|---|---|---|---|
| JUDY MAY FOOTE | GOVERNOR OF NEWFOUNDLAND AND LABRADOR | 04/09/2018 | Email | davidbrown@gov.nl.ca |
| JANICE C. FILMON | GOVERNOR OF MANITOBA | 04/09/2018 | Email | ltgov@leg.gov.mb.ca |
| W. THOMAS MOLLY | GOVERNOR OF SASKATCHEWAN | 04/09/2018 | Email | lgo@ltgov.sk.ca |
| LOIS MITCHELL | GOVERNOR OF ALBERTA | 04/09/2018 | Email | LTGov@gov.ab.ca |
| NELLIE T. KUSUGAK | COMMISSIONER OF NUNAVUT | 04/09/2018 | Email | commissionerofnunavut@gov.nu.ca |
| MARGARET THOM | COMMISSIONER OF NORTHWEST TERRITORIES | 04/09/2018 | Email | commissioner@gov.nt.ca |
| ANGÉLIQUE BERNARD | COMMISSIONER OF YUKON | 04/09/2018 | Email | commissioner@gov.yk.ca |
| J.MICHEL DOYON | GOVERNOR OF QUEBEC | 05/09/2018 | Email | infoCLG@mce.gouv.qc.ca |

The Moorish American Consulate, The Moorish National Republic Federal Government, c/o: 911 SW 314th Place,
Near [Federal Way Washington Republic [98023]] 334-294-9828 www.MoorishAmericanConsulate.org

Page 12 of 13

  


# 𝔐oorish 𝔑ational 𝔕epublic 𝔉ederal 𝔊obernment
## ❧ ~ 𝔖ocietas 𝔕epublicae 𝔈a 𝔄l 𝔐aurikanos ~ ❧
### 𝔐oorish 𝔇ibine and 𝔑ational 𝔐obement of the 𝔚orld
### 𝔑orthwest 𝔄mexem / 𝔑orthwest 𝔄frica / 𝔑orth 𝔄merica / '𝔗he 𝔑orth 𝔊ate'
### ❧ ~ 𝔗emple of the 𝔐oon and 𝔖un ~ ❧
### 𝔗he 𝔗rue and 𝔇e 𝔍ure 𝔑atural 𝔓eoples – 𝔥eirs of the 𝔏and
### ❧ ~ 𝔦.𝔖.𝔏.𝔄.𝔐. ~ ❧



**Chronos:**

Day: 11    Month: September    Year: [2018] 1439

ℐAm: _Light Tajiri Bey-Vizir_

Judge / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Muur Northwest Amexem / Northwest Africa / North America

**Chronos:**

Day: 11    Month: September    Year: [2018] 1439

ℐAm: _Jamil Talib Abdullah Bey Vizir_

Judge / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Muur Northwest Amexem / Northwest Africa / North America
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States

**Chronos:**

Day: 11    Month: September    Year: [2018] 1439

ℐAm: _Ehl Bey Vizir_

Judge / Minister: Natural Person - In Propria Persona - Authorized Representative; All Rights Reserved
Free Moor / Muur Northwest Amexem / Northwest Africa / North America
Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States



**THE LIBRARY OF CONGRESS**
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

**PHOTODUPLICATION SERVICE**
202-707-5640 (VOICE)
202-707-1771 (FAX)
photoduplication@loc.gov (EMAIL)

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA,** volume 8, and that the attached photocopies - the title page, the verso of the title page, and pages 100 through 105 - are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date September 26, 1990.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on November 8, 2007.

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service

BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Large

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

ARRANGED IN CHRONOLOGICAL ORDER.

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,

AND

## COPIOUS NOTES OF THE DECISIONS

OF THE

## Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

**INDEX TO THE CONTENTS OF EACH VOLUME,**

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States;

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY,
IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

RICHARD PETERS, ESQ.,

COUNSELLOR AT LAW.

The rights and interest of the United States in the stereotype plates from which this work is printed, are hereby recognized,
acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3,1845.

VOL. VIII.

BOSTON:

LITTLE, BROWN AND COMPANY.

1867.



