

# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

## AFFIDAVIT OF NOTICE OF CONSULATE and ORDERS TO HONOR THE SOVEREIGN STATUS OF MOORISH AMERICANS

### Moorish National Republic Federal Government's
### Moorish American Consulate

To all persons of the UNITED STATES OF AMERICA CORPORATION, UNITED STATES OF AMERICA, INC., the commercial company doing business as the UNITED STATES, INC., any entities doing business as the USA, the U.S.A., the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, any of its successor companies inheriting government services contracts (not to be confused with the organic united States of America (major)); e.g. DONALD TRUMP doing business as THE PRESIDENT OF THE UNITED STATES OF AMERICA (minor), 1600 Pennsylvania Avenue, WASHINGTON D.C.; RICHARD MICHAEL POMPEO doing business as THE SECRETARY OF THE UNITED STATES DEPARTMENT OF STATE, 2201 C St NW, WASHINGTON, DISTRICT OF COLUMBIA 20520; JEFFERSON B. SESSIONS doing business as The UNITED STATES ATTORNEY GENERAL, 555 4th St NW, WASHINGTON, D.C. 20530; JOHN ROBERTS doing business as CHIEF JUSTICE OF THE UNITED STATES SUPREME COURT, 1 First St NE, WASHINGTON, D.C. 20543; POPE FRANCIS (Jorge Mario Bergoglio) 266TH POPE OF VATICAN CITY, CITTA DEL VATICANO 00120, VATICAN CITY; SECRETARY KIRSTJEN NIELSEN doing business as THE SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Nebraska Avenue Complex, 3801 Nebraska Ave NW, WASHINGTON, D.C. 20016, UNITED NATIONS, SECRETARY GENERAL ANTONIO GUTERRES, 405 East 42nd Street, NEW YORK, NEW YORK 10017, CHRISTINE LAGARDE, MANAGING DIRECTOR FOR THE INTERNATIONAL MONETARY FUND, 700 19th Street, N.W., WASHINGTON, D.C. 20431. INQUISITION REVENUE SERVICE doing business as THE INTERNAL REVENUE SERVICE, 1111 Constitution Avenue Northwest, WASHINGTON, DISTRICT OF COLUMBIA

This affidavit is both the official notification of the existence of the Moorish American Consulate and orders for your immediate and honorable action in all matters concerning Moorish Americans. This declaration for your immediate action is sent from the ecclesiastically commissioned Judicial Bodies of the Moorish Divine and National Movement of the World. The Moorish National Republic Federal Government, Moorish American Consulate to you, the said CORPORATIONS listed above. We Moorish American Consuls and Vizirs (Judges) and the Moorish American people, of our free will, self-determination and self-governance within this territory, our ancestral homeland, Northwest Amexem, Al Maghrib Al Aqca, North America, Central America, South America, the adjoining islands and all the land masses in the "Western hemisphere," are duly organized and established as the de jure, allodial Moorish American Consulate within the Al Morocco's Northwest Amexem, Al Maghrib Al Aqsa, North America, Central America, South America, the adjoining islands and all the land masses in the "Western hemisphere". Our authority is Divine Law giving us the rite to live freely as Divine Spirit Beings in the Earth realm unencumbered, Nature's Law giving us the birthright to live, move and have our being on our inherited estate unencumbered, Ecclesiastical Law giving us the rite to care for and prosper our bodies, families and lands unencumbered, the United Nations Conference on Diplomatic Intercourse 1961, the United Nations Declaration on the Rights of Indigenous People, the Principles of the United Nations Special Committee of the 24; Article 14, 15, 27, 30, 31, 32, 35 et alia of the United Nations Vienna Convention on Consular Relations 1963. A certified copy issued jointly by our hands of the particulars of our commission and duties are enclosed herewith.

