IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Number: 2:17-301 |
| ) | |
| ) | ORDER FOR DISCLOSURE OF |
| -versus- ) | EVIDENCE AT THE CHARLESTON |
| ) | COUNTY DETENTION CENTER |
| ) | |
| RASHAUN JUDGE ) | |

The defendant RASHAUN JUDGE, acting *pro se*, with the consent of Assistant U.S. Attorney Emily Limehouse, has requested that he have meaningful access to the evidence in his case. Because of the fact that JUDGE is in custody at the Charleston County Detention Center and is representing himself, this Court grants the request to allow discovery to be possessed at the jail, with the following provisions. This order constitutes an exception to the Order Governing Discovery already in place in this case.

The Government has provided electronic copies of the discovery to the Defendants' stand-by attorney, the contents of which shall be loaded onto the hard drive of a laptop, which is labeled as property of the Federal Public Defender Office. There shall be no other discovery on the laptop from any other case, and the laptop shall not not have internet access.

This Court orders the Charleston County Detention Center make the laptop available to the Defendant while he is in custody at the facility. The laptop shall be password protected, with the Defendant and his standby counsel having a unique user identification and password combination. The Defendant's standby counsel will be available to meet with staff at the jail, if requested, for a review of the laptop. The

Defendant is permitted to take notes while he reviews the discovery, but is not allowed to provide access to the laptop to any other individual, nor is the jail allowed to provide access to any other individual other than the Defendant.

IT IS SO ORDERED.

Richard M. Gergel
United States District Judge

April __, 2019