IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON

UNITED STATES OF AMERICA                    Case No. 2:17-Cr-301

V

RASHAUN ALLEN JUDGE

## MOTION REQUESTING PRODUCTION OF
## PRE SENTENCE INVESTIGATION REPORT

Comes now, RASHAUN ALLEN JUDGE in this above styled Action hereby requesting the production of the Pre Sentence Investigation report and requesting the same be furnished to the defendant herein. As of the date of this instrument no such document has been produced and or furnished to the defendant. Such report is critical and potentially prejudicial to the defendant in the event of any inaccuraces(s) to which may have been reported to this Court.

May 9, 2019

Respectfully Submitted

Rashaun Judge
1133158
3841 Leeds Ave
N. Chas, S.C. 29405