Maximum Tax



| THIS LICENSE MUST BE PUBLICLY DISPLAYED AS PROVIDED BY LAW | **STATE OF SOUTH CAROLINA**<br>DEPARTMENT OF REVENUE<br>**RETAIL LICENSE** | THIS LICENSE IS NEITHER TRANSFERABLE NOR ASSIGNABLE BEFORE POSTING READ INSTRUCTIONS BELOW | ST-1<br>(Rev. 28-Jan-2016)<br>5000 |

**OWNER NAME AND BUSINESS LOCATION:**

**LICENSE MUST BE RETURNED FOR ALL CHANGES AND/OR CLOSE OF BUSINESS**

RASHAUN JUDGE
1844 S LIVE OAK DR
MONCKS CORNER SC  29461-7218

| | LICENSE NUMBER |
| --- | --- |
| | 103215441 |

METICULOUS MOTOR COMPANY & DESIGN
PO BOX 874
GOOSE CREEK SC  29445-0874

| INDUSTRY TYPE ▶ | 441120 |
| --- | --- |
| EFFECT DATE ▶ | 09-Feb-2017 |

Letter ID:  L0002565499

TRADE NAME AND MAILING ADDRESS

THIS LICENSE IS VALID FOR ABOVE LOCATION ONLY. CHANGE OF LOCATION OR OWNERSHIP REQUIRES NEW LICENSE.

EACH PLACE OF BUSINESS MUST BE LICENSED SEPARATELY

File #  103215441        SID #  4097192        Berkeley        Moncks Corner                    2600

This retail license is issued pursuant to Article 5, Chapter 36, Title 12, Code of Laws of South Carolina, 1976, as amended. The retail license is valid so long as the person to whom it is issued continues in the same business at the same location as shown on license, unless revoked by the Department of Revenue for cause. It is presumed that a retailer is not continuing in the same business if the retailer has no retail sales for twenty-four consecutive months. To allow the license to remain valid, the retailer may submit an affidavit to the department swearing that the business is continuing. If the business is closed, moved or sold, the licensee must complete the questions listed below and return this license to the SC Department of Revenue, PO Box 125, Columbia, SC  29214.

IF THERE ARE ANY QUESTIONS REGARDING THIS LICENSE, CONTACT THIS DIVISION AT (803) 896-1350

**OUT OF BUSINESS OR CHANGE OF OWNERSHIP (Also complete C-278)**

DATE OF CLOSING OR SALE _____

NEW FIRM NAME _____

NEW OWNER'S NAME OR NAMES _____

**CHANGE OF ADDRESS AND/OR TRADE NAME (Also complete SC-8822)**

IF BUSINESS LOCATION CHANGES, RETURN THIS LICENSE AND COMPLETE CHANGE OF ADDRESS/BUSINESS LOCATION FORM ST-8822.
IF BUSINESS IS MOVED OR THE TRADE NAME IS CHANGED, GIVE THE:

NEW TRADE NAME _____        DATE BUSINESS MOVED _____

NEW LOCATION ADDRESS _____        BUSINESS MUNICIPAL LIMITS _____

MAILING ADDRESS _____        NEW TELEPHONE NUMBER _____



**INSTRUCTIONS**

This is your new license. Please fold on the above perf marks and display in a conspicuous place.

If you have any questions concerning this license, please call the SC Department of Revenue (803) 896-1350.

If the business is closed, moved, or sold, please complete the form above and return it with the original license to:

South Carolina Department of Revenue
Registration Unit
P O Box 125, Columbia, SC 29214





## COMMERCIAL LEASE AND DEPOSIT RECEIPT

Tenant: *Rashaun Judge   810-9294*                    Term: *1 year*
Date Signed: *2-14-17*                               Initial Monthly Base Rent: *$3,000.—*
Effective Date: *3-1-17*                              Renewal Date: *3-1-18*

Received from *Rashaun Judge  DBA - Meticulous Motor Company & Design*
Herein after referred to as Tenant, the sum of $ *3000.00*   (*Three thousand*
_____ dollars), evidenced by *$3,000.00* as a deposit which shall be applied as
follows:

|                        | Paid At Signing          | Due Prior to Possession |
|------------------------|--------------------------|-------------------------|
| First Month's Rental $ | *3,000.00*               | $                       |
| Last Month's Rental $  |                          | $                       |
| Security Deposit    $  | *3,000.00 (Pd 2-8-17 )*   | $                       |
| Other               $  |                          | $                       |
| Total               $  | *6,000.00*               | $                       |

State of South Carolina, County of *Berkeley*, Premises located
*1844 Sth. Live Oak Drive, Moncks Corner SC 29461*

### Witnesseth:

1. **PREMISES:** That, Landlord, in consideration of rents, covenants, and conditions
mentioned herein, to be paid, kept, preformed and observed by Tenant does hereby
demise, lease and let unto Tenant, and Tenant does hereby hire and take from Landlord
the premises known as *1844 South Live Oak Drive, Moncks Corner SC 29461*

2. **TERM:** to have and to hold said leased premises for the term of *One Year*
Beginning *3-1-17*  and ending  *3-1-18*

3. **RENT:** Tenant shall pay to the Landlord, a Monthly Base Rental and Additional Rent
as follows:

   (a) Monthly Base Rental: Tenant shall pay a Monthly Base Rental to Landlord for each
calendar month during the term of this lease or any renewal thereof, in advance on or
before the first day of each succeeding month. The amount of the monthly base rental for
the first year of this lease shall be *$3,000.00*  . The rental for the first month
of the term shall be paid at the date of the execution hereof. If such date be other than the
first day of a calendar month, such first payment shall be prorated for the period between
the effective date of this lease and the first day of the following month.

   (b) Monthly Base Rental Adjustment: The monthly base rental shall be subject to an
annual cumulative adjustment upward on each anniversary date. At the time of renewal of
lease the base rental shall increase *Neg* %. New amount will paid at the first
month's rental of renewed lease term.

