

# Certificate of Completion

## Thinking For a Change:

# RaShaun Judge

Date of Completion

11/14 /2017

Facilitator: Joe McGrew

Turning Leaf Project

