RECEIVED USDC
CLERK, CHARLESTON, SC

2020 AUG 31 PM 3: 19

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

UNITED STATES OF AMERICA                    Case # 2:17-cr-301

                V

RASHAUN JUDGE                    : Honorable Richard M Gergel

## Compassionate Release
## Petition 3582(c)(1)(A)

I RASHAUN JUDGE hereby submit this motion pursuant to 18 U.S.C. 3582 (c)(1)(A) requesting that my term of imprisonment be converted to supervised release which does not exceed the unserved portion of my original sentence or, in the alternative, that the sentencing court reduce my term of imprisonment.

The basis for this request consists of the following:

There are extraordinary and compelling reasons warranting either a transformation, or reduction of my prison sentence as detailed further herein;

Applicable law

18. U.S.C 3582(c)(1)(A) provides that the Director of the FBOP may submit a motion on the inmates behalf with the sentencing court.

See also U.S.G § 1B1.13 (Policy statement). The Sentencing court may grant the motion after considering the sentencing factors provided in U.S.C. § 3553(a), to the extent that they apply, if the court determines;

1. Extraordinary and compelling reasons warrant such a reduction.
2. The inmate is not a danger to the safety of any person or the community as provided under 18 U.S.C. § 3142(a) and;
3. The reduction is consistent with the policy statement promulgated by the U.S. Sentencing commission pursuant to 18 U.S.C. § 3582(c)(1)(A) that being the policy statement contained in the U.S. Sentencing Guidelines § 1B1.13. See 18 U.S.C. 3582(c)(1)(A); 28 U.S.C. § 994(a)(2); and U.S.S.G § 1B1.13 (Policy statement).

Regulations promulgated by the U.S. Department of Justice, Federal Bureau of Prison Outline the manner in which the inmate may request that such a motion be filed on the inmates behalf. See 28 CFR §§ 571.60 et. seq, 28 CFR § 571.61 Outlines the process for initiating a request based on extraordinary and/or compelling circumstance. See also program Statement 5050.50 (compassionate Release/Reduction in sentence; Procedures for Implementation of 18 U.S.C. § 3582 and 4205 (g) (January 17, 2019) The regulations provide that the request shall be submitted to the warden ordinarily in writing by the inmate.

Procedural History
Letter from family member to warden
BP-8 and BP-9
Cop out to case manager

See Exhibits A-D

The regulations further provide that the inmate initiate the request" only when there are particularly extraordinary and/or compelling circumstances which could not reasonably have been forseen by the court at the time of sentencing, nor is it a requirement of the governing statute. In fact, Application Note 2 of the policy statement specifies that "an extraordinary and compelling reason need not have been unforseen at the time of sentencing in order to be considered. U.S.S.G § 13 Application Note 2 further, the guideline allow that the sentencing court may have previously been aware of an extraordinary and compelling circumstances, but such an event "does not preclude consideration for a reduction under the policy statement. Id It is my contention that the extraordinary and compelling circumstances detailed herein could not have been possibly forseen at the time of sentencing. Nevertheless, to forsee such circumstances at the time of sentencing should not effect this courts decision whether to support a petition under (18 U.S.C. 3582(C)(1)(A) on my behalf.

The regulations specify that an imates request shall contain, at a minimum, the following information:

1. The extraordinary and or compelling circumstances that the inmate believes warrant consideration; and

2. Proposed release plans, including:

A. Where the inmate will reside

B. How the inmate will support himself; and

C. If the request is based on medical issues, how will the inmate pay for treatment.

## Extraordinary and compelling Circumstances

On or about 5/14/2020 I was taken to medical for chest pain. When I got to medical Dr. Martin informed me I was having a slight heart attack I was then given Aspirin to chew and nitro-glisern to dissolve then transported to Grady hospital where they ran several test. In the midst of them running test my COVID-19 test results came back 100% positive. At this time I was sent back to the prison to quarantine. The doctor informed me that because they had not finish the testing, they still had not found the problem and that she did not wish to release me, but because I tested positive for COVID-19 it was out of her control.

The doctor said all of my EKG's were off and because they couldn't figure out why this left her worried and concerned. The doctor also informed me that by my EKG results I am high risk for a full heart attack, she said, she couldn't tell me if it would happen today, tomorrow or next year, but if I don't find the problem immediately a heart attack is inevitable. The doctor said she was also concerned something more may be going on because I had already informed them that my mother suffered a heart attack the previous November. I now take medication for phase II of heart failure and still suffer from chest pain, shortness of breath, and at times restricted breathing.

Once I returned to the prison I was put on an isolated floor with COVID-19, severe chest pain, and medication they didn't know how my body would react to, any combination could have been deadly and yet I only saw officers at count time which is anywhere

from every 4 to 8 hours. Dr. Martin in his report put I am fine, yet the cardiologist a heart specialist is saying If I don't figure out the problem I'll "die". The nurse let me know that I needed to take extra precautions because it would be easier for me to get COVID-19 again. Recent medications for hypertension, anxiety, Phase II heart failure. See Medical Records  Exhibit E

My living conditions at the prison are not safe for my condition or healthy. There is no social distancing, mask aren't being enforced, people aren't being tested, no cleaning supplies and most importantly my medical needs are NOT being met. The cardiologist requested to see me back in 1-2 week on 5/14/2020, I haven't seen the cardiologist yet and it is now 8/20/2020.

Numerous courts have granted compassionate release to defendants with much longer periods of time left on their sentences than the four years (approximately) Mr. Judge is still due to serve. See United States V. Somerville NO 12-225, 2020 WL 2781585 (W.D. Pa, may 29, 2020)( granting Compassionate release of defendant vulnerable to COVID-19 and reducing 15 year ACCA sentence to approximately 8 years): United states V Brown, NO 18-360 ECF NO 35 (N.D. ala may 22, 2020) granting Section 3582(c)(1)(A) reducing 60 months sentence to 11 months time served for defendant suffering from asthma who tested positive for COVID-19): United states V Galloway, NO 10-0775, 2020 WL 2571172 at *1, *4 (D. md, may 21, 2020)(reducing 235 month sentence to time served for defendant who served almost 10 years pursuant to Section 3582(c)(1)(A) based on defendants debilitated conditions):

United states V Delgado; No 18-17, 2020 WL 2464685, at *1, *4 (D.conn Apr 30, 2020) reducing 120 month sentence to 29 months time served pursuant to section 3582 (c)(1)(A) for defendant at High Risk for "Serious" complications due to COVID-19) United states V Winston N.D 13-00639 ECF No 295 (D.md Apr 28, 2020) granting Compassionate release based on defendants "Serious" medical conditions and Vulnerability to COVID-19 and reducing 120 month sentence to 36 months time served.) United states V Almontes No 05-58, 2020 WL 1812713 at *1, *7 (D.conn Apr 9, 2020 reducing 262 month sentence to approximately 15 years time served pursuant to Section 3582(c)(1)(A) due to concern that defendant would not get necessary medical attention during COVID-19 pandemic

Here the over riding factor Under § 3553(a) that was not present at the time of sentencing is the COVID-19 factor and the "Serious" risk it presents. Although the seriousness of Mr. JUDGE Offense's led the court to impose it's Original Sentence, the sentencing purpose of just punishment does NOT warrant a sentence that includes exposure to a life threatening illness. The 3553(a) can be met in this case by an order of home confinement as a condition of supervised release.

See United states Sentencing Commission, Guideline Manual, § 1B1.13 (specifying that extraordinary health reasons include terminal illness or "Serious" health concern. A specific prognosis of life expectancy(i,e) a probability of death within a specific time period) Is NOT required.

While at Atlanta USP I have made my time as productive as possible by programming as much as I could until they stopped all movement for the COVID-19 pandemic See Certificates Exhibit F

The purpose of punishment have been met under pepper V United states, the court must also consider the most up-to-date picture of the defendant history and characteristics, which sheds light on the likelihood that the defendant will not engage in future criminal conduct 562 U.S. 476, 492 (2011)

I contend that a terminal heart "serious" condition is an extraordinary and compelling circumstance which could not have possibly been forseen by the sentencing court. My presence at the prison puts me at a very high risk of becoming COVID-19 positive again and potentially incurring my own death, especially since I suffer from a chronic heart disease. According to the COC because I suffer from a chronic disease I am a much higher risk of contracting COVID-19 again than those who don't suffer from chronic illness. If the words of the Attorney General are to be heeded I am one of the people who should not be here.

Based on the foregoing, I respectfully request that you accept this motion on my behalf under 18. U.S.C. 3582(c)(1)(A). I have demonstrated extraordinary and compelling reasons for modification or reduction of my sentence Under U.S.S.G. § 1B1.13, applications Note1 and program statement 5050.50. I understand these are Unique times, I only asked to have my sentence converted into sentence of Supervised release or modified In light of this COVID-19 pandemic.



Release Plan

If released I will stay with my mother Gwendolyn Judge at 2001 Jedi street, North charleston south Carolina. I will support my-self from my current businesses which are a Car Audio shop on Rivers Ave in North charleston, a lawn care Company and a used car dealership that is being leased Until I return. I have full medical insurance that will cover the majority of my medical concerns the remainder will be paid in full by me or my mother. Regular check ups will be done by a family physician. The major medical concerns that I have will be handled by MUSC medical center in downtown charleston. If granted release One of my family members from my Visitation list will be able to pick me up promptly.

Exhibit A

B4
sto
234

Date April 8, 2020
Gwendolyn Judge
C/o Rashaun Allen Judge # 17358-171
2001 Jedi Street
North Charleston, SC, 29406
843-566-1036

To the Warden of USP ATL, (Warden Woods)

    I hope that when this letter reaches you that you are doing
as well as to be expected with the COVID-19 pandemic which is
currently affecting our Nation. My name is Gwendolyn Judge, I
am writing on behalf of my son (Rashaun Judge 17358-171)
who is currently incarcerated at USP serving a 10 year sentence
and is eligible for release according to your website as of
11/25/2025. It is my understanding as our country is
experiencing a crisis that on March 27,2020 the House passed
the CARES Act to release prisoners to home confinement. I am
writing to advocate on my son's behalf that he be released to
home confinement under the CARES act. I understand there is a
screening process that all inmates must go through and meet the
requirements to be considered for release under the CARES Act.
I believe my son has met the requirements according to the BOP
website and are outlined below:

1. Health - Rashaun, although he is 35 years old he currently
   has 2 underlining health issues which are an extreme
   concern with the potential exposure of COVID-19. He has
   Bronchitis and heart condition. It is my understanding that
   at least 9 inmates and 3 officers have been diagnosed with
   having the deadly virus at the facility. Because of the
   seriousness of the virus and Rashaun's health conditions I
   hope you will take this into consideration of granting him
   release.

2. Security Level- USP is a medium facility and it is my
   understanding that as of January 11, 2020 Rashaun was
   advised that he was eligible to be transferred to a low
   facility being that his points were low enough to be
   considered for a transfer. Although priority is being given
   to inmates residing in low and minimum security facilities
   he does have the points to qualify for transfer.

3. Inmates Conduct- Rashaun is not affiliated with any prison
   gangs and has not had any disciplinary actions against him
   while at USP ATL.

4. Use of Pattern/ Recidivism risk. I can assure you that
   Rashaun does not have any intentions and has truly learned
   from this experience that he will not re-enter the BOP.
   Although his sentencing stems from charges resulted in
   2016 before his incarceration which begun on April 27,
   2017. He had 2 successful businesses which included a car
   dealership and lawn care services. Rashaun, did change his
   life entirely around and was on the straight and narrow path
   prior to his incarceration and conviction. He was a devoted
   father, son, and mentor to young men in the community,
   who were headed down the destruction path he once lived.
   If granted Release the potential exposure to the virus will

be minimum as he would be on home confinement and reside with me only compared to being housed at USP ATL.

5. Inmates crime of Conviction, and assessment of the danger- Although his offense is related to a drug offense Rashaun poses no danger to the community or threat to the public. As stated above he was a mentor in the community and business man.

Last but not least if I may provide you with additional information that will help you in your decision making process to release Rashaun into my care. Rashaun is my only child and nearest living relative. I am 72 years old and as of last year August I suffered a heart attack that required for me to undergo a triple bypass. My health is in fair condition and although I worry about myself I am extremely concerned about my son being exposed. For these reasons mention I strongly hope you will consider releasing my son under the CARES Act. Should you need any additional information please feel free to contact me at 843-566-1036. I thank you in advance for your time and allowing me the chance to advocate for my son. My prayers are with you, your family, the staff, as well as the inmates during the COVID-19 Pandemic.