KF50
. U.S.
vol 8
4th Set

Entered according to act of Congress, in the year 1846, by
CHARLES C. LITTLE & JAMES BROWN,
In the Clerk's office of the District Court of the District of Massachusetts

LIBRARY OF CONGRESS
6
SEP 26 1990
COPY
ORDER DIVISION

Replacement copy

# TREATY OF PEACE AND FRIENDSHIP

## *Between the United States of America, and His Imperial Majesty the Emperor of Morocco.* (a)

January, 1787.

To all Persons to whom these Presents shall come or be made known.

WHEREAS the United States of America, in Congress assembled, by their commission bearing date the twelfth day of May, one thousand seven hundred and eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full powers to confer, treat and negotiate with the Ambassador, Minister, or Commissioner of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce; to make and receive propositions for such treaty, and to conclude and sign the same, transmitting it to the United States in Congress assembled, for their final ratification; and by one other commission, bearing date the eleventh day of March, one thousand seven hundred and eighty-five, did further empower the said Ministers Plenipotentiary, or a majority of them, by writing under their hands and seals, to appoint such agent in the said business as they might think proper, with authority under the directions and instructions of the said Ministers, to commence and prosecute the said negociations and conferences for the said treaty, provided that the said treaty should be signed by the said Ministers: And whereas we, the said John Adams and Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the hand and seal of the said John Adams at London, October the fifth, one thousand seven hundred and eighty-five, and of the said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint Thomas Barclay, agent in the business aforesaid, giving him the powers therein, which, by the said second commission, we were authorized to give, and the said Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and commerce between the United States of America, and his Majesty the Emperor of Morocco, which articles, written in the Arabic language, confirmed by his said Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into the language of the said United States of America, together with the attestations thereto annexed, are in the following words, to wit:

> ROYAL
> SEAL.

In the Name of ALMIGHTY GOD.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth day of the blessed month of Shaban, in the year one thousand two hundred, trusting in God it will remain permanent.

## ARTICLE I.

We declare that both parties have agreed that this treaty, consisting

---

(a) By "an act making an appropriation for the purpose therein mentioned," passed March 3, 1791, Laws U. S. vol. 1, 214, twenty thousand dollars are appropriated for effecting a negotiation of the treaty with Morocco, September 16, 1836, post, 454.

TREATY WITH MOROCCO. 1787.                         **101**

of twenty-five articles, shall be inserted in this book, and delivered to
the Honorable Thomas Barclay, the agent of the United States, now at
our court, with whose approbation it has been made, and who is duly
authorized on their part to treat with us concerning all the matters con-
tained therein.

*Emperor's consent to the treaty.*

### ARTICLE II.

If either of the parties shall be at war with any nation whatever, the
other party shall not take a commission from the enemy, nor fight under
their colours.

*Neither party shall take commission from the enemy of the other.*

### ARTICLE III.

If either of the parties shall be at war with any nation whatever, and
take a prize belonging to that nation, and there shall be found on board
subjects or effects belonging to either of the parties, the subjects shall
be set at liberty, and the effects returned to the owners. And if any
goods belonging to any nation, with whom either of the parties shall be
at war, shall be loaded on vessels belonging to the other party, they shall
pass free and unmolested, without any attempt being made to take or
detain them.

*Regulation in case of captures.*

### ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties,
by which they are to be known when they meet at sea; and if the com-
mander of a ship of war of either party shall have other ships under
his convoy, the declaration of the commander shall alone be sufficient
to exempt any of them from examination.

*Signal or pass to be given to vessels.*

### ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea
belonging to the other, it is agreed, that if an examination is to be
made, it shall be done by sending a boat with two or three men only;
and if any gun shall be fired, and injury done without reason, the
offending party shall make good all damages.

*How vessels shall be examined in time of war.*

### ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects,
to his Majesty, the citizens shall immediately be set at liberty, and the
effects restored; and in like manner, if any Moor, not a subject of these
dominions, shall make prize of any of the citizens of America, or their
effects, and bring them into any of the ports of his Majesty, they shall
be immediately released, as they will then be considered as under his
Majesty's protection.

*Citizens of the U. S. captured, to be released.*

### ARTICLE VII.

If any vessel of either party shall put into a port of the other, and
have occasion for provisions or other supplies, they shall be furnished
without any interruption or molestation.