This notice is also being sent to promote communication between Moorish Americans and the officials of the UNITED STATES OF AMERICA (Minor) and the FEDERAL RESERVE

Page 1 of 8

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.com – ShalamoorBey@gmail.com
c/o 602 Vandever Avenue, Wilmington, Delaware 19802



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey

its agency the INTERNATIONAL MONETARY FUND, (IMF) doing business as UNITED STATES, INC. and its franchises and agencies and any iteration of its successor corporation inheriting government contract services at North America and its republican form of government, as well as to, in the future, develop programs pursuant to the UNITED NATIONS Declaration on the Rights of Indigenous People. To promote "the States" obligation and support for increasing economic security amongst indigenous people, working closely with our elected and appointed representatives. To promote "the States" involvement in the alleviation of colonialism's virulent foisted poverty; promotion of conditions of establishing the achievement of self-sustainability and economic growth as well as acquiring the knowledge and resources essential to the development of our economic, political and social institutions which will improve the quality of life for Moorish American nationals and citizens. The increase of indigenous peoples having allodial titles to property and the increase of agricultural activity, productivity and apprenticeship; increasing the rate of literacy by promoting lessons on etymology, morphology, phonology and transliteration etc. As well as the acceleration of efforts to reclaim control and custody of our vast estate.

In harmony with the Inter-American Declaration on the Rights of Indigenous People; the United Nations Declaration on the Rights of Indigenous People, specifically, Article 1, 2, 3, 4 (self-government and autonomy), 10, 15, 19 (States obligation to cooperate with the Representatives of Indigenous People), 37 (the enforcement of treaties); the American Constitution of 1774 and 1791, as well as the Treaty of Peace and Friendship of 1787 and 1836 between the Moroccan Empire and the United States; the Act of State doctrine; in controversies between Moors and United States citizens, if any citizen of the United States, a natural or artificial person, shall have any disputes with any Moor / Moorish American / Al Moroccan or if any citizen of the respective states shall kill or wound the other, you are to contact the Moorish American Consulate immediately and without delay. Contact telephone numbers are:

| | |
|---|---|
| Consular General Shalamoor Bey | 1-865-255-3579 |
| Vizir (Judge) Light Tajiri Bey | 1-334-294-9828 |
| Vizir (Judge) Jamhal Talib Abdullah Bey | 1-401-403-5176 |
| Vizir (Judge) Sharon Tracey Gale Bey | 1-610-803-1170 |

The foreign corporations known as UNITED STATES OF AMERICA (Minor), WESTMINSTER CORPORATION, UNITED NATIONS, THE UNITED NATIONS, the UNITED STATES, THE FEDERAL RESERVE, FEDERAL RESERVE BANK, INTERNATIONAL MONETARY FUND, IMF, and all their respective franchises, agencies, and departments are in severe breach of trust against the Moorish Americans, the Treaty of Peace and Friendship of 1786 and 1836 and the Constitution for the united States of America. The SCON 26 RFH, 111th CONGRESS, 1st Session, S. CON. RES. 26, IN THE HOUSE OF REPRESENTATIVES, June 18, 2009, Referred to the Committee on the Judiciary CONCURRENT RESOLUTION is an open admission of guilt for the breach of trust and vial acts of premeditated aggression against the Moors, whom you fraudulently labeled "Blacks", "Coloreds", "Negroes", "Indians", "Mexicans" and "African Americans" in blatant effort to denationalize Moors and disconnect us from our vast estate and our wealthy Birthright.

Under Divine law, nature's law, Ecclesiastical law, International law, the Treaty of Peace and Friendship 1787 and 1836, the organic Constitution for the united States of America and the Zodiac constitution, The Moorish Divine and National Movement of the World, The Moorish National Republic Federal Government, and the Moorish American Consulate and its Ecclesiastically commissioned Judicial body hereby declares and proclaims the NOTICE OF COMMERCIAL AND ADMINISTRATIVE DEFAULT of the CORPORATIONS aforementioned in this document and any derivatives thereof. Our declarations and this Affidavit of Notice of Consulate stands as Law: Notice to Principals is Notice to Agents and Notice to Agents is Notice to

Page 2 of 8

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.com – ShalamoorBey@gmail.com
c/o 602 Vandever Avenue, Wilmington, Delaware 19802