Page 2

4.SECURITY DEPOSIT: Any Security deposit required by Landlord and paid by tenant shall be retained as security (interest free) for the faithful performance by Tenant of all terms, covenants, and conditions herein. Landlord may at any time apply said deposit or any part thereof against Any default by tenant of any of the terms, covenants, and conditions of this lease. In such event, tenant shall upon demand deposit with Landlord the amount so applied that landlord shall have the full amount of the deposit on hand at all times during the terms of this lease. Upon the expiration of this lease, the tenant shall surrender possession of the leased premises as required. Landlord is given permission to deduct from said security deposit the cost of any unusual cleaning or repairs to the property, upon vacating of Tenant. Security deposit is not a part of the rental and subsequently cannot be deducted from the rent of the last month of this tenancy. Security deposit or any remaining portion will be returned within (15) days after termination of this tenancy or completion of the repairs necessitated by the tenant's misuse of the premises. In the event the security deposit is not sufficient to pay all charges due. Tenant shall pay said charges within three (3) days after receiving notice from landlord or agent.

5.UTILITIES: Tenant shall pay all charges or bills for all utility and services used by tenant.

6.USE OF PREMISES:  Tenant agrees to use entire leased premises for _Auto Repair_ and for no other purposes. Pets, animals, or birds may not be kept on the premises without the landlord's permission. These premises may not be used for sleeping quarters or apartments, for games of chance or any form of immoral conduct or any other illegal activity.

7.EXAMINATION OF PREMISES: Tenant has examined the leased premises and is familiar with their present condition. Tenant, relying solely on said examination agrees to accept premises in their present condition.

8.DELAY OF POSSESSION: If Landlord is unable to deliver possession of leased premises on the effective date of this lease, by reason of the holding over of a prior tenant or for any other reason, this lease shall not be affected or impaired in any way and landlord shall not be liable to tenant for any loss or damage resulting therefrom. The effective date of this lease, however, shall not begin until the delivery of possession. If landlord however is unable to deliver possession of the premises to tenant by ___5 days___ , tenant shall have the right to cancel this lease upon written notice to landlord and upon such cancellation landlord and tenant shall each be released and discharged from all liability under this lease. In such case, any deposit or prepaid rent shall be promptly returned to tenant.

9.TENANT'S PARKING: Parking of vehicles owned or operated by tenant or tenant's employees is hereby limited restricted. or prohibited as follows: Landlord is not liable in any way for vehicles that are parked on premises.

10.LIABILITY INSURANCE: Tenant shall not carry any stock of goods or do anything in or about the leased premises which will in any way restrict or invalidate any insurance

coverage of the leased premises. Tenant agrees to pay upon demand as additional rent any increase in premiums of insurance carried by the landlord on the leased premises resulting from the tenant's use or occupancy. Tenant shall keep in full force and effect, at Tenant's expense, insurance for plate glass, personal property, trade fixtures, and property damages, as well as a public liability policy in which both tenant and landlord shall be named as the insured with the following minimum coverage:

11. UPFITTING OR CUSTOMIZE: Tenant shall have the right with permission from landlord to customize the leased premises as per their operation: The cost of said is the sole responsibility financially of tenant; As stated herein the lease alteration to property becomes the property of the landlord upon termination of lease. Any and all damages as stated herein the lease agreement resulting in alteration performed by tenant or tenant's contractor is payable upon demand by tenant. Landlord reserves the right to ask tenant to return the leased premises in the condition of original state at the commencement of the lease term..ie Landlord may give conditional alteration agreement in writing.



12. MAINTENANCE/REPAIRS: Landlord shall repair and maintain the foundation, roof, outer walls, and structural member of the leased premises. Tenant shall at tenant's sole Expense maintain the leased premise, both interior and exterior, ordinary and extraordinary, including window glass, plate glass, storefronts, doors, windows, screens, awnings, locks, keys, weather stripping and thresholds, as well as all interior walls, floors ceilings, and floor coverings. Tenant's responsibility to maintain the premises shall also include the servicing repair, maintenance, replacement of the plumbing, electrical, ventilating, heating and air conditioning systems, including all pipes, wiring, fixtures, filters, equipment, machinery, boilers, compressors, and appliances. Tenant shall also repair and be responsible for any damage caused by stoppage, breakage, leakage, overflow, discharge, or freezing of plumbing pipes, soil lines, or fixtures. If any part of the leased premises is damaged by the tenant or tenant's employee, agents, or invitees, or by breaking and entering of said premise, or by any attempt to break and enter leased premises, Tenant shall provide landlord with immediate written notification of all damages to the property. After notification and approval by the Landlord, repairs shall be Made promptly at tenant's expense so as to restore said premises to its previous condition If tenant refuses or neglects to commence necessary repairs within ten (10) days after written demand, or does not complete such repairs within a reasonable time there after, Landlord, may make such repairs and tenant shall pay to landlord on demand as additional rent the cost of repairs. Tenant's failure to pay shall constitute default of this lease. Repairs that are the responsibility of the landlord shall be made in a reasonable time after notification from tenant. Tenant's failure to notify or unreasonable delay in giving notice to landlord of needed repairs or defects shall make tenant liable for any loss or damage resulting from delay of needed repairs.

13. REGULATIONS/SANITATION: Tenant shall keep the leased premises clean, safe, sanitary, and in compliance with laws ordinances, and requirements of any legally constituted public authority. Tenant shall maintain lawn and shrubs tenant shall keep broom clean all areas in and around lease premises that are not included in common area maintenance, such as front sidewalks and area behind building. Cleaning includes removing of any trash or refuse deposited on the leased premises or adjacent public area by tenant, tenant's customers or any one else. In the event of non-compliance by tenant landlord shall have the right to have said areas cleaned, trash and refuse removed and charge the expense to tenant as additional rent which shall be due and payable upon demand. Nonpayment of this charge shall constitute default of lease. Tenant shall employ if landlord determines it is necessary, a reputable pest extermination company at regular intervals.