Sincerely,

Gwendolyn Judge
Gwendolyn Judge

*Exhibit B*

## ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

**INSTRUCTIONS:**

When you are unable to informally resolve the inmate's complaint, complete and attach this report to each BP-9. The BP-9 will not be accepted without this form.

| Inmate Name: Rashaun Judge | Reg. No. 17358-171 |
|---|---|

| | Date | Staff Signature |
|---|---|---|
| Form Requested by inmate: | 7/8/20 | K. Houston |
| Form Provided to inmate: | 7/8/20 | K. Houston |

Inmate's complaint: As of 3/26/2020 it was signed into law that Under 3624(c)(2) a prisoner can be placed on home confinement, title 3582(c)(1)(A) states a federal court can reduce a sentence or impose a term of probation. Because I have an extraordinary and compelling health condition and had covid-19 I would like to be considered for relief under 3582(c)(1)(A) or 3624(c)(2).

Action taken to informally resolve complaint:

Response: You will proceed with BP-9 to the Warden, through your Case Manager or C.M.C. Office. K. Houston

| INFORMAL RESOLUTION ACCEPTED BY: | Date: |
|---|---|
| Inmate's Signature: (x) Rashaun Judge | Date: 7/2/20 |
| Inmate Name (Printed): K. Houston | |
| Staff's Signature: K. Houston | Date: 7/2/20 |
| Staff Name and Title (Printed): | |

| INFORMAL RESOLUTION REJECTED BY: | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate's Name (Printed): | |
| Staff Signature: K. Houston | Date: 7-8-20 |
| Staff Name and Title (Printed): | |
| Date BP-9 Provided to Inmate: 7/2/20 | |

Original:   Unit Manager (when resolution is accepted) or
            Forward with BP-9 (when resolution is not accepted)
Copy:       To inmate

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

*Exhibit C*

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** _Judge Rashaun A_   _17358-171_   _B-1_   _ATL USP_
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** As of 3/26/20 it was Signed into law under title 18 3624(c)(2) that because of the COVID-19 pandemic a prisoner can be placed on home confinement, Title 18 3582(c)(1)(A) states a federal Court can reduce a Sentence or impose a term of probation. Since I have an extraordinary and compelling (heart) health condition and HAVE tested 100% positive for COVID-19 I would like to be considered for relief under 3624(c)(2) and 3582(c)(1)(A).

See United States Sentencing Commission, Guideline Manual, § 1B1.13 (specifying that extraordinary health reasons include terminal illness or "serious health concern." A specific prognosis of life expectancy (ie "a probability of death within a specific time period) is not required

_7/2/20_      _Rashaun Judge_
DATE                 SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____         _____
DATE                     WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**        CASE NUMBER: _____

                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____   _____   _____   _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____               _____
DATE                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER          BP-229(13)
                                              APRIL 1982

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

*Exhibit C*

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Judge Rashaun A | 17358-171 | B-1 | ATL USP
   LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**    As of 3/26/20 it was Signed into law under title 18 3624(c)(2) that because of the COVID-19 pandemic a prisoner can be placed on home Confinement, Title 18 3582(c)(1)(A) states a federal Court can reduce a Sentence or impose a term of probation. Since I have an extraordinary and compelling (heart) health condition and HAVE tested 100% positive for COVID-19 I would like to be considered for relief under 3624(c)(2) and 3582(c)(1)(A).

See United States Sentencing Commission, Guideline Manual, § 1B1.13 (specifying that extraordinary health reasons include terminal illness or "serious health concern". A specific prognosis of life expectancy (ie "a probability of death within a specific time period) is not required

7/2/20                                                    Rashaun Judge
DATE                                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____        _____
DATE                                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                                               CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____        _____
DATE                                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

Exhibit D

Inmate Judge, Rashaun Allen

Reg# 17358-171

Unit B-1 / CSW H. Belafonte

## Inmate Request to Staff Member Response

This is in response to your Inmate Request regarding a Compassionate Release/Reduction in Sentence (RIS), in which you request a compassionate release for extraordinary circumstances due to the following medical conditions: Pre-existing Heart Condition and the COVID-19 pandemic.

Your request as written is being returned, and further review for consideration has been rejected by the RIS review committee. In order for your request to be properly assessed, you must indicate which category you wished to be considered under as you can only submit one request at a time.  You also failed to provide all the minimum critèria as stipulated in Program Statement 5050.50.  If you still wish to be considered for Compassionate Release/RIS please re-submit your request with the minimum criteria.  Please note, this policy does not include a provisions for development of an illness, which you have not yet contracted.

If you are dissatisfied with this response, you may file an appeal pursuant to Program Statement 1330.17, Administrative Remedy Program, within 20 calendar days of the date of this response.

I trust this addresses your concern

William L. Woods
Warden

7/30/2020
DATE

## ATL/Case Mgmt Coord~ - Re: Fwd: Correspondence Regarding: CARES ACT, Judge, Rashaun 17358-171

**From:** Darren Martin
**To:** ATL/CaseMgmtCoord~@bop.gov; Hollinger, Tara A.; Moore, Sharea
**Date:** 4/21/2020 2:37 PM
**Subject:** Re: Fwd: Correspondence Regarding: CARES ACT, Judge, Rashaun 17358-171
**Attachments:** Martin, Darren.vcf

Inmate Judge, Rashaum (reg# 17358-171) is a 35yo male with no listed chronic medical conditions that require management at this facility, and hence, does not fit the Reduction in Sentence (**RIS**) or Compassionate Release criteria under Terminal or Debilitated Medical Condition, as he **can** perform his ADLs.



*Darren Martin, MD*
**Clinical Director**
Health Services Unit
USP Atlanta
Federal Bureau of Prisons
601 McDonough Blvd SE
Atlanta, GA 30315
office#:  404-635-5461 (Admin)
          404-635-5435 (Clinic)
          404-635-5313 (page)
cell: 470-522-1633
fax:  404-635-5380
d3martin@bop.gov

*'Commit to Excellence'*
*"We are what we repeatedly do.  Excellence, then, is not an act, but a habit — Aristotle*

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.  If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately at 404-635-5100 to make arrangements for its return to us.

Home Confinement (COVID-19)                    Reviewed:

Inmate Name _Judge, Rashaum A_____ Reg # _17358-171_

Custody Score / LEVEL: _14/ MED_____ FSA RISK LVL _41_ AGE _35_

PRD _11/30/2025_____ TSPS _34%_ Vulnerability to Covid-19 _____

Primary Offense: ___ Violent ___ Sex Offense ___ Terrorism related

_____

Detainer  YES (NO)

Does the inmate provide a Viable release plan:

_____
_____
_____

Incident Report History (300-400) (100-200 not eligible) Last twelve months

_____

Medical Review (YES) NO  Care level _1_

_does not fit conditions_____

RIS coordinator:
_Does not qualify per current Criteria presented by SERO____
_____
_____

CMA ASSIGNMENT entered by Case Manger

CV-HD-Deny

CV-COM REF

**ATL/Case Mgmt Coord~ - Re: RIS Request Judge #17358-171**

| | |
|---|---|
| **From:** | Darren Martin |
| **To:** | RIS |
| **Date:** | 7/22/2020 12:30 PM |
| **Subject:** | Re: RIS Request Judge #17358-171 |
| **Attachments:** | Martin, Darren.vcf |

Inmate Judge, Rashaun Reg# 17358-171, is a 35 yo Black male with following listed medical history:  COVID-19 test negative. Inmate had an episode of chest pain sent out to hospital, but inmate refused definitive treatment, symptoms resolved and he was returned to the facility.  However, there is no evidence that he fits the Reduction in Sentence **(RIS) or Compassionate Release** criteria under Terminal or Debilitated Medical Condition, as there is no documented evidence that he **cannot** perform his ADLs,  and he has no terminal or debilitating conditions at this time.  In addition, he has no documented return of COVID-19 symptoms or diagnosis as of July 2020. Should his overall condition change, additional information may be submitted at a future time.



*Darren Martin, MD*
*Clinical Director*
Health Services Unit
USP Atlanta
Federal Bureau of Prisons
601 McDonough Blvd SE
Atlanta, GA 30315
office#: 404-635-5461 (Admin)
          404-635-5435 (Clinic)
          404-635-5313 (page)
cell: 470-522-1633
fax: 404-635-5380
d3martin@bop.gov

*'Commit to Excellence'*
*"We are what we repeatedly do.  Excellence, then, is not an act, but a habit — Aristotle*

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.  If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately at 404-635-5100 to make arrangements for its return to us.

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 7/5/20 |
|---|---|
| Case Manager Belafonte | |
| FROM: Rashaun Judge | REGISTER NO.: 17358-171 |
| WORK ASSIGNMENT: A/C | UNIT: B-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request. On or about 5/14/20 I was taken to medical for chest pain. When I got to medical
I was said to be having a slight heart attack I was then transported to Grady
hospital where they ran several test. In the midst of them running test my covid-19
test came back positive so they couldn't continue with the heart testing. COVID-19
because it is so new the effects or after effects still aren't known. The reason
they say if you already have underlying health conditions your at a greater risk
of dying is because Covid-19 take an already exsiting problem and make it
worse. particularly (Heart) and (lung) problems. Before the doctor released me she
informed me that because they hadn't found the problem she didn't wish to
release me, but because I tested 100% positive for COVID-19 it was out of
her control. The doctor said all of my EKGs were off and because they
couldn't figure out what was wrong this left her worried and
concerned.

(Do not write below this line)                     Continue
                                                    Next page →

DISPOSITION:

Refer to RIS Coordinator

| Signature Staff Member | Date 7/5/20 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                                    Prescribed by P5511

                                This form replaces BP-148.070 dated Oct 86
                                and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER        **SECTION  6**

The doctor said by what she saw from my EKGs that my heart is abnormal and that I am high risk for a full heart attack. The doctor said she couldn't say if it would happen today, tomorrow, or next year but from what she saw a heart attack is inevitable. Since having COVID-19 coupled with an already exsiting heart condition I now take medication for Phase II of heart failure. I now, since having COVID-19 have constant chest pains, shortness of breath and at times what seems to be restricted breathing. I would like to be considered for relief under 3582(c)(1)(A) because of a terminal illness or "Serious" health concerns.

See United States Sentencing Commission, Guideline Manual, § 1131.13 (specifying that extraordinary health reasons include terminal illness or "serious" health concerns). A specific prognosis of life expectancy (i,e, a probability of death within a specific time period) is NOT required.

# Release Plan

If released I will stay with my mother Gwendolyn Judge at 2001 Jedi Street, North Charleston South Carolina. I will support my self from my current businesses which are a Car Audio shop on Rivers Ave in North charleston, a lawn care company and a used car dealership on South live Oak in Moncks corner South Carolina, that is being leased until I return. I have full medical insurance that will cover the majority of my medical concerns the remainder will be paid in full by me or my mother. Regular check up will be done by a family physician. Any major medical problems will be handled by Musc medical Center in downtown charleston.

USP ATL 17358-171

Exhibit E

✚ Grady Health System®

# Important - Utilization Review from Grady Health System

May 18 2020  9:54AM ET

Dear  Carol Fortson, Naphcare

Utilization Review ADM - 131127568 information for RASHAUN JUDGE, Patient Account # 5007950009 is included in this fax. Please use the contact information below to discuss any questions with this review.

**Fax Comment:**
Admission summary for 5/14/20 and discharge summary for 5/16/20

**Contact Information:**
Fax authorizations & denials to your dedicated E-Fax line. If you have not received a new fax number, pls call Latonya @ 404-616-1852/Lashawnda @ 404-616-6915. You can also call authorizations & denials - UM VM system @ 404-616-7705. Include the following.1. Name & contact # of person authorizing days 2.Patient's name 3.Patient's DOB 4.Admit Dt 5.Specific dtes approved/denied 6.Total days authorized/denied. 7. Level of care authorized 8.Dt of next clinical update & fax # for submission 9. Auth#

Thank you.

| Authorization Number Request |
| --- |

Use Fax Number  to fax authorization number for approval for above patient

Authorization #  _____

| Confidentiality Notice |
| --- |

The documents accompanying this telecopy transmission may contain legally confidential, privileged and proprietary information.  It is intended only for the named recipient(s); if you are not the named recipient(s) you are not authorized to copy, print, share, save or rely upon any portion of this communication. If you are not the named recipient and/or have received this information in error please immediately notify the sender listed above and Allscripts at (866) 790-8690 and delete this transmission including any attachments.