*Vessels wanting supplies, to be furnished.*

### ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea,
and put into one of our ports to repair, she shall be at liberty to land
and re-load her cargo, without paying any duty whatever.

*Provision in case of misfortune.*

### ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part
of our coasts, she shall remain at the disposition of the owners, and no
one shall attempt going near her without their approbation, as she is

I 2

102                    TREATY WITH MOROCCO.   1787.

*Regulation in case of shipwreck, and being forced into port.*

then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think proper to proceed on his voyage.

## ARTICLE X.

*Vessels protected in certain cases.*

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

## ARTICLE XI.

*Privileges of vessels in case of war.*

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy, shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

## ARTICLE XII.

*Ships of war belonging to U. S. not to be examined.*

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE XIII.

*Ships of war to be saluted.*

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE XIV.

*Commerce on the footing of the most favoured nation.*

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE XV.

*Privileges of merchants.*

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE XVI.

*In case of war, prisoners not to be enslaved, but exchanged.*

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

### ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

Merchants may buy and sell all goods except those prohibited to other Christian nations.

### ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

Goods to be examined before sent on board, and not after, unless in case of fraud.

### ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

Vessels not to be detained.

### ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

How disputes shall be settled.

### ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

How crimes shall be punished.

### ARTICLE XXII.

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

How estates of deceased citizens shall be disposed of.

### ARTICLE XXIII.

The consuls of the United States of America, shall reside in any seaport of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

Consuls and their privileges.

104                    TREATY WITH MOROCCO.  1787.

### ARTICLE XXIV.

Regulations in case of war.

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

### ARTICLE XXV.

Duration of treaty.

This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

                                        THOMAS BARCLAY.

### ADDITIONAL ARTICLE.

Grace to the only God.

Vessels of U. S. to be protected.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to compleat it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan,(a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

                        TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

                                        THOMAS BARCLAY.

---

(a) The Ramadan of the year of the Hegira 1200, commenced on the 28th June, in the year of our Lord 1786.

TREATY WITH MOROCCO. 1787.                          105

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

JOHN ADAMS,                (L. S.)
<em>London, January 25th,</em> 1787.

THOMAS JEFFERSON,     (L. S.)
<em>Paris, January 1st,</em> 1787

VOL. VIII.        14






# 𝔐𝔬𝔬𝔯𝔦𝔰𝔥 𝔑𝔞𝔱𝔦𝔬𝔫𝔞𝔩 𝔕𝔢𝔭𝔲𝔟𝔩𝔦𝔠 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔊𝔬𝔳𝔢𝔯𝔫𝔪𝔢𝔫𝔱
### ✎ ~ 𝔖𝔬𝔠𝔦𝔢𝔱𝔞𝔰 𝔕𝔢𝔭𝔲𝔟𝔩𝔦𝔠𝔞𝔢 𝔈𝔞 𝔄𝔩 𝔐𝔞𝔲𝔯𝔦𝔨𝔞𝔫𝔬𝔰 ~ ✎
#### 𝔐𝔬𝔬𝔯𝔦𝔰𝔥 𝔇𝔦𝔳𝔦𝔫𝔢 𝔞𝔫𝔡 𝔑𝔞𝔱𝔦𝔬𝔫𝔞𝔩 𝔐𝔬𝔳𝔢𝔪𝔢𝔫𝔱 𝔬𝔣 𝔱𝔥𝔢 𝔚𝔬𝔯𝔩𝔡
#### 𝔑𝔬𝔯𝔱𝔥𝔴𝔢𝔰𝔱 𝔄𝔪𝔢𝔵𝔢𝔪 / 𝔑𝔬𝔯𝔱𝔥𝔴𝔢𝔰𝔱 𝔄𝔣𝔯𝔦𝔠𝔞 / 𝔑𝔬𝔯𝔱𝔥 𝔄𝔪𝔢𝔯𝔦𝔠𝔞 / '𝔗𝔥𝔢 𝔑𝔬𝔯𝔱𝔥 𝔊𝔞𝔱𝔢'