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

aforementioned in this document and any derivatives thereof. Our declarations and this Affidavit of Notice of Consulate stands as Law: Notice to Principals is Notice to Agents and Notice to Agents is Notice to Principals. The UNITED STATES OF AMERICA (Minor) and the FEDERAL RESERVE Banks doing business as the UNITED STATES OF AMERICA, INC. and the UNITED NATIONS City State and its agency the INTERNATIONAL MONETARY FUND, (IMF) doing business as UNITED STATES, INC. and all its franchises, principles and agents, which are commanded and required under contract to perform according to The Constitution for the united States of America, are ordered to immediately cease and desist any and all actions against the Moorish American nationals and the American people, including any and all violations of treaties entered into and engaged. The Constitution for the united States of America and its binding treaties are to be honored at all times and immediately. The AMERICAN BAR ASSOCIATION, its members, the BRITISH BAR ASSOCIATION and its members, the various acting COURT ADMINISTRATORS, and any and all JUDICIAL COUNCILS created by the UNITED STATES OF AMERICAN (minor) are notified and ordered to cease and desist practices, presumptions, and procedures which serve to defraud living Moorish Americans and lay false claims against their private property under pretense of death, war and color of law. The entities addressed under this Affidavit of Notice of Consulate existence are all competent to recognize their culpability and failure to perform under commercial service contract, failure to honor the national trust, and failure to provide full and free disclosure of contracts solicited by the named governmental services corporations and agencies cited for default.

There is no fully disclosed and actual maritime contract in existence nor entered into evidence and subjected to the Moorish American Judiciary or the Moorish American Court for examination and open discussion, therefore no valid contract can be presumed to exist and no American estate or other vessel can be prosecuted under any maritime or admiralty jurisdiction. We declare and affirm that the organic Constitution for the united States of America and its binding treaties and the Ancient Divine Delegation of Authority is the permanent jurisdiction of the Moorish American nationals at all points in time. By the clear admission by Pope Francis in his 4 July 2014 Motu Proprio, of his own motion, it is expressed that no such valid contract exists explicitly nor implicitly. We Moors reside in the jurisdiction of our ancestral inherited estate at all times. All Moorish American nationals as heirs to the land are protected by the Ancient and Divine law, by treaty and by national trust and are owed safe conduct for themselves and their vessels at all times and in all places. For military tribunal purposes, all Aboriginal Indigenous Moorish American nationals are non-combatant Beings whose custody must be with the Moorish American Consulate. All resources for proper governance must be surrendered to the Moorish American Consulate immediately. All Provost Marshals, all members of the civilian police forces, all members of the UNITED STATES military, all members of STATE operated NATIONAL GUARD units, all members of government agencies including the U.S. MARSHALS SERVICE, FEDERAL BUREAU OF INVESTIGATION, STATE TROOPERS, BUREAU OF LAND MANAGEMENT, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS, INTERNAL REVENUE SERVICE, and all other code enforcement agents are ordered to recognize in writing the Divine, Ecclesiastical and Judicial authority of the land secured by The Articles of Confederation, and to also recognize in writing the Divine, ecclesiastic, and judicial authority of the Moorish American nationals who are heirs to the land of the Western Hemisphere in all matters and the administration of government on the land known as the united States of America (Major), not to be confused with the UNITED STATES OF AMERICA (Minor) which is a foreign, maritime entity under commercial contract to provide governmental services for the United States of America (Major). All police and military officers are obligated to honor the Law of the Land in all dealings with or pertaining to the Moorish Americans and our living heirs of North America without exception, noting that these people are owed the terms and conditions of the original equity contract known as The Constitution for the united States of America, are to be addressed under The Supreme Laws of the Land and common law exclusively, and that they retain our natural, inalienable and unalienable rights, including our natural identity, property rights and controlling interests without prejudice and regardless of

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.com – ShalamoorBey@gmail.com
c/o 602 Vandever Avenue, Wilmington, Delaware 19802