14. ALTERATIONS: Tenant shall make no alterations, additions, improvements, or rewiring in or to the leased premises without the consent of landlord. All additions, or improvements to the building including carpeting, tile, other floor covering wall covering, ceiling tile etc. made with or without landlord's written consent shall become a part of the premises, and the property of landlord upon installation Trade fixtures and office furniture shall be installed so as to be readily removed without injury to the premises and injury and caused by said removal shall be repaired forthwith at tenant's expense. Said trade fixtures shall be removed from the premises before the end of this

lease or shall become part of the premises and the property of landlord. Tenant shall not install or maintain any equipment, partitions, furniture etc which the weight or operation thereof would tend to injure or be detrimental to the leased premises or would unreasonably annoy or disturb other tenants.

15.ASSIGNMENT/SUBLEASE: Tenant shall not without written consent of landlord, in each case, assign transfer, mortgage pledge, or otherwise encumber or dispose of this lease, or sublet the leased premises or any part thereof or permit the premises to be occupied by other persons. Such consent shall not be unreasonably withheld. If this lease be assigned, or if the leased premises or any part thereof be sublet or occupied by other person, firm, office, or corporation with or without written permission of the landlord, it will not relieve tenant of any obligations under the term of this lease, and if sublet, assigned, or occupied without the landlord's permission, this lease may, at the option of landlord, be terminated by a seven day written notice. In the event tenant shall sublease the leased premises in accordance herewith for rentals in excess of those rentals payable hereunder, tenant shall pay to landlord monthly in advance as additional rent hereunder, one half of all such excess rent. Any proposed assignee that proposes to assume tenant's obligations shall execute a satisfactory assumption agreement before consent shall be given.

16.SIGNS/AWNINGS. Tenant shall place no signs, notices pictures, or advertising matter upon the exterior of the leased premises except with the written consent of the landlord .Any and all signs placed on the leased premises by tenant shall be maintained in compliance with rules and regulations governing such signs The tenant shall be responsible to landlord for any damages by installation use maintenance or removal of said signs Any electrical service needed for signs shall be installed at tenants expense

17.WAIVER OF RIGHTS : No failure of landlord to exercise any power given landlord hereunder, or to insist upon tenant's strict compliance with tenant's obligation hereunder and no custom or practice of the parties at variance with the term hereof shall constitute a waiver of landlord's right to demand exact compliance with the terms of this lease at a future time. The rights and remedies created by this lease are cumulative and the use of one remedy shall not be taken to exclude the right to use of another.

18.RULES AND REGULATIONS: Landlord reserves the right at anytime to make further rules and regulations as in landlord's judgment may be necessary for the safety, care, appearance and cleanliness of the premises and the preservation of good order therein, and such other rules and regulations shall be binding upon the parties here to with the same force and effect as if they had been contained herein at the time of execution hereof .

19.RIGHT OF ENTRY: Landlord without being liable for trespass or damages shall have the right to enter leased premises during reasonable hours to examine same or to make repairs, additions, or alterations as landlord may deem necessary for the safety, comfort, appearance or preservation thereof or to exhibit said premises. Entry shall also be allowed to post "FOR RENT" notice, during the thirty days before the expiration of this lease.

Page 6

Said right of entry shall likewise exist for the purpose of removing placards, signs, fixtures, alteration or additions which do not conform to this agreement. In accordance with this right, tenant shall give landlord a key to any and all locks security systems, and burglar alarms. Tenant shall not change or install new locks or security systems without the written consent of the landlord.

20. LIENS: Tenant shall not create any liens for labor or materials against landlord's interest in the leased premises. All persons contracting with the tenant for erection, installation, alteration, repair, or demolition of any building or other improvements to the leased premises, and all material suppliers, contractors, mechanics, and laborers are hereby charged with notice the they must look to the tenant and to the tenant's interest only in the leased premises to secure the payment of any bill for work done or material furnished during the rental period created by this lease. In the event that liens are placed on record against the leased premises by contractors, mechanics, laborers, material suppliers, etc. because of action of tenant it will constitute default of this lease.

21. DAMAGE/DESTRUCTION: If premises are totally destroyed by fire, or other casualty, this lease shall terminate as of the date of such destruction and rental shall be accounted for as between landlord and tenant as of that date. If premises are damaged but not wholly destroyed by fire or other casualty, rental shall abate in such proportion as use of premises has been lost to the tenant. Landlord shall restore premises to substantially the same condition as prior to damage as speedily as practicable hereupon full rental shall commence.

22. DAMAGE PERSONAL PROPERTY: All personal property, merchandise, fixtures, and equipment placed or moved into the leased premises shall be at the risk of tenant or the owners thereof, and landlord shall not be liable for any damages, loss of theft of said personal property, merchandise, fixtures, or equipment, from any cause whatsoever.

23 CONDEMNATION: If the whole of the leased premises, or such portion thereof as will make said premises unusable for the purpose herein leased, be condemned by any legally constituted authority, this lease shall terminate on the date when possession thereof is taken by public authorities, and rental shall be accounted for as between landlord and tenant as of that date. Such termination, however shall be without prejudice to the rights of either landlord or tenant to recover from the public authority compensation for damage caused by condemnation. Neither the tenant nor landlord shall have any rights in any award made to the other by any condemnation authority. In the event such portion of the leased premises is acquired by condemnation as will leave the remaining premises, after alterations and repairs, in condition suitable for use by tenant, the monthly rental payments for the day of such acquisition to the end of the original or any extended term of this lease shall be reduced in proportion to the resulting loss of use of leased premises by tenant. In the event of such partial acquisition and reduction in rent landlord shall make promptly at landlords expense, all necessary alterations and repairs which shall be required to restore the premises to a safe and useable condition.