Review ID# 131127568                                                                                    Page 1 of 7

**Grady Health System**
Utilization Review Medical Necessity

| Review ID: | 1311127668 | Review Type: | Admissions |
| Reviewer: | Eboni NCM, Baxter | Review Date: | 5/14/2020 |
| Reviewed Days: | | Level of Care: | x |

| Name: | RASHAUN JUDGE | MRN: | 0001006210078 |
| Date of Birth: | 1/11/1985 (35 years) | Account #: | 5007950009 |
| Gender: | Male | Patient Type: | Inpatient |
| Admission Date: | 5/14/2020 9:30 PM (ET) | Location: | 11B / 11B-11B22 |
| Discharge Date: | 5/16/2020 3:23 PM (ET) | Service Type: | Emergency Service |
| Attending Physician: | MEHUL TEJANI | | |
| Admitting Diagnosis: | STEMI | | |

**Severity of Illness**

Eboni NCM, Baxter: Admission review for 5/14/20.

Emory Medicine History and Physical | Team F
Patient Name: RASHAUN JUDGE
Admission date: 5/14/2020
Patient MRN:      1006210078
PCP: No primary care provider on file.

CC: "chest pain."
HPI: RASHAUN JUDGE is a 35 y.o. male with no significant PMH presenting for chest pain. Pt is an inmate in federal prison.

The pt reports recurrent episodes of mild chest pain, around 10x over the past several years. Each time he is told his EKG is slightly abnormal but stable and no further work-up is pursued.

Four days ago, the frequency of these events intensified. He reports 1 sided chest pain, which is sometimes sharp, sometimes squeezing, sometimes a/w dyspnea. Pain is 4/10 and comes on randomly, lasting for a few minutes at a time before spontaneously remitting. It is not a/w nausea, diaphoresis, anxiety or palpitations. He reports significant cardio exercise without symptoms. No association with food or time of day.

He reports MI in his mother at the age of 71 and an aunt with a pacemaker, but otherwise no significant FH of cardiac disease. He is a current smoker <1 ppd x 10 years. Former marijuana smoker but no current drug use and no h/o cocaine.

He denies any sick contacts and no fevers/chills, cough, dyspnea, n/v, diarrhea, abdominal pain, anosmia/ageusia. No LE edema or orthopnea.

Pt reports he has been complaining of this for four days to nurses at the prison but no further action was by medical staff until today when he told a guard directly that he was having now constant chest pain. EKG prior to arrival was noted to have changes concerning for STEMI.

VS: BP 118/63  | Pulse 61  | Temp 36.8 C (98.2 F)  | Resp 12  | Ht 1.651 m (5' 5")  | Wt 74.8 kg (165 lb)  | SpO2 100%  | BMI 27.46 kg/m

EKG: 75 bpm, sinus rhythm, RAA w/ borderline right axis deviation, biphasic T waves in v3-v5, t wave inversions II, III and AVF, ST elevation V3-V5

LABS: Cre 1.3, CBC-wnl, D-Dimer 566, Triglyceride-Serum 46, Covid-19 lab test positive, PTL 138

---

## Intensity of Service

Eboni NCM, Baxter: Admission review for 5/14/20.

MEDS:
enoxaparin (LOVENOX) 40 mg/0.4 mL injection 40 mg
Dose: 40 mg
Freq: EVERY 24 HOURS Route: SC

apixaban (ELIQUIS) tablet 2.5 mg
Dose: 2.5 mg
Freq: 2 TIMES DAILY Route: PO

aspirin chewable tablet 81 mg
Dose: 81 mg
Freq: DAILY Route: PO

atorvastatin (LIPITOR) tablet 40 mg
Dose: 40 mg
Freq: DAILY Route: PO

PLAN:
RASHAUN JUDGE is a 35 y.o. male presenting with non-anginal chest pain and concerning EKG findings with negative troponin warranting admission for further cardiac work-up.

#Chest Pain
#EKG Changes c/f Myocardial Ischemia
TTE w/o focal wall motion abnormality per cardiology. Pt reports long h/o abnormal EKGs and intermittent chest pain. No recent drug use. Troponins negative. CAD vs coronary vasospasm vs non-cardiac chest pain. CT PE negative. Given his lack of typical anginal chest pain, young age without significant risk factors, negative cardiac biomarkers or focal wall motion abnormalities, reported stable EKG changes, ability to do ~1 hour of cardio without symptoms, I have a low suspicion for ischemic disease, but his EKG changes are certainly concerning especially in the setting of chest pain and warrants further work-up.
- Cardiology consulted; recommend ASA and admission for observation with CTA vs LHC. No indication for heparin or other medications at this time.
- TTE ordered
- Trend troponin
- Check lipids, A1c

#COVID-19 PUI
Given chest pain with occasional dyspnea and CXR abnormality.
- COVID-19 NP swab pending
- COVID-19 isolation precautions
- SCD for DVT prophylaxis for now given low clinical suspicion and possible procedure tomorrow AM

---

## Other

Eboni NCM, Baxter: Discharge Summary for 5/16/20.

I saw and evaluated the patient. Discussed with resident and agree with residents findings and plan as documented in the residents note.

Patient without chest pain. He is still unwilling to undergo LHC even if stress test is positive. Patient COVID positive and likely would not be able to get stress test until he is negative. Will start on ASA and statin. HR in 70s, so will try low dose BB but this needs to be followed up on. Given refusal of LHC, even a positive stress test would unlikely change management. Will need outpatient stress and cardiology follow up in next few weeks. Due to being COVID positive he warrants Level 1 AC with Eliquis 2.5mg BID. He will also need to be in isolation in prison per their policy.

      Judge, Rashaun
Home Medication Instructions  HAR:5007950009
      Printed on:05/16/20 1232

Medication Information:

apixaban (ELIQUIS) 2.5 MG TABS tablet
Take 1 tablet (2.5 mg total) by mouth 2 times every day.

aspirin 81 mg chewable tablet
Take 1 tablet (81 mg total) by mouth every day.

atorvastatin (LIPITOR) 40 MG tablet
Take 1 tablet (40 mg total) by mouth every day.

metoprolol succinate XL (TOPROL-XL) 25 mg tablet
Take 1 tablet (25 mg total) by mouth every day.

Lauren M. Gensler, MD

Physician Discharge Summary

Patient ID:
Rashaun Judge
100621078
35 y.o.
1/11/1985

Admit date: 5/14/2020

Discharge date and time: 05/16/20

Admitting Physician: Mehul N. Tejani, MD

Discharge Physician:  Dr Gensler

Admission Diagnoses: Chest pain
Chest pain
Chest pain

Discharge Diagnoses:
Chest pain, unspecified

Admission Condition: fair

Discharged Condition: good

Indication for Admission:

Hospital Course:
#atypical chest pain
#Twaves inversion in the antero-lateral leads
Patient presented with chest pain at rest. EKG findings was concerning for  t waves inversion
the anterolateral leads and troponins were negative time 3. Cardiology was consulted and
recommended a left heart cath but patient declined without giving any specific reason. His work
up showed A1C 4.5, lipid panel and TSH within normal limit and unremarkable urine drug screen.
He underwent and echocardiogram and CT heart that did not show anything concerning. Cardiology
recommended a stress test and patient was started on aspirin, lipitor and metoprolol XL. He
was advise to follow up with cardiology and get a stress test once possible (ideally within
1-2 weeks)


#COVID infection
Patient was tested for COVID in the setting of chest pain. He never required oxygen supplement
and had no cough. His test came back positive and he was advised to self isolate until retested
negative.

Consults: cardiology

Significant Diagnostic Studies:
CTHEART:
IMPRESSION:
No cardiac mass or thrombus on the left atrial appendage thrombus, unchanged from yesterday
exam.
Borderline cardiomegaly, however the measurement did not demonstrate enlargement. Otherwise
no acute findings in the chest.

CTPE:
IMPRESSION:
No pulmonary embolism. Unremarkable CT of the chest.

TTE
Interpretation Summary
The left ventricle is normal in size.
No intracardiac shunt noted in the visualized region
Left ventricular systolic function is normal.
LV ejection Fraction = 55-60%.


Discharge Exam:
General: well appearingyoung muscular, no acute distress
HEENT: NCAT,non-icteric, non-injected conjunctivae
Lymph: no cervical LAD
CV:non-elevated JVP, no peripheral edema;RRR, no murmurs
Pulm:Easy WOB, symmetric chest expansion
Abd: NTND
MSK: strength grossly intact, no gross abnormalities; no reproducible chest pain with palpation
Skin: no lesions on exposed skin
Neuro: Face symmetric, non-dysarthric
Psych: appropriate mood and affect


Disposition and Future Appointments:
The following appointments also exist:
No future appointments.


Patient Instructions:
Activity: activity as tolerated
Diet: regular diet and cardiac diet
Wound Care: none needed

Review ID# 131127568

There are no discharge medications for this patient.

Signed:
Leyla Makue Fowe, MD

## Patient Information - Review # 131127568 - MRN 000100621078 - RASHAUN JUDGE

| Name: | RASHAUN JUDGE | MRN: | 000100621078 |
|---|---|---|---|
| Date of Birth: | 1/11/1985 (    35 years) | Gender: | Male |
| Address: | 601 MCDONOUGH BLVD SE ATLANTA, GA 30315-4400 | Home: Work: Alt: | (404) 635-1000 |
| Marital Status: | Single | SSN: | 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 |
| Race: | BLACK | Race 2: | |
| Ethnicity: | NON-HISPANIC | Ethnicity 2: | |
| Religion: | NONE | | |

| Emergency Contact 1: | DECLINE PT | |
|---|---|---|

## Admission Information   Review # 131127568   MRN  000100621078   RASHAUN JUDGE

| Account #: | 5007950009 | Patient Type: | Inpatient |
|---|---|---|---|
| Admission Date: | 5/14/2020 9:30 PM (ET) | Projected Discharge Date: | 5/16/2020 1:00 PM (ET) |
| Patient Class: | | Admit Source: | Self Ref |
| Service Type: | Emergency Service | Location: | 11B / 11B-11B22 |
| Facility: | GHS | | |

| Primary Diagnosis: | STEMI |
|---|---|

| Admitting Physician: | MEHUL N. TEJANI | |
|---|---|---|
| Attending Physician: | MEHUL N. TEJANI | |

## Financial Information   Review # 131127568   MRN 000100621078 - RASHAUN JUDGE

| Financial Class: | COMM |
|---|---|

| Guarantor: | RASHAUN JUDGE 601 MCDONOUGH BLVD SE ATLANTA, GA 30315-4400 Relationship: Other | Home: (404) 635-1000 Employment Status: None |
|---|---|---|
| Guarantor Employer: | UNEMPLOYED | |

## Assessment/Need   General Information - Review # 131127568   MRN 000100621078

Review ID# 131127568

5/19/2020                                Judge, Rashaun (MR#100621078) Printed by DANIELS, VERONICA J [32724]

Judge, Rashaun (MRN 100621078) DOB: 01/11/1985 Encounter Date: 05/14/2020

**Do you have a question about this report?**          USP ATL 17358-171                    Ask a Question

# Judge, Rashaun                                                                    MRN: 100621078

**ED to Hosp-Admission**          Last attending: Tejani, Mehul N., MD • Treatment team
5/14/2020 - 5/16/2020 (2 days)
Status: Discharged
GRADY HOSPITAL

## Discharge Summary                            Makue Fowe, Leyla, MD (Resident) • General Medicine
Cosigned by: Gensler, Lauren M., MD at 5/16/2020 12:32 PM

Attestation signed by Gensler, Lauren M., MD at 5/16/2020 12:32 PM

5/16/2020 12:28 PM

I saw and evaluated the patient. Discussed with resident and agree with resident's findings and
plan as documented in the resident's note.