# 𝔄𝔣𝔣𝔦𝔡𝔞𝔳𝔦𝔱 𝔬𝔣 𝔚𝔯𝔦𝔱𝔱𝔢𝔫 𝔍𝔫𝔦𝔱𝔦𝔞𝔩 𝔘𝔫𝔦𝔣𝔬𝔯𝔪𝔢𝔡 𝔠𝔬𝔪𝔪𝔢𝔯𝔠𝔦𝔞𝔩 𝔠𝔬𝔡𝔢 𝔉𝔦𝔫𝔞𝔫𝔠𝔦𝔫𝔤 𝔖𝔱𝔞𝔱𝔢𝔪𝔢𝔫𝔱
### Fixture Filing, Land and Commercial Lien

National Safe Harbor Program UCC § 9-521 whereby Nationals who file written UCC1 claims can file UCCs in any state.

**11 Shawwal 1439 MCY [11 October 2018 CCY]**

**To: 36 NORTH HARWOOD AVENUE, UPPER DARBY, PENNSYLVANIA 19082**
Care of 36 North Harwood Avenue
Near. [Upper Darby, Pennsylvania Republic 19082]

Reference number:
FORM UCC1
**Mail: Documents or requests for copies can be submitted to**
State Department of Assessments and Taxation / UCC [DAN PUMA]
Care of 301 West Preston Street
Near. [Baltimore Maryland Republic 21201]

[DISTRICT OF COLUMBIA GOVERNMENT CORPORATION]
RECORDER OF DEEDS AND [MAYOR MURIEL BOWSER]
1101 4TH STREET, SW, 5TH FLOOR
WASHINGTON, DC 20024

OFFICE OF TAX AND REVENUE – JEFFREY DEWITT
1101 4th St SW #270
WASHINGTON, DC 20024

**From: Moorish American Consulate**
Moorish National Republic Federal Government
Sharon Tracey Gale Bey, Vizir Mohammaden [Judge]
Care of 444 East Township Line Road, Box 712
Near. [Havertown Pennsylvania ZIP EXEMPT 19083-99998]

**Affidavit of written Initial Uniformed Commercial Code Financing Statement Fixture Filing**

**§ 28:9-521. Uniform form of written financing statement**

**RE: THIS IS AN INITIAL UNIFORMED COMMERICAL CODE FIXTURE FILING PER DC OFFICIAL CODES**
**§ 28:9-501, § 28:9-502, § 28:9-516a, § 28:9-516b, § 28:9-520c, § 28:9-521** and all other applicable codes concerning Secured Party Creditors and Initial Filings.

**§ 28:9-521 Uniform form of written financing statement** - A filing office that accepts written records may not refuse to accept a written initial financing statement in this form and format except for a reason set forth in § 28:9-516(b) entitled "What constitutes filing; effectiveness of filing". (a) Except as otherwise provided in subsection (b), communication of a record to a filing office and tender of the filing fee **or acceptance of the record by the filing office constitutes filing.**

1






**§ 28:9-501 Filing Office.**
Except as otherwise provided in subsection (b), if the local law of the District governs perfection of a security interest or agricultural lien, the office in which to file a financing statement to perfect the security interest or agricultural lien is:
(1) The Recorder of Deeds, if (B) The financing statement is filed as a fixture filing and the collateral is goods that are or are to become fixtures; or
(2) The Mayor in all other cases, including a case in which the collateral is goods that are or are to become fixtures and the financing statement is not filed as a fixture filing.
(b) The office in which to file a financing statement to perfect a security interest in collateral, including fixtures, of a transmitting utility is the Office of the Mayor. The financing statement also constitutes a fixture filing as to the collateral indicated in the financing statement which is or is to become fixtures.

**§ 28:9-515 Duration and effectiveness of financing statement**; effect of lapsed financing statement. (f) If a debtor is a transmitting utility and a filed initial financing statement so indicates, the financing statement is effective until a termination statement is filed.