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

fraud and monopoly inducement practiced against us in breach of trust and contract default. All actions of the various Foreign CORPORATE Courts operating in maritime and admiralty jurisdictions and merely presuming death based upon the inaction of Moorish American nationals and serving to establish maritime salvage liens against our estates are by these Orders invalidated, made null and void. We proclaim herein that Moorish Americans are the beneficiaries, executors, claimants, creditors and administrators of our global estate. All Moorish American nationals whose names and estates are presently included on tax rolls, who are recorded by census data, school records, birth certificates, and other public documents must be presumed to be alive and competent in the absence of a properly sworn Death Certificate signed by the local Coroner stating cause of death, date, time, and place, corroborated by at least two responsible and knowledgeable living witnesses. In the case of legitimately missing people diligent search and fully disclosed publication of all claims against their estates must be made by giving Notice to the last known mailing location and next of kin. Any contrary presumption or practice is fraudulent, null and void. Any action of the Foreign CORPORATE Courts operating in maritime or admiralty jurisdictions and making claim upon actual real assets of Moorish American nationals using fraudulently CAPITALIZED names on behalf of legal fiction "missing persons" owned by the UNITED STATES OF AMERICA, Inc., UNITED STATES, FEDERAL RESERVE, FEDERAL RESERVE BANK or any franchises or agencies thereof, are similarly rendered null and void. Once created legal fictions do not have any necessary or valid estate. Any estate presumed to be obtained by legal fiction entities by process of semantic deceit or undisclosed contract belongs in truth and law to those defrauded. Moorish Americans are the ones who have been defrauded.

All Moorish American Consulate Judges, Consuls, staff and all Moors, regardless of family, tribe, community, group, nation or empire are living, full life Beings, are not fictional corporations but are the rightful beneficiaries, executors, claimants, creditors and administrators of our global estate trust and all its assets. Your compliance is mandatory in this and all Moorish matters everywhere.

### What is the Purpose of this Affidavit and What do We want you to do?

Your first order of business is hereby given. Officials of the corporations to whom this affidavit is addressed are, by this declaration, ordered to inform all principals, agents, contractors, members
and any associates of all the corporate, de facto "federal," "state", "local", and "municipal" departments, to include the 'Chiefs of Police' for all corporate Municipal, County, State and Federal corporate police agencies that they, the Principal and their agents, whatsoever, by any employment, "election" or appointment, are to cease and desist any and all engagements that may hinder any Moorish American on their travels or within their capacity to contract. This order shall apply to any Moorish American, who, either declares orally that they are in fact a Moorish American; Moor; Moroccan; Moabite, Hebrew Israelite, Hebrew, Israelite, Ewe, Cherokee, Washitaw, etc. or provides a nationality card, badge or any other documentation that declares the same, regardless of any other form of "identification" cards they may or may not be in possession of; even if they are in possession of a presumed "Valid Driver's License" or any other form of "Identification" issued by UNITED STATES OF AMERICA (Minor), WESTMINSTER, UNITED NATIONS, THE UNITED NATIONS, the UNITED STATES, THE FEDERAL RESERVE, FEDERAL RESERVE BANK, INTERNATIONAL MONETARY FUND, IMF, and any and all their respective franchises, agencies, and departments, they are to be recognized and honored as a Moorish American national. Any Moorish American who is in possession of or displays any one of the various Moorish / Moroccan private non-commercial, not for hire, private plates, Moorish American Consulate plates, or any plates displaying Moorish

Page 4 of 8

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.com – ShalamoorBey@gmail.com
c/o 602 Vandever Avenue, Wilmington, Delaware 19802



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

insignia such as flags, the Great Seal etc., on their automobiles; any Moorish American seen wearing a Moorish Fez or Turban etc. are to be left alone, free to travel and contract without interference with any corporate local, county, state, federal or municipal police et alia.

If there are any issues of controversies "investigations", "traffic stops" and the like, between any Moorish American nationals and any of the aforementioned agents or their principals, Moorish American Consuls and Sheriffs must be present to litigate the international incident. You are to inform all persons, individuals, corporations, organizations etc., of the UNITED STATES OF AMERICA CORPORATION, United States of America, Inc., the commercial company doing business as the UNITED STATES, INC., any entities doing business as the USA, the UNITED STATES OF AMERICA, E PLURIBUS UNUM THE UNITED STATES OF AMERICA, and any of its successor organizations inheriting government services contracts, pursuant to Title 18 §1028 (d)(3), to accept our Nationality cards as valid identification.