24. INDEMNITY/LIABILITY: Tenant shall indemnify and save landlord harmless from any and all claims damages, cost, and expenses, including reasonable attorney fees arising from management of the business conducted by the tenant on the leased premises. Landlord shall not be liable and tenant waives all claim for damage to person or property sustained by tenant, its employees or agents resulting from the condition of the leased premises or any equipment or such as may result from any accident in or about the leased premises, or which may result directly or indirectly from any act of neglect of any other tenant of the property of which the leased premises is a part.

25. REVERSION: Tenant shall surrender to landlord, at the end of the term of this lease or upon cancellation of this lease, said premises broom clean and in good condition as the leased premises were at the beginning of the term of this lease, ordinary wear and tear damage by fire( not caused by tenants act or neglect) windstorm or other acts of God excepted, or tenant will pay to landlord all damages that landlord may suffer because of tenant's failure to do so. Tenant will indemnify and save landlord harmless from and against all claims made by any succeeding tenant of said premises against landlord because of delay in delivering possession of leased premises so far as delay is occasioned by failure of tenant to surrender leased premises. Security deposit may be withheld as payment or partial payment of repairs of unusual cleaning needed after tenant vacates.

26. EFFECTIVE DATE: This lease shall become effective as a binding agreement only upon the execution and delivery thereof by both landlord and tenant. If this lease is signed by one party and submitted to the other party then it shall constitute an offer to lease which is subject to revocation at any time prior to execution by the other party and delivery of a fully executed copy to the submitting party.

27. NOTICES: Tenant hereby appoints as tenant's agent to receive service of all notices required under this lease as well as all dispossessory distraint notices the person in charge of leased premises or occupying said premises at the time notice is delivered. If no person is in charge of, or occupying said premises. the service of such notice may be made by attaching the same in the main entrance to said premises. A copy of all notices under this lease shall also be sent to tenant's last known address, if different from said premises.

28. BANKRUPTCY: If tenants shall be adjudicated bankrupt or as insolvent or take the benefit of any federal reorganization or make a general assignment or take the benefit of any insolvent law, or if a trustee in bankruptcy or a receiver be appointed or elected for tenant, under federal or state law, this lease at the option of landlord shall expire and end seven(7) days after the landlord gives tenant written notice, UNLESS, the tenant's trustee immediately cure any default of tenant hereunder and provides (incompliance with federal and state laws) adequate assurance of future performance of tenant's obligations.

29. BEYOND CONTROL: None to the acts, promises, covenants, or obligations on the part of the tenant to be kept performed, or not performed as the case may be nor the obligation of the tenant to pay rent. Additional rent , or other charges or payments shall be in anywise waive, excused or affected by reason of the landlord being unable at any

Page 8

time during the term of this lease, to supply, or to delay in supplying heat light, elevator service or any other service expressed or implied on the part of the landlord to be supplied; or by reason of the landlord being unable to make alterations, repairs, or decorations, or to supply any equipment or fixtures or any other promise, covenant, or obligations on the part of the landlord to be performed, if the landlord's inability or delay is caused by circumstances or events beyond the landlord's control.

30.DEFAULT: If tenant fails to pay rent, including additional rent on or befor the due dates as herein stated (TIME IS OF THE ESSENCE) this lease shall be in default. If tenant fails to cure such default within five (5) days after written notice from landlord; or if tenant shall be in default in performing any off the terms, covenants and conditions of this lease other than the provision requiring the payment of rent, and fails to cure such default within thirty (30) days after the receipt of written notice of default from landlord; or if leased premises shall be abandoned or deserted for fifteen (15) days or if this lease is assigned to any other person, firm, office or corporation, without the permission of landlord as required in paragraph 15 herein, this lease at the landlord's option shall expire and terminate seven(7) days after landlord delivers written notice to tenant of such condition or default and tenant shall immediately quit and surrender said premises to landlord. In the event of any such default or breach of performance, the landlord without any further notice or demand of any kind of, the tenant may terminate this lease and re-enter and forthwith repossess the entire premises and without being liable for trespass or damage shall re-let, lease or demise the premises to another tenant without any hindrance or prejudice to landlord's right to distrain for any past due rent, additional rent and rent from the time of such default or termination until the premises were leased or rented to another tenant. The collection by landlord of rent for the unexpected term shall entitle tenant to all tenant's right during the period for which te rent may have been collected.

31.ASSIGNMENT OF CHATTELS: Tenant hereby pledges and assigns to landlord all the furniture, fixtures, goods equipment, and chattels of tenant which shall or may be brought or put on said premises as security for the payment of said rent, and tenant agrees that said lien may be enforced by distraint or foreclosure, at the election of landlord. It is understood and agreed that any merchandise, fixtures, goods, equipment left in the premises when tenant vacates shall be deemed to have been abandoned by tenant and by Such abandonment tenant relinquishes any right or interest therein and landlord is authorized to sell, dispose of or destroy same.

32.ATTORNEY 'S FEE: In the event landlord successfully defends any action by the tenant or if it is necessary for landlord to employ an attorney for the collection of rent or any other sum due hereunder, or to enforce any covenant of this lease or the termination of this lease, or for the possession of the leased premises or any part thereof, the tenant shall pay all cost including reasonable attorney's fee.

33.AGENT: Tenant acknowledges that the aforementioned _Elam's Investments_ Is the managing agent for the owner of the leased premises. Tenant shall pay all rent payable under this lease to said agent. The right to collect said rentals shall be governed by the written agreement between landlord and agent for the management of the leased

Page 9

premises and shall terminate with the expiration of said management agreement or any renewal thereof.

34. DEFINITIONS: Landlord as used in this lease shall include the owner or owners of property and/or aforementioned managing agent as well as the landlord's heirs, representatives, assigns, and successors in title to premises. Tenant shall include tenant, tenant's heirs, and representative and if this lease shall be assigned or sublet, shall include also tenant assignees or subleases, as to premises covered by such assignment or sublease. Agent shall include agent, agent's successors, assigns, heirs and representatives. "Landlord", "Tenant", "Agent" including male and female, singular and plural, corporation, partnership, or individual, as may fit the particular parties.