Patient without chest pain. He is still unwilling to undergo LHC even if stress test is positive.
Patient COVID positive and likely would not be able to get stress test until he is negative. Will
start on ASA and statin. HR in 70s, so will try low dose BB but this needs to be followed up on.
Given refusal of LHC, even a positive stress test would unlikely change management. Will need
outpatient stress and cardiology follow up in next few weeks. Due to being COVID positive he
warrants Level 1 AC with Eliquis 2.5mg BID. He will also need to be in isolation in prison per
their policy.

**Home Medication Instructions**                    Judge, Rashaun
                                                     HAR:5007950009
                                                     Printed on:05/16/20 1232

| Medication Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **apixaban (ELIQUIS) 2.5 MG TABS tablet**<br>Take 1 tablet (2.5 mg total) by mouth 2 times every day. | | | | | | | | | |
| **aspirin 81 mg chewable tablet**<br>Take 1 tablet (81 mg total) by mouth every day. | | | | | | | | | |
| **atorvastatin (LIPITOR) 40 MG tablet**<br>Take 1 tablet (40 mg total) by mouth every day. | | | | | | | | | |
| **metoprolol succinate XL (TOPROL-XL) 25 mg tablet**<br>Take 1 tablet (25 mg total) by mouth every day. | | | | | | | | | |

Judge, Rashaun (MRN 100621078) DOB: 01/11/1985 Encounter Date: 05/14/2020

Lauren M. Gensler, MD

## Physician Discharge Summary

**Patient ID:**
Rashaun Judge
100621078
35 y.o.
1/11/1985

**Admit date:** 5/14/2020

**Discharge date and time:** 05/16/20

**Admitting Physician**: Mehul N. Tejani, MD

**Discharge Physician:** Dr Gensler

**Admission Diagnoses:** Chest pain
Chest pain
Chest pain

**Discharge Diagnoses:**
Chest pain, unspecified

**Admission Condition:** fair

**Discharged Condition:** good

**Indication for Admission:**

**Hospital Course:**
**#atypical chest pain**
**#Twaves inversion in the antero-lateral leads**
Patient presented with chest pain at rest. EKG findings was concerning for  t waves inversion the
anterolateral leads and troponins were negative time 3. Cardiology was consulted and recommended
a left heart cath but patient declined without giving any specific reason. His work up showed A1C 4.5,
lipid panel and TSH within normal limit and unremarkable urine drug screen. He underwent and
echocardiogram and CT heart that did not show anything concerning. Cardiology recommended a
stress test and patient was started on aspirin, lipitor and metoprolol XL. He was advise to follow up
with cardiology and get a stress test once possible (ideally within 1-2 weeks)

**#COVID infection**
Patient was tested for COVID in the setting of chest pain. He never required oxygen supplement and
had no cough. His test came back positive and he was advised to self isolate until retested negative.

**Consults:** cardiology

**Significant Diagnostic Studies:**
CTHEART:
IMPRESSION:
No cardiac mass or thrombus on the left atrial appendage thrombus, unchanged from yesterday
exam.

Judge, Rashaun (MRN 100621078) DOB: 01/11/1985 Encounter Date: 05/14/2020

Borderline cardiomegaly, however the measurement did not demonstrate enlargement. Otherwise no acute findings in the chest.

CTPE:
IMPRESSION:
No pulmonary embolism. Unremarkable CT of the chest.

TTE
Interpretation Summary
The left ventricle is normal in size.
No intracardiac shunt noted in the visualized region
Left ventricular systolic function is normal.
LV ejection Fraction = 55-60%.

**Discharge Exam:**
General: well appearing young muscular, no acute distress
HEENT: NCAT, non-icteric, non-injected conjunctivae
Lymph: no cervical LAD
CV: non-elevated JVP, no peripheral edema; RRR, no murmurs
Pulm: Easy WOB, symmetric chest expansion
Abd: NTND
MSK: strength grossly intact, no gross abnormalities; no reproducible chest pain with palpation
Skin: no lesions on exposed skin
Neuro: Face symmetric, non-dysarthric
Psych: appropriate mood and affect

**Disposition and Future Appointments:**
The following appointments also exist:
No future appointments.

**Patient Instructions:**
Activity: activity as tolerated
Diet: regular diet and cardiac diet
Wound Care: none needed

There are no discharge medications for this patient.

**Signed:**
Leyla Makue Fowe, MD
5/16/2020
10:46 AM

## Other Notes

All notes

H&P from Spandorfer, Robert, MD (General Medicine)

Consults from Ismail, Sahar J., MD (Cardiology-Consult) [Cosign Needed]

## Additional Orders and Documentation

Judge, Rashaun (MRN 100621078) DOB: 01/11/1985 Encounter Date: 05/14/2020

**Results**          **Meds**          **Orders**          **Flowsheets**
Imaging                              Procedures
Microbiology

Encounter Info:   History, Allergies, Education, Care Plan, Detailed Report

## Media

Electronic signature on 5/14/2020 5:59 PM - Signed

## Hospital Problem List

Chest pain

## Care Timeline

05/15 ◯ Admitted from ED 0420
05/16 ◯ Discharged 1523

## Discharge

 **Discharged/Transferred to Court/Law Enforcement**

IP After Visit Summary (Printed 5/16/2020)

Follow-Ups: Follow up with Cardiac Center (Adult) (Cardiology)

Discharge Orders
Amb referral to Cardiology: Authorized

## Medication List at Discharge

Apixaban 2.5 mg Oral 2 TIMES DAILY

Aspirin 81 mg Oral DAILY

Atorvastatin Calcium 40 mg Oral DAILY

Metoprolol Succinate 25 mg Oral DAILY

Printed by Daniels, Veronica J at 5/19/20 9:48 AM

USP ATL 17358-171

╬ Grady Health System®

## Important - Utilization Review from Grady Health System

May 22 2020  8:21AM ET

Dear  Carol Fortson, Naphcare

Utilization Review DIS - 131258413 information for RASHAUN JUDGE, Patient Account # 5007950009 is included in this fax. Please use the contact information below to discuss any questions with this review.

**Fax Comment:**
Discharge summary for 5/16/20

**Contact Information:**
Fax authorizations & denials to your dedicated E-Fax line. If you have not received a new fax number, pls call Latonya @ 404-616-1852/Lashawnda @ 404-616-6915. You can also call authorizations & denials - UM VM system @ 404-616-7705. Include the following.1. Name & contact # of person authorizing days 2.Patient's name 3.Patient's DOB 4.Admit Dt 5.Specific dtes approved/denied 6.Total days authorized/denied. 7. Level of care authorized 8.Dt of next clinical update & fax # for submission 9. Auth#

Thank you.

### Authorization Number Request

Use Fax Number  to fax authorization number for approval for above patient

Authorization #  _____

### Confidentiality Notice
The documents accompanying this telecopy transmission may contain legally confidential, privileged and proprietary information.  It is intended only for the named recipient(s); if you are not the named recipient(s) you are not authorized to copy, print, share, save or rely upon any portion of this communication. If you are not the named recipient and/or have received this information in error please immediately notify the sender listed above and Allscripts at (866) 790-8690 and delete this transmission including any attachments.

05-22-2020 7:21 AM          Fax Services          → 12055459598          pg 2 of 5

**Grady Health System**
**Utilization Review Medical Necessity**

**Review Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE**

| Review ID: | 131258413 | Review Type: | Discharge |
|---|---|---|---|
| Reviewer: | Eboni NCM, Baxter | Review Date: | 5/16/2020 |
| Reviewed Days: | | Level of Care: | x |

**Patient Information - Review # 131258413 - MRN: 000100621078  RASHAUN JUDGE**

| Name: | RASHAUN JUDGE | MRN: | 000100621078 |
|---|---|---|---|
| Date of Birth: | 1/11/1985 (35 years) | Account #: | 5007950009 |
| Gender: | Male | Patient Type: | Inpatient |
| Admission Date: | 5/14/2020 9:30 PM (ET) | Location: | 11B / 11B-11B22 |
| Discharge Date: | 5/16/2020 3:23 PM (ET) | Service Type: | Emergency Service |
| Attending Physician: | MEHUL TEJANI | | |
| Admitting Diagnosis: | STEMI | | |

**Medical Necessity - Review # 131258413 - MRN  000100621078 - RASHAUN JUDGE**

**Severity of Illness**

Eboni NCM, Baxter: Discharge Summary for 5/16/20.

Attestation signed by Gensler, Lauren M., MD at 5/16/2020 12:32 PM
5/16/2020 12:28 PM

I saw and evaluated the patient.  Discussed with resident and agree with residents findings and plan as documented in the residents note.

Patient without chest pain. He is still unwilling to undergo LHC even if stress test is positive. Patient COVID positive and likely would not be able to get stress test until he is negative. Will start on ASA and statin.  HR in 70s, so will try low dose BB but this needs to be followed up on. Given refusal of LHC, even a positive stress test would unlikely change management. Will need outpatient stress and cardiology follow up in next few weeks.  Due to being COVID positive he warrants Level 1 AC with Eliquis 2.5mg BID.  He will also need to be in isolation in prison per their policy.

Judge, Rashaun
Home Medication Instructions  HAR:5007950009
     Printed on:05/16/20 1232

Medication Information:
apixaban (ELIQUIS) 2.5 MG TABS tablet
Take 1 tablet (2.5 mg total) by mouth 2 times every day.

aspirin 81 mg chewable tablet
Take 1 tablet (81 mg total) by mouth every day.

atorvastatin (LIPITOR) 40 MG tablet

Take 1 tablet (40 mg total) by mouth every day.

metoprolol succinate XL (TOPROL-XL) 25 mg tablet
Take 1 tablet (25 mg total) by mouth every day.

Lauren M. Gensler, MD


Physician Discharge Summary:

Patient ID:
Rashaun Judge
100621078
35 y.o.
1/11/1985

Admit date: 5/14/2020

Discharge date and time: 05/16/20

Admitting Physician: Mehul N. Tejani, MD

Discharge Physician:  Dr Gensler

Admission Diagnoses: Chest pain
Chest pain

Discharge Diagnoses:
Chest pain, unspecified

Admission Condition: fair

Discharged Condition: good

Indication for Admission:

Hospital Course:
#atypical chest pain
#Twaves inversion in the antero-lateral leads
Patient presented with chest pain at rest. EKG findings was concerning for  t waves inversion
the anterolateral leads and troponins were negative time 3. Cardiology was consulted and
recommended a left heart cath but patient declined without giving any specific reason. His work
up showed A1C 4.5, lipid panel and TSH within normal limit and unremarkable urine drug screen.
He underwent and echocardiogram and CT heart that did not show anything concerning. Cardiology
recommended a stress test and patient was started on aspirin, lipitor and metoprolol XL. He
was advise to follow up with cardiology and get a stress test once possible (ideally within
1-2 weeks)


#COVID infection
Patient was tested for COVID in the setting of chest pain. He never required oxygen supplement
and had no cough. His test came back positive and he was advised to self isolate until retested
negative.