**§ 28:9-521: Uniform form of written financing statement and amendment.**

**UCC1 FINANCING STATEMENT**
FOLLOWING INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (OPTIONAL)**
Moorish American Consulate

**B. EMAIL CONTACT AT FILER (OPTIONAL)**
MoorishAmericanConsulateNE@gmail.com

**C. SEND ACKNOWLEDGEMENT TO: (Name and Address)**
Moorish American Consulate
Moorish National Republic Federal Government
Light Tajiri Bey, Mohammedan Vizir [Judge]
Care of 911 Southwest 314 Place
Near [Federal Way Washington Republic 98023-9998] North America
"THE ABOVE SPACE IS FOR

"FILING OFFICE ONLY
**1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [   ] and provide the Individual Debtor information in item 19 of the Finance Statement Addendum Form (Form UCC1Ad)**

**1a. ORGANIZATION'S NAME**
36 N HARWOOD AVE

**OR**

**1b. INDIVIDUAL'S SURNAME FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S) THAT ARE PART OF THE NAME OF THIS DEBTOR SUFFIX**

**1c. MAILING ADDRESS**
Care of 36 NORTH HARWOOD AVENUE

**CITY STATE        POSTAL CODE        COUNTRY**
Upper Darby, Pennsylvania 19082 U.S.

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate' - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non – Subject; – Moors / Muurs - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.






**2. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1blank, check here [   ] and provide the Individual Debtor information in item 10 of the Finance Statement Addendum Form (Form UCC1Ad)**

**2a. ORGANIZATION'S NAME**

**OR**

**2b. INDIVIDUAL'S SURNAME FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S) THAT ARE PART OF THE NAME OF THIS DEBTOR SUFFIX**

**2c. MAILING ADDRESS**

**CITY STATE          POSTAL CODE          COUNTRY**

**3. SECURED FIRST PARTY CREDITOR (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)**

**3a. ORGANIZATION'S NAME**

**3b. APPELLATION**
Sharon Tracey Gale Bey

**ADDITIONAL NAME(S)/INITIAL(S) SUFFIX**

**3c. MAILING LOCATION**
Care of: 444 East Township Line Road, Box 712

**[CITY STATE          POSTAL CODE          COUNTRY]**
Near [Havertown Pennsylvania Republic 19083] usa Without the UNITED STATES OF AMERICA

**4. COLLATERAL: This financing statement covers the following collateral:**
This financing statement covers the following collateral: The collateral covered by this financing statement is the indebtedness of the debtor to the secured (first) party creditor in the sum certain amount of: 100 quadrillion in gold backed lawful tender Due for each parcel the debtor is occupying upon the land to which all Moorish American Nationals of the Moorish National Republic Federal Government, the Moorish American Consulate and The Moorish Divine and National Movement of the World are heirs to pursuant to the Treaty of Peace and Friendship 1786 and 1836 and the American Mandate for the Land, currently held in the United Nations Trusteeship System (1946) in Geneva Switzerland, and the Constitution for the United States 1791. Nunc pro tunc. This True Bill in Commerce has been executed pursuant to the following Uniform Commercial Codes that govern the Private secured First party creditor. Charges are also calculated pursuant to the number of violations committed against the Moorish American Nationals at North America where fiat is demanded by the debtors. The said treaty is the attached Library of Congress certified publication entitled THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA, volume 8 pages 100 through 105, certified September 26, 1990, signed and sealed by Library of Congress Photoduplication Service Acting Chief Shirley M. Berry on November 8, 2007.Charges are additionally calculated pursuant to all writs and affidavits (Statements of Truth in Law, Amity, Trade & Commerce) filed by the Moorish American Nationals where the abovementioned debtors have caused injury to the estate of the Secured First Party Creditor at any and all times on the land pursuant to the said Treaty. Proof of service of each writ and affidavit is attached. Creditors notice against the liable parties is the judgement. Res Judicata. Stare Decisis. Right of the Secured Party Creditor. Additionally, this claim is filed pursuant to Common Law Claims, Writ of Plevin, International Commercial Claims, Aboriginal & Imperial Claims (Antiquitous Claims). THIS IS A FILING TO ENCUMBER Land, Property, Real Estate, and all commercial transactions by debtor (all Principals and agents) also pursuant to *UCC 9-607 collection and enforcement by secured party*UCC 9-203 Attachment and enforceability of security interest*UCC 9-609 Secured Party's

3






Right to take Possession after default. All contracts with the UNITED STATES CORPORATION COMPANY are cancelled effective September 11, 2018.