These matters, et alia, must be seen in a lawfully prescribed venue. Moorish American Consular Court, supported by **Article III (3) sections I (1) and II (2)** of the Constitution for the united States of America and its Republican form of government supported by **Article IV (4) section IV (4)** and Article 20 and 21 of the Treaty of Peace and Friendship between the Empire of Morocco and the United States of America – 1787.

Any attempt to adjudicate on the part of anyone, pretending to be an executive administrator pretending to be a judge under admiralty or maritime jurisdiction, prosecutor or officer of the corporate court in such controversies, between a Moor and a United States citizen without consul's present, is operating on '*Color of law*' and '*Color of Authority*' and thus fraudulent; being subject to The United States Codes of Law – **Title 18**, Chapter **13**, Sections **241 & 242** et alia. Moorish Americans are not to be detained by corporations at any point in time as the Constitution must be honored and the Moorish American Consulate must be contacted immediately and made aware of all issues. Article III courts of equity prevail in all jurisdictions.

States and corporations cannot make treaties and therefore, have no jurisdiction, being of a Treaty Nature the Jurisdiction between any Moor and United States citizen is Federal, allodial and particularly not of a maritime or admiralty nature. Any Jurisdiction claimed that is other than Constitutional Article III jurisdiction where Moorish Americans are involved is void of Law. UNITED STATES corporate officials must assist with the setup of our Moorish American Consular Courts per the United Nations Vienna Convention on Consular Relations, as our courts have lawful jurisdiction on the Land in all affairs and in particular in Moorish affairs. In all interactions where corporate status prohibits interference with allodial Moorish American Consuls and Moorish American nationals, there can and will be no resistance to the lawful demands of the Moorish American nationals who are the sovereign heirs and sovereign governing bodies at North America.

*"Treaty is law of land as act of Congress is whenever its provisions prescribe rule by which rights of private citizens or subjects may be determined."* **Head Money Cases, 112 US 580, 28 L Ed 798, 5 S Ct 247.**

*"State statutory provisions must yield to any applicable provisions of any treaty of the United States with a foreign country, constituting a part of the supreme law of the land."* **De Tenorio V McGowan (CA5 Miss) 510 F2d 92, adhered to (CA5 Miss) 513 F2d 294, cert den 423 US 877, 46 L Ed 2d 110, 96 S Ct 150 and later app (CA5 Miss) 589 F2d 911.**

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.com – ShalamoorBey@gmail.com
c/o 602 Vandever Avenue, Wilmington, Delaware 19802



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

*"Treaty lawfully entered into stands on same footing of supremacy as do Constitution and laws of United States, and it is generally self-operating in that it requires no legislation by either congress or the state; treaty must be regarded as part of law of state as much as are state's own statutes, and it may override power of state even in respect of great body of private relations."* **Amaya V Stanolind Oil & Gas Co. (CA5 Tex) 158 F2d, cert den 331 US 808, 91 L Ed 1828, 67 S Ct 1191, reh den 331 US 867, 91 LEd 1871, 67 S Ct 1530.**

*"Courts cannot go behind treaty for purposes of annulling its effect and operation."* **Fellows V Blacksmith, 60 US 366, 15 L Ed 684.**

From the Prophet, El Hajj Sharif Abdul Ali:

*I, the Prophet, do hereby believe that this administration of the government being more wisely prepared by more genius citizens that believe in their free national constitution and laws and through the help of such classes of citizens, I, the Prophet, truly believe that my people will find the true and Divine way of their forefathers, and learn to stop serving carnal customs and merely ideas of man, that have never done them any good, but have always harmed them.*

*So, I, the Prophet, am hereby calling aloud with a Divine plea to all true American citizens to help me to remove this great sin which has been committed and is being practiced by my people in the United States of America, because they know it is not the true and Divine way and, without understanding they have fallen from the true light into utter darkness of sin, and there is not a nation on earth today that will recognize them socially, religiously, politically or economically, etc. In their present condition of their endeavorment in which they themselves try to force upon a civilized world, they will not refrain from their sinful ways of action and their deeds have brought Jim-Crowism, segregation, and everything that brings harm to human beings on earth. And they fought the Southerner for all these great misuses, but I have traveled in the South and have examined conditions there, and it is the works of my people continuously practicing the things which bring dishonor, disgrace, and disrespect to any nation that lives the life. And I am hereby calling on all true American citizens for moral support and finance to help me in my great missionary work to bring my people out of darkness into marvelous light.*

From the *Moorish Guide* newspaper.