35. SPECIAL STIPULATIONS: Insofar as the following stipulations conflict with any of the provisions herein, the following stipulations shall control:

a. Rent is due on the 1st and late by the 5th And a 10% late fee is due on the 6th and additional late fee of _____ per day until full rent is received.

36. ENTIRE AGREEMENT: This lease contains the entire agreement between the parties hereto and all previous negotiations lending thereto, and it may be modified only by a dated written agreement signed by both landlord and tenant. No surrender of the leased premises or of the remainder of the term of this lease shall be valid unless accepted by landlord in writing. TIME IS OF THE ESSENCE IN THIS AGREEMENT.

THIS IS A LEGALLY BINDING CONTRACT. TENANT IS ADVISED TO SEEK FURTHER ASSISTANCE IF THE CONTENTS ARE NOT UNDERSTOOD. TENANT ACKNOWLEDGES THE RECEIPT OF A COPY THIS AGREEMENT.

In Witness Whereof, Landlord and Tenant have executed these premises, the day and year first above written.

X _____        X _____
Witness as to tenant                Tenant


_____          _____
Witness as to tenant                Tenant

_____          X _____
Witness as to landlord              Landlord (or Agent)


_____          _____
Witness as to landlord              Landlord (or Agent)


Mail to: Elam's Investment's
         102 Berkeley Square Lane
         Suit E
         Goose Creek, SC 29445



# South Carolina Department of Motor Vehicles

### LICENSE TO SELL VEHICLES

### IN ACCORDANCE WITH SOUTH CAROLINA CODE OF LAWS

LICENSE NUMBER **38665**

TYPE LICENSE **DEALER**

DATE **April 26, 2017**

**NON-FRANCHISED VEHICLE MAKE (S) USED**

NAME **METICULOUS MOTOR COMPANY & DESIGN**

STREET **1844 S LIVE OAK DR**

CITY **MONCKS CORNER**    COUNTY **BERKELEY**

KEVIN A. SHWEDO
EXECUTIVE DIRECTOR

THIS LICENSE EXPIRES
LAST DAY OF    **April 2018**

Under the South Carolina Illegal Immigration Reform Act, the SCDMV must certify the lawful presence in the U.S. of all individuals listed on applications for professional licenses submitted to the Department on or after July 1, 2008. If the Department cannot verify the applicant's lawful presence, then the Department may revoke the license.



# Kat Messenger's Carolina Dealer Training, LLC

Rashaun Allen Judge

PO Box 874
Goose Creek, SC 29445
Driver's License: 011443378
Date of Birth: 1/11/1985

Completed the South Carolina 8 hour Motor Vehicle
Dealer Pre-Licensing Education Class on:

January 19, 2017

_____
Kathryn Messenger
President, Kat Messenger's Carolina Dealer Training, LLC

SC2789

 IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0038

In reply refer to: 0245483278
Mar. 02, 2017 LTR 147C 0
47-5546745 000000 00
00003341
BODC: SB

RASHAUN JUDGE
METICULOUS MOTOR COMPANY & DESIGN
PO BOX 874
GOOSE CREEK SC 29445

010411

Employer identification number: 47-5546745

Dear Taxpayer:

Thank you for your telephone inquiry of Feb. 21, 2017.

We can't reproduce the CP 575/576, Employer Identification Number (EIN) Assignment Notice. However, this letter will serve as proof of EIN assignment verification.

You can get any of the forms or publications mentioned in this letter by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at www.irs.gov/formspubs.

If you have questions, you can call us toll free at 1-800-829-0115.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include this letter and provide in the spaces below, your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )________________________ Hours________________

**S.C. DOCUMENT OF REGISTRATION**
**S.C. DEPARTMENT OF MOTOR VEHICLES**

**KEVIN A. SHWEDO**
**EXECUTIVE DIRECTOR**

| | | |
|---|---|---|
| **PLATE NUMBER** X644412 | **TITLE** | |
| **PLATE CLASS** XX1 | **EQUIPMENT NO.** | |
| **ISSUE DATE** 4/26/2017 | **COUNTY** | |
| **PLATE EXP.** 04/2018 | **VEHICLE NO.** | |
| **DECAL EXP.** 04/2018 | **FLEET NUMBER** | |
| **VIN** | | |
| **YEAR** | | |
| **MAKE** | | |
| **BODY** | | |
| **MODEL** | | |
| **VEHICLETYPE** 4 | | |
| **EMPTY/GVW** | | |

**CUSTOMER NO.** 34162295
**METICULOUS MOTOR COMPANY & DESIGN**

**1844 S LIVE OAK DR**
**MONCKS CORNER**

SC  294617218

80749769

---

### APPLICATION INSTRUCTIONS

1. Clean plate thoroughly and dry plate completely.
2. Remove backing paper by bending over finger at scoreline face up, pull decal slowly.
3. Position on clean and dry plate as shown below.
4. Firmly press and rub decal and edges down with thumb.

PEEL HERE

PLACEMENT INSTRUCTIONS ON REVERSE



**PLEASE NOTE: Make sure all information is correct before placing license plate or decal on your vehicle.**

South Carolina Code of Law 23-3-460 requires a person convicted of a sex offense to register with the county sheriff within 10 days of establishing residency in this state.

491-AV

---

**METICULOUS MOTOR COMPANY & DESIGN**
**1844 S LIVE OAK DR**
**MONCKS CORNER, SC 29461-7218**

**S.C. DOCUMENT OF REGISTRATION**
**S.C. DEPARTMENT OF MOTOR VEHICLES**

KEVIN A. SHWEDO
EXECUTIVE DIRECTOR

PLATE NUMBER X644413
PLATE CLASS     XX1
ISSUE DATE     4/26/2017
PLATE EXP.     04/2018
DECAL EXP.     04/2018
VIN
YEAR
MAKE
BODY
MODEL
VEHICLETYPE     4
EMPTY/GVW

TITLE
EQUIPMENT NO.
COUNTY
VEHICLE NO.
FLEET NUMBER

CUSTOMER NO. 34162295
METICULOUS MOTOR COMPANY & DESIGN

**1844 S LIVE OAK DR**
**MONCKS CORNER**          SC   294617218

80749770

## APPLICATION INSTRUCTIONS

1. Clean plate thoroughly and dry plate completely.
2. Remove backing paper by bending over finger at scoreline face up, pull decal slowly.
3. Position on clean and dry plate as shown below.
4. Firmly press and rub decal and edges down with thumb.