Consults: cardiology

Significant Diagnostic Studies:
CTHEART:
IMPRESSION:
No cardiac mass or thrombus on the left atrial appendage thrombus, unchanged from yesterday
exam.
Borderline cardiomegaly, however the measurement did not demonstrate enlargement. Otherwise

Review ID# 131258413

```
no acute findings in the chest.

CTPE:
IMPRESSION:
No pulmonary embolism. Unremarkable CT of the chest.

TTE
Interpretation Summary
The left ventricle is normal in size.
No intracardiac shunt noted in the visualized region
Left ventricular systolic function is normal.
LV ejection Fraction = 55-60%.

Discharge Exam:
General: well appearingyoung muscular, no acute distress
HEENT: NCAT,non-icteric, non-injected conjunctivae
Lymph: no cervical LAD
CV:non-elevated JVP, no peripheral edema;RRR, no murmurs
Pulm:Easy WOB, symmetric chest expansion
Abd: NTND
MSK: strength grossly intact, no gross abnormalities; no reproducible chest pain with palpation
Skin: no lesions on exposed skin
Neuro: Face symmetric, non-dysarthric
Psych: appropriate mood and affect

Disposition and Future Appointments:
The following appointments also exist:
No future appointments.

Patient Instructions:
Activity: activity as tolerated
Diet: regular diet and cardiac diet
Wound Care: none needed

There are no discharge medications for this patient.

Signed:
Leyla Makue Fowe, MD

Stable Patient D/C from unit and facility.
D/C teaching, instructions, and information given to Security Officers present at bedside for
this Pt. Pt left unit with all personal items.
PIV line removed, Tele-monitoring d/c.
```

**Patient Information - Review #131258413 - MRN 000100621078 - RASHAUN JUDGE**

| Name: | RASHAUN JUDGE | MRN: | 000100621078 |
|---|---|---|---|
| Date of Birth: | 1/11/1985 ( <br><br> 35 years) | Gender: | Male |
| Address: | 601 MCDONOUGH BLVD SE <br> ATLANTA, GA 30315-4400 | Home: <br> Work: <br> Alt: | (404) 635-1000 |
| Marital Status: | Single | SSN: | 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 |
| Race: | BLACK | Race 2: | |
| Ethnicity: | NON-HISPANIC | Ethnicity 2: | |
| Religion: | NONE | | |

| Emergency Contact 1: | DECLINE PT | |
|---|---|---|

|  |  |  |
|---|---|---|
|  |  |  |

## Admission Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Account #: | 5007950009 | Patient Type: | Inpatient |
|---|---|---|---|
| Admission Date: | 5/14/2020 9:30 PM (ET) | Projected Discharge Date: | 5/16/2020 1:00 PM (ET) |
| Patient Class: | | Admit Source: | Self Ref |
| Service Type: | Emergency Service | Location: | 11B / 11B-11B22 |
| Facility: | GHS | | |

| Primary Diagnosis: | STEMI |
|---|---|

| Admitting Physician: | MEHUL N. TEJANI | |
|---|---|---|
| Attending Physician: | MEHUL N. TEJANI | |

## Financial Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Financial Class: | Contracts |
|---|---|

### Payment Sources

| Prim ary | Financial Class: | Contracts |
|---|---|---|

| Guarantor: | RASHAUN  JUDGE<br>601 MCDONOUGH BLVD SE<br>ATLANTA, GA 30315-4400<br>Relationship: Other | Home: (404) 635-1000<br>Employment Status: None |
|---|---|---|
| Guarantor Employer: | UNEMPLOYED | |

## Assessment/Needs - General Information - Review # 131258413 - MRN: 000100621078 RASHAUN JUDGE

| Patient Height: | 5 ft. 5 in. |
|---|---|
| Patient Weight: | 165 lbs. 0 oz. |
| Primary Language: | ENG |

## Transportation - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Patient Height: | 5 ft. 5 in. |
|---|---|
| Patient Weight: | 165 lbs. 0 oz. |

Copyright 1995-2020 Allscripts Healthcare, Inc. All rights reserved.

### Bureau of Prisons
### Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 01/11/1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/22/2020 09:54 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 05/22/2020 10:01.**

Bureau of Prisons
Health Services
Health Problems

Reg #: 17358-171          Inmate Name: JUDGE, RASHAUN ALLEN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Cannabis Use Disorder, Mild | | | | | | |
| 09/13/2019 09:03 EST  Chakos, Derek PsyD/DAP Coordinator | I | DSM-IV | F12.10 | 09/13/2019 | Current | |
| Encounter for general adult medical exam without abnormal findings | | | | | | |
| 08/15/2019 10:34 EST  Crossley, K. FNP | | ICD-10 | Z0000 | 08/15/2019 | Current | |
| 8/15/2019- reports chest pain from "time to time". None today; exam normal; EKG for reassurance | | | | | | |
| Coronavirus COVID-19 test negative | | | | | | |
| 05/28/2020 07:01 EST  Moore, S. FNP | | ICD-10 | Z03818- | 05/28/2020 | Current | |
| **Resolved** | | | | | | |
| Bronchitis, acute | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 466.0 | 09/23/2010 | Resolved | 01/30/2012 |
| 01/30/2012 18:54 EST  Fish, Irwin MPAS, PA-C | III | ICD-9 | 466.0 | 09/23/2010 | Resolved | 01/30/2012 |
| 09/23/2010 11:09 EST  Fish, Irwin MPAS, PA-C | III | ICD-9 | 466.0 | 09/23/2010 | Current | 09/23/2010 |
| Chest pain, unspecified | | | | | | |
| 05/21/2020 09:33 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Resolved | 05/21/2020 |
| 5-21-20: recommended for further evaluation | | | | | | |
| 05/14/2020 16:54 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Current | |
| 5-14-20: unknown etiology: diff: MI, pericarditis, cardiomyopathy; send to ER r/o the former. | | | | | | |
| 05/14/2020 16:53 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Current | |
| 5-14-20: unknown etiology: diff: MI, pericarditis, cardiomyopathy | | | | | | |
| Confirmed case COVID-19 | | | | | | |
| 05/28/2020 07:01 EST  Moore, S. FNP | | ICD-10 | U07.1 | 05/15/2020 | Resolved | 05/28/2020 |
| 5-21-20: retested today | | | | | | |
| 05/21/2020 09:33 EST  Martin, D. MD/CD | | ICD-10 | U07.1 | 05/15/2020 | Current | |
| 5-21-20: retested today | | | | | | |
| 05/17/2020 13:52 EST  Martin, D. MD/CD | | ICD-10 | U07.1 | 05/15/2020 | Current | |

Total: 6

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: JUDGE, RASHAUN ALLEN | | Reg #: 17358-171 |
| Date of Birth: 01/11/1985 | Sex: M   Race: BLACK | Facility: ATL |
| Encounter Date: 05/21/2020 09:25 | Provider: Martin, D. MD/CD | Unit: B05 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Martin, D. MD/CD

**Chief Complaint:** CARDIAC

**Subjective:** cc: "they told me; I'm good today"

Inmate Judge seen in follow-up after recent Hospital trip for chest pain where found with COVID-19.
He currently denies any chest pain today. Inmate apparently refused left heart catheterization. He had a CT heart where no cardiac mass or thrombus was found. He has an echo notable for Left Ventricular ejection fraction (LVEF): 55-60% and normal LV systolic function;

Vital signs pending entry.

**Pain:** No

**ROS:**

**Cardiovascular**

**General**

No: Angina

**Pulmonary**

**Respiratory System**

No: DOE, Dyspnea, Shortness of breath, Wheezing

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 19:12 ATL | 98.6 | 37.0 | | Harris. T. RN/IOP/IDC |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

No: Irritable, Agitated, Flat

**Pulmonary**

**Observation/Inspection**

No: Respiratory Distress

**Cardiovascular**

**Observation**

No: Cardiopulmonary Distress

**Neurologic**

**Cranial Nerves (CN)**

Yes: CN 2-12 Intact Grossly

**ASSESSMENT:**

| Inmate Name:   JUDGE, RASHAUN ALLEN | | | Reg #:   17358-171 |
|---|---|---|---|
| Date of Birth:   01/11/1985 | Sex:   M   Race:  BLACK | | Facility:  ATL |
| Encounter Date:  05/21/2020 09:25 | Provider:  Martin, D. MD/CD | | Unit:   B05 |

Chest pain, unspecified, R079 - Resolved - *5-21-20: recommended for further evaluation*

Confirmed case COVID-19, U07.1 - Current - *5-21-20: retested today*

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 435642-ATL | Aspirin 81 MG EC Tab | | 05/21/2020 09:25 |
| | **Prescriber Order:**  Take one tablet (81 MG) by mouth each day x 180 day(s) | | |
| | **Indication:** Chest pain, unspecified | | |
| 435643-ATL | Atorvastatin 40 MG TAB | | 05/21/2020 09:25 |
| | **Prescriber Order:**  Take one tablet (40 MG) by mouth each day x 180 day(s) | | |
| | **Indication:** Chest pain, unspecified | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 05/21/2020 00:00 | Today |
| **Lab personnel verbally notified of a priority order of Today or Stat** | | | |

**Disposition:**

Discharged to Housing Unit with Convalescence

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/21/2020 | Counseling | Plan of Care | Martin, D. | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Martin, D. MD/CD on 05/21/2020 09:46

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 01/11/1985 | Sex: | M    Race: BLACK | Facility: | ATL |
| Note Date: | 05/28/2020 07:00 | Provider: | Moore, S. FNP | Unit: | B05 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE    1**        **Provider:** Moore, S. FNP

Inmate covid-19 test negative as of 5/23/2020.

**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Resolved

Coronavirus COVID-19 test negative / virus ruled out, Z03818-c19 - Current

**Other:**

Patient allergies reviewed and updates applied as needed.

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Moore, S. FNP on 05/28/2020 07:01

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|
| Date of Birth: | 01/11/1985 | Sex: | M    Race: BLACK | Facility: | ATL |
| Note Date: | 06/02/2020 13:53 | Provider: | Martin, D. MD/CD | Unit: | B02 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:**  Martin, D. MD/CD

In lieu of COVID-19 pandemic and current National BOP Lockdown, will provide medication reconciliation until inmate can be seen in CCC or for H&P, as indicated.

+ consultation

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Metoprolol Succinate XL Tablet 24 Hour | 06/02/2020 13:53 |

> **Prescriber Order:**    25mg Orally  -  daily x 60 day(s)
>
> **Indication:**  Chest pain, unspecified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 435903-ATL | *Metoprolol Tartrate  25 MG Tab* | *06/02/2020 13:53* |

> **Prescriber Order:**    *Take one tablet (25 MG) by mouth each day*
>
> **Discontinue Type:**    *Immediate*
>
> **Discontinue Reason:** *new order written*
>
> **Indication:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 06/19/2020 | 06/19/2020 | Urgent | No | |

> **Subtype:**
>
> Cardiology Offsite Appt
>
> **Reason for Request:**
>
> EXERCISE STRESS TEST WITH NUCLEAR IMAGING - Inmate Judge was sent out to ER recently with complaint of persistent, sharp 10/10 chest pain, radiating to left arm in absence of any constitutional or COVID-19 symptoms. Inmate was seen by Cardiology who wanted to perform cath, but inmate refused so stress test requested but cancelled due to inmate +COVID-19; inmate retested at prison and noted as negative for COVID-19 on 5-24-19; order for stress test.
>
> **Provisional Diagnosis:**
>
> chest pain
> NEG COVID-19

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Martin, D. MD/CD on 06/02/2020 14:03

# Bureau of Prisons
# Health Services
# Medication Summary
## Current as of 06/26/2020 10:28

| | | |
|---|---|---|
| Complex: ATL--ATLANTA USP | Begin Date: N/A | End Date: N/A |
| Inmate: JUDGE, RASHAUN ALLEN | Reg #: 17358-171 | Quarter: B02-234U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

Allergies:                    Denied

## Active Prescriptions

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 435841-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/21/20    **Exp:** 11/17/20                    **Pharmacy Dispensings:** 30 TAB in 36 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each day
**Rx#:** 435842-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/21/20    **Exp:** 11/17/20                    **Pharmacy Dispensings:** 30 tab in 36 days

Metoprolol Tartrate  25 MG Tab
Take one tablet (25 MG) by mouth each day
**Rx#:** 436977-ATL    **Doctor:** Tesh, Ana NP
**Start:** 06/11/20    **Exp:** 12/08/20                    **Pharmacy Dispensings:** 30 TAB in 15 days

Study ID: 157122





ROPER
ST. FRANCIS

## Cardiovascular Operating Room Transesophageal Echocardiograph Report

| | | |
|---|---|---|
| **Name:** JUDGE, GWENDOLYN N | **Study Date:** 09/11/2019 04:52 PM | **Account Number:** 1925401164 |
| **MRN:** 000649812 | **Patient Location:** CVICU | |
| **DOB:** 08/09/1947 | **Gender:** Female | |
| **Age:** 72 yrs | **Location:** Roper | |
| **Reason For Study:** Coronary Artery Disease | | |

### Procedure/Quality/Location/Comments
After induction of general anesthesia a well lubricated transesophageal probe was passed easily into the esophagus.

### Indications
Surgical Procedure: Emergency CABG. **Pre – Left Ventricle** The left ventricular ejection fraction is 55 %. There is indeterminate left ventricular diastolic dysfunction. **Pre – Right Ventricle** The right ventricular systolic function is normal. **Pre – Atria** The right atrium is normal in size. There is no left atrial enlargement present. The left atrial appendage is(has) normal. The interatrial septum is intact. **Pre – Tricuspid Valve** There is trace tricuspid regurgitation. **Pre – Pulmonic Valve** The pulmonic valve was not well visualized. **Pre – Mitral Valve** There is mild mitral regurgitation present. **Pre – Aortic Valve** There is a tricuspid aortic valve. There is no aortic stenosis. There is no aortic regurgitation. **Pre – Aorta, Pericardium, and Pleura** There is(are) no disease within(of) the ascending aorta. The aortic arch is not well visualized. IABP in descending aorta.