ALL CORPORATE RESIDENTAL ADDRESSES in North America / Northwest Amexem / The North Gate are FOREIGN CORPORATE TAGS and do not denote the soil of Morocco but CORPORATIONS or FIXTURES upon the land that are the property of all Moorish American Nationals and are unalienable, inalienable.

You will not charge the Moorish American Nationals any currency, money, or otherwise as you are the debtors and the Moorish American Nationals are the Creditors.

**5. Check only if applicable and check only one box:**
**Collateral is**      ☐xx **held in a Trust (see Instructions)**
                       ☐ **being administered by a Decedent's Personal Representative.**

**6a. Check only if applicable and check only one box:**
                       ☐ **Public-Finance Transaction    ☐ Manufactured-Home Transaction**
                       ☐ xx **A Debtor is a Transmitting Utility**

**6b. Check only if applicable and check only one box:**
                       ☐ **Agricultural Lien    ☐ Non-UCC Filing**

**7. ALTERNATIVE DESIGNATION (if applicable):**
☐ **Lessee/Lessor ☐ Consignee/Consignor  ☐ Seller/Buyer ☐ Bailer/Bailor ☐ Licensee/Licensor**

**8. OPTIONAL FILER REFERENCE DATA** (Maximum Principal Indebtedness)
The Governing Principle does extend to The League of Nations American Mandate for the Land, held in Geneva Switzerland (1948), The United Nations American Mandate for the Land held in the United Nations Trusteeship (1948) and the Amendment XIII (20 sections) of the Constitution for the United States of America, ratified: Nov 18, 1865 by ¾ of the several states. We, the Moors at North America, claim trusteeship, heirship, executorship, administration of, and beneficiary status of all land in the western hemisphere and all land as mandated by our Ancient Aboriginal Pharaonic Ancestors.

Upon my inherited status, I Sharon Tracey Gale Bey, being a descendant of The Ancient Moabites in other respect known as American – Al Moroccan – Moor, standing squarely affirmed upon my Oath to the 'Five Points of Light' – 𝕷𝖔𝖛𝖊, 𝕿𝖗𝖚𝖙𝖍, 𝕻𝖊𝖆𝖈𝖊, 𝕱𝖗𝖊𝖊𝖉𝖔𝖒, and 𝕵𝖚𝖘𝖙𝖎𝖈𝖊; Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

𝕴 Am:
_____
Sharon Tracey Gale Bey, Ex. Relatione. [SHARON TRACEY GALE]
**Mohammedan Vizir [Judge], Northwest Amexem**
Signature – All Rights Reserved and Retained (**Omnia Iura Reservantis**)
C/o 444 East Township Line Road, Box 712
Near Corporate [Havertown Pennsylvania Republic 19083-9998]
Northwest Amexem – Northwest Africa – North America – The North Gate




4

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / 'The North Gate' - The Moroccan Empire - Continental United States; 'Temple of the Moon and Sun' / 'Turtle Island': Non - Domestic, Non - Resident, Non — Subject; — Moors / Muurs - Being the Rightful Heirs and Primogeniture Birthright - Inheritors of the Land.

9/14/2018

Delaware Pennsylvania

PARID: 16080151200

ALT ID: 16-02 -455:000

REAL ESTATE GROWTH FUND LLC

36 N HARWOOD AVE

## Parcel

| | |
|---|---|
| Site Location: | 36 N HARWOOD AVE |
| Legal Description: | |
| | 2 1/2 HSE GAR |
| | 37.77 X 125 |
| Map Number: | 16-02 -455:000 |
| Municipality: | 16 UPPER DARBY TOWNSHIP |
| School District: | S14 - UPPER DARBY SCHOOL DISTRICT |
| Property Type: | 01 - Taxable Residential |
| Homestead Status - Next School Bill Cycle: | No |
| Homestead Status - Current School Bill Cycle: | No |
| Homestead % | |
| Homestead Approved Year | |
| Current Assessment: | 91,850 |
| Additional Info: | - |
| Veteran's Exemption: | No |