All persons listed are hereby instructed to submit valid contact information for the prompt establishment of effective lines of communications between the Moorish American Consulate, Moorish American Consuls, Moorish American Judges and the UNITED STATES OF AMERICA (Minor), WESTMINSTER, UNITED NATIONS, UNITED NATIONS, the UNITED STATES, FEDERAL RESERVE BANK, FEDERAL RESERVE, INTERNATIONAL MONETARY FUND, IMF, and all their respective franchises, agencies, and departments.

Corporations and their agents are not, neither can be sovereign. The allodial, aboriginal indigenous Moorish American governing bodies and their agents are sovereign and we are exercising our Divine, Natural, Ecclesiastical, international, Constitutional and Commercial rights and rites to operate at North America unencumbered. As foreigners, your compliance and friendly cooperation is essential and expected, as well as expressed in the United Nations Vienna Convention on Consular Relations 1963.

You are hereby instructed to and are expected to publicly recognize, acknowledge in writing and honor in truth, in law and in your actions the Moorish American Consulate, our judges, our Consuls, the Moorish American people and our efforts to pursue free life, liberty and happiness on our ancestral estate.

You are hereby notified that you are now and forevermore fired in truth and in law as trustees and
administrators of the vast estate of the Moors globally. Any and all presumptions to the contrary

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.com – ShalamoorBey@gmail.com
c/o 602 Vandever Avenue, Wilmington, Delaware 19802



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

are notwithstanding. Your only relationship to the global trust assets of the Moors is your peaceful and orderly surrender of control and yielding of custody to this Moorish American Judicial body immediately.

You are to confirm your compliance to these orders in writing and promptly deliver your written confirmation to the Moorish American Consulate via email and physical documents to Consular General Shalamoor Bey or Consular General Taj Tarik Bey via United States Postal Service delivery to 602 Vandever Avenue, Wilmington, Delaware 19802. The email address to send your confirmation in pdf format to is: ShalamoorBey@gmail.com.

This lawful declaration is authenticated by autograph, seal and stamp on the AUTHENTICATION PAGE which immediately follows this page.

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.com – ShalamoorBey@gmail.com
c/o 602 Vandever Avenue, Wilmington, Delaware 19802



# Moorish American Consulates
## Moorish Worldwide Consulates

*Embracing, Enforcing and Exhalting the 1781 Constitution for the United States of America and the Binding Treaties*

**Consular General Taj Tarik Bey and Co-Consular General Shalamoor Bey**

# AUTHENTICATION PAGE

By the Divine ecclesiastic power vested in me and issued by my hand and seal on the **5th** day of **June** 2018 (1439 Moorish calendar year), *Jus Sanguine, Jus Postliminii, Jus Soli, Jura Summi Imperii*

I AM: *Taj Tarik Bey G.S.*
Taj Tarik Bey

Moorish American Consular General and Vizir; Authorized Representative: A Free Moorish American National, Natural Person. Aboriginal/Indigene, In Propria Persona, Sui Juris, and Sui Heredes – In Solo Proprio. Signature- All Rights Reserved and Retained; U.C.C. 1-308; Without Prejudice. Morocco – North America – Northwest Amexem – Northwest Africa – Turtle Island.

I AM: *Shl Bey*
Shalamoor Bey

Moorish American Consular General and Vizir; Authorized Representative: A Free Moorish American National, Natural Person. Aboriginal/Indigene, In Propria Persona, Sui Juris, and Sui Heredes – In Solo Proprio. Signature- All Rights Reserved and Retained; U.C.C. 1-308; Without Prejudice. Morocco – North America – Northwest Amexem – Northwest Africa – Turtle Island.

Moorish National Republic Seal               Moorish American Consulate Stamp

  

5 June 2018                                      5 June 2018
                    DATE                                                       DATE

UPLIFTING FALLEN HUMANITY
www.MoorishAmericanConsulate.com – ShalamoorBey@gmail.com
c/o 602 Vandever Avenue, Wilmington, Delaware 19802