PEEL HERE



PLACEMENT INSTRUCTIONS
ON REVERSE

APR
18
X644413

**PLEASE NOTE: Make sure all information is correct before placing license plate or decal on your vehicle.**

South Carolina Code of Law 23-3-460 requires a person convicted of a sex offense to register with the county sheriff within 10 days of establishing residency in this state.

491-AV

**METICULOUS MOTOR COMPANY & DESIGN**
**1844 S LIVE OAK DR**
**MONCKS CORNER, SC 29461-7218**



Advance
Auto Parts
Professional

MOTO SHOP

**Service is our best part.™**

Store 5450   109 SOUTH HIGHWAY 52 MONCKS CORNER, SC 29461 Phone: (843) 761-0921

Questions or feedback?
Contact the Commercial Customer Support Team
at 1-877-280-5965 or email us at service@advanceautoparts.com

Meticulous Motor Company & Design
1844 South Live Oak Dr
Monks Corner, SC 29461
Phone: (843) 761-7415
Account ID:
1872796636

| | P.O. #: | equipment |
| --- | --- | --- |
| | Date: | 4/03/17 |
| | Register: | 7 |
| | Store/Unit#: | |
| | Internet Order #: | |

| | Invoice/Trans: | 545070937 66896 |
| --- | --- | --- |
| | Time: | 1:13:59PM |
| | Delivery: | No |
| | Salesperson: | Bryan |

| Product Line | Part # | Description | SKU | Warranty | Qty | List | Cost | Extended |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ Challenger Lifts | LE10 | 10K TWO POST LIFT 1 EA C | 11439794 | CONTACT MANUFACTURER FOR WARRAN | 1 | 3,474.99 | 3,295.00 | 3,295.00 |
| | | Warranty Service Provided by the Manufacturer. Contact  Challenger at (800) 648-5438 | | | | | | |
| ☐ Ranger | 5140240 | DST64T WHEELBALANCER · 1 | 10567775 | CONTACT MANUFACTURER FOR WARRAN | 1 | 3,249.99 | 2,499.00 | 2,499.00 |
| ☐ Ranger | 5140270 | R980ATF TIRE CHANGER 1 E | 10666966 | CONTACT MANUFACTURER FOR WARRAN | 1 | 4,499.99 | 3,374.00 | 3,374.00 |

|||||
| --- | --- | --- | --- |
| | MERCHANDISE SUBTOTAL | | 9,168.00 |
| | T1 Tax @ | 8.0000% | 733.44 |
| | **TOTAL INVOICE** | | **9,901.44** |
| | Tender Type | Visa 6821 00318C | 9,901.44 |
| | CHANGE | | 0.00 |

|||||| D2MWB1HKFG13BQ1B6N ||||||

THANK YOU FOR YOUR BUSINESS!

1 of 1

Customer Copy

Customer's signature below certifies that the tax free purchase items qualify for resale or other permitted tax or fee exemption.  Customer will pay all taxes and government fees on taxable purchases,
including interest and penalties if applicable.  All cores need to be in the original box and in rebuildable condition to receive full core credit. Invoice required as proof of purchase for all returns.

# The State of South Carolina



## Office of Secretary of State Mark Hammond

## Certificate of Existence

**I, Mark Hammond, Secretary of State of South Carolina Hereby certify that:**

METICULOUS LAWN CARE LLC, A Limited Liability Company duly organized under the laws of the State of South Carolina on August 6th, 2015, with a duration that is at will, has as of this date filed all reports due this office, including its most recent annual report as required by section 33-44-211, paid all fees, taxes and penalties owed to the Secretary of State, that the Secretary of State has not mailed notice to the company that it is subject to being dissolved by administrative action pursuant to section 33-44-809 of the South Carolina Code, and that the company has not filed a certificate of cancellation as of the date hereof.

Given under my Hand and the Great Seal of the State of South Carolina this 7th day of August, 2015

Mark Hammond, Secretary of State

CERTIFIED TO BE A TRUE AND CORRECT
COPY AS TAKEN FROM AND COMPARED
WITH THE ORIGINAL ON FILE IN THIS OFFICE

Aug 07 2015

*Mark Hammond*

SECRETARY OF STATE OF SOUTH CAROLINA

150807-0048                                     Filed: 8/6/2015

METICULOUS LAWN CARE LLC

Filing Fee: $110.00 ORIG

Mark Hammond        South Carolina Secretary of State

# STATE OF SOUTH CAROLINA
## SECRETARY OF STATE

## ARTICLES OF ORGANIZATION
## FOR A
## LIMITED LIABILITY COMPANY

The undersigned delivers the following articles of organization to form a South Carolina limited liability company pursuant to Sections 33-44-202 and 33-44-203 of the South Carolina Code of Laws, as amended.