### Post – Ventricles
The left ventricular EF = 55% post bypass.

### Interpretation Summary
LV EF >55%
IABP appears positioned properly
Mild MR

**Electronically signed by:**    MD Randal Atkinson on  09/12/2019 09:13 AM

**Ordering Physician:** SPRATT-MD, JOHN

**Performed By:** Atkinson, MD Randal



**ROPER
ST. FRANCIS**

**Report Status:** Finalized

| Cardiac Diagnostic Report |
|---|

## Demographics

| Name: | JUDGE GWENDOLYN N | DOB: | 08/09/1947 |
|---|---|---|---|
| MR#: | 000649812 | Age: | 72 |
| Date of study: | 09/11/2019 | Race: | Black |
| Visit #: | 1925401164 | Gender: | Female |
| Performing physician: | RUNQUIST-MD LARS H | Height: | 62.99 inches |
| Referring physician: | LAUERMAN-MD NICHOLAS E | Weight: | 121.25 pounds |
| | | BSA: | 1.56 m² |

## Procedure

**Procedure Type**
  Diagnostic procedure: Coronary Angiography

## Medical History

## Conclusions

**Procedure Summary**
Inferior STEMI
Multivessel cororary artery disease
Inferior wall hypokinesis with EF 55%
Intra-aortic balloon pump placed for ischemia

**Recommendations**
Emergent CABG

## Angiographic Findings

**Cardiac Arteries and Lesion Findings**
**LMCA:** Normal findings.
**LAD:** 90%eccentric discrete proximal stenosis
**LCx:** Ostial 75% followed by complex 95% stenosis involving OM1 and AV Circumflex
**RCA:** Mid vessel 95% eccentric stenosis with thrombus

**LV-AO Angiography:**
Mid inferior wall hypokinesis, EF 55%

## Procedure Data



**ROPER
ST. FRANCIS**

**Report Status:** Finalized

---

**Date:** 09/11/2019          **Start:** 03:33 PM          **End:** 04:05 PM

The procedure was explained in detail to the patient. Risks, complications and alternative treatments were reviewed. Written consent was obtained.

**Diagnostic Cath Status:**  Emergency

**Indications:**  Non-ST elevation MI.

**Entry Locations:**

- percutaneous access was performed through the right radial artery. A 6 Fr sheath was inserted. Hemostasis was successfully achieved by TR band.
  Closure Comments: TR - 12.

- percutaneous access was performed through the right femoral artery. A 5 Fr sheath was inserted. This was exchanged for a 7 Fr sheath. Hemostasis was successfully achieved by suturing the sheath in place.
  Entry Comments: For 7 fr x 34cc IABP.

**Procedure Medications:**

- 0.9% normal saline I.V. 75 mL/hr.
- Versed I.V. 2 mg.
- Fentanyl 50 mcg.
- Heparin I.V. 3000 units.
- Verapamil I.A. 3 mg.

**Diagnostic Catheters:**

- A Terumo 6Fr Radial TIG 4.0 diagnostic catheter 110cm was used for left coronary angiography.
- A 6 Fr Terumo 6Fr Radial TIG 4.0 diagnostic catheter 110cm was used for right coronary angiography.
- A Cordis 6Fr angled pigtail catheter was used for left ventriculography.
- A Maquet 7Fr 34cc IABP was used for IABP counter pulsation.

**Complications:**  None.

**Contrast Material:**

- Isovue 80 ml

**Fluoroscopy Time:**  Diagnostic: 4:12 minutes. Total: 4:12 minutes.

## Admission Data

**Admission Date:** 09/11/2019          **Admission Time:** 02:30 PM

**Dominance: Right**

## Hemodynamics

**Condition: Rest**

**O2 Consumption:**  Estimated: 146.20          **Heart Rate:**  75 bpm

**Pressures (mmHg)**

| Site | Pressure (mmHg) |
|------|-----------------|
| AO | 132/51 (84) |

---

Patient Name: JUDGE GWENDOLYN N          MR#: 000649812          Date of study: 09/11/2019 03:33 PM



# ROPER
## ST. FRANCIS

**Report Status:** Finalized

| AO | 125/43 (74) |
|----|-------------|
| AO | 124/51 (83) |
| AO | 120/47 (77) |
| LV | 124/6 ,6 |
| LV | 118/2 ,20 |
| AO | 123/47 (78) |
| LV | 121/8 ,21 |
| AO | 122/47 (77) |
| AO | 132/49 (84) |

**Valve Gradients and Areas**

| Valve | Peak | Mean | Area | Index | Flow | Source |
|-------|------|------|------|-------|------|--------|
| Aortic | 0 | 0 | | | | |
| Aortic | 0 | 0 | | | | |

**Shunts**

| Oxygen Values | | |
|---|---|---|
| O2 Capacity | 170 | O2 Consumption | 146.2 |

## Discharge Data

**Hospital Status:** Outpatient

**Signatures**

Electronically signed by RUNQUIST-MD LARS H(Performing physician) on 09/11/2019 04:25 PM

---

Patient Name: JUDGE GWENDOLYN N        MR#: 000649812        Date of study: 09/11/2019 03:33 PM

Patient: Judge, Gwendolyn
Address: 2001 Jedi St Charleston, SC 29406
August 09, 1947



## Coastal Cardiology, P.A.

William B. Ellison, MD, FACC
Jeffrey S. Rieder, MD, FACC
Lars H. Runquist, MD, FSCAI
Matthew B. O'Steen, MD, FACC
Troy A. Bunting, MD, FACC
Minh K. Tran, DO
Scott L. Woodfield, MD, FACC

John M. Ciccone, MD, FACC
Kristen P. Nawabi, MD, FACC
Kelly S. Guerrero, PA-C
Brett R. Dalmau, PA-C
Christy D. Hawkins, PA-C
Karen J. Byrd, PA-C

1033 St. Andrews Blvd • Charleston, SC 29407 • (843) 723-6111
Satellite Offices | Mt. Pleasant • Moncks Corner • Carnes Crossroads

Judge, Gwendolyn
DOB: 08/09/1947
2001 Jedi St, Charleston, SC 29406
(843)566-1036

### Date of Service: October 09, 2019

| Current Medications Prior to Visit |
| --- |

clopidogrel 75 mg tablet, 1 Tablet(s) Oral every day, 90 days.
aspirin 81 mg tablet, delayed release, 1 Tablet(s) Oral every day, 90 days.
~~famotidine 20 mg tablet, 1 Tablet(s) Oral every day.~~
atorvastatin 80 mg tablet, 1 Tablet(s) Oral every day, 90 days.
furosemide 40 mg tablet, 1 Tablet(s) Oral every day, 30 days.
~~Colace 100 mg capsule, 1 Capsule(s) Oral two times a day.~~
~~metoprolol succinate ER 25 mg tablet,extended release 24 hr, 1/2 Tablet(s) Oral two times a day, 90 days.~~
~~potassium chloride ER 20 mEq tablet,extended release, 1 Tablet(s) Oral every day.~~

**Diagnosis/Problem History**
Body mass index (BMI) 22.0-22.9, adult
CAD (coronary artery disease)
Hyperlipidemia
Hypertension
Inferior MI
Panic disorder
S/P CABG (coronary artery bypass graft)
**Cardiovascular Procedures**
        Cardiac Catheterization 9/11/19:
Inferior STEMI
Multivessel disease (LM: nl, LAD: 90% prox, LCX: 75% ostial followed by 95% complex lesion, RCA: 95% mid with thrombus
Inferior wall hypokinesis EF>55%
IABP, emergent CABG
        Transesophageal
echocardiogram 9/11/19: intraop
Normal LV function, EF>55%
Normal RV function
Mild MR
        Coronary Artery Bypass Grafting

## Chief Complaint/History of Present Illness

Posthospitalization visit after inferior STEMI and emergent CABG
Is a 72-year-old woman with a history of hypertension hyperlipidemia who presented with epigastric discomfort and reflux symptoms 9/11/2019 and was noted to have an inferior STEMI. She was taken emergently to the cardiac catheterization lab by Dr. Runquist who found 95% mid RCA thrombus and stenosis but severe triple-vessel disease. IABP was placed and the patient was taken emergently to bypass surgery by Dr. Spratt. Bypass surgery was successful except for some mild hypoxia she was placed on Lasix and discharged home. She is here for follow-up. The patient denies any chest pains except for muscular after the bypass surgery. Pains at her sternotomy site. She had one ER visit after the bypass on 10/2/2019 for panic attack and was noted to be hypertensive. It appears that her primary care physician discontinued her aspirin for some mild anemia that she had was noted to have. He denies any melena hematochezia.

EKG done 10/2/2019 showed sinus rhythm poor R wave progression anteriorly inferior Q waves nonspecific ST-T wave changes noted.

## Review of Systems

Constitutional: The patient complained of **chills** but denied fatigue, night sweats, weight gain/obesity and weight loss.
Eyes: The patient denied vision change.
Ears/Nose/Throat/Neck: The patient denied dizziness, nosebleed, lightheadedness and sleep apnea (loud snoring).
Cardiovascular: The patient complained of **palpitations (racing heart)** but denied chest pain/pressure, claudication (leg pain with walking), dyspnea (SOB), edema (swelling), exercise intolerance, orthopnea, PND (sob and coughing at night) and syncope (passing out).
Respiratory: The patient complained of **cough** but denied hemoptysis (bloody cough) and wheezing.
Gastrointestinal: The patient complained of **constipation** but denied abdominal pain, acid reflux/indigestion, diarrhea, dyspepsia, hematemesis, hematochezia,

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St  Charleston, SC  29406
August 09, 1947

9/11/19: Dr. Spratt
LIMA to LAD
SVG to RCA
SVG to OM1

Coronary Artery Disease

Hypertension

Hypercholesterolemia

Inferior STEMI

Cataracts

**Surgical History**

CABG

cataracts

c-section

**Family History**

Relationship: Father  Disease: Hypertension  Recorded Date: October 09, 2019

Relationship: Mother  Disease: Hypertension  Recorded Date: October 09, 2019

Relationship: Sister  Disease: Hypertension  Recorded Date: October 09, 2019

**Social History**

Employment Retired

Exercise regularly

Tobacco history Non Smoker

Marital status Divorced

Alcohol history Rarely drinks alcohol

Tobacco history Former smoker quit over 30 years ago

Alcohol history Doesn't currently drink

Marital status Divorced

Employment Retired

Exercise regularly

**Allergies**

melena (black/tarry stools) and nausea/vomitting.
Genitourinary/Nephrology:  The patient denied urinary frequency, nocturia, hematuria and dysuria.
Musculoskeletal:  The patient denied arthralgia(s), back pain and myalgias.
Dermatologic:  The patient denied rash.
Neurologic:  The patient complained of **numbness** but denied paresthesia (tingling), speech difficulties, stroke symptoms and unilateral weakness (weakness on one-side).
Endocrine:  The patient denied polyuria (excessive urination) and polydyspia (excessive thirst).
Hematologic/Lymphatic:  The patient denied abnormal bleeding and bruising.

## Vital Signs
Wt:123 lbs 6 oz        HR:67 bpm        BP:138/62 mmHg        Resp:16 bpm
Ht:5' 2''
BMI:22.6

## Physical Exam
General appearance- overall: well nourished, well developed and in no acute distress
Eyes: conjunctiva/eyelids- overall: no xanthalasma and sclera non-icteric
Ears/Nose/Throat: oral cavity/pharynx/larynx- overall: mucus membranes moist
Neck: jugular veins- overall: no JVD, no carotid bruits are noted.
Chest/Breast: breast/chest inspection- overall: normal chest shape
Respiratory: auscultation- overall: breath sounds clear bilaterally; respiratory effort/rhythm; overall: no retractions and normal rate
Cardiovascular: auscultation of heart- overall: no murmur or gallop, normal S1 and S2 and regular rate and rhythm; palpation of heart; overall: apical impulse location normal; inspection of carotid pulses; overall: strong, bilaterally equal, no bruits; overall: strong, equal bilaterally; inspection of radial pulses; overall: strong, equal bilaterally; extremities; overall: without clubbing, cyanosis, or edema
Abdomen: abdominal exam- overall: no hepatomegaly, non-distended, non-tender and normal bowel sounds
Musculoskeletal: muscle strength and tone- overall: normal development; gait and station; overall: normal gait
Integument: inspection of skin- overall: no rash, lesions
Psychiatric: orientation/consciousness- overall: oriented to person, place and time; mood and affect; overall: normal mood and affect

Chest: median sternotomy CDI, no hematomas, no signs of infection.