## Current Owner

| | |
|---|---|
| Name | REAL ESTATE GROWTH FUND LLC |
| Name | |
| Address | 4300 STEVENS CREEK BLVD 275 |
| City | SAN JOSE |
| State | CA |
| Zip Code | 95129- |

## Owner History

| Owner | Book | Page | Sale Date | Sale Price |
|---|---|---|---|---|
| REAL ESTATE GROWTH FUND LLC | 6127 | 1454 | 08-FEB-18 | 69000 |
| WELLS FARGO BANK NA | 6076 | 0793 | 17-OCT-17 | 1 |
| GALE SHARON | 5451 | 1513 | 10-JAN-14 | 85000 |
| KELLEY HARRY J & JOAN | 0000 | 0000 | 01-JUN-65 | 0 |

## Prior Year Final Assessment(s)

| Year | Assessment |
|---|---|
| 2017 | $91,850 |
| 2016 | $91,850 |
| 2015 | $91,850 |
| 2014 | $91,850 |
| 2013 | $91,850 |

## County Tax Receivable

| Tax Year | Billing Year | Billing Period | Billing Date | Face Amount Due | Discount Posted | Penalty Posted | Fees Posted | Payment Posted | Balance | Pay Date | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | 2018 | Original | | 514.36 | -10.29 | | | -504.07 | 0.00 | 02/14/2018 | Discount |
| 2017 | 2017 | Original | | 514.36 | -10.29 | | | -504.07 | 0.00 | 02/23/2017 | Discount |
| 2016 | 2016 | Original | | 514.36 | -10.29 | | | -504.07 | 0.00 | 02/29/2016 | Discount |
| 2015 | 2015 | Original | | 514.36 | -10.29 | | | -504.07 | 0.00 | 03/16/2015 | Discount |
| 2014 | 2014 | Original | | 514.36 | -10.29 | | | -504.07 | 0.00 | 02/24/2014 | Discount |

http://delcorealestate.co.delaware.pa.us/pt/Datalets/PrintDatalet.aspx?pin=16080151200&gsp=PROFILEALL_PUB&taxyear=2018&jur=023&ownseq=0&card=1&roli=

9/14/2018                                       Delaware Pennsylvania

**Delinquent Tax**

## No Outstanding Delinquent Amounts Found On File

EXCLUDES: Trash, Sewer, and other Local Fees

**Tax Sale Information**

| Status: | No Sale Scheduled |
|---|---|

**Residential**

| | |
|---|---|
| Card | 1 |
| Class | - |
| Grade | C |
| CDU | GD - GOOD |
| Style | 10 - TWIN |
| Acres | .096 |
| Year Built / Effective Year | 1940 / |
| Remodeled Year | 1994 |
| Base Area / Effective Area | 1613 / 1344 |
| Finished Bsmt Area | |
| Number of Stories | 2 |
| Exterior Wall | 5 - STUCCO |
| Basement | 4 - FULL |
| Physical Condition | 3 - AVERAGE |
| Heating | 3 - CENTRAL |
| Heating Fuel Type | 4 - OIL |
| Heating System | 4 - HOT WATER |
| Fireplaces: 1 Story/2 Story | 1 / |
| Parking | 3 - OFF AND ON STREET |
| Total Rooms | 7 |
| Full Baths | 1 |
| Half Baths | 0 |
| Total Fixtures | 5 |
| Additional Fixtures | 2 |
| Bed Rooms | 4 |
| Family Room | 0 |
| Living Units | 1 |

**Outbuildings and Yard Items**

| Card | Line Code | | Year Built | Effective Year | Grade | Units | Area | Value | Homestead % |
|---|---|---|---|---|---|---|---|---|---|
| # | # RG1-FRAME OR MTL DETACHED GARAGE | | 1940 | | C | 1 | 320 | 1,970 | 0% |

**Total Value**

| Total OBY Value | 1,970 |
|---|---|

http://delcorealestate.co.delaware.pa.us/pt/Datalets/PrintDatalet.aspx?pin=16080151200&gsp=PROFILEALL_PUB&taxyear=2018&jur=023&ownseq=0&card=1&roll=

9/14/2018

Delaware Pennsylvania