1.    The name of the limited liability company which complies with Section 33-44-105 of the 1976 South Carolina Code of Laws, as amended is    METICULOUS LAWN CARE LLC

2.    The address of the initial designated office of the Limited Liability Company in South Carolina is

2001 JEDI ST
_____
Street Address

N CHARLESTON SC                         294066117
_____        _____
City                                    Zip Code

3.    The initial agent for service of process of the Limited Liability Company is

RASHAUN JUDGE                           Electronically filed on SCBOS.
                                        Signature not required.
_____        _____
Name                                    Signature

and the street address in South Carolina for this initial agent for service of process is

2001 JEDI ST
_____
Street Address

N CHARLESTON SC                         294066117
_____        _____
City                                    Zip Code

4.    The name and address of each organizer is

a)    PRINCESS RODRIGUEZ
      _____
      Name
      2001 JEDI ST
      _____
      Street
      N CHARLESTON              SC US          294066117
      _____
      City                     State          Zip Code

METICULOUS LAWN CARE LLC
Name of Corporation

5. ☐ Check this box if the company is to be a term company. If so, provide the term specified:

6. ☒ Check this box only if management of the limited liability company is vested in a manager or managers. If this company is to be managed by managers, specify the name and address of each initial manager:

a) RASHAUN JUDGE
Name

2001 JEDI ST
Street

N CHARLESTON                    SC US                    294066117
City                            State                    Zip Code

7. ☐ Check this box if one or more of the members of the company are to be liable for its debts and obligations under section 33-44-303(c). If one or more members are so liable, specify which members, and for which debts, obligations or liabilities such members are liable in their capacity as members.

8. Unless a delayed effective date is specified, these articles will be effective when endorsed for filing by the Secretary of State. Specify any delayed effective date and time:

9. Set forth any other provisions not inconsistent with law which the organizers determine to include, including any provisions that are required or are permitted to be set forth in the limited liability company operating agreement.

10. Signature of each organizer

Electronically filed on SCBOS.        Date 2015-08-06
Refer to attached signature page.

## Signature Page Attachment to South Carolina Business One Stop (SCBOS) for the State of South Carolina Secretary of State

This page must be completed, scanned, and submitted as an attachment when filing on SCBOS.

**Type of Filing:** ARTICLES OF ORGANIZATION (Limited Liability Company)

**As Of:** August 06, 2015 9:43 AM

**Name of Limited Liability Company:**

Meticulous Lawn Care LLC

**Signature of Each Organizer:**

Princess Rodriguez
Name

Signature

August 6, 2015
Date

Upload this completed signature page through
SCBOS using one of the following file formats only:
Adobe PDF, GIF, or JPEG. Do not mail, email or
fax this document to the Secretary of State's office.

## Session Recap

### Add New/Existing Business (Shopping Cart ID: 1021643)

**Entity Type:**

Limited Liability Company (single member)

**Enter Entity Name::**

Meticulous Lawn Care LLC

**Is this business identified by a Social Security Number (SSN)?:**

No

**FEIN:**

████████

**Type of business conducted:**

561730

**Address of the initial designated office in South Carolina:**

████████

**Registered agent of the business:**

Rashaun Judge

**Registered Agent Address:**

████████

**The person who performs the act of signing the Articles of Organization and delivers them to the Secretary of State for filing. Does not need to be a member of the LLC. :**

| Organizer Name | Organizer Title | Organizer Address |
|---|---|---|
| Princess Rodriguez | Secretary/Treasure | ████████ |

**Name:**

Princess Rodriguez

**Title:**

Secretary/Treasure

**Address:**

████████

**Is this company to be a term company?:**                   No

**Is this a manager-managed company?:**                      Yes

**Name and address of each manager.:**

| Manager Name | Manager Title | Manager SSN | Manager FEIN | Manager Address |
|---|---|---|---|---|
| Rashaun Judge | Owner | ██████████ | | ███ |

**Name:**                                                    Rashaun Judge

**SSN:**                                                     ████████

**FEIN:**                                                    ████████

**Title:**                                                   Owner

**Address:**                                                 ████████

**Are one or more of the members of the company liable for its
debts and obligations under section 33-44-303(c)? If one or
more members are so liable, be prepared to specify which
members, and for which debts, obligations or liabilities such
members are liable in their capacity as members.:**          No

**Does this business have employees in South Carolina?:**    No

**Enter the Members of the company.:**

| Member Name | Member Title | Member SSN | Member FEIN | Member Address |
|---|---|---|---|---|
| Rashaun Allen Judge | Member | ████████ | | ████████ |

**Is the owner you are about to enter an individual and not
another business?:**                                         Yes

**Title:**                                                   Member

**IPFS CORPORATION**
(IPFS)
P.O. BOX 412086
KANSAS CITY, MO 64141-2086
PHONE: (800)584-9969 · FAX: (919)234-2760

| NOTICE OF PAYMENT DUE | | |
|---|---|---|
| DATE MAILED | ACCOUNT NUMBER | DUE DATE |
| 04/04/17 | GAA-626518 | 04/24/17 |

IF ANY QUESTIONS, PLEASE CALL: (800)584-9969

**IMPORTANT**

To protect your account please make sure that your payment is made on or before the payment due date shown. Your payment for the insurance premiums we are budgeting for you is due on the date indicated. MAKE CHECK OR MONEY ORDER PAYABLE to IPFS CORPORATION and return the payment and this notice to the address shown on coupon.

MB 01 004252 26118 H 16 A

INSURED
METICULOUS MOTOR COMPANY & DESIGN
1844 S LIVE OAK DR
MONCKS CORNER, SC 29461-7218

| CURRENT BALANCE | PAYMENT DUE |
|---|---|
| $4,365.18 | $485.02 |

# PLEASE MAKE ALL PAYMENTS TO ONE OF THE ADDRESSES NOTED BELOW.

To ensure proper credit, please send the coupon below with your payment and write your account number on your check.

**Make online payments or view account information at ipfs.com.**
**Please use access code L99J6E5T to register (first time users).**

DETACH HERE

Written notations on this coupon will NOT be received.
To ensure proper credit, include coupon with payment.