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St Charleston, SC  29406
August 09, 1947

 NO KNOWN DRUG ALLERGIES

 NO KNOWN DRUG ALLERGIES

 NO KNOWN DRUG ALLERGIES

 NO KNOWN DRUG ALLERGIES

## Diagnosis

I21.19-410.40 Inferior MI (9/11/19 s/p emergent CABG)
I25.10-414.00 CAD (coronary artery disease)
Z95.1-V45.81 S/P CABG (coronary artery bypass graft)
F41.0-300.01 Panic disorder
E78.5-272.4 Hyperlipidemia
I10-401.9 Hypertension
Z68.22-V85.1 Body mass index (BMI) 22.0-22.9, adult

## Assessment/Plan

- labs were done by PCP we will obtain to see if Lipid and LFTS were done
- reinstate ASA 81mg daily, continue clopidogrel, BB, statin
- initiate cardiac rehab
- follow up with Dr. Spratt next week
- follow up with Dr. Runquist in 4-6 weeks

Thank you for referring this patient to Coastal Cardiology. We look forward to caring for the patient with you.

## Services Performed

G8418 CALC BMI BLW LOW PARAM F/U
3075F SYST BP GE 130 - 139MM HG
3078F DIAST BP <80 MM HG
99214 LEVEL 4/ MODERATE - EST.

## Services Ordered

## Patient Instructions

Geetha Pinto MD

**CC:  Heather Dawson MD**

XR Chest 1 View Portable
* Final Report *

JUDGE, GWENDOLYN N - 649812

## * Final Report *

**Reason For Exam**
Other abnormalities of breathing

**FINAL REPORT**
Chest AP: 10/02/19

INDICATION: "Other abnormalities of breathing".

COMPARISON: None/16/19

FINDINGS/IMPRESSION: Chest tubes have been removed since the prior study. No new focal infiltrate or overt pulmonary edema. No pneumothorax. No definite pleural effusion. Heart size remains enlarged. Evidence prior CABG procedure. No acute osseous abnormality.

**Signature Line**
***** Final *****

Releasing Radiologist: MCCARTHY-MD, MEREDITH N
Released Date and Time: 10/02/19 19:35

**IMAGE**
This document has an image

| | |
|---|---|
| Result type: | XR Chest 1 View Portable |
| Result date: | October 02, 2019 19:06 EDT |
| Result status: | Modified |
| Result title: | XR Chest 1 View Portable |
| Performed by: | STENHOUSE, MICHAEL S on October 02, 2019 19:06 EDT |
| Verified by: | MCCARTHY-MD, MEREDITH N on October 02, 2019 19:35 EDT |
| Encounter info: | 1927501410, Roper Hospital, ERA-ER Roper RH, 10/2/2019 - 10/2/2019 |

| | | |
|---|---|---|
| Printed by: | Lynn, Erica | |
| Printed on: | 1/21/2020 8:59 EST | Page 1 of 1 |

XR Chest 1 View Portable
* Final Report *

JUDGE, GWENDOLYN N - 649812

## * Final Report *

**Reason For Exam**
Other abnormalities of breathing

**FINAL REPORT**
Chest AP: 10/02/19

INDICATION: "Other abnormalities of breathing".

COMPARISON: None/16/19

FINDINGS/IMPRESSION: Chest tubes have been removed since the prior study. No new focal infiltrate or overt pulmonary edema. No pneumothorax. No definite pleural effusion. Heart size remains enlarged. Evidence prior CABG procedure. No acute osseous abnormality.

**Signature Line**
***** Final *****

Releasing Radiologist:  MCCARTHY-MD, MEREDITH N
Released Date and Time:  10/02/19 19:35

**IMAGE**
This document has an image

| | |
|---|---|
| Result type: | XR Chest 1 View Portable |
| Result date: | October 02, 2019 19:06 EDT |
| Result status: | Modified |
| Result title: | XR Chest 1 View Portable |
| Performed by: | STENHOUSE,  MICHAEL S on October 02, 2019 19:06 EDT |
| Verified by: | MCCARTHY-MD,  MEREDITH N on October 02, 2019 19:35 EDT |
| Encounter info: | 1927501410, Roper Hospital, ERA-ER Roper RH, 10/2/2019 - 10/2/2019 |



JUDGE, GWENDOLYN
ID:          649812
DOB:         8/9/1947, 72 Years
Female
Location:    Unknown
Operator:
Referred By:
Requested By:
Comment:

10/2/2019  18:23:00

| | | |
|---|---|---|
| Vent rate: | 62 | BPM |
| PR int: | 170 | ms |
| QRS dur: | 78 | ms |
| QT/QTc: | 478 / 483 | ms |
| P-R-T axes: | 29  4 | * |
| Avg RR: | 964 | ms |

SINUS RHYTHM
LOW QRS VOLTAGE [QRS DEFLECTION < 0.5/1.0 MV IN LIMB/CHEST LEADS]
CANNOT RULE OUT ANTERIOR INFARCT [30 MS Q WAVE IN V3/V4, OR R < 0.2 MV IN V4],
PROBABLY OLD
No Significant Change since last EKG
ABNORMAL ECG
Reviewed By: WOODFIELD-MD, SCOTT  10/4/2019 21:34:37

Care Alliance

25 mm/s 10 mm/mV 0.05-150 Hz

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St  Charleston, SC  29406
August 09, 1947



## Coastal Cardiology, P.A.

William B. Ellison, MD, FACC
Jeffrey S. Rieder, MD, FACC
Lars H. Runquist, MD, FSCAI
Matthew B. O'Steen, MD, FACC
Troy A. Bunting, MD, FACC
Minh K. Tran, DO
Scott L. Woodlield, MD, FACC

John M. Ciccone, MD, FACC
Kristen P. Nawabi, MD, FACC
Kelly S. Guerrero, PA-C
Brett R. Dalmau, PA-C
Christy D. Hawkins, PA-C
Karen J. Byrd, PA-C

1033 St. Andrews Blvd  •  Charleston, SC 29407  •  (843) 723-6111
Satellite Offices  |  Mt. Pleasant  •  Moncks Corner  •  Carnes Crossroads

Judge, Gwendolyn
DOB: 08/09/1947
2001 Jedi St, Charleston, SC 29406
(843)566-1036

### Date of Service: November 13, 2019

| Current Medications Prior to Visit |
|---|

clopidogrel 75 mg tablet, 1 Tablet(s) Oral every day, 90 days.
aspirin 81 mg tablet, delayed release, 1 Tablet(s) Oral every day, 90 days.
atorvastatin 80 mg tablet, 1 Tablet(s) Oral every day, 90 days.
chlorthalidone 25 mg tablet, 1 Tablet(s) Oral every day, 90 days.
lorazepam 1 mg tablet, tablet oral, 30 days.
metoprolol succinate ER 25 mg tablet, extended release 24 hr, 1 Tablet(s) Oral every day, 90 days.
omeprazole 40 mg capsule, delayed release, capsule, delayed release(DR/EC) oral, 90 days.
amlodipine 10 mg tablet, tablet oral, 90 days.

**Diagnosis/Problem History**
Atherosclerotic heart disease of native coronary artery without angina pectoris
Body mass index (BMI) 22.0-22.9, adult
CAD (coronary artery disease)
Hyperlipidemia LDL goal <70
Hypertension
Inferior MI
Panic disorder
S/P CABG (coronary artery bypass graft)
**Cardiovascular Procedures**
        Cardiac Catheterization 9/11/19:
Inferior STEMI
Multivessel disease (LM: nl, LAD: 90% prox, LCX: 75% ostial followed by 95% complex lesion, RCA: 95% mid with thrombus
Inferior wall hypokinesis EF>55%
IABP, emergent CABG
        Transesophageal echocardiogram 9/11/19: intraop
Normal LV function, EF>55%
Normal RV function
Mild MR

## Chief Complaint/History of Present Illness

She presented for a Cardiac Visit.

She denies chest pain or SOB.
No orthopnea or PND
Her SBP at home runs in the 140's to 150's

## Review of Systems

<u>Constitutional</u>:  The patient complained of **night sweats** but denied chills, fatigue, weight gain/obesity and weight loss.

<u>Eyes</u>:  The patient denied vision change.

<u>Ears/Nose/Throat/Neck</u>:  The patient denied dizziness, lightheadedness, nosebleed and sleep apnea (loud snoring).

<u>Cardiovascular</u>:  The patient complained of **chest pain/pressure** and **palpitations (racing heart)** but denied claudication (leg pain with walking), dyspnea (SOB), edema (swelling), exercise intolerance, orthopnea, PND (sob and coughing at night) and syncope (passing out).

<u>Respiratory</u>:  The patient denied cough, hemoptysis (bloody cough) and wheezing.

<u>Gastrointestinal</u>:  The patient denied abdominal pain, acid reflux/indigestion, constipation, diarrhea, dyspepsia, hematemesis, hematochezia, melena (black/tarry stools) and nausea/vomitting.

<u>Genitourinary/Nephrology</u>:  The patient denied dysuria, hematuria, nocturia and urinary frequency.

<u>Musculoskeletal</u>:  The patient denied arthralgia(s), back pain and myalgias.

<u>Dermatologic</u>:  The patient denied rash.

<u>Neurologic</u>:  The patient denied numbness, paresthesia (tingling), speech difficulties, stroke symptoms and unilateral weakness (weakness on one-side).

<u>Endocrine</u>:  The patient denied polydyspia (excessive thirst) and polyuria (excessive urination).

<u>Hematologic/Lymphatic</u>:  The patient denied abnormal bleeding and bruising.

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St  Charleston, SC  29406
August 09, 1947

Coronary Artery Bypass Grafting
9/11/19: Dr. Spratt
LIMA to LAD
SVG to RCA
SVG to OM1

Coronary Artery Disease

Hypertension

Hypercholesterolemia

Inferior STEMI

3 vessel disease on cath Sept 2019

CABG x 3

LIMA to LAD

SVG to OM

SVG to PDA

HTN

Hyperlipidemia

Cataracts

**Surgical History**

CABG

cataracts

c-section

**Family History**

Relationship: Father  Disease:
Hypertension  Recorded Date: October 09,
2019

Relationship: Mother  Disease:
Hypertension  Recorded Date: October 09,
2019

Relationship: Sister  Disease: Hypertension
Recorded Date:  October 09, 2019

**Social History**

Employment Retired

Exercise regularly

Tobacco history Non Smoker

Marital status Divorced

## Vital Signs

| | | | |
|---|---|---|---|
| Wt:128 lbs | HR:74 bpm | BP:140/62 mmHg | Resp:16 bpm | SPO2:98 % |
| Ht:5' 2" | | Left Arm | | |
| BMI:23.4 | | | | |

## Physical Exam

**Constitutional:**
general appearance- overall: no apparent distress
**Neck:**
jugular veins- overall: no JVD
**Respiratory:**
auscultation- overall: breath sounds clear and equal bilaterally, no rales;
respiratory effort/rhythm; overall: non-labored
**Cardiovascular:**
auscultation of heart- overall: no gallop, no murmur and regular rate and rhythm;
extremities; overall: no edema
**Abdomen:**
abdominal exam- overall: non-tender, non-distended and bowel sounds normal

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St  Charleston, SC  29406
August 09, 1947

Alcohol history Rarely drinks alcohol

Tobacco history Former smoker quit over 30
years ago

Alcohol history Doesn't currently drink

Marital status Divorced

Employment Retired

Exercise regularly

**Allergies**

 NO KNOWN DRUG ALLERGIES

 NO KNOWN DRUG ALLERGIES

 NO KNOWN DRUG ALLERGIES

 NO KNOWN DRUG ALLERGIES

## Diagnosis
E78.5-272.4 Hyperlipidemia LDL goal <70
I10-401.9 Hypertension
I25.10-414.01 Atherosclerotic heart disease of native coronary artery without angina pectoris

## Prescriptions
chlorthalidone 25 mg tablet, 1 Tablet(s) Oral every day, 90 days.
metoprolol succinate ER 25 mg tablet,extended release 24 hr, 1 Tablet(s) Oral every day, 90 days.