INSURED
METICULOUS MOTOR COMPANY & DESIGN
1844 S LIVE OAK DR
MONCKS CORNER, SC 29461-7218

PREBIL (03/10) Copyright 2010 IPFS Corporation

| PAYMENT COUPON | | |
|---|---|---|
| PAYMENT NO. | ACCOUNT NUMBER | DUE DATE |
| 1 | GAA-626518 | 04/24/17 |

| | |
|---|---|
| PAYMENT DUE: | $485.02 |
| LATE FEE: | $24.25 |
| OTHER FEES DUE: | $0.00 |
| PAST DUE AMOUNT: | $0.00 |
| PLEASE PAY THIS AMOUNT | $485.02 |
| IF RECEIVED AFTER    04/29/17 | $509.27 |

For any overnight, priority, or other special delivery, send to:
1055 BROADWAY
11TH FLOOR
KANSAS CITY, MO 64105
Questions? Call (800)584-9969

Make online payments or view account information at ipfs.com.
Please use this access code L99J6E5T to register (first time users).

MAKE CHECK PAYABLE AND REMIT TO:
IPFS CORPORATION
P.O. Box 730223
Dallas, TX 75373-0223

GAA0626518? 00000509273

004678  C0338                Page 1



## HOME TELECOM

**HOME TELECOM**
**579 STONY LANDING RD**
**MONCKS CORNER  SC  29461**



**Visit us on the web**
**www.HomeSC.com**

| Account Number: | 0338039820 |
| Account Name: | METICULOUS MOTORS AND DESIGN |
| Bill Date: | April 25, 2017 |
| Due Date: | 5TH OF MONTH |

### Get the Speed You Need!

Get the Most from Your Connected Devices with
Faster Internet Speeds...Upgrade Today!

### Account Summary

#### Last Month

| | |
|---|---|
| Balance from last statement | 303.19 |
| Payment Received  04/18/2017 | 303.19 |
| **Thank You     Balance** | **$0.00** |

#### This Month

| | |
|---|---|
| Telephone Charges | 48.00 |
| Long Distance Charges | 5.35 |
| Internet Charges | 99.95 |
| FEDERAL TAX | 1.46 |
| STATE TAX - SC | 2.31 |
| BERKELEY COUNTY TAX | 0.34 |
| BERKELEY TRANSPORTATION | 0.34 |
| SC USF | 1.35 |
| Federal USF | 0.22 |
| **Current Charges** | **$159.32** |
| **Total Amount Due** | **$159.32** |

Home Instant Info-Line - a quick, convenient, automated 24 hour service for checking and paying your account balance. Call (888) 899-4663 from any touch tone phone. You will need your four digit Home Instant Info-Line code. Your code is: 9820

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

0338 - 38AC                        *** DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT ***

## HOME TELECOM

HOME TELECOM
PO BOX 1194
MONCKS CORNER  SC  29461

A00Q2U2  18  004678  AA-2

METICULOUS MOTORS AND DESIGN
PO BOX 874
GOOSE CREEK  SC  29445-0874

☐ FOR CHANGE OF ADDRESS OR AUTOMATED PAYMENT:
Please check here and complete form on reverse. Thank you.

| Account Number: | 0338039820 |
| Bill Date: | April 25, 2017 |
| Due Date: | 5TH OF MONTH |
| Phone Number: | 843-761-7415 |

Remit To:
  HOME TELECOM
  PO BOX 1194
  MONCKS CORNER  SC  29461-1194

0338033803982000000159329

Balance Due - Please Remit:                $159.32

Amount
Enclosed:  $



**Berkeley Electric Cooperative, Inc.**
® *A Touchstone Energy® Cooperative*

PO Box 1234  Moncks Corner, SC  29461-1234

843-761-8200/843-825-3383
www.berkeleyelectric.coop

| Messages |
|---|
| **REMINDER:** South Carolina Living magazine is the official source for information regarding your Cooperative. Please be sure to check each edition for important news regarding rates, system improvements and member benefits. |

*Meticulous Motor Co.*

```
4522 1 AB 0.400              4 4522
HUGH G ELAM JR          C-13 P-13
102 BERKELEY SQUARE LN STE E
GOOSE CREEK SC 29445-2903
```

| Account # | Map Location | Billing Period | Days | Rate | Cycle / Route |
|---|---|---|---|---|---|
| 261838008 | 23338034 | 02/09/2017 to 03/10/2017 | 29 | 20 | 10 / 28099 |

| Service Address/Description | Service | Meter # | From Read | To Read | Mult. | KWH Used | Type of Bill |
|---|---|---|---|---|---|---|---|
| **1844 S LIVE OAK DR**<br>**THE SHOP** | ELECTRIC | 124192346 | 776 | 2030 | 1 | 1254 | REGULAR BILL |

| Activity Since Last Bill | $ Amount |
|---|---|
| Previous Balance | 123.00 |
| Payment(s) | -123.00 |
| Adjustments | 0.00 |
| Prior Month Ending Balance | 0.00 |

| Current Bill Information | $ Amount |
|---|---|
| BALANCE PRIOR TO THIS BILLING | 0.00 |
| ENERGY CHARGE | 129.16 |
| SERVICE AVAILABILITY CHARGE    29 DAYS X $1.18 | 34.22 |
| STATE TAX | 9.80 |
| COUNTY TAX | 1.63 |
| TRANSPORTATION TAX | 1.63 |
| ROUNDUP AMT | 0.56 |
| CURRENT MONTHS BILL | 177.00 |

```
****   DEMAND METER INFORMATION   ****

       KW RDG   KW MULT   KW USAGE   BILLED
       20.490      1      20.490     20.490
```

**YOUR ENERGY USE -- Electric/kWh -- usage last 13 months**

```
4699
3524
2350
1175
   0
     S O N D J F M A M J J F M
```

MARCH WHOLESALE POWER COST ADJ. = ($0.015) CREDIT PER KWH

| COMPARISONS | Days Service | Total KWH | Avg. kWh/Day |
|---|---|---|---|
| Current Billing Period | 29 | 1254 | 43 |
| Previous Billing Period | 28 | 776 | 27 |
| Same Period Last Year | 32 | 4699 | 146 |

| Due Date: | 03/29/2017 | Amount Due: | $ 177.00 |
|---|---|---|---|

FOR: Meticulous Motor Company & Design