## Assessment/Plan
CAD-  The patient is currently asymptomatic, will continue current medications
Will refer to cardiac rehab.

HTN-  uncontrolled.   Will increase metoprolol to 25mg daily and add chlorthalidone 25mg daily

Hyperlipidemia-   will check a f/u FLP
A return visit is indicated in 3 months.

## Services Performed
99214 LEVEL 4/ MODERATE - EST.

## Services Ordered
LIPID PANEL
BASIC METABOLIC PANEL

## Patient Instructions
increase metoprolol succinate to 25mg daily

Start chlorthalidone 25mg daily

**Patient:** Judge, Gwendolyn
Address:  2001 Jedi St  Charleston, SC  29406
August 09, 1947


Start cardiac rehab

Check labs next week


Matthew O'Steen MD

**CC:  Heather Dawson MD**

Patient Note

**Patient Name: Judge, Gwendolyn**
**Medical Record #:  DOB: 8/9/1947  Age: 72 Years  Gender: Female**
**Phone: (843)566-1036**
**Practice Name: Coastal Cardiology, PA**



| SP/SO Mapping | Laboratory | Template | Type | Order Provider | Approved By | Approved On |
|---|---|---|---|---|---|---|
| | General | Chemistry | Lab Results | | | |
| Notes | Results | Ordered | Resulted | Collected | Received | Performed |
| | | 11/18/2019 | 11/18/2019 | | | |

| Description | Value | H/L | Normal (min) | Normal (max) | Unit | | Comment |
|---|---|---|---|---|---|---|---|
| A/G ratio | | | | | | | |
| Albumin | | | 3.5 | 5.0 | gm/dl | | |
| Alkaline Phosphate | | | 38 | 126 | iu/l | | |
| ALT (SGPT) | | | | | iu/l | | |
| AST (SGOT) | | | | | iu/l | | |
| Billirubin (Total) | | | 0.2 | 1.3 | mg/dl | | |
| BUN | 14 | | | | mg/dl | | |
| BUN/Creatinine | | | | | | | |
| Calcium | 9.8 | | 8.4 | 10.2 | | | |
| Chloride | 100 | | 98 | 107 | mmol/ml | | |
| CO2 | 28 | | 22 | 31 | mmol/l | | |
| Creatinine | 0.8 | | | | mg/dl | | |
| Globulin | | | | | | | |
| Gluc Fasting | | | | | mg/dl | | |
| Gluc Random | 98 | | 70 | 139 | mg/dl | | |
| Potassium | 3.5 | | 3.6 | 5.0 | mmol/l | | |
| Protein Total | | | 6.3 | 8.2 | gm/dl | | |
| Sodium | 135 | | 137 | 145 | mmol/l | | |
| eGFR African | | | | | | | |
| eGFR Non-African | | | | | | | |

Patient Note

**Patient Name: Judge, Gwendolyn**
**Medical Record #:   DOB: 8/9/1947  Age: 72 Years  Gender: Female**
**Phone: (843)566-1036**
**Practice Name: Coastal Cardiology, PA**



| SP/SO Mapping | Laboratory | Template | Type | Order Provider | Approved By | Approved On |
|---|---|---|---|---|---|---|
| | General | Lipid panel | Lab Results | | | |
| Notes | Results | Ordered | Resulted | Collected | Received | Performed |
| | | 11/18/2019 | 11/18/2019 | | | |

| Description | Value | H/L | Normal (min) | Normal (max) | Unit | Comment |
|---|---|---|---|---|---|---|
| Cholesterol | 134 | | 0 | 199 | mg/dl | |
| LDL Cholesterol | 58 | | | | mg/dL | |
| HDL Cholesterol | 55 | | | | mg/dl | |
| Triglycerides | 105 | | 0 | 199 | mg/dl | |

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St  Charleston, SC  29406
August 09, 1947



## Coastal Cardiology, P.A.

William B. Ellison, MD, FACC
Jeffrey S. Rieder, MD, FACC
Lars H. Runquist, MD, FSCAI
Matthew B. O'Steen, MD, FACC
Troy A. Bunting, MD, FACC
Minh K. Tran, DO
Scott L. Woodfield, MD, FACC

John M. Ciccone, MD, FACC
Kristen P.Nawabi, MD, FACC
Kelly S. Guerrero, PA-C
Brett R. Daimau, PA-C
Christy D. Hawkins, PA-C
Karen J. Byrd, PA-C

1033 St. Andrews Blvd   •   Charleston, SC 29407   •   (843) 723-6111
Satellite Offices  |  Mt. Pleasant  •  Moncks Corner  •  Carnes Crossroads

**Judge, Gwendolyn**
DOB: 08/09/1947
2001 Jedi St, Charleston, SC 29406
(843)566-1036

## Date of Service: February 03, 2020

| Current Medications Prior to Visit |
|---|

clopidogrel 75 mg tablet, 1 Tablet(s) Oral every day, 90 days.
aspirin 81 mg tablet,delayed release, 1 Tablet(s) Oral every day, 90 days.
atorvastatin 80 mg tablet, 1 Tablet(s) Oral every day, 90 days.
chlorthalidone 25 mg tablet, 1 Tablet(s) Oral every day, 90 days.
lorazepam 1 mg tablet, tablet oral, 30 days.
metoprolol succinate ER 25 mg tablet,extended release 24 hr, 1 Tablet(s) Oral every day, 90 days.
omeprazole 40 mg capsule,delayed release, capsule,delayed release(DR/EC) oral, 90 days.
amlodipine 10 mg tablet, tablet oral, 90 days.

**Diagnosis/Problem History**
Atherosclerotic heart disease of native coronary artery without angina pectoris
Body mass index (BMI) 22.0-22.9, adult
CAD (coronary artery disease)
Hyperlipidemia LDL goal <70
Hypertension
Inferior MI
Leg cramps
Panic disorder
S/P CABG (coronary artery bypass graft)
**Cardiovascular Procedures**
          Cardiac Catheterization 9/11/19:
Inferior STEMI
Multivessel disease (LM: nl, LAD: 90% prox, LCX: 75% ostial followed by 95% complex lesion, RCA: 95% mid with thrombus
Inferior wall hypokinesis EF>55%
IABP, emergent CABG
          Transesophageal
echocardiogram 9/11/19: intraop
Normal LV function, EF>55%
Normal RV function

## Chief Complaint/History of Present Illness

She presented for a Cardiac Visit.  Hyperlipidemia.

Patient here for a f/u visit and has been having leg cramps.  She was started on chlorthalidone last visit.  She is still working a lot and up to 12 hrs per day.

Patient denied chest pain, dyspnea, orthopnea/PND, LE edema, palpitations, dizziness/lightheadedness, presyncope/syncope.

## Review of Systems

<u>Constitutional</u>:  The patient denied chills, fatigue, night sweats, weight gain/obesity and weight loss.

<u>Eyes</u>:  The patient denied vision change.

<u>Ears/Nose/Throat/Neck</u>:  The patient complained of **lightheadedness** but denied dizziness, nosebleed and sleep apnea (loud snoring).

<u>Cardiovascular</u>:  The patient complained of **chest pain/pressure** and **palpitations (racing heart)** but denied claudication (leg pain with walking), dyspnea (SOB), edema (swelling), exercise intolerance, orthopnea, PND (sob and coughing at night) and syncope (passing out).

<u>Respiratory</u>:  The patient denied cough, hemoptysis (bloody cough) and wheezing.

<u>Gastrointestinal</u>:  The patient complained of **constipation** but denied abdominal pain, acid reflux/indigestion, diarrhea, dyspepsia, hematemesis, hematochezia, melena (black/tarry stools) and nausea/vomitting.

<u>Genitourinary/Nephrology</u>:  The patient denied dysuria, hematuria, nocturia and urinary frequency.

<u>Musculoskeletal</u>:  The patient denied arthralgia(s), back pain and myalgias.

<u>Dermatologic</u>:  The patient denied rash.

<u>Neurologic</u>:  The patient complained of **numbness** and **paresthesia (tingling)** but denied speech difficulties, stroke symptoms and unilateral weakness (weakness on one-side).

<u>Endocrine</u>:  The patient denied polydyspsia (excessive thirst) and polyuria (excessive

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St  Charleston, SC  29406
August 09, 1947

Mild MR
    Coronary Artery Bypass Grafting
9/11/19: Dr. Spratt
LIMA to LAD
SVG to RCA
SVG to OM1

    Coronary Artery Disease

    Hypertension

    Hypercholesterolemia

Inferior STEMI

3 vessel disease on cath Sept 2019

CABG x 3

LIMA to LAD

SVG to OM

SVG to PDA

HTN

Hyperlipidemia

Cataracts

**Surgical History**

CABG

cataracts

c-section

**Family History**

Relationship: Father  Disease: Hypertension  Recorded Date: October 09, 2019

Relationship: Mother  Disease: Hypertension  Recorded Date: October 09, 2019

Relationship: Sister  Disease: Hypertension  Recorded Date: October 09, 2019

**Social History**

Employment Retired

Exercise regularly

Tobacco history Non Smoker

---

urination).

Hematologic/Lymphatic:  The patient denied abnormal bleeding and bruising.

## Vital Signs

| Wt:125 lbs | HR:64 bpm | BP:138/72 mmHg | Resp:16 bpm | SPO2:99 % |
| Ht:5' 2'' | | Left Arm | | |
| BMI:22.9 | | | | |

## Physical Exam

**Constitutional:**
general appearance- overall: no apparent distress
**Neck:**
jugular veins- overall: no JVD
**Respiratory:**
auscultation- overall: breath sounds clear and equal bilaterally, no rales;
respiratory effort/rhythm; overall: non-labored
**Cardiovascular:**
auscultation of heart- overall: no gallop, no murmur and regular rate and rhythm;
extremities; overall: no edema
**Abdomen:**
abdominal exam- overall: non-tender, non-distended and bowel sounds normal

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St  Charleston, SC  29406
August 09, 1947

Marital status Divorced

Alcohol history Rarely drinks alcohol

Tobacco history Former smoker quit over 30
years ago

Alcohol history Doesn't currently drink

Marital status Divorced

Employment Retired

Exercise regularly

**Allergies**

NO KNOWN DRUG ALLERGIES

NO KNOWN DRUG ALLERGIES

**Diagnosis**
R25.2-729.82 Leg cramps
I25.10-414.00 CAD (coronary artery disease)
I10-401.9 Hypertension
E78.5-272.4 Hyperlipidemia LDL goal <70

**Assessment/Plan**
1. Leg cramps: We will check BMP and magnesium.
2. CAD:The patient is currently asymptomatic, will continue current medications
3. HTN: BP better.  25mg daily and add chlorthalidone 25mg daily.
4. Hyperlipidemia-   LDL was 58.


Patient seen with Dr. O'Steen on site.

**Services Performed**
99214 LEVEL 4/ MODERATE - EST.

**Services Ordered**
BASIC METABOLIC PANEL
Magnesium

**Patient Instructions**
Print lab slip
F/U with Dr. O'Steen

*Christy Hawkins PA-C*

**Patient:** Judge, Gwendolyn
Address: 2001 Jedi St  Charleston, SC  29406
August 09, 1947

Christy Hawkins PA-C

**CC:  Heather Dawson MD**



# Certificate of Completion

## SOCIAL
## MEDIA
## MARKETING

This certificate is hereby presented to

### RAHSAUN JUDGE

Having honorably fulfilled all of the requirements of the ACK Class: Social Media Marketing

October 2, 2019

B. Ferell
ACK Coordinator

Exhibit F



# Certificate of Completion

— REAL ESTATE —

This certificate is hereby presented to

## RASHAUN JUDGE

Having honorably fulfilled all of the requirements of the ACE Class: REAL ESTATE

October 2, 2019

B. Fertil
ACE Coordinator



# Certificate of Completion

~ Robert Kiyosaki

This certificate is hereby presented to

## RASHAUN JUDGE

Having honorably fulfilled all of the requirements of the ACE Class: CASH FLOW

October 2, 2019

B. Ferrell
ACE Coordinator