# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex:    M    Race: BLACK | Facility: | ATL |
| Note Date: | 07/08/2020 14:08 | Provider:   Martin, D. MD/CD | Unit: | B02 |

Review Note - Consultation Report Review encounter performed at Health Services.

**Administrative Notes:**

   ADMINISTRATIVE NOTE    **1**         Provider:   Martin, D. MD/CD

   Outpatient specialist recommends beta blocker and statin to continue.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Martin, D. MD/CD on 07/08/2020 14:10

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M    Race: BLACK | Facility: | ATL |
| Note Date: | 06/26/2020 11:26 | Provider: | Green-Harris, Janel RHIA | Unit: | B02 |

Admin Note - Release of Information encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:   Green-Harris, Janel RHIA

Inmate Judge, Rashaun #17358-171 requested records for a compassionate release. He was given his problem list, medications, and last chronic care note.

A total of (6) pages were copied.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Green-Harris, Janel RHIA on 06/26/2020 11:28

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M    Race: BLACK | Facility: | ATL |
| Note Date: | 06/02/2020 13:53 | Provider: | Martin, D. MD/CD | Unit: | B02 |

Admin Note - Medication Reconciliation encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE    1**        **Provider:** Martin, D. MD/CD

    In lieu of COVID-19 pandemic and current National BOP Lockdown, will provide medication reconciliation until inmate can be seen in CCC or for H&P, as indicated.

    + consultation

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Metoprolol Succinate XL Tablet 24 Hour | 06/02/2020 13:53 |

    **Prescriber Order:**    25mg Orally -   daily x 60 day(s)

    **Indication:** Chest pain, unspecified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| *435903-ATL* | *Metoprolol Tartrate  25 MG Tab* | *06/02/2020 13:53* |

    **Prescriber Order:**    *Take one tablet (25 MG) by mouth each day*

    **Discontinue Type:**    *Immediate*

    **Discontinue Reason:** *new order written*

    **Indication:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 06/19/2020 | 06/19/2020 | Urgent | No | |

    **Subtype:**

    Cardiology Offsite Appt

    **Reason for Request:**

    EXERCISE STRESS TEST WITH NUCLEAR IMAGING - Inmate Judge was sent out to ER recently with complaint of persistent, sharp 10/10 chest pain, radiating to left arm in absence of any constitutional or COVID-19 symptoms. Inmate was seen by Cardiology who wanted to perform cath, but inmate refused so stress test requested but cancelled due to inmate +COVID-19; inmate retested at prison and noted as negative for COVID-19 on 5-24-19; order for stress test.

    **Provisional Diagnosis:**

    chest pain
    NEG COVID-19

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Martin, D. MD/CD on 06/02/2020 14:03

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M    Race: BLACK | Facility: | ATL |
| Note Date: | 05/28/2020 07:00 | Provider: | Moore, S. FNP | Unit: | B05 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Moore, S. FNP

Inmate covid-19 test negative as of 5/23/2020.

**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Resolved

Coronavirus COVID-19 test negative / virus ruled out, Z03818-c19 - Current

**Other:**

Patient allergies reviewed and updates applied as needed.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Moore, S. FNP on 05/28/2020 07:01

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: 17358-171 |
| Date of Birth: | 1985 | Sex: M   Race: BLACK | Facility: ATL |
| Encounter Date: | 05/21/2020 09:25 | Provider: Martin, D. MD/CD | Unit: B05 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Martin, D. MD/CD

**Chief Complaint:** CARDIAC

**Subjective:** cc: "they told me; I'm good today"

Inmate Judge seen in follow-up after recent Hospital trip for chest pain where found with COVID-19.
He currently denies any chest pain today. Inmate apparently refused left heart catheterization. He had a CT heart where no cardiac mass or thrombus was found. He has an echo notable for Left Ventricular ejection fraction (LVEF): 55-60% and normal LV systolic function;

Vital signs pending entry.

**Pain:** No

---

**ROS:**

**Cardiovascular**

**General**

No: Angina

**Pulmonary**

**Respiratory System**

No: DOE, Dyspnea, Shortness of breath, Wheezing

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/18/2020 | 19:12 ATL | 98.6 | 37.0 | | Harris, T. RN/IOP/IDC |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

No: Irritable, Agitated, Flat

**Pulmonary**

**Observation/Inspection**

No: Respiratory Distress

**Cardiovascular**

**Observation**

No: Cardiopulmonary Distress

**Neurologic**

**Cranial Nerves (CN)**

Yes: CN 2-12 Intact Grossly

**ASSESSMENT:**

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|
| Date of Birth: | 1985 | Sex: M | Race: BLACK | Facility: | ATL |
| Encounter Date: | 05/21/2020 09:25 | Provider: | Martin, D. MD/CD | Unit: | B05 |

Chest pain, unspecified, R079 - Resolved - *5-21-20: recommended for further evaluation*

Confirmed case COVID-19, U07.1 - Current - *5-21-20: retested today*

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 435642-ATL | Aspirin 81 MG EC Tab | 05/21/2020 09:25 |
| | **Prescriber Order:**   Take one tablet (81 MG) by mouth each day x 180 day(s) | |
| | **Indication:** Chest pain, unspecified | |
| 435643-ATL | Atorvastatin 40 MG TAB | 05/21/2020 09:25 |
| | **Prescriber Order:**   Take one tablet (40 MG) by mouth each day x 180 day(s) | |
| | **Indication:** Chest pain, unspecified | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 05/21/2020 00:00 | Today |

**Lab personnel verbally notified of a priority order of Today or Stat**

**Disposition:**

Discharged to Housing Unit with Convalescence

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/21/2020 | Counseling | Plan of Care | Martin, D. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Martin, D. MD/CD on 05/21/2020 09:46

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M    Race: BLACK | Facility: | ATL |
| Note Date: | 05/17/2020 13:24 | Provider: | Martin, D. MD/CD | Unit: | B05 |

Cosign Note - Orders encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Martin, D. MD/CD

Medtrip return
Inmate had EKG concerning for ACS, but had negative troponins.
Cardiology consulted who recommended stress test when inmate COVID-19 negative, as he was tested + for
COVID-19 by ER per Grady protocol; recommended as outpatient.
Sent back with aspirin, statin, and anticoagulant (7-day tx w/ known COVID-19).

**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Current

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Martin, D. MD/CD on 05/17/2020 13:52

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex:  M   Race:  BLACK | Facility: | ATL |
| Encounter Date: | 05/16/2020 21:35 | Provider:  Okezie, Okoli RN | Unit: | B05 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Okezie, Okoli RN

**Chief Complaint:** Medical Trip Return
**Subjective:** Inmate was received in health services unit after discharge from the hospital.
**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/16/2020 | 21:37 ATL | 99.0 | 37.2 | Oral | Okezie, Okoli RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/16/2020 | 21:37 ATL | 64 | Via Machine | | Okezie, Okoli RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/16/2020 | 21:37 ATL | 16 | Okezie, Okoli RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/16/2020 | 21:37 ATL | 109/68 | | | | Okezie, Okoli RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/16/2020 | 21:37 ATL | 96 | Room Air | Okezie, Okoli RN |

**Exam:**
**General**
**Affect**
Yes: Pleasant
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Skin**
**General**
Yes: Within Normal Limits
**Eyes**
**General**
Yes: PERRLA
**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits
**Auscultation**

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|
| Date of Birth: | 1985 | Sex: M | Race: BLACK | Facility: | ATL |
| Encounter Date: | 05/16/2020 21:35 | Provider: | Okezie, Okoli RN | Unit: | B05 |

## Exam:

Yes: Clear to Auscultation

### Cardiovascular

#### Observation

Yes: Within Normal Limits

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

### Nursing Protocol

#### Med Trip Return/Consult Visit

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Weight recorded in flowsheet

## ASSESSMENT:

Other

Inmate returned from local hospital alert and oriented x 3. Inmate calm and cooperative, no s/s of acute distress note. Discharge notes were received and discussed with on-call physician. Medications orders reconciled per on-call MD.

## PLAN:

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Aspirin 81 MG Tablet (365 day) | | 05/16/2020 21:35 |
| | **Prescriber Order:** | 81 mg Orally  -  daily x 14 day(s) | |
| | Atorvastatin Tablet | | 05/16/2020 21:35 |
| | **Prescriber Order:** | 40 mg Orally  -  daily x 14 day(s) | |
| | Apixaban Oral Tablet | | 05/16/2020 21:35 |
| | **Prescriber Order:** | 2.5 mg Orally  -  Two Times a Day x 14 day(s) | |
| | Metoprolol Succinate XL Tablet 24 Hour | | 05/16/2020 21:35 |
| | **Prescriber Order:** | 25 mg Orally  -  daily x 14 day(s) | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| Community/Contract Hospital | Continue | Rx | Order | Apixaban Oral Tablet | 2.5 mg  PO BID |
| Community/Contract Hospital | Continue | Rx | Order | Aspirin 81 MG Tablet (365 day) | 81 mg PO daily |
| Community/Contract Hospital | Continue | Rx | Order | Atorvastatin Tablet | 40 mg PO Q daily |
| Community/Contract Hospital | Continue | Rx | Order | Metoprolol Succinate XL Tablet 24 Hour | 25 mg PO q daily |
| | | OTC | | No known OTCs | |

**Disposition:**

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|
| Date of Birth: | 1985 | Sex: | M    Race:  BLACK | Facility: | ATL |
| Encounter Date: | 05/16/2020 21:35 | Provider: | Okezie, Okoli RN | Unit: | B05 |

   Follow-up at Sick Call as Needed
   Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/16/2020 | Counseling | Access to Care | Okezie, Okoli | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  Yes
**Telephone/Verbal Order:**  Yes     **By:**   Martin, D. MD/CD
**Telephone or Verbal order read back and verified.**


Completed by Okezie, Okoli RN on 05/16/2020 21:54
Requested to be cosigned by  Martin, D. MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/16/2020 21:35 | Provider: | Okezie, Okoli RN | Facility: | ATL |

**Cosigned with New Encounter Note by Martin, D. MD/CD on 05/17/2020 13:24.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M    Race: BLACK | Facility: | ATL |
| Note Date: | 05/15/2020 14:33 | Provider: | Winston, James MD | Unit: | B02 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Winston, James MD

Spoke with the housestaff regarding the workup. The troponin levels have been normal and further imaging studies are planned. The patient apparently did not want a cath.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Winston, James MD on 05/15/2020 14:35

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: M  Race: BLACK | Facility: | ATL |
| Encounter Date: | 05/14/2020 16:49 | Provider: Martin, D. MD/CD | Unit: | B02 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**     **Provider:** Martin, D. MD/CD

**Chief Complaint:** Chest Pain

**Subjective:** Inmate seen and examined with RN.  RN initially spoke to staff MD. Vitals, progress note plan reviewed and confirmed.

Inmate Judge reported 5 days of persistent, sharp 10/10 chest pain, radiating to left arm in absence of any constitutional or COVID-19 symptoms, claims pain has been worsening for the last few days, and requested evaluation.
SH: admits to smoking cigarettes, weed; denies K2 or cocaine.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 05/14/2020 15:58 |
| **Location:** | Chest-Left |
| **Quality of Pain:** | Sharp |
| **Pain Scale:** | 5 |
| **Intervention:** | EKK, chest pain protocol |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-5 Years |
| **Exacerbating Factors:** | not stated |
| **Relieving Factors:** | "nothing, it's constant" |
| **Reason Not Done:** | |
| **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 99.1 | 37.3 | Oral | Smith, Nancy RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 62 | Via Machine | | Smith, Nancy RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 16 | Smith, Nancy RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | Reg #: 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: BLACK | Facility: ATL |
| Encounter Date: | 05/14/2020 16:49 | Provider: | Martin, D. MD/CD | | Unit: B02 |

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 128/81 | Left Arm | Sitting | | Smith, Nancy RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 97 | Room Air | Smith, Nancy RN |

**ASSESSMENT:**

Chest pain, unspecified, R079 - Current - *5-14-20: unknown etiology: diff: MI, pericarditis, cardiomyopathy; send to ER r/o the former.*

**PLAN:**

**Disposition:**

Transfer to Local Hospital

**Other:**

1) CP: minimally responsive to aspirin, nitroglycerin (NTG) in setting of low-normal blood pressure; decision made to hold further NTG.

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 05/14/2020 | Counseling | Plan of Care | Martin, D. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Martin, D. MD/CD on 05/14/2020 17:00

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: 17358-171 |
| Date of Birth: | 1985 | Sex: M  Race: BLACK | Facility: ATL |
| Encounter Date: 05/14/2020 15:58 | | Provider: Smith, Nancy RN | Unit: B02 |

Nursing - Protocol: Chest Pain/MI encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**       **Provider:** Smith, Nancy RN

**Chief Complaint:** Chest Pain

**Subjective:**   " I'm having chest pains"

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 05/14/2020 15:58 |
| **Location:** | Chest-Left |
| **Quality of Pain:** | Sharp |
| **Pain Scale:** | 5 |
| **Intervention:** | EKK, chest pain protocol |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-5 Years |
| **Exacerbating Factors:** | not stated |
| **Relieving Factors:** | "nothing, it's constant" |
| **Reason Not Done:** | |
| **Comments:** | |

**ROS:**

**Nursing Protocol**

**Chest Pain/MI/Angina**

Yes: Chest pain (Describe: stabbing left chest that radiates to left shoulder), Meds, allergies & health problems reviewed

No: Dizziness, Nausea/vomiting, History of HTN or cardiac disease, Feeling of impending doom, History of sexual enhancement drugs

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 99.1 | 37.3 | Oral | Smith, Nancy RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 62 | Via Machine | | Smith, Nancy RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 16 | Smith, Nancy RN |

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|

Inmate Name:  JUDGE, RASHAUN ALLEN                                    Reg #:  17358-171
Date of Birth:  1985                        Sex:  M  Race:  BLACK       Facility:  ATL
Encounter Date:  05/14/2020 15:58           Provider:  Smith, Nancy RN  Unit:  B02

## Blood Pressure:

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 128/81 | Left Arm | Sitting | | Smith, Nancy RN |

## SaO2:

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 05/14/2020 | 16:00 ATL | 97 | Room Air | Smith, Nancy RN |

## Exam:

### Nursing Protocol

#### Chest Pain/MI/Angina

Yes: Vital Signs w/O2 sat recorded in flowsheet, Lung sounds clear bilaterally, Adequate respiratory effort, Auscultated heart rate and rhythm (Describe: regular rate and rhythm), 12 lead ECG completed, Adequate capillary refill, Normal skin color, Normal skin temperature, Blood glucose recorded in flowsheet, Supplemental oxygen applied (O2 sat/liters: 2L per nc)

No: Presence of edema, Diaphoretic, IV Access obtained

## ASSESSMENT:

Pain - Chest

Inmate reports to urgent care with complaint of chest pain. He is A&OX3, ambs w/o assist and able to make all needs known. Inmate reports experiencing this pain for years. However, over the past few days the pains has gotten worse and started to radiate to left shoulder blade. He rates the pain 5/10 and describes the pain as sharp. No nausea and vomiting reported.

Vital signs assessed, all WNL. EKG done which was abnormal. MD contacted and advised of inmate's complaint. Orders received to transfer inmate to local ED for further evaluation of chest pain.

## PLAN:

## New Medication Orders:

| Rx# | **Medication** | **Order Date** |
|---|---|---|
| | Nitroglycerin Sublingual Tablet | 05/14/2020 15:58 |

**Prescriber Order:**    0.4 mg Sublingually  One Time Dose Given PRN x 0 day(s) Pill Line Only

**Start Now:** Yes

**Night Stock Rx#:**

**Source:** Sub Stock Location

**Admin Method:** Pill Line

**Stop Date:** 05/14/2020 15:35

**MAR Label:** 0.4 mg Sublingually  One Time Dose Given PRN x 0 day(s) Pill Line Only

**One Time Dose Given:** Given Now

| | Aspirin 325 MG Tablet | 05/14/2020 15:58 |
|---|---|---|

**Prescriber Order:**    325 mg Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only

**Start Now:** Yes

**Night Stock Rx#:**

**Source:** Sub Stock Location

**Admin Method:** Pill Line

**Stop Date:** 05/14/2020 15:45

**MAR Label:** 325 mg Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only

**One Time Dose Given:** Given Now

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name:  JUDGE, RASHAUN ALLEN | | | | Reg #:  17358-171 | |
| Date of Birth:  1985 | | Sex:  M  Race:  BLACK | | Facility:  ATL | |
| Encounter Date:  05/14/2020 15:58 | | Provider:  Smith, Nancy RN | | Unit:  B02 | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 05/14/2020 | 05/14/2020 | Emergent | No | |

    **Subtype:**
       Emergency Room
    **Reason for Request:**
       Chest pain r/o MI

**Disposition:**
   Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/14/2020 | Counseling | Access to Care | Smith, Nancy | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Winston, James MD

**Telephone or Verbal order read back and verified.**


Completed by Smith, Nancy RN on 05/14/2020 16:09

Requested to be cosigned by  Winston, James MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/14/2020 15:58 | Provider: | Smith, Nancy RN | Facility: | ATL |

**Cosigned by Martin, D. MD/CD on 05/14/2020 16:49.**

# Bureau of Prisons
# Health Services
# History & Physical

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M    Race:  BLACK | Facility: | ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | Unit: | B02 |

**Seizures:**                     Denied

**Diabetes:**                     Denied

**Cardiovascular:**               Denied

**CVA:**                          Denied

**Hypertension:**                 Denied

**Respiratory:**                  Denied

**Sickle Cell Anemia:**           Denied

**Carcinoma/Lymphoma:**           Denied

**Allergies:**                    Denied

**Tuberculosis:**

   **Hx of Previous Disease:** No

   **Blood-tinged Sputum:** No

   **Night Sweats:** No

   **Weight Loss:** No

   **Fever:** No

   **Cough:** No

   **Comments:**

**Infectious Disease Risk Factors:**

   **IV Drug Use:** No

   **IV Drug Use Needles:**

   **Sexual Partner IV Drug Use:** No

   **Sexual Partner IV Drug Use Needles:**

   **Female Sexual Partners (Last 5 Yrs):** 2-5

   **Male Sexual Partners (Last 5 Yrs):** None

   **Condom Use:** Sometimes

   **Sexual Contact With HIV+ Individual:** No

   **Blood Product Transfusion:** No

   **Travel Outside US:** No

   **Tattoos:** Yes

   **Comments:** tattoos: pro shop

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|
| Date of Birth: | 1985 | Sex: | M    Race: BLACK | Facility: | ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | Unit: | B02 |

**HIV History:**

    **When Tested:**    2009

    **Test Result:**    Negative

    **When Diagnosed AIDS:**

    **Last CD4:**

    **Comments:**

**Hepatitis:**    Denied

**Other Infectious Diseases:**    Denied

**Abuse History:** Denied

    **Physical:** No

    **Emotional:**  No

    **Sexual:**  No

    **Comments:** Denies

**Mental Health:**

    **Level of Consciousness:** Alert and Oriented

    **Psychomotor Activity:** Normal

    **General Appearance:** Normal

    **Behavior:** Cooperative

    **Mood:** Appropriate to Content

    **Thought Process:** Goal Directed

    **Thought Content:**  Normal

    **Hx of Mental Health Treatment:** None

    **Hx of Head Injury:** None

    **Current Mental Health Treatment:** No

    **Current Mental Health Complaint:** No

    **Hx of Loss of Consciousness:** No

    **Hx of Hearing Voices:**  No

    **Past History of Suicide Attempt:** No

    **Current Suicide Ideation:** No

    **Suicide Prevention Initiated:** No

    **Comments:**

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: M | Race: BLACK | Facility: | ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | Unit: | B02 |

**Substance Use History:**

| | **Last Used** | **Frequency** | **Route** | **Type** | **Amount** |
|---|---|---|---|---|---|
| **Alcohol** | > 5 years | Daily | | Beer | 2 drinks / day |
| **Marijuana** | > 5 years | Daily | Smoked | | |
| **Cocaine** | 1 - 5 years | Daily | Smoked | Both | |

**Hx of Withdrawal Symptoms:**
**Comments:**

**Current Painful Condition:**     Denied

**Other Health Issues:**

  **Current Medical Conditions:**

  **Other Current Treatments:**

**Pregnant:**     N/A

**Dental Condition:** Denied

**Observations:**

  **Draining Skin Lesions:** No

  **Signs of Lice:** No

  **Signs of Scabies:** No

  **Signs of Recent Trauma:** No

  **Recent Tattoos:** No

  **Needle Marks:** No

  **Signs of Rash:** No

  **Open Sores:** No

  **Wounds:** No

  **Body Deformities:** No

  **Tremors:** No

  **Sweating:** No

  **Comments:**

**Temperature:**

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 97.6 | 36.4 | Temporal | Tesh, Ana NP |

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|---|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 69 | | | Tesh, Ana NP |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 18 | Tesh, Ana NP |

**Blood Pressure:**

| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: M   Race: BLACK | Facility: | ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: Tesh, Ana NP | Unit: | B02 |

| <u>Date</u> | <u>Time</u> | <u>Value</u> | <u>Location</u> | <u>Position</u> | <u>Cuff Size</u> | <u>Provider</u> |
|---|---|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 102/63 | | | | Tesh, Ana NP |

**Height:**

| <u>Date</u> | <u>Time</u> | <u>Inches</u> | <u>Cm</u> | <u>Provider</u> |
|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 65.0 | 165.1 | Tesh, Ana NP |

**Weight:**

| <u>Date</u> | <u>Time</u> | <u>Lbs</u> | <u>Kg</u> | <u>Waist Circum.</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 161.0 | 73.0 | | Tesh, Ana NP |

**Prosthetic Devices/Equipment:** Denied

**Tobacco Usage:**

**Cigarettes:** 1 pkgs per day x 5 years

**Cigars:**

**Pipes:**

**Smokeless:**

**General Social History:**

**Foreign Travel:**

**Born in USA:**     Yes

**Country of Birth:**   USA

**Family History - Father:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

**Comments:**   unknown

**Family History - Mother:**

**Age at Death:**

**Cause of Death:**

**Significant Illnesses:**

**Comments:**   70, A&W

**Family History - Sibling:**

**Number of Siblings:** 2

**Significant Illnesses:**

Diabetes

**Comments:** 1 brother a&w, 1 sister-DM2

**ROS:**

**General**

All systems reviewed and are negative

**Past Hospitalization:**

| <u>Reason</u> | <u>Location</u> | <u>When</u> |
|---|---|---|

| | | | |
|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: 17358-171 |
| Date of Birth: | 1985 | Sex: M   Race: BLACK | Facility: ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: Tesh, Ana NP | Unit: B02 |

**Past Hospitalization:**

| <u>Reason</u> | <u>Location</u> | <u>When</u> |
|---|---|---|
| MVA  - 1 week OSH stay | | 2002 |

    **Complications:**

    **Comments:**

**Head:**

    **Normal:**   Yes

    **Comments:**

**Eyes:**

    **EOMI:** Yes

    **Icterus:** No

    **Conjunctival Inflammation:** No

    **Pupils PERRLA:** Yes

    **Pupil Size Rt:**

    **Pupil Size Lt:**

    **Pupils Comments:**

    **Fundi Vessels Nicking:** No

    **Fundi Vessels Discs Flat:** Yes

    **Fundi Vessels Discs Sharp Margins:** Yes

    **Fundi Vessels Grounds Abnormal:** No

    **Eyes Comments:**

**Ears:**

    **Right Ear:** Canal patent

    **Left Ear:**   Canal patent

    **Ears Comments:**

**Nose:**

    **Nares Patent:** Yes

    **Septum Midline:** Yes

    **Septum Intact:** Yes

    **Drainage/Discharge:** No

    **Polyps:** No

    **Nose Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: 17358-171 |
| Date of Birth: | 1985 | Sex: M | Race: BLACK | Facility: ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | Unit: B02 |

**Mouth**

**Lesions:** No

**Oral/Buccal Mucosa:** Yes

**Gums Normal:** Yes

**Tonsils Present:** Yes

**Tonsils Normal:** Yes

**Pharynx:** Normal Color

**Teeth Poor Dentition:** No

**Teeth Count:** Mostly Present

**Dentures:** No

**Mouth Comments:**

**Cranial Nerves:**

**Intact II-XII:** Yes

**Cranial Nerves Comments:**

**Neck:**

**Full ROM:** Yes

**Masses/Nodes:** No

**Trachea:** Midline

**Thyroid:** Normal Size

**Comments:**

**Breasts: Not Done**

**Instructions for Self Breast Exam Given:** No

**Comments:** deferred

**Thorax:**

**Contour Normal:** Yes

**Increased AP Diameter:** No

**Asymmetrical Expansion:** No

**Lungs Clear:** Yes

**Wheezes:** No

**Crackles:** No

**Rhonchi:** No

**Rales:** No

**Accessory Muscle Use:** No

**Comments:**

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|
| Date of Birth: | 1985 | Sex: | M    Race:  BLACK | Facility: | ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | Unit: | B02 |

**Spine:**

**Deformity:** No

**Full ROM:** Yes

**Tenderness:** No

**Comments:**

**Cardiovascular:**

**RRR:** Yes

**Normal S1/S2:** Yes

**Murmurs:** No

**Carotid Bruits:** No

**JVD:** No

| **Arteries:** | **Right** | **Left** |
|---|---|---|
| **Radial:** | | |
| **Femoral:** | | |
| **Dorsalis Pedis:** | | |
| **Post. Tibialis:** | | |

**Comments:**

**Abdomen:**

**Normal Contour:** Yes

**Scaphoid:** No

**Obese:** No

**Gravid:** No

**Hernias:** No

**Bruits:** No

**Masses:** No

**Scars:** No

**Tenderness:** No

**Organomegaly:** No

**Active Bowel Sounds:** Yes

**Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: 17358-171 |
| Date of Birth: | 1985 | Sex: M | Race: BLACK | Facility: ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | Unit: B02 |

## Extremities:

**Nails Clubbing:** No

**Nails Cyanosis:** No

**Lower Extremity Edema - Right:** None

**Lower Extremity Edema - Left:** None

**Atrophy:** No

**Amputations:** No

**Other Deformities:** No

**Varicosities:** No

**Calf Tenderness:** No

**Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| **Arm:** | | |
| **Leg:** | | |
| **Full ROM:** | **Right** | **Left** |
| **Arm:** | Yes | Yes |
| **Leg:** | Yes | Yes |
| **Comments:** | | |

## Reflexes:

| | **Right** | **Left** |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:** Yes

**Light Touch:** Yes

**Pin Prick:** Yes

**Comments:**

## GU:

**Chaperoned By:**

## Rectum: Not Done

**Comments:** deferred

## Male Genitalia: Not Done

**Comments:** deferred

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|---|
| Date of Birth: | /1985 | Sex: | M | Race: BLACK | Facility: | ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | | Unit: | B02 |

## Skin:

**Normal:** Yes

**Rash:** No

**Redness:** No

**Abnormal Pigmentation:** No

**Abnormal Lesions/Growths:** No

**Comments:**

## Lymphatics:

**Adenopathy:** No

**Comments:**

## Potential Items For Follow-up:

<u>Item</u>

Tattoos

Substance Abuse History

Tobacco History

Breasts Not Done

Rectum Not Done

Male Genitalia Not Done

PPD Administration Not Performed

**Cleared For Food Services:** Yes

**Health Problems Newly Identified During This Encounter:**

<u>Health Problem</u>

**Renew Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> |
|---|---|---|
| 435903-ATL | Metoprolol Tartrate  25 MG Tab | 06/11/2020 11:26 |

    **Prescriber Order:**    Take one tablet (25 MG) by mouth each day x 180 day(s)

    **Indication:**  Chest pain, unspecified

## Other:

enroll in CCC

## Disposition:

Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 06/11/2020 | Counseling | Access to Care | Tesh, Ana | Verbalizes Understanding |

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: 17358-171 |
| Date of Birth: | 1985 | Sex: M | Race: BLACK | Facility: ATL |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | Unit: B02 |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Tesh, Ana NP on 06/11/2020 11:37
Requested to be cosigned by  Martin, D. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/11/2020 11:26 | Provider: | Tesh, Ana NP | Facility: | ATL |

**Cosigned by Martin, D. MD/CD on 06/15/2020 10:07.**

# Bureau of Prisons
# Health Services
# Inmate Local Hospital

**Reg #:** 17358-171          **Inmate Name:** JUDGE, RASHAUN ALLEN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**TB Clearance:** Yes

Last PPD Date: 11/05/2019                    Induration: 0mm
Last Chest X-Ray Date: _____                    Results: _____
TB Treatment: _____          Sx free for 30 days: Yes
TB Follow-up Recommended: No

Transfer To: _____          Transfer Date: 05/14/2020

**Health Problems**

| Health Problem | Status |
|---|---|
| Cannabis Use Disorder, Mild | Current |
| Encounter for general adult medical exam without abnormal findings | Current |

8/15/2019- reports chest pain from "time to time". None today; exam normal; EKG for reassurance

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

None

**OTCs: Listing of all known OTCs this inmate is currently taking.**

None

**Pending Appointments:**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 11/05/2020 | 00:00 | PPD Administration | Nurse |
| 05/14/2020 | 15:45 | Clinical Encounter | Okezie, Okoli RN |

**Non-Medecation Orders:**

No Data Found

**Active Alerts:**

No Data Found

**Consultations:**

**Pending Institutional Clinical Director Action**

Consultation/Procedure Requested: Emergency Room
Subtype: Emergency Room
Priority: Emergent
Location: Offsite
Ordered Date: 05/14/2020
Scheduled Target Date: 05/14/2020
Level Of Care:

Reason for Request: Chest pain r/o MI

Provisional Diagnosis:

**Pending UR Committee Action**

No Data Found

**Pending Regional Review Action**

No Data Found

**Pending Scheduling**

No Data Found

**Pending Consultation**

No Data Found

| Reg #: 17358-171 | Inmate Name: JUDGE, RASHAUN ALLEN |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Pending Results**
No Data Found

**Sickle Cell:**
Sickle Cell Trait/Disease:    No

**Limitations/Restrictions/Diets:**
Cleared for Food Service: Yes
MDS Comments: CL1

**Comments:**


**Allergies**
No Known Allergies

**Devices / Equipment**
No Data Found

**Travel:**
Direct Travel: No
Travel Restrictions:  None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:**  ATLANTA USP                    Phone Number: 4046355100
                Address 1:  601 MCDONOUGH BLVD SE
                Address 2:
            City/State/Zip:  ATLANTA, Georgia 30315

Name/Title of Person Completing Form:  Smith, Nancy RN                              Date:   05/14/2020

Inmate Name:  JUDGE, RASHAUN ALLEN           Reg #:  17358-171   DOB:          1985   Sex:    M

# Bureau of Prisons
# Health Services
## Vitals All

| Begin Date: | 01/01/2020 | End Date: | 12/31/2020 |
|---|---|---|---|
| Reg #: | 17358-171 | Inmate Name: | JUDGE, RASHAUN ALLEN |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 97.6 | 36.4 | Temporal | Tesh, Ana NP |
| | **Orig Entered:** 06/11/2020 11:29 EST   Tesh, Ana NP | | | | |
| 05/28/2020 | 18:41 ATL | 97.6 | 36.4 | | Eason, Raven RN |
| | **Orig Entered:** 05/28/2020 18:42 EST   Eason, Raven RN | | | | |
| 05/27/2020 | 17:25 ATL | 97.5 | 36.4 | | Eason, Raven RN |
| | **Orig Entered:** 06/12/2020 17:26 EST   Eason, Raven RN | | | | |
| 05/26/2020 | 17:08 ATL | 98.4 | 36.9 | | Eason, Raven RN |
| | **Orig Entered:** 06/12/2020 17:09 EST   Eason, Raven RN | | | | |
| 05/25/2020 | 15:30 ATL | 97.7 | 36.5 | Temporal | Tesh, Ana NP |
| | **Orig Entered:** 05/26/2020 08:53 EST   Tesh, Ana NP | | | | |
| 05/25/2020 | 10:10 ATL | 97.8 | 36.6 | Temporal | Tesh, Ana NP |
| | **Orig Entered:** 05/25/2020 10:12 EST   Tesh, Ana NP | | | | |
| 05/22/2020 | 01:11 ATL | 98.2 | 36.8 | | Crossley, K. FNP |
| | **Orig Entered:** 05/28/2020 01:13 EST   Crossley, K. FNP | | | | |
| 05/21/2020 | 00:15 ATL | 98.8 | 37.1 | | Crossley, K. FNP |
| | **Orig Entered:** 05/28/2020 00:16 EST   Crossley, K. FNP | | | | |
| 05/19/2020 | 17:34 ATL | 98.3 | 36.8 | | Eason, Raven RN |
| | **Orig Entered:** 06/13/2020 17:36 EST   Eason, Raven RN | | | | |
| 05/18/2020 | 19:12 ATL | 98.6 | 37.0 | | Harris, T. RN/IOP/IDC |
| | **Orig Entered:** 05/18/2020 19:14 EST   Harris, T. RN/IOP/IDC | | | | |
| 05/16/2020 | 21:37 ATL | 99.0 | 37.2 | Oral | Okezie, Okoli RN |
| | **Orig Entered:** 05/16/2020 21:39 EST   Okezie, Okoli RN | | | | |
| 05/15/2020 | 19:54 ATL | 98.1 | 36.7 | | Harris, T. RN/IOP/IDC |
| | **Orig Entered:** 05/19/2020 19:55 EST   Harris, T. RN/IOP/IDC | | | | |
| 05/14/2020 | 16:00 ATL | 99.1 | 37.3 | Oral | Smith, Nancy RN |
| | **Orig Entered:** 05/14/2020 16:01 EST   Smith, Nancy RN | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 69 | | | Tesh, Ana NP |
| | **Orig Entered:** 06/11/2020 11:29 EST   Tesh, Ana NP | | | | |
| 05/16/2020 | 21:37 ATL | 64 | Via Machine | | Okezie, Okoli RN |
| | **Orig Entered:** 05/16/2020 21:39 EST   Okezie, Okoli RN | | | | |
| 05/14/2020 | 16:00 ATL | 62 | Via Machine | | Smith, Nancy RN |
| | **Orig Entered:** 05/14/2020 16:01 EST   Smith, Nancy RN | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 18 | Tesh, Ana NP |
| | **Orig Entered:** 06/11/2020 11:29 EST   Tesh, Ana NP | | |

| Begin Date: | 01/01/2020 | End Date: | 12/31/2020 |
| Reg #: | 17358-171 | Inmate Name: | JUDGE, RASHAUN ALLEN |

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 05/16/2020 | 21:37 ATL | 16 | Okezie, Okoli RN |
| | **Orig Entered:** 05/16/2020 21:39 EST | Okezie, Okoli RN | |
| 05/14/2020 | 16:00 ATL | 16 | Smith, Nancy RN |
| | **Orig Entered:** 05/14/2020 16:01 EST | Smith, Nancy RN | |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 102/63 | | | | Tesh, Ana NP |
| | **Orig Entered:** 06/11/2020 11:29 EST | | Tesh, Ana NP | | | |
| 05/16/2020 | 21:37 ATL | 109/68 | | | | Okezie, Okoli RN |
| | **Orig Entered:** 05/16/2020 21:39 EST | | Okezie, Okoli RN | | | |
| 05/14/2020 | 16:00 ATL | 128/81 | Left Arm | Sitting | | Smith, Nancy RN |
| | **Orig Entered:** 05/14/2020 16:01 EST | | Smith, Nancy RN | | | |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** |
|---|---|---|---|---|---|
| 05/16/2020 | 21:37 ATL | 96 | Room Air | | Okezie, Okoli RN |
| | **Orig Entered:** 05/16/2020 21:39 EST | | Okezie, Okoli RN | | |
| 05/14/2020 | 16:00 ATL | 97 | Room Air | | Smith, Nancy RN |
| | **Orig Entered:** 05/14/2020 16:01 EST | | Smith, Nancy RN | | |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 65.0 | 165.1 | Tesh, Ana NP |
| | **Orig Entered:** 06/11/2020 11:29 EST | | Tesh, Ana NP | |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 06/11/2020 | 11:27 ATL | 161.0 | 73.0 | | Tesh, Ana NP |
| | **Orig Entered:** 06/11/2020 11:29 EST | | Tesh, Ana NP | | |

**Bureau of Prisons**
**Health Services**
**PPDs**

| Reg #: | 17358-171 | | Inmate Name: | JUDGE, RASHAUN ALLEN | |
|---|---|---|---|---|---|

| Admin: | | Location | Provider | Reading: | | Induration | Provider |
|---|---|---|---|---|---|---|---|
| 11/02/2019 | 13:51 | Left Forearm | Williamson, Heulon | 11/05/2019 | 19:01 | 0 mm | Williamson, Heulon RN/IOP/IDC |
| | Orig Entered: | 11/02/2019 13:52 EST | Williamson, Heulon RN/IOP/IDC | | Orig Entered: | 11/05/2019 19:01 EST | Williamson, Heulon RN/IOP/IDC |
| 11/09/2018 | 15:05 | Left Forearm | Qadri, I. MBBS, MPAS, | 11/11/2018 | 10:17 | 0 mm | Crossley, K. FNP |
| | Orig Entered: | 11/09/2018 15:06 EST | Qadri, I. MBBS, MPAS, CPAAPA, PA-C | | Orig Entered: | 11/11/2018 10:17 EST | Crossley, K. FNP |
| 01/17/2012 | 13:01 | Left Forearm | Osean, J. RN | 01/19/2012 | 12:38 | 0 mm | Osean, J. RN |
| | Orig Entered: | 01/17/2012 13:02 EST | Osean, J. RN | | Orig Entered: | 01/19/2012 12:38 EST | Osean, J. RN |
| 08/18/2010 | 11:53 | Left Forearm | Mims, Nicole H. RN | 08/20/2010 | 12:57 | 0 mm | Mims, Nicole H. RN |
| | Orig Entered: | 08/18/2010 11:55 EST | Mims, Nicole H. RN | | Orig Entered: | 08/20/2010 12:57 EST | Mims, Nicole H. RN |

**Total:** 4

17358-171    JUDGE, RASHAUN

# Medication Administration Record

MAY 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 05/15/20 07:05    Martin, D. MD/CD **Take one tablet (325 MG) by mouth as one time dose "See Mar report for administration/documentation"** Exp. Date 05/15/20 07:06 ATL 435584-ATL    Aspirin 325 MG Tab | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 05/14/20 15:58    Winston, James MD **325 mg Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only** Exp. Date 05/14/20 15:45 ATL Order    Aspirin 325 MG Tablet | PRN | | | | | | | | | | | | | ORD NLS 15:45 | | | | | | | | | | | | | | | | | | |
| Ord. Date 05/15/20 07:05    Martin, D. MD/CD **Take one tablet (0.4 MG) sublingually as one time dose "See Mar report for administration/documentation"** Exp. Date 05/15/20 07:06 ATL 435585-ATL    Nitroglycerin SL 0.4 MG Tab [25 count] | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 05/14/20 15:58    Winston, James MD **0.4 mg Sublingually  One Time Dose Given PRN x 0 day(s) Pill Line Only** Exp. Date 05/14/20 15:35 ATL Order    Nitroglycerin Sublingual Tablet | PRN | | | | | | | | | | | | | ORD NLS 15:35 | | | | | | | | | | | | | | | | | | |

Providers: NLS = Smith, N.

Documentation Codes: ORD = Order

Registration #: 17358-171        Pt. Name:  JUDGE, RASHAUN

DOB:        85

Report information is current as of the date and time of printing:  09/10/2020 11:02 EST

**Bureau of Prisons**
**Health Services**
**Pain Management**

| Begin Date: | 01/01/2020 | | End Date: | 12/31/2020 |
|---|---|---|---|---|
| Reg #: | 17358-171 | | Inmate Name: | JUDGE, RASHAUN ALLEN |

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|---|---|---|---|---|---|---|
| 05/14/2020 15:58 ATL | EKK, chest pain protocol | Sharp | Chest-Left | 5 | | Smith, Nancy RN |

**Orig Entered:** 05/14/2020 16:00 EST   Smith, Nancy RN

# Bureau of Prisons
## Health Services
### Allergies

Reg #: 17358-171                    Inmate Name:  JUDGE, RASHAUN ALLEN

| **Allergy** | **Date Noted** | **Reaction** |
| --- | --- | --- |
| No Known Allergies | 08/18/2010 | |

      **Orig Entered:**   08/18/2010 11:51 EST   Mims, Nicole H. RN

**Total:** 1

# Bureau of Prisons
## Health Services
### Patient Education Assessments & Topics

| Reg #: 17358-171 | Inmate Name: JUDGE, RASHAUN ALLEN |
|---|---|

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 06/11/2020 | Counseling | Access to Care | Verbalizes Understanding | Tesh, Ana |
| Orig Entered: | 06/11/2020 11:36 EST  Tesh, Ana | | | |
| 05/21/2020 | Counseling | Plan of Care | Verbalizes Understanding | Martin, D. |
| Orig Entered: | 05/21/2020 09:36 EST  Martin, D. | | | |
| 05/19/2020 | Medication | Apixaban 5 MG Tablet | Pharmacy No participation | Murphy, K. |
| Orig Entered: | 05/19/2020 06:48 EST  Murphy, K. | | | |
| 05/19/2020 | Medication | Aspirin 81 MG EC Tab | Pharmacy No participation | Murphy, K. |
| Orig Entered: | 05/19/2020 06:48 EST  Murphy, K. | | | |
| 05/19/2020 | Medication | Atorvastatin 40 MG TAB | Pharmacy No participation | Murphy, K. |
| Orig Entered: | 05/19/2020 06:48 EST  Murphy, K. | | | |
| 05/16/2020 | Counseling | Access to Care | Verbalizes Understanding | Okezie, Okoli |
| Orig Entered: | 05/16/2020 21:53 EST  Okezie, Okoli | | | |
| 05/14/2020 | Counseling | Access to Care | Verbalizes Understanding | Smith, Nancy |
| Orig Entered: | 05/14/2020 16:09 EST  Smith, Nancy | | | |
| 05/14/2020 | Counseling | Plan of Care | Verbalizes Understanding | Martin, D. |
| Orig Entered: | 05/14/2020 16:54 EST  Martin, D. | | | |

**Total:** 8

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #:  17358-171                     Inmate Name:  JUDGE, RASHAUN ALLEN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Cannabis Use Disorder, Mild**

| 09/13/2019 09:03 EST  Chakos, Derek PsyD/DAP Coordinator | I | DSM-IV | F12.10 | 09/13/2019 | Current | |

**Encounter for general adult medical exam without abnormal findings**

| 08/15/2019 10:34 EST  Crossley, K. FNP | | ICD-10 | Z0000 | 08/15/2019 | Current | |

8/15/2019- reports chest pain from "time to time". None today; exam normal; EKG for reassurance

**Coronavirus COVID-19 test negative**

| 05/28/2020 07:01 EST  Moore, S. FNP | | ICD-10 | Z03818- | 05/28/2020 | Current | |

## Resolved

**Bronchitis, acute**

| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 466.0 | 09/23/2010 | Resolved | 01/30/2012 |
| 01/30/2012 18:54 EST  Fish, Irwin MPAS, PA-C | III | ICD-9 | 466.0 | 09/23/2010 | Resolved | 01/30/2012 |
| 09/23/2010 11:09 EST  Fish, Irwin MPAS, PA-C | III | ICD-9 | 466.0 | 09/23/2010 | Current | 09/23/2010 |

**Chest pain, unspecified**

| 05/21/2020 09:33 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Resolved | 05/21/2020 |

5-21-20: recommended for further evaluation

| 05/14/2020 16:54 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Current | |

5-14-20: unknown etiology: diff: MI, pericarditis, cardiomyopathy; send to ER r/o the former.

| 05/14/2020 16:53 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Current | |

5-14-20: unknown etiology: diff: MI, pericarditis, cardiomyopathy

**Confirmed case COVID-19**

| 05/28/2020 07:01 EST  Moore, S. FNP | | ICD-10 | U07.1 | 05/15/2020 | Resolved | 05/28/2020 |

5-21-20: retested today

| 05/21/2020 09:33 EST  Martin, D. MD/CD | | ICD-10 | U07.1 | 05/15/2020 | Current | |

5-21-20: retested today

| 05/17/2020 13:52 EST  Martin, D. MD/CD | | ICD-10 | U07.1 | 05/15/2020 | Current | |

**Total:** 6

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #:  17358-171 | Inmate Name:  JUDGE, RASHAUN ALLEN |
|---|---|

**Vision Screen on** 11/16/2018 10:23

**Blindness:**

| **Distance Vision:** OD: | OS: | OU: 20/25 |
|---|---|---|
| **Near Vision:** OD: | OS: | OU: |

**With Corrective**

| **Distance Vision:** OD: | OS: | OU: |
|---|---|---|
| **Near Vision:** OD: | OS: | OU: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Color Test:**

**Tonometry:**    R:          L:

**Comments:**

**Orig Entered:**    11/16/2018 10:24 EST   Van Sickle, M. ANP-BC

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  17358-171          Inmate Name:  JUDGE, RASHAUN ALLEN

**Housing Status**

__ confined to the living quarters except  __meals    __pill line    __treatments    Exp. Date: _____

__ on complete bed rest: _____ bathroom privileges only          Exp. Date: _____

__cell:  __cell on first floor  __single cell  __lower bunk  __airborne infection isolation    Exp. Date: _____

__ other: _____    Exp. Date: _____

**Physical Limitation/Restriction**

__ all sports          Exp. Date: _____

__ weightlifting:  __upper body    __lower body          Exp. Date: _____

__ cardiovascular exercise:  __running  __jogging  __walking  __softball    Exp. Date: _____
                          __football  __basketball  __handball  __stationary equipment

__ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

**Work Restriction / Limitation:**

Cleared for Food Service:  **Yes**

 **X** No Restrictions

**Comments:**  CL1

_____**Tesh, Ana NP**_____          **06/11/2020**
Health Services Staff                                          Date

Inmate Name:     **JUDGE, RASHAUN ALLEN**     Reg #:   **17358-171**    Quarters:   **B02**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  17358-171                    Inmate Name:  JUDGE, RASHAUN ALLEN

## Housing Status

__ confined to the living quarters except  __meals    __pill line    __treatments    Exp. Date: _____

__ on complete bed rest: _____bathroom privileges only                Exp. Date: _____

__cell:  __cell on first floor __single cell __lower bunk __airborne infection isolation    Exp. Date: _____

__ other: _____    Exp. Date: _____

## Physical Limitation/Restriction

__ all sports                                    Exp. Date: _____

__ weightlifting:  __upper body    __lower body                    Exp. Date: _____

__ cardiovascular exercise:  __running  __jogging  __walking  __softball    Exp. Date: _____
                    __football  __basketball __handball  __stationary equipment

__ other: _____    Exp. Date: _____

## May have the following equipment in his / her possession:

## Work Restriction / Limitation:

Cleared for Food Service:  **No**

**X** No Restrictions

**Comments:**  CL1

_____              05/28/2020
                    **Moore, S. FNP/AHSA**
Health Services Staff                                    Date

Inmate Name:      **JUDGE, RASHAUN ALLEN**        Reg #:    **17358-171**    Quarters:    **B02**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  17358-171                          Inmate Name:  JUDGE, RASHAUN ALLEN

**Housing Status**

__ confined to the living quarters except  __meals    __pill line   __treatments     Exp. Date: _____

__ on complete bed rest: _____ bathroom privileges only                    Exp. Date: _____

__ cell:  __cell on first floor __single cell __lower bunk __airborne infection isolation   Exp. Date: _____

__ other: _____    Exp. Date: _____

**Physical Limitation/Restriction**

__ all sports                                              Exp. Date: _____

__ weightlifting:  __upper body    __lower body                     Exp. Date: _____

__ cardiovascular exercise:  __running  __jogging  __walking  __softball       Exp. Date: _____

              __football __basketball __handball __stationary equipment

__ other: _____    Exp. Date: _____

**May have the following equipment in his / her possession:**

**Work Restriction / Limitation:**

Cleared for Food Service:  **No**

 **X**  No Restrictions

**Comments:**  CL1

_____        __05/18/2020__
                    **Moore, S. FNP/AHSA**
Health Services Staff                                    Date

Inmate Name:      **JUDGE, RASHAUN ALLEN**        Reg #:    **17358-171**    Quarters:    **B02**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | |
|---|---|---|---|---|
| Complex: | ATL--ATLANTA USP | Begin Date: | 01/01/2020 | End Date: 12/31/2020 |
| Inmate: | JUDGE, RASHAUN ALLEN | Reg #: | 17358-171 | Quarter: B02-234U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                            Denied

## Active Prescriptions

Apixaban 5 MG Tablet
Take one-half (1/2) tablet (2.5 MG) by mouth twice daily
**Rx#:** 435641-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/18/20    **Exp:** 06/01/20                **Pharmacy Dispensings:** 14 TAB in 115 days

Aspirin 325 MG Tab
Take one tablet (325 MG) by mouth as one time dose "See Mar report for administration/documentation" ***pill line***
**Rx#:** 435584-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/15/20    **Exp:** 05/15/20                **Pharmacy Dispensings:** 0 TAB in 118 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 435642-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/18/20    **Exp:** 06/01/20    **D/C:** 05/21/20    **Pharmacy Dispensings:** 14 TAB in 115 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 435841-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/21/20    **Exp:** 11/17/20                **Pharmacy Dispensings:** 30 TAB in 112 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each day
**Rx#:** 435643-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/18/20    **Exp:** 06/01/20    **D/C:** 05/21/20    **Pharmacy Dispensings:** 14 tab in 115 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth each day
**Rx#:** 435842-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/21/20    **Exp:** 11/17/20                **Pharmacy Dispensings:** 30 tab in 112 days

Metoprolol Tartrate  25 MG Tab
Take one tablet (25 MG) by mouth each day
**Rx#:** 435903-ATL    **Doctor:** Martin, D. MD/CD
**Start:** 05/21/20    **Exp:** 06/04/20    **D/C:** 06/02/20    **Pharmacy Dispensings:** 14 TAB in 112 days

| | | |
|---|---|---|
| Complex: ATL--ATLANTA USP | Begin Date: 01/01/2020 | End Date: 12/31/2020 |
| Inmate: JUDGE, RASHAUN ALLEN | Reg #: 17358-171 | Quarter: B02-234U |

## Active Prescriptions

Metoprolol Tartrate  25 MG Tab

Take one tablet (25 MG) by mouth each day

**Rx#:** 436977-ATL    **Doctor:** Tesh, Ana NP

**Start:** 06/11/20    **Exp:** 12/08/20    **Pharmacy Dispensings:** 30 TAB in 91 days

Nitroglycerin SL 0.4 MG Tab [25 count]

Take one tablet (0.4 MG) sublingually as one time dose "See Mar report for administration/documentation" ***pill line***

**Rx#:** 435585-ATL    **Doctor:** Martin, D. MD/CD

**Start:** 05/15/20    **Exp:** 05/15/20    **Pharmacy Dispensings:** 0 TAB in 118 days

 **Quest** Diagnostics    Page 1 of 1          05/24/2020   10:54:48 AM    **Report Status: Final**

**JUDGE, RASHAUN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **JUDGE, RASHAUN**<br><br>**DOB:** /1985   **AGE:** 35<br>Gender: M        Fasting: U<br>Phone:   NG<br>Patient ID: 17358.171 | Specimen: AL280358Q<br>Requisition: 7789799<br><br>Collected:  05/21/2020 / 10:00 EDT<br>Received:   05/22/2020 / 03:21 EDT<br>Reported:   05/24/2020 / 10:48 EDT | Client #: 7009707          QATLAT06<br>MARTIN<br>U S PENITENTIARY<br>601 MCDONOUGH BLVD SE<br>ATLANTA. GA 30315-4400 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),<br>QUALITATIVE NAAT | | | | AT |
| SARS CoV 2 RNA | | NOT DETECTED | NOT DETECTED | |

A Not Detected (negative) test result for this test
means that SARS- CoV-2 RNA was not present in the specimen
above the limit of detection. A negative result does not
rule out the possibility of COVID-19 and should not be
used as the sole basis for treatment or patient management
decisions. If COVID-19 is still suspected, based on
exposure history together with other clinical findings,
re-testing should be considered in consultation with
public health authorities. Laboratory test results should
always be considered in the context of clinical
observations and epidemiological data in making a final
diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2
https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/
fact-sheet2

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

Methodology:  Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found
at the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19.

**PERFORMING SITE:**

AT     QUEST DIAGNOSTICS-ATLANTA. 1777 MONTREAL CIRCLE. TUCKER. GA 30084-6802 Laboratory Director. ANDREW N YOUNG.MD.PHD. CLIA 11D0255931

**Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/27/2020 16:43 | Provider: | Lab Result Receive | Facility: | ATL |

**Cosigned by Martin, D. MD/CD on 05/29/2020 13:25.**

Judge, Rashaun (MR#<E2378751>) Printed by COMPTON, SARAH [39231]

Judge, Rashaun (MRN 100621078)

## 8/7/2020  5:00 PM - Edi, Lab In Hlseven

Specimen Information:  Nasopharyngeal Swab; Other

| Component | Value | Ref Range & Units | Status |
|-----------|-------|-------------------|--------|
| **SARS-CoV-2** | Negative | Negative | Final |

### Narrative

Negative results do not preclude 2019-nCoV infection.

This test has been evaluated and performance verified by The Grady Memorial Hospital Clinical Laboatory. It has Emergency Use Authorization by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Testing performed by Abbott Molecular M2000.


## Susceptibility Interpretation

*R: Resistant*   *S: Susceptible*   *I: Intermediate*
When reported, MIC value is in mcg/ml

## Collection Information

| Specimen ID:  20G-220MO0148 | **Other** Nasopharyngeal Swab | Resulting Agency: | GRADY MAIN LABORATORY 80 Jesse Hill Jr. Drive Atlanta GA 30303 |
|---|---|---|---|

## Lab Information

Lab
GRADY MAIN LABORATORY

## Lab and Collection

SARS-COV 2 (COVID-19) - 8/7/2020

### SARS-COV-2                                          Study Date: 08/07/2020

| **Rashaun Judge** | 35 y.o. |
|---|---|
| Ordering Provider | **Ifeoma Onuorah-Ezenekwe, MD** |
| Indications | Chest pain, unspecified type [R07.9 (ICD-10-CM)] |

### Result Information

Flag: **Normal**          Status: Final result (Resulted: 8/7/2020 17:00)   Provider Status: Open


Judge, Rashaun (MRN 100621078) Printed by Compton, Sarah [39231] at 8/19/20 3:35 PM

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/24/2020 08:47 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 08/28/2020 08:34.**

Judge, Rashaun (MRN 100621078) Encounter Date: 07/07/2020    USP ATL 17358-171

# Rashaun Judge

7/7/2020 8:40 AM    Office Visit
MRN: 100621078

**Description:** 35 year old male **Provider:** Moazzami, Kasra Kho, MD **Department:** Ghs Cardiac Adult

**Communicate**                                                                                    Ask a Question

## Referring Provider

**Mehul N. Tejani, MD**

## ⚕ Reason for Visit

**New Patient Visit**

**Pre-op Exam**

Reason for Visit History

## ⊗ Diagnoses

|  | Codes | Comments |
|---|---|---|
| Chest pain, unspecified type  - Primary | ICD-9-CM: 786.50 | |
| | ICD-10-CM: R07.9 | |
| Screening examination for infectious disease | ICD-9-CM: V75.9 | |
| | ICD-10-CM: Z11.9 | |

## Progress Notes

**Moazzami, Kasra Kho, MD at 7/7/2020  8:40 AM**

Status: Cosign Needed          Cosign Required: Yes

### Cardiology Clinic Note

| Emory Cardiology Progress Note |
|---|

**Name:** Rashaun Judge          **MRN:** 100621078          **Date of Visit: 07/07/20**

| Assessment and Plan |
|---|

Rashaun Judge is a 35 y.o. male with PMHx of chest pain who presents for as a new pt. Pt has been having atypical chest pain episodes unrelated to exertion, however, states that he does get extra fatigued with mild exertion now. So far cardiac work up (trop, TTE, EKG) unremarkable.

**Problem list:**

**1. Chest pain**
-  We will go ahead with a nuclear stress test given the baseline EKG abnormalities in the pt. However, we also want to evaluate his symptoms burden and its asociation with exertion, so will still attempt to have an EKG stress test as well to evaluate functional capacity and reproducibility of chest pain episodes.
- Will hold Eliquis (was given for a pos covid ) and ASA now
- will ct lipitor and BB for now

Orders Placed This Encounter

Judge, Ra:

Procedures
- SARS-COV 2 (COVID-19)
- NM Cardiac Multiple Stress and Rest
- CV Stress Test, Exercise w NM Imaging
- EKG 12 lead

Orders Placed This Encounter
- SARS-COV 2 (COVID-19)
- NM Cardiac Multiple Stress and Rest
- CV Stress Test, Exercise w NM Imaging
- EKG 12 lead

---

**Subjective**

---

**HPI:** Rashaun Judge is a 35 y.o. male with no PMH who presents for chest pain. Pt earlier presented to ED with one episode of chest pain lasting for more than 1 hour. Was evaluated and all work up including EKG and TTE and labs were unremarkable.
Pt states that he still ct to have chest pain episodes. These episodes are not related to exertion, can happen at rest last about 10-15 minutes and happen at least once a day. He denioes dyspnea, orthopnea or PND

---

**Cardiac History**

---

History:

**Last EKG:**
7.7.2020
NS

**Last TTE:**
5.2020
The left ventricle is normal in size.
No intracardiac shunt noted in the visualized region
Left ventricular systolic function is normal.
LV ejection Fraction = 55-60%.

---

**Medications**

---

Current outpatient medications reviewed

**Outpatient Medications Marked as Taking for the 7/7/20 encounter (Office Visit) with Moazzami, Kasra Kho, MD**

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • metoprolol succinate XL (TOPROL-XL) 25 mg tablet | Take 1 tablet (25 mg total) by mouth every day. | 90 tablet | 3 |
| • [DISCONTINUED] aspirin 81 mg chewable tablet | Take 1 tablet (81 mg total) by mouth every day. | 30 tablet | 3 |

---

**Review of Symptoms**

---

Judge, Rashaun (MRN 100621078) Encounter Date: 07/07/2020

A 10-point review of systems is negative except that noted in the HPI.

| Allergy |
|---|

No Known Allergies

| Social History |
|---|

**Social History**

Socioeconomic History
- Marital status:                Single
      Spouse name:               None
- Number of children:            None
- Years of education:            None
- Highest education level:       None

Occupational History
- None

Social Needs
- Financial resource strain:     None
- Food insecurity:
      Worry:                     None
      Inability:                 None
- Transportation needs:
      Medical:                   None
      Non-medical:               None

Tobacco Use
- Smoking status:                Former Smoker
- Smokeless tobacco:             Former User

Substance and Sexual Activity
- Alcohol use:                   None
- Drug use:                      None
- Sexual activity:               None

Lifestyle
- Physical activity:
      Days per week:             None
      Minutes per session:       None
- Stress:                        None

Relationships
- Social connections:
      Talks on phone:            None
      Gets together:             None
      Attends religious service: None
      Active member of club or   None
      organization:
      Attends meetings of        None
      clubs or organizations:
      Relationship status:       None
- Intimate partner violence:
      Fear of current or ex      None
      partner:
      Emotionally abused:        None
      Physically abused:         None
      Forced sexual activity:    None

Other Topics                     Concern
- None

Social History Narrative
- None

Judge, Rashaun (MRN 100621078) Printed by Compton, Sarah [39231] at 7/8/20 8:02 AM

7/8/2020                                    Judge, Rashaun (MR#<E2378751>) Printed by COMPTON, SARAH [39231]

Judge, Rashaun (MRN 100621078) Encounter Date: 07/07/2020

| Family History |
| --- |

No family history on file.

| Objective |
| --- |

**Vital signs:**
Vitals:

|  | 07/07/20 0837 |
| --- | --- |
| BP: | 117/61 |
| Pulse: | 67 |
| Resp: | 20 |
| Temp: | 37.2 °C (98.9 °F) |
| TempSrc: | Oral |
| SpO2: | 100% |
| Weight: | 73 kg (161 lb) |
| Height: | 1.651 m (5' 5") |

**Body mass index is 26.79 kg/m².**
**Physical Exam**

General: alert and oriented, no apparent distress, no confusion
HEENT: extraocular movements intact; oropharynx clear; moist mucous membranes
Neck: supple, no bruits, no JVD
Lymph:no lymphadenopathy
Lungs: clear to auscultation bilaterally
Cardio: S1, S2 normal; no murmurs, rubs or gallops
Extremities: no clubbing, cyanosis, or edema, no asterixis
Skin: no rashes
Neuro: no focal sign

**Most recent lab results:**

Lab Results

| Component | Value | Date |
| --- | --- | --- |
| WBC | 6.3 | 05/16/2020 |
| HGB | 12.8 (L) | 05/16/2020 |
| HCT | 38.1 (L) | 05/16/2020 |
| PLT | 138 (L) | 05/16/2020 |
| TRIG | 46 (L) | 05/14/2020 |
| HDL | 50 | 05/14/2020 |
| ALT | 16 (L) | 05/14/2020 |
| AST | 23 | 05/14/2020 |
| NA | 138 | 05/16/2020 |
| K | 4.3 | 05/16/2020 |
| CL | 103 | 05/16/2020 |
| CREATININE | 1.2 | 05/16/2020 |
| BUN | 11 | 05/16/2020 |
| CO2 | 28 | 05/16/2020 |
| TSH | 1.688 | 05/16/2020 |
| INR | 1.2 (H) | 05/16/2020 |
| HGBA1C | 4.5 | 05/14/2020 |

Judge, Rashaun (MRN 100621078) Printed by Compton, Sarah [39231] at 7/8/20 8:02 AM

Judge, Rashaun (MR#<E2378751>) Printed by COMPTON, SARAH [39231]

Judge, Rashaun (MRN 100621078) Encounter Date: 07/07/2020

**Lab Results**

| Component | Value | Date |
|---|---|---|
| INR | 1.2 (H) | 05/16/2020 |

No results found for: BNP

**Studies today**

Plan was discussed with Dr. Onourah

Kasra Moazzami, MD, MPH, MSCR
Cardiology fellow

**Jackson, Tameka, LPN at 7/7/2020  8:40 AM**

Status: Signed
Pt is an inmate
AVS given to officer

## ⚴ Vitals

Most recent update: 7/7/2020  8:38 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 117/61 | 67 | 37.2 °C (98.9 °F) (Oral) | 20 | 1.651 m (5' 5") |

| Wt | SpO2 | BMI |
|---|---|---|
| 73 kg (161 lb) | 100% | 26.79 kg/m² |

## Orders

Normal Orders This Visit

Amb referral to Cardiology: [REF12 Custom]

EKG 12 lead [EKG1 Custom]

| Future Labs/Procedures | Expected by | Expires |
|---|---|---|
| CV Stress Test, Exercise w NM Imaging [CAR105 Custom] | As directed | 1/7/2021 |
| NM Cardiac Multiple Stress and Rest [IMG1158 Custom] | As directed | 1/7/2021 |
| SARS-COV 2 (COVID-19) [LAB3900 Custom] | As directed | 7/7/2021 |

Results are available for this encounter

## Discontinued Medications

| | Reason for Discontinue |
|---|---|
| 🏠 apixaban (ELIQUIS) 2.5 MG TABS tablet | Alternate therapy |
| 🏠 aspirin 81 mg chewable tablet | Dose adjustment |

## Level of Service

Level of Service

**PR OFFICE OUTPATIENT NEW 45 MINUTES [99204]**

LOS History

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 73000001 | EKG | 7/7/2020 | | | 1 |

Judge, Rashaun (MRN 100621078) Printed by Compton, Sarah [39231] at 7/8/20 8:02 AM

Judge, Rashaun (MRN 100621078) Encounter Date: 07/07/2020

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99204 | PR OFFICE OUTPATIENT NEW 45 MINUTES | 7/7/2020 | Moazzami, Kasra Kho, MD | | 1 |
| 51000065 | VISIT LEVEL 4-EP | 7/7/2020 | Jackson, Tameka, LPN | | 1 |

## Patient Education

Patient Education Report

## Learning Assessment Questions

| | |
|---|---|
| Primary Learner Name: **Patient** | Bowens, Kimberly, RN - RN - 05/16/20 0719 |
| Relationship: **Patient** | Bowens, Kimberly, RN - RN - 05/16/20 0719 |
| What is the primary language of the primary learner?: **English** | Bowens, Kimberly, RN - RN - 05/16/20 0719 |

## Communication Routing History

None

## Previous Visit

| Date & Time | Department | Encounter # |
|-------------|------------|-------------|
| 5/18/2020  2:20 PM | Transitions of Care Clinic | 1038361806 |

Judge, Rashaun (MRN 100621078) Printed by Compton, Sarah [39231] at 7/8/20 8:02 AM

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/08/2020 13:13 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 07/09/2020 16:10.**

# COVID-19 Information (continued)

If you were tested for Covid-19 today your results should be available in the next 24-36 hours. Please register for MyChart to be able to review your results as soon as they are available. Someone from Grady will contact you by phone only if your test is positive, within two business days to discuss the positive result and next steps in your care. If you continue to be symptomatic, regardless of your test results, please follow the home care instructions for isolation below.

# Learning About Coronavirus (COVID-19)

## Coronavirus (COVID-19): Overview

### What is coronavirus (COVID-19)?

The coronavirus disease (COVID-19) is caused by a virus. It is an illness that was first found in Wuhan, China, in December 2019. It has since spread worldwide.

The virus can cause fever, cough, and trouble breathing. In severe cases, it can cause pneumonia and make it hard to breathe without help. It can cause death.

Coronaviruses are a large group of viruses. They cause the common cold. They also cause more serious illnesses like Middle East respiratory syndrome (MERS) and severe acute respiratory syndrome (SARS). COVID-19 is caused by a novel coronavirus. That means it's a new type that has not been seen in people before.

This virus spreads person-to-person through droplets from coughing and sneezing. It can also spread when you are close to someone who is infected. And it can spread when you touch something that has the virus on it, such as a doorknob or a tabletop.

### What can you do to protect yourself from coronavirus (COVID-19)?

The best way to protect yourself from getting sick is to:

- Avoid areas where there is an outbreak.
- Avoid contact with people who may be infected.
- Wash your hands often with soap or alcohol-based hand sanitizers.
- Avoid crowds and try to stay at least 6 feet away from other people.
- Wash your hands often, especially after you cough or sneeze. Use soap and water, and scrub for at least 20 seconds. If soap and water aren't available, use an alcohol-based hand sanitizer.
- Avoid touching your mouth, nose, and eyes.

### What can you do to avoid spreading the virus to others?

To help avoid spreading the virus to others:

- Cover your mouth with a tissue when you cough or sneeze. Then throw the tissue in the trash.
- Use a disinfectant to clean things that you touch often.
- Wear a cloth face cover if you have to go to public areas.
- Stay home if you are sick or have been exposed to the virus. Don't go to school, work, or public areas. And don't use public transportation, ride-shares, or taxis unless you have no choice.
- If you are sick:
  - Leave your home only if you need to get medical care. But call the doctor's office first so they know you're coming. And wear a face cover.
  - Wear the face cover whenever you're around other people. It can help stop the spread of the virus when you cough or sneeze.
  - Clean and disinfect your home every day. Use household cleaners and disinfectant wipes or sprays. Take special care to clean things that you grab with your hands. These include doorknobs, remote controls, phones, and handles on your refrigerator and microwave. And don't forget countertops, tabletops, bathrooms, and computer keyboards.

### When to call for help

## COVID-19 Information (continued)

**Call 911** anytime you think you may need emergency care. For example, call if:

- You have severe trouble breathing. (You can't talk at all.)
- You have constant chest pain or pressure.
- You are severely dizzy or lightheaded.
- You are confused or can't think clearly.
- Your face and lips have a blue color.
- You pass out (lose consciousness) or are very hard to wake up.

**Call your doctor now** if you develop symptoms such as:

- Shortness of breath.
- Fever.
- Cough.

If you need to get care, call ahead to the doctor's office for instructions before you go. Make sure you wear a face cover to prevent exposing other people to the virus.

**Where can you get the latest information?**

The following health organizations are tracking and studying this virus. Their websites contain the most up-to-date information. You'll also learn what to do if you think you may have been exposed to the virus.

- **U.S. Centers for Disease Control and Prevention (CDC)**: The CDC provides updated news about the disease and travel advice. The website also tells you how to prevent the spread of infection. www.cdc.gov
- **World Health Organization (WHO)**: WHO offers information about the virus outbreaks. WHO also has travel advice. www.who.int

Current as of: May 8, 2020          Content Version: 12.5

© 2006-2020 Healthwise, Incorporated.

Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

# Changes to Your Medication List

*ⓘ* **Accurate as of July 7, 2020  9:58 AM.**
If you have any questions, ask your nurse or doctor.

## CONTINUE taking these medications

|  | Morning | Afternoon | Evening | Bedtime |
|---|---|---|---|---|
| **atorvastatin** 40 MG tablet<br>Commonly known as: LIPITOR<br>Take 1 tablet (40 mg total) by mouth every day. |  |  |  |  |

# Changes to Your Medication List (continued)

CONTINUE taking these medications (continued)

| | Morning | Afternoon | Evening | Bedtime |
|---|---|---|---|---|
| **metoprolol succinate XL** 25 mg tablet<br>Commonly known as: TOPROL-XL<br>Take 1 tablet (25 mg total) by mouth every day. | | | | |

# STOP taking these medications



**apixaban** 2.5 MG Tabs tablet
Commonly known as: ELIQUIS
Stopped by: Kasra kho Moazzami, MD



**aspirin** 81 mg chewable tablet
Stopped by: Kasra kho Moazzami, MD

# Medication Refills Instructions

## HOW TO REFILL YOUR PRESCRIPTIONS AT A GRADY PHARMACY

1. Find the 9-digit prescription number on the bottom left of your prescription label.
2. Call **404-616-5500**. This will dial the automated refill line.
3. Press "**1**" and enter your prescription number
4. When asked, type in the two-digit number of your birth month (ex: "07" for July)
5. When asked, type in the two-digit number for the        day of your birth (ex; "70" for 1970)
6. If you have more refills, press "**1**"; if not, press "**2**"
7. Your prescriptions will be ready for pick up in **5** days.

If you need help, or have trouble getting your refills, dial "**0**"

**\*Remember to call in 5 days before you run out of medication!**

## HOW TO GET A NEW PRESCRIPTION FOR THE MEDICINE YOU'VE RUN OUT OF, IF YOU USE A PHARMACY THAT IS NOT A GRADY PHARMACY?

Have the pharmacy send a request electronically to us.

**Financial Assistance**
Grady offers discounted care under a Financial Assistance Program to qualified individuals for emergency and medically necessary services.  For more information on financial assistance:

.        Visit the web at: www.gradyhealth.org/billing-and-insurance
.        Call us at: 404-616-6920

> · Meet with a Financial Counselor at Grady Hospital, Ground Level, Rm GA026, 8am – 5pm EST
>
> Grady does not discriminate in the provision of emergency or medically necessary care based on ability to pay or source of payment.

# 🔒 Health Maintenance

|  | Date Due | Completion Dates |
|---|---|---|
| Hepatitis C Screening | **01/11/1985** | --- |
| HIV Screening | **01/11/1998** | --- |
| Depression Screening | **01/11/2003** | --- |
| DTaP/Tdap/Td Vaccine (1 - Tdap) | **01/11/2004** | --- |
| Flu Vaccine (1) | 09/01/2020 | --- |

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/08/2020 07:21 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 07/09/2020 07:59.**

USP ATL 17358-171

# AFTER VISIT SUMMARY

 **Grady**

Rashaun Judge  MRN: 100621078     📅 7/7/2020 8:40 AM  📍 Cardiac Center (Adult) 404-616-4327

## Instructions from Kasra kho Moazzami, MD

If, in the future, you have:
- Questions about today's visit
- Need a medication refill
- Need to make an appointment

### Call 404-616-4327

## Today's Visit

You saw Kasra kho Moazzami, MD on Tuesday July 7, 2020. The following issue was addressed: Encounter for screening examination for infectious disease.

| | | | |
|---|---|---|---|
| ⊙ | Blood Pressure 117/61 | 👤 | BMI 26.79 |
| 🌡 | Weight 161 lb | 👤 | Height 5' 5" |
| 🌡 | Temperature (Oral) 98.9 °F | 💓 | Pulse 67 |
| 👃 | Respiration 20 | 🫁 | Oxygen Saturation 100% |

➕ **Done Today**
EKG 12 lead

 **Today's medication changes**

❌ STOP taking:
   **apixaban** 2.5 MG Tabs tablet (ELIQUIS)
   **aspirin** 81 mg chewable tablet

Accurate as of July 7, 2020 9:58 AM.
**Review your updated medication list below.**

 **NM Cardiac Multiple Stress and Rest**
Scheduled for 8/7/2020
Expires: 7/7/2021 (requested)

**Labs and procedures ordered today**
CV Stress Test, Exercise w NM Imaging
Scheduled for 8/7/2020

SARS-COV 2 (COVID-19)
Complete as directed

## What's Next

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.gradyhealth.org/ MyChart/**, click "Sign Up Now", and enter your personal activation code:
**7M6RD-5GK7U.** Activation code expires 8/6/2020.

## What's Next (continued)

### AUG 5 2020 Follow Up Appointment

Wednesday August 5 8:10 AM (Arrive by 8:00 AM)
Plan to arrive 30 minutes before your appointment so we can see you on time. Patients who arrive late may be rescheduled.

Cardiac Center (Cardiology APP/HF)
80 Jesse Hill Jr. Drive SE
S. Tower, 2nd Floor, F Hallway
Atlanta GA 30303
404-616-4327
Arrive at: CARDIAC

Please bring the following items with you:

-All medication bottles

-Picture ID

-Current insurance card

-Payment/copayment for service (cash, check or credit card)

### AUG 7 2020 Stress Test

Friday August 7 10:00 AM
Your Stress Test is scheduled at the Cardiac Center (Diagnostic) at
_____ on _____ at the Cardiac Center (Diagnostic).

Cardiac Center (Diagnostic)
80 Jesse Hill Jr. Drive SE
S. Tower, 2nd Floor, H Hallway
Atlanta GA 30303
404-616-4327

Directions for the test:

1. Avoid caffeine for 12 hours prior to your stress test: coffee, tea, cola, chocolate, Excedrin, etc.
2. If your appointment is before 12 noon -

 a. DO NOT eat, drink or smoke anything after midnight the night before your stress test.
 b. Diabetics - hold AM diabetic medicines such as metformin & insulin. No breakfast. Bring a snack.
3. If you appointment is 12 noon or later -

 a. Eat breakfast prior to 8am. DO NOT eat, drink or smoke anything after 8:00 am the day of the stress test.
 b. Diabetics - take your AM diabetic medicines with breakfast prior to 8:00 am. Bring a snack.
4. DO NOT take BETA BLOCKER medication (metoprolol, carvedilol, propranolol, etc.) the morning of the test, unless you received special instructions from your provider.
5. Take all other AM heart and blood pressure medications with sips of water at least 2 hours prior to the stress test. If your blood pressure is too high, we cannot do the stress test.
6. Bring all medications in their bottles & your inhalers to the stress test.
7. Wear comfortable clothing and walking shoes on the day of your stress test. DO NOT WEAR FLIP FLOPS, BOOTS OR HIGH HEELS.
8. Your test will take approximately 4 hours to complete.

9. The results of your procedure will be sent to the Provider that ordered the test and will be discussed at your next visit.
10. You will have a visit charge of $_____ due at the time of the appointment. You may pay by CASH or CREDIT CARD.

If you have any questions pertaining to your stress test, please feel free to call 404-616-8825 at least 24 hours before your appointment. If for any reason you cannot make your appointment, please call 404-616-4327, option 3. Call between 8:00 am and 4:00 pm, Monday - Friday, as soon as possible.

Thank- you for choosing Grady!

Grady Memorial Hospital - Cardiology
South Tower, 2nd Floor, Cardiac Center/Clinic
Atlanta, GA 30303
Visit us at: www.gradyhealth.org for directions

What's Next (continued)

## What's Next (continued)

### NM STRESS

**AUG 7 2020**

Friday August 7 10:45 AM

Patient Instructions: CARD STRESS TEST with NUCLEAR IMAGING

1. DO NOT drink coffee, cola, or any other drink containing caffeine for 24 hours before the procedure.
2. If your appointment is before 12 noon, DO NOT eat, drink, or smoke anything after midnight prior to the day of your procedure. If your appointment is after 12 noon, DO NOT eat, drink, or smoke after 8:00 am, the day of your procedure.
3. DO NOT take Beta Blocker medicine OR ANY OTHER medication the day of your procedure. Please bring all medications with you on the day to your appointment.
4. Diabetic Patient: DO NOT take any diabetic medicines the day of your procedure until you are instructed to. PLEASE BRING A SNACK.
5. Bring a list of all your medications with you to your appointment.

6. Wear comfortable clothing and walking shoes on the day of your test. PLEASE, NO FLIP FLOP, BOOTS, OR HIGH HEELS CAN BE WORN FOR THIS TEST.

7. Your test will take approximately 4 hours to complete.

8. The results of your procedure will be sent to your Physician to be discussed at your next visit.
9. You will have a visit charge of $_____ due at the time of your appointment. You may pay by CASH or CREDIT CARD.
If you have any questions pertaining to your procedure, please feel free to call 404-616-8825 at least 24 hours before your appointment, during the hours of 8:00 am and 3:30 pm. Mon-Fri
If for any reason you cannot make your appointment, please call 404-616-4327 opt 3, between the hours of 8:00 am and 4:00 pm, Mon-Fri as soon as possible.
Thank you for choosing Grady

Grady Memorial Hospital

South Tower, 2nd floor, H Hallway

Atlanta, Georgia, 30303

Visit us at: www.gradyhealth.org for directions

Nuclear Medicine (Imaging Services)
80 Jesse Hill Jr. Drive SE
S. Tower, 3rd Floor, G Hallway
Room 3G068
Atlanta GA 30303
404-616-4602

### Follow Up Appointment

**NOV 10 2020**

Tuesday November 10 9:50 AM (Arrive by 9:20 AM)

Plan to arrive 30 minutes before your appointment so we can see you on time. Patients who arrive late may be rescheduled.

Please bring the following items with you:

-All medication bottles

-Picture ID

-Current insurance card

-Payment/copayment for service (cash, check or credit card)

Cardiac Center (Adult)
80 Jesse Hill Jr. Drive SE
S. Tower, 2nd Floor, F Hallway
Atlanta GA 30303
404-616-4327
Arrive at: CARDIAC

## Scheduling

To schedule your next appointment, follow up on referrals or orders, or to confirm an existing appointment, please call our 24 hour Scheduling Line at **404-616-1000** and press option '2'.

## COVID-19 Information

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/08/2020 07:18 EST | | | Facility: | ATL |

**Reviewed with New Encounter Note by Martin, D. MD/CD on 07/08/2020 14:08.**

USP ATL 17358-171

**⊹ Grady Health System®**

# Important - Utilization Review from Grady Health System

May 22 2020  8:21AM ET

Dear  Carol Fortson, Naphcare

Utilization Review DIS - 131258413 information for RASHAUN JUDGE, Patient Account # 5007950009 is included in this fax. Please use the contact information below to discuss any questions with this review.

**Fax Comment:**
Discharge summary for 5/16/20

**Contact Information:**
Fax authorizations & denials to your dedicated E-Fax line. If you have not received a new fax number, pls call Latonya @ 404-616-1852/Lashawnda @ 404-616-6915. You can also call authorizations & denials - UM VM system @ 404-616-7705. Include the following.1. Name & contact # of person authorizing days 2.Patient's name 3.Patient's DOB 4.Admit Dt 5.Specific dtes approved/denied 6.Total days authorized/denied. 7. Level of care authorized 8.Dt of next clinical update & fax # for submission 9. Auth#

Thank you.

---

### Authorization Number Request

Use Fax Number  to fax authorization number for approval for above patient

Authorization #  _____

---

### Confidentiality Notice

The documents accompanying this telecopy transmission may contain legally confidential, privileged and proprietary information.  It is intended only for the named recipient(s); if you are not the named recipient(s) you are not authorized to copy, print, share, save or rely upon any portion of this communication. If you are not the named recipient and/or have received this information in error please immediately notify the sender listed above and Allscripts at (866) 790-8690 and delete this transmission including any attachments.

**Grady Health System**
**Utilization Review Medical Necessity**

## Review Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Review ID: | 131258413 | Review Type: | Discharge |
| Reviewer: | Eboni NCM, Baxter | Review Date: | 5/16/2020 |
| Reviewed Days: | | Level of Care: | x |

## Patient Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Name: | RASHAUN JUDGE | MRN: | 000100621078 |
| Date of Birth: | 1985 (35 years) | Account #: | 5007950009 |
| Gender: | Male | Patient Type: | Inpatient |
| Admission Date: | 5/14/2020 9:30 PM (ET) | Location: | 11B / 11B-11B22 |
| Discharge Date: | 5/16/2020 3:23 PM (ET) | Service Type: | Emergency Service |
| Attending Physician: | MEHUL TEJANI | | |
| Admitting Diagnosis: | STEMI | | |

## Medical Necessity - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

**Severity of Illness**

Eboni NCM, Baxter: Discharge Summary for 5/16/20.

Attestation signed by Gensler, Lauren M., MD at 5/16/2020 12:32 PM
5/16/2020 12:28 PM

I saw and evaluated the patient. Discussed with resident and agree with residents findings and plan as documented in the residents note.

Patient without chest pain. He is still unwilling to undergo LHC even if stress test is positive. Patient COVID positive and likely would not be able to get stress test until he is negative. Will start on ASA and statin. HR in 70s, so will try low dose BB but this needs to be followed up on. Given refusal of LHC, even a positive stress test would unlikely change management. Will need outpatient stress and cardiology follow up in next few weeks. Due to being COVID positive he warrants Level 1 AC with Eliquis 2.5mg BID. He will also need to be in isolation in prison per their policy.

Judge, Rashaun
Home Medication Instructions  HAR:5007950009
     Printed on:05/16/20 1232

Medication Information:
apixaban (ELIQUIS) 2.5 MG TABS tablet
Take 1 tablet (2.5 mg total) by mouth 2 times every day.

aspirin 81 mg chewable tablet
Take 1 tablet (81 mg total) by mouth every day.

atorvastatin (LIPITOR) 40 MG tablet

Take 1 tablet (40 mg total) by mouth every day.

metoprolol succinate XL (TOPROL-XL) 25 mg tablet
Take 1 tablet (25 mg total) by mouth every day.

Lauren M. Gensler, MD


Physician Discharge Summary:

Patient ID:
Rashaun Judge
100621078
35 y.o.
      '1985

Admit date: 5/14/2020

Discharge date and time: 05/16/20

Admitting Physician: Mehul N. Tejani, MD

Discharge Physician:  Dr Gensler

Admission Diagnoses: Chest pain
Chest pain

Discharge Diagnoses:
Chest pain, unspecified

Admission Condition: fair

Discharged Condition: good

Indication for Admission:

Hospital Course:
#atypical chest pain
#Twaves inversion in the antero-lateral leads
Patient presented with chest pain at rest. EKG findings was concerning for  t waves inversion
the anterolateral leads and troponins were negative time 3. Cardiology was consulted and
recommended a left heart cath but patient declined without giving any specific reason. His work
up showed A1C 4.5, lipid panel and TSH within normal limit and unremarkable urine drug screen.
He underwent and echocardiogram and CT heart that did not show anything concerning. Cardiology
recommended a stress test and patient was started on aspirin, lipitor and metoprolol XL. He
was advise to follow up with cardiology and get a stress test once possible (ideally within
1-2 weeks)


#COVID infection
Patient was tested for COVID in the setting of chest pain. He never required oxygen supplement
and had no cough. His test came back positive and he was advised to self isolate until retested
negative.

Consults: cardiology

Significant Diagnostic Studies:
CTHEART:
IMPRESSION:
No cardiac mass or thrombus on the left atrial appendage thrombus, unchanged from yesterday
exam.
Borderline cardiomegaly, however the measurement did not demonstrate enlargement. Otherwise

no acute findings in the chest.

CTPE:
IMPRESSION:
No pulmonary embolism. Unremarkable CT of the chest.

TTE
Interpretation Summary
The left ventricle is normal in size.
No intracardiac shunt noted in the visualized region
Left ventricular systolic function is normal.
LV ejection Fraction = 55-60%.

Discharge Exam:
General: well appearingyoung muscular, no acute distress
HEENT: NCAT,non-icteric, non-injected conjunctivae
Lymph: no cervical LAD
CV:non-elevated JVP, no peripheral edema;RRR, no murmurs
Pulm:Easy WOB, symmetric chest expansion
Abd: NTND
MSK: strength grossly intact, no gross abnormalities; no reproducible chest pain with palpation
Skin: no lesions on exposed skin
Neuro: Face symmetric, non-dysarthric
Psych: appropriate mood and affect

Disposition and Future Appointments:
The following appointments also exist:
No future appointments.

Patient Instructions:
Activity: activity as tolerated
Diet: regular diet and cardiac diet
Wound Care: none needed

There are no discharge medications for this patient.

Signed:
Leyla Makue Fowe, MD

Stable Patient D/C from unit and facility.
D/C teaching, instructions, and information given to Security Officers present at bedside for
this Pt. Pt left unit with all personal items.
PIV line removed, Tele-monitoring d/c.

## Patient Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Name: | RASHAUN JUDGE | MRN: | 000100621078 |
|---|---|---|---|
| Date of Birth: | 1985 ( 35 years) | Gender: | Male |
| Address: | 601 MCDONOUGH BLVD SE ATLANTA, GA 30315-4400 | Home: Work: Alt: | (404) 635-1000 |
| Marital Status: | Single | SSN: | 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 |
| Race: | BLACK | Race 2: | |
| Ethnicity: | NON-HISPANIC | Ethnicity 2: | |
| Religion: | NONE | | |

| Emergency Contact 1: | DECLINE PT | |
|---|---|---|

05-22-2020 7:21 AM Tax Services    82055158598    pg 5 of 5

|  |  |  |
|---|---|---|
|  |  |  |

## Admission Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Account #: | 5007950009 | Patient Type: | Inpatient |
|---|---|---|---|
| Admission Date: | 5/14/2020 9:30 PM (ET) | Projected Discharge Date: | 5/16/2020 1:00 PM (ET) |
| Patient Class: |  | Admit Source: | Self Ref |
| Service Type: | Emergency Service | Location: | 11B / 11B-11B22 |
| Facility: | GHS |  |  |

| Primary Diagnosis: | STEMI |
|---|---|

| Admitting Physician: | MEHUL N. TEJANI |  |
|---|---|---|
| Attending Physician: | MEHUL N. TEJANI |  |

## Financial Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Financial Class: | Contracts |
|---|---|

### Payment Sources

| Prim ary | Financial Class: | Contracts |
|---|---|---|

| Guarantor: | RASHAUN JUDGE<br>601 MCDONOUGH BLVD SE<br>ATLANTA, GA 30315-4400<br>Relationship: Other | Home: (404) 635-1000<br>Employment Status: None |
|---|---|---|
| Guarantor Employer: | UNEMPLOYED |  |

## Assessment/Needs - General Information - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Patient Height: | 5 ft. 5 in. |
|---|---|
| Patient Weight: | 165 lbs. 0 oz. |
| Primary Language: | ENG |

## Transportation - Review # 131258413 - MRN: 000100621078 - RASHAUN JUDGE

| Patient Height: | 5 ft. 5 in. |
|---|---|
| Patient Weight: | 165 lbs. 0 oz. |

Copyright 1995-2020 Allscripts Healthcare, Inc. All rights reserved.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/22/2020 09:54 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 05/22/2020 10:01.**

USP ATL 17358-171



# GRADY HEALTH SYSTEM

 **Grady**

**Rashaun Judge** MRN: 100621078  📅 5/14/2020 - 5/16/2020  📍 GHS 11B  📞 404-616-4635

---

## Instructions

**Your medications have changed**

➡ START taking:
**apixaban (ELIQUIS)**

---

**aspirin**
Start taking on: **May 17, 2020**

---

**atorvastatin (LIPITOR)**
Start taking on: **May 17, 2020**

---

**metoprolol succinate XL (TOPROL-XL)**

Review your updated medication list below.

---

## Your Next Steps

### 👍 Do

☐ Pick up these medications from any pharmacy with your printed prescription
- apixaban
- aspirin
- atorvastatin
- metoprolol succinate XL

## Your Latest Vitals

| | | | |
|---|---|---|---|
| ⊚ Blood Pressure **117/69** | BMI **27.46** | 🛁 Weight **165 lb** | Height **5' 5"** |
| 🌡 Temperature (Oral) **97 °F** | 💓 Pulse **68** | Respiration **14** | Oxygen Saturation **98%** |
| BSA **1.85 m²** | | | |

---

# ✒ Hospital Problems  as of 5/16/2020

Never Reviewed

| | Priority | Noted - Resolved | POA |
|---|---|---|---|
| Chest pain | | 5/14/2020 - Present | Yes |

# Reason for Treatment

Your primary diagnosis was: Not on File

# You are allergic to the following

No active allergies

 **Other instructions**

Amb referral to Cardiology:
Use the class of "Internal Referral" for referring patients WITHIN the Grady Health System.  May call 404-616-1000 to reach a scheduler to make an appointment.
NOTE: The class of "External Referral" is ONLY for referring patients to services OUTSIDE of GHS.

Cardiac Center (Adult)
404-616-4327
80 Jesse Hill Jr. Drive SE
S. Tower, 2nd Floor, F Hallway
Atlanta GA 30303
Routine

# Medication Refills Instructions

### HOW TO REFILL YOUR PRESCRIPTIONS AT A GRADY PHARMACY

1. Find the 9-digit prescription number on the bottom left of your prescription label.
2. Call **404-616-5500**. This will dial the automated refill line.
3. Press "**1**" and enter your prescription number
4. When asked, type in the two-digit number of your birth month (ex: "07" for July)
5. When asked, type in the two-digit number for the        day of your birth (ex; "70" for 1970)
6. If you have more refills, press "**1**"; if not, press "**2**"
7. Your prescriptions will be ready for pick up in **5** days.

If you need help, or have trouble getting your refills, dial "**0**"

**\*Remember to call in 5 days before you run out of medication!**

### HOW TO GET A NEW PRESCRIPTION FOR THE MEDICINE YOU'VE RUN OUT OF, IF YOU USE A PHARMACY THAT IS NOT A GRADY PHARMACY?

Have the pharmacy send a request electronically to us.

## Managing Your Medication

...ng medicine can be difficult, especially if you are taking many medicines or treating different medical conditions.

**...re some tips:**
...sure you understand the exact dose and the time you take each medicine.
...you go to different doctors, tell all of them about each medicine you take.
...lways carry a list of your medicines.
   -Ask your pharmacist for an up-to-date list.
   -Include herbals, over-the-counter and supplements (like vitamins).
   -Any time your medicine changes, be sure to update your list.
It may help to use a weekly or daily pill organizer - especially if you take many different medicines.
   -You can buy one at any pharmacy.
- Keep a medicine in the bottle it came in - except for those you put in a daily organizer.
   -The label has important information like drug name, dose, doctor, and expiration date.
- Use one pharmacy so the pharmacist can help you keep track of your medicine and watch for drug interactions.
- Do not take medicine in the dark, when you are tired or distracted.
   -You might take the wrong medicine or take too much.
   -If you need help, ask someone.
- Alcohol can interact with many medicines. Ask your doctor or pharmacist if it is safe to drink alcohol.
- When children or grandchildren visit, keep your medicine out of reach, especially if they do not have childproof caps. Some medicines won't work if
- Never crush, chew or break capsules or pills unless a pharmacist or doctor says it is OK.
not swallowed whole. Let your doctor know if you cannot swallow pills.
- Never take medicine prescribed for someone else.
- Never stop taking a medicine because you feel better - always ask your doctor.  Some medicines must be stopped
gradually to avoid bad side effects.
- Medicine may take a while before you feel better, so give it time to work.
- If your doctor tells you to stop taking a medicine, throw it out right away (see below for safe ways to throw out
medicines). Do not keep it to use later. Getting sick from accidentally taking old medicines can cost more than the
medicine itself.
- If your medicine makes you feel sick or causes side effects, talk to your doctor about changing the dose or changing
the medicine.
- Once the expiration date on a medicine passes, throw it away.
   -Crush and mix NON-PAIN medicine with coffee grounds, cat litter, or food scraps; seal in a bag and put in the
trash.
   -Flush all pain medicine in the toilet.
   -If you don't know how to throw out your medicine, ask your pharmacist.

## Additional Post-Op Discharge Inst

None

## COVID-19 Information

*Rashaun Judge (MRN: 100621078) (      /1985) • Printed at 5/16/20  2:25 PM*

COVID-19 Information (continued)

## Learning About Coronavirus (COVID-19)

## Coronavirus (COVID-19): Overview

### What is coronavirus (COVID-19)?

The coronavirus disease (COVID-19) is caused by a virus. It is an illness that was first found in Wuhan, China, in December 2019. It has since spread worldwide.

The virus can cause fever, cough, and trouble breathing. In severe cases, it can cause pneumonia and make it hard to breathe without help. It can cause death.

Coronaviruses are a large group of viruses. They cause the common cold. They also cause more serious illnesses like Middle East respiratory syndrome (MERS) and severe acute respiratory syndrome (SARS). COVID-19 is caused by a novel coronavirus. That means it's a new type that has not been seen in people before.

This virus spreads person-to-person through droplets from coughing and sneezing. It can also spread when you are close to someone who is infected. And it can spread when you touch something that has the virus on it, such as a doorknob or a tabletop.

### What can you do to protect yourself from coronavirus (COVID-19)?

The best way to protect yourself from getting sick is to:

- Avoid areas where there is an outbreak.
- Avoid contact with people who may be infected.
- Wash your hands often with soap or alcohol-based hand sanitizers.
- Avoid crowds and try to stay at least 6 feet away from other people.
- Wash your hands often, especially after you cough or sneeze. Use soap and water, and scrub for at least 20 seconds. If soap and water aren't available, use an alcohol-based hand sanitizer.
- Avoid touching your mouth, nose, and eyes.

### What can you do to avoid spreading the virus to others?

To help avoid spreading the virus to others:

- Cover your mouth with a tissue when you cough or sneeze. Then throw the tissue in the trash.
- Use a disinfectant to clean things that you touch often.
- Wear a cloth face cover if you have to go to public areas.
- Stay home if you are sick or have been exposed to the virus. Don't go to school, work, or public areas. And don't use public transportation.
- If you are sick:
  - Leave your home only if you need to get medical care. But call the doctor's office first so they know you're coming. And wear a face cover.
  - Wear the face cover whenever you're around other people. It can help stop the spread of the virus when you cough or sneeze.
  - Clean and disinfect your home every day. Use household cleaners and disinfectant wipes or sprays. Take special care to clean things that you grab with your hands. These include doorknobs, remote controls, phones, and handles on your refrigerator and microwave. And don't forget countertops, tabletops, bathrooms, and computer keyboards.

### When to call for help

**Call911** anytime you think you may need emergency care. For example, call if:

- You have severe trouble breathing. (You can't talk at all.)
- You have constant chest pain or pressure.
- You are severely dizzy or lightheaded.

## COVID-19 Information (continued)

- You are confused or can't think clearly.
- Your face and lips have a blue color.
- You pass out (lose consciousness) or are very hard to wake up.

**Call your doctor now** if you develop symptoms such as:

- Shortness of breath.
- Fever.
- Cough.

If you need to get care, call ahead to the doctor's office for instructions before you go. Make sure you wear a face cover to prevent exposing other people to the virus.

### Where can you get the latest information?

The following health organizations are tracking and studying this virus. Their websites contain the most up-to-date information. You'll also learn what to do if you think you may have been exposed to the virus.

- **U.S. Centers for Disease Control and Prevention (CDC):** The CDC provides updated news about the disease and travel advice. The website also tells you how to prevent the spread of infection. www.cdc.gov
- **World Health Organization (WHO):** WHO offers information about the virus outbreaks. WHO also has travel advice. www.who.int

Current as of: April 24, 2020          Content Version: 12.4

© 2006-2020 Healthwise, Incorporated.

Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

## What's Next
**Follow up with Cardiac Center (Adult)**

80 Jesse Hill Jr. Drive SE
S. Tower, 2nd Floor, F Hallway
Atlanta GA 30303
404-616-4327

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.gradyhealth.org/MyChart/**, click "Sign Up Now", and enter your personal activation code: **PTXVC-385HA.** Activation code expires 6/15/2020.

**Grady Health System**
GHS 11B
Phone: 404-616-4635

80 Jesse Hill Jr Dr SE
Atlanta GA 30303

Date: May 16, 2020

100621078

Name: Rashaun Judge
601 MCDONOUGH BLVD SE
ATLANTA GA 30315-4400

ID: 100621078
DOB:       /1985

**Rx: aspirin 81 mg chewable tablet**                                    **Order ID: 187615627**
**Sig:** Take 1 tablet (81 mg total) by mouth every day.
**Qty:** **30 (Thirty) tablet**          **Refill:** **3 (Three)**          **Route:** Oral
**Start:** May 17, 2020

**Rx: atorvastatin (LIPITOR) 40 MG tablet**                              **Order ID: 187615628**
**Sig:** Take 1 tablet (40 mg total) by mouth every day.
**Qty:** **90 (Ninety) tablet**          **Refill:** **3 (Three)**          **Route:** Oral
**Start:** May 17, 2020

**Rx: carvedilol (COREG) 3.125 mg tablet**                              **Order ID: 187615629**
**Sig:** Take 1 tablet (3.125 mg total) by mouth 2 times every day with meals.
**Qty:** **180 (One Hundred Eighty)   Refill:** **3 (Three)**          **Route:** Oral
tablet**
**Start:** May 16, 2020

Signature of Ordering Provider:
Makue Fowe, Leyla, MD
NPI: 1184127946                        DEA:AG1197967-1184127946
Signature of Authorizing Provider (if required):
Tejani, Mehul N., MD
NPI: 1861653461                        DEA:FT2120486

Rx

**WARNING: This document contains the following industry recognized security features**

Digital Copy Void Pantograph          When copying is attempted on many copier and scanners the message 'COPY' appears in the background
Variable Data Watermark               Variable Data Watermark diagonally repeats important information. Located on the front or back of the form
MicroPrint                            Very small print degrades when photocopied. Can be read with magnifier wherever the *MP* symbol appears
Security Features Warning Box         Warning Box describes the security features contained within this document.

**Grady Health System**
GHS 11B
Phone: 404-616-4635

80 Jesse Hill Jr Dr SE
Atlanta GA 30303

Name: Rashaun Judge
601 MCDONOUGH BLVD SE
ATLANTA GA 30315-4400

Date: May 16, 2020

100621078

ID: 100621078
DOB:       /1985

**Rx: apixaban (ELIQUIS) 2.5 MG TABS tablet**
**Sig:** Take 1 tablet (2.5 mg total) by mouth 2 times every day.
**Qty:** **20 (Twenty) tablet**       **Refill:** **0 (Zero)****
**Start:** May 16, 2020

**Order ID: 187615637**

**Route:** Oral

Signature of Ordering Provider:
Makue Fowe, Leyla, MD
NPI: 1184127946

DEA:AG1197967-1184127946

Signature of Authorizing Provider (if required):
Tejani, Mehul N., MD
NPI: 1861653461

DEA:FT2120486

WARNING: This document contains the following industry recognized security features

Digital Copy Void Pantograph        When copying is attempted on many copier and scanners the message 'COPY' appears in the background
Variable Data Watermark             Variable Data Watermark diagonally repeats important information   Located on the front or back of the form
MicroPrint                          Very small print degrades when photocopied   Can be read with magnifier wherever the *MP* symbol appears
Security Features Warning Box       Warning Box describes the security features contained within this document

**Grady Health System**
GHS 11B
Phone: 404-616-4635

80 Jesse Hill Jr Dr SE
Atlanta GA 30303

Date: May 16, 2020



100621078

Name: Rashaun Judge
601 MCDONOUGH BLVD SE
ATLANTA GA 30315-4400

ID: 100621078
DOB:      1985

**Rx: metoprolol succinate XL (TOPROL-XL) 25 mg tablet**
**Sig:** Take 1 tablet (25 mg total) by mouth every day.
**Qty:** **90 (Ninety) tablet**    **Refill:** **3 (Three)**
**Start:** May 16, 2020

**Order ID: 187615633**

**Route:** Oral

Signature of Ordering Provider:_____
Makue Fowe, Leyla, MD
NPI: 1184127946                    DEA:AG1197967-1184127946
Signature of Authorizing Provider (if required):_____
Tejani, Mehul N., MD
NPI: 1861653461                    DEA:FT2120486

WARNING: This document contains the following industry recognized security features

Digital Copy Void Pantograph       When copying is attempted on many copier and scanners the message 'COPY' appears in the background.
Variable Data Watermark           Variable Data Watermark diagonally repeats important information.  Located on the front or back of the form.
MicroPrint                        Very small print degrades when photocopied.  Can be read with magnifier wherever the *MP* symbol appears.
Security Features Warning Box      Warning Box describes the security features contained within this document.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/20/2020 08:58 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 05/22/2020 10:01.**

5/19/2020

, Rashaun (MR#100621078) Printed by DANIELS, VERONICA J [32724]

Judge, Rashaun (MRN 100621078) DOB          /1985 Encounter Date: 05/14/2020

**Do you have a question abou       eport?**          USP ATL 17358-171          Ask a Question

# Judge, Rashaun

MRN: 100621078

**ED to Hosp-Admission**          t attending: Tejani, Mehul N., MD • Treatment team
5/14/2020 - 5/16/2020 (2 days)
Status: Discharged
GRADY HOSPITAL

## Discharge Summary          Makue Fowe, Leyla, MD (Resident) • General Medicine

Cosigned by: Gensler, Lauren M          t 5/16/2020 12:32 PM

Attestation signed b       sler, Lauren M., MD at 5/16/2020 12:32 PM

5/16/2020 12:28 PM

I saw and evaluated th       nt.  Discussed with resident and agree with resident's findings and
plan as documented in       sident's note.

Patient without chest p       e is still unwilling to undergo LHC even if stress test is positive.
Patient COVID positive       ikely would not be able to get stress test until he is negative.  Will
start on ASA and statin       in 70s, so will try low dose BB but this needs to be followed up on.
Given refusal of LHC,       positive stress test would unlikely change management. Will need
outpatient stress and c       ogy follow up in next few weeks.  Due to being COVID positive he
warrants Level 1 AC w       uis 2.5mg BID.  He will also need to be in isolation in prison per
their policy.

Judge, Rashaun
**Home Medica       structions**          HAR:5007950009
Printed on:05/16/20 1232

| **Medicatio       rmation** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **apixaban (ELIQUIS) 2**      **TABS tablet**<br>**Take 1 tablet (2.5 mg       by mouth 2 times**<br>**every day.** | | | | | | | | |
| **aspirin 81 mg chewa       let**<br>**Take 1 tablet (81 mg       by mouth every**<br>**day.** | | | | | | | | |
| **atorvastatin (LIPITOR       G tablet**<br>**Take 1 tablet (40 mg       by mouth every**<br>**day.** | | | | | | | | |
| **metoprolol succinate       OPROL-XL) 25 mg**<br>**tablet**<br>**Take 1 tablet (25 mg       by mouth every**<br>**day.** | | | | | | | | |

5/19/2020

Judge, Rashaun (MR#100621078) Printed by DANIELS, VERONICA J [32724]

Judge

n (MRN 100621078) DOB: 01/11/1985 Encounter Date: 05/14/2020

uren M. Gensler, MD

### Physician Discharge Summary

**nt ID:**
aun Judge
21078
o.
1985

**it date**: 5/14/2020

**harge date and time:** 05/16/20

**itting Physician**: Mehul N. Tejani, MD

**harge Physician:**  Dr Gensler

**ission Diagnoses:** Chest pain
t pain
t pain

**harge Diagnoses:**
t pain, unspecified

**ission Condition:** fair

**harged Condition:** good

**ation for Admission:**

**ital Course:**
**ical chest pain**
**ves inversion in the antero-lateral leads**
nt presented with chest pain at rest. EKG findings was concerning for  t waves inversion the
olateral leads and troponins were negative time 3. Cardiology was consulted and recommended
 heart cath but patient declined without giving any specific reason. His work up showed A1C 4.5,
panel and TSH within normal limit and unremarkable urine drug screen. He underwent and
cardiogram and CT heart that did not show anything concerning. Cardiology recommended a
s test and patient was started on aspirin, lipitor and metoprolol XL. He was advise to follow up
cardiology and get a stress test once possible (ideally within 1-2 weeks)

**VID infection**
nt was tested for COVID in the setting of chest pain. He never required oxygen supplement and
 o cough. His test came back positive and he was advised to self isolate until retested negative.

 **ults:** cardiology

 **ificant Diagnostic Studies:**
EART:
 ESSION:
ardiac mass or thrombus on the left atrial appendage thrombus, unchanged from yesterday
 .

Printe

niels, Veronica J at 5/19/20 9:48 AM

Judge, Rashaun (MRN 100621078) DOB        /1985 Encounter Date: 05/14/2020

Borderline cardiomegaly,        er the measurement did not demonstrate enlargement. Otherwise no
acute findings in the ches

CTPE:
IMPRESSION:
No pulmonary embolism.          arkable CT of the chest.

TTE
Interpretation Summary
The left ventricle is norma      e.
No intracardiac shunt not        he visualized region
Left ventricular systolic fu     is normal.
LV ejection Fraction = 55-

**Discharge Exam:**
General: well appearing y        muscular, no acute distress
HEENT: NCAT, non-icteri           injected conjunctivae
Lymph: no cervical LAD
CV: non-elevated JVP, no         heral edema; RRR, no murmurs
Pulm: Easy WOB, symme             est expansion
Abd: NTND
MSK: strength grossly int          gross abnormalities; no reproducible chest pain with palpation
Skin: no lesions on expos        n
Neuro: Face symmetric, n         sarthric
Psych: appropriate mood          ffect

**Disposition and Future         ntments:**
The following appointmen          exist:
No future appointments.

**Patient Instructions:**
Activity: activity as tolerat
Diet: regular diet and card       et
Wound Care: none neede

There are no discharge m          tions for this patient.

**Signed:**
Leyla Makue Fowe, MD
5/16/2020
10:46 AM

## Other Notes                                          All notes

H&P from Spandorfer, R        MD (General Medicine)

Consults from Ismail, Sa       MD (Cardiology-Consult) [Cosign Needed]

## Additional Orders and        umentation

Judge, Rashaun (MRN 100621078) DOB: 01/11/1985 Encounter Date: 05/14/2020

 **Results**
Imaging
Microbiology

 **Meds**

 **Orders**
Procedures

 **Flowsheets**

Encounter Info:  History, Allergies, Education, Care Plan, Detailed Report

## Media

Electronic signature on 5/14/2020 5:59 PM - Signed

---

### Hospital Problem List

Chest pain

---

### Care Timeline

05/15  Admitted from ED 0420
05/16 Discharged 1523

---

### Discharge

Discharged/Transferred to Court/Law Enforcement

IP After Visit Summary (Printed 5/16/2020)

Follow-Ups: Follow up with Cardiac Center (Adult) (Cardiology)

Discharge Orders

Amb referral to Cardiology: Authorized

---

### Medication List at Discharge

Apixaban 2.5 mg Oral 2 TIMES DAILY

Aspirin 81 mg Oral DAILY

Atorvastatin Calcium 40 mg Oral DAILY

Metoprolol Succinate 25 mg Oral DAILY

---

Printed by Daniels, Veronica J at 5/19/20 9:48 AM

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/20/2020 07:26 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 05/22/2020 16:21.**

USP ATL 17358-171

## Grady Health System®

---

# Important - Utilization Review from Grady Health System

May 18 2020  9:54AM ET

Dear  Carol Fortson, Naphcare

Utilization Review ADM - 131127568 information for RASHAUN JUDGE, Patient Account # 5007950009 is included in this fax. Please use the contact information below to discuss any questions with this review.

**Fax Comment:**
Admission summary for 5/14/20 and discharge summary for 5/16/20

**Contact Information:**
Fax authorizations & denials to your dedicated E-Fax line. If you have not received a new fax number, pls call Latonya @ 404-616-1852/Lashawnda @ 404-616-6915. You can also call authorizations & denials - UM VM system @ 404-616-7705. Include the following.1. Name & contact # of person authorizing days 2.Patient's name 3.Patient's DOB 4.Admit Dt 5.Specific dtes approved/denied 6.Total days authorized/denied. 7. Level of care authorized 8.Dt of next clinical update & fax # for submission 9. Auth#

Thank you.

---

### Authorization Number Request

Use Fax Number  to fax authorization number for approval for above patient

Authorization #   _____

---

### Confidentiality Notice

The documents accompanying this telecopy transmission may contain legally confidential, privileged and proprietary information.  It is intended only for the named recipient(s); if you are not the named recipient(s) you are not authorized to copy, print, share, save or rely upon any portion of this communication. If you are not the named recipient and/or have received this information in error please immediately notify the sender listed above and Allscripts at (866) 790-8690 and delete this transmission including any attachments.

Review ID# 131127568

**Grady Health System**
**Utilization Review Medical Necessity**

## Review Information - Review # 131127568 - MRN: 000100621078 - RASHAUN JUDGE

| Review ID: | 131127568 | Review Type: | Admissions |
|---|---|---|---|
| Reviewer: | Eboni NCM, Baxter | Review Date: | 5/14/2020 |
| Reviewed Days: | | Level of Care: | x |

## Patient Information - Review # 131127568 - MRN: 000100621078 - RASHAUN JUDGE

| Name: | RASHAUN JUDGE | MRN: | 000100621078 |
|---|---|---|---|
| Date of Birth: | 1985 (35 years) | Account #: | 5007950009 |
| Gender: | Male | Patient Type: | Inpatient |
| Admission Date: | 5/14/2020 9:30 PM (ET) | Location: | 11B / 11B-11B22 |
| Discharge Date: | 5/16/2020 3:23 PM (ET) | Service Type: | Emergency Service |
| Attending Physician: | MEHUL TEJANI | | |
| Admitting Diagnosis: | STEMI | | |

## Medical Necessity - Review # 131127568 - MRN: 000100621078 - RASHAUN JUDGE

| Severity of Illness |
|---|
| Eboni NCM, Baxter: Admission review for 5/14/20.<br><br>Emory Medicine History and Physical \| Team F<br>Patient Name: RASHAUN JUDGE<br>Patient MRN: 100621078<br>Admission date: 5/14/2020<br>PCP: No primary care provider on file.<br><br>CC: "chest pain"<br>HPI: RASHAUN JUDGE is a 35 y.o. male with no significant PMH presenting for chest pain. Pt is an inmate in federal prison.<br><br>The pt reports recurrent episodes of mild chest pain, around 10x over the past several years. Each time he is told his EKG is slightly abnormal but stable and no further work-up is pursued.<br><br>Four days ago, the frequency of these events intensified. He reports L sided chest pain, which is sometimes sharp, sometimes squeezing, sometimes a/w dyspnea. Pain is 4/10 and comes on randomly, lasting for a few minutes at a time before spontaneously remitting. It is not a/w nausea, diaphoresis, anxiety or palpitations. He reports significant cardio exercise without symptoms. No association with food or time of day.<br><br>He reports MI in his mother at the age of 71 and an aunt with a pacemaker, but otherwise no significant FH of cardiac disease. He is a current smoker <1 ppd x 10 years. Former marijuana smoker but no current drug use and no h/o cocaine.<br><br>He denies any sick contacts and no fevers/chills, cough, dyspnea, n/v, diarrhea, abdominal pain, anosmia/ageustia. No LE edema or orthopnea. |

Pt reports he has been complaining of this for four days to nurses at the prison but no further action was by medical staff until today when he told a guard directly that he was having now constant chest pain. EKG prior to arrival was noted to have changes concerning for STEMI.

VS:BP 118/63 | Pulse 61 | Temp 36.8 C (98.2 F) | Resp 12 | Ht 1.651 m (5' 5") | Wt 74.8 kg (165 lb) | SpO2 100% | BMI 27.46 kg/m

EKG: 75 bpm, sinus rhythm, RAA w/ borderline right axis deviation, biphasic T waves in v3-v5, t wave inversions II, III and AVF, ST elevation V3-V5

LABS: Cre 1.3, CBC-wnl, D-Dimer 566, Triglyceride-Serum 46, Covid-19 lab test positive, PTL 138

## Intensity of Service

Eboni NCM, Baxter: Admission review for 5/14/20.

MEDS:
enoxaparin (LOVENOX) 40 mg/0.4 mL injection 40 mg
Dose: 40 mg
Freq: EVERY 24 HOURS Route: SC

apixaban (ELIQUIS) tablet 2.5 mg
Dose: 2.5 mg
Freq: 2 TIMES DAILY Route: PO

aspirin chewable tablet 81 mg
Dose: 81 mg
Freq: DAILY Route: PO

atorvastatin (LIPITOR) tablet 40 mg
Dose: 40 mg
Freq: DAILY Route: PO

PLAN:
RASHAUN JUDGE is a 35 y.o. male presenting with non-anginal chest pain and concerning EKG findings with negative troponin warranting admission for further cardiac work-up.

#Chest Pain
#EKG Changes c/f Myocardial Ischemia
TTE w/o focal wall motion abnormality per cardiology. Pt reports long h/o abnormal EKGs and intermittent chest pain. No recent drug use. Troponins negative. CAD vs coronary vasospasm vs non-cardiac chest pain. CT PE negative. Given his lack of typical anginal chest pain, young age without significant risk factors, negative cardiac biomarkers or focal wall motion abnormalities, reported stable EKG changes, ability to do ~1 hour of cardio without symptoms, I have a low suspicion for ischemic disease, but his EKG changes are certainly concerning especially in the setting of chest pain and warrants further work-up.
- Cardiology consulted; recommend ASA and admission for observation with CTA vs LHC. No indication for heparin or other medications at this time.
- TTE ordered
- Trend troponin
- Check lipids, A1c

#COVID-19 PUI
Given chest pain with occasional dyspnea and CXR abnormality.
- COVID-19 NP swab pending
- COVID-19 isolation precautions
- SCD for DVT prophylaxis for now given low clinical suspicion and possible procedure tomorrow AM

## Other

Eboni NCM, Baxter: Discharge Summary for 5/16/20.

I saw and evaluated the patient.  Discussed with resident and agree with residents findings and plan as documented in the residents note.

Patient without chest pain. He is still unwilling to undergo LHC even if stress test is positive. Patient COVID positive and likely would not be able to get stress test until he is negative. Will start on ASA and statin.  HR in 70s, so will try low dose BB but this needs to be followed up on. Given refusal of LHC, even a positive stress test would unlikely change management. Will need outpatient stress and cardiology follow up in next few weeks.  Due to being COVID positive he warrants Level 1 AC with Eliquis 2.5mg BID.  He will also need to be in isolation in prison per their policy.

    Judge, Rashaun
Home Medication Instructions  HAR:5007950009
      Printed on:05/16/20 1232

Medication Information:

apixaban (ELIQUIS) 2.5 MG TABS tablet
Take 1 tablet (2.5 mg total) by mouth 2 times every day.

aspirin 81 mg chewable tablet
Take 1 tablet (81 mg total) by mouth every day.

atorvastatin (LIPITOR) 40 MG tablet
Take 1 tablet (40 mg total) by mouth every day.

metoprolol succinate XL (TOPROL-XL) 25 mg tablet
Take 1 tablet (25 mg total) by mouth every day.

Lauren M. Gensler, MD

Physician Discharge Summary

Patient ID:
Rashaun Judge
100621078
35 y.o.
1/11/1985

Admit date: 5/14/2020

Discharge date and time: 05/16/20


Admitting Physician: Mehul N. Tejani, MD

Discharge Physician:  Dr Gensler

Admission Diagnoses: Chest pain
Chest pain
Chest pain

Discharge Diagnoses:
Chest pain, unspecified

Admission Condition: fair

Discharged Condition: good

Indication for Admission:

Hospital Course:
#atypical chest pain
#Twaves inversion in the antero-lateral leads
Patient presented with chest pain at rest. EKG findings was concerning for  t waves inversion
the anterolateral leads and troponins were negative time 3. Cardiology was consulted and
recommended a left heart cath but patient declined without giving any specific reason. His work
up showed A1C 4.5, lipid panel and TSH within normal limit and unremarkable urine drug screen.
He underwent and echocardiogram and CT heart that did not show anything concerning. Cardiology
recommended a stress test and patient was started on aspirin, lipitor and metoprolol XL. He
was advise to follow up with cardiology and get a stress test once possible (ideally within
1-2 weeks)


#COVID infection
Patient was tested for COVID in the setting of chest pain. He never required oxygen supplement
and had no cough. His test came back positive and he was advised to self isolate until retested
negative.


Consults: cardiology


Significant Diagnostic Studies:
CTHEART:
IMPRESSION:
No cardiac mass or thrombus on the left atrial appendage thrombus, unchanged from yesterday
exam.
Borderline cardiomegaly, however the measurement did not demonstrate enlargement. Otherwise
no acute findings in the chest.


CTPE:
IMPRESSION:
No pulmonary embolism. Unremarkable CT of the chest.


TTE
Interpretation Summary
The left ventricle is normal in size.
No intracardiac shunt noted in the visualized region
Left ventricular systolic function is normal.
LV ejection Fraction = 55-60%.


Discharge Exam:
General: well appearingyoung muscular, no acute distress
HEENT: NCAT,non-icteric, non-injected conjunctivae
Lymph: no cervical LAD
CV:non-elevated JVP, no peripheral edema;RRR, no murmurs
Pulm:Easy WOB, symmetric chest expansion
Abd: NTND
MSK: strength grossly intact, no gross abnormalities; no reproducible chest pain with palpation
Skin: no lesions on exposed skin
Neuro: Face symmetric, non-dysarthric
Psych: appropriate mood and affect


Disposition and Future Appointments:
The following appointments also exist:
No future appointments.


Patient Instructions:
Activity: activity as tolerated
Diet: regular diet and cardiac diet
Wound Care: none needed

```
There are no discharge medications for this patient.

Signed:
Leyla Makue Fowe, MD
```

## Patient Information - Review # 131127568 - MRN: 000100621078 - RASHAUN JUDGE

| Name: | RASHAUN JUDGE | MRN: | 000100621078 |
|---|---|---|---|
| Date of Birth: | 1985 ( 35 years) | Gender: | Male |
| Address: | 601 MCDONOUGH BLVD SE ATLANTA, GA 30315-4400 | Home: Work: Alt: | (404) 635-1000 |
| Marital Status: | Single | SSN: | 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 |
| Race: | BLACK | Race 2: | |
| Ethnicity: | NON-HISPANIC | Ethnicity 2: | |
| Religion: | NONE | | |

| Emergency Contact 1: | DECLINE PT | |
|---|---|---|

## Admission Information - Review # 131127568 - MRN: 000100621078 - RASHAUN JUDGE

| Account #: | 5007950009 | | Patient Type: | Inpatient |
|---|---|---|---|---|
| Admission Date: | 5/14/2020 9:30 PM (ET) | | Projected Discharge Date: | 5/16/2020 1:00 PM (ET) |
| Patient Class: | | Admit Source: | Self Ref | |
| Service Type: | Emergency Service | | Location: | 11B / 11B-11B22 |
| Facility: | GHS | | | |

| Primary Diagnosis: | | STEMI |
|---|---|---|

| Admitting Physician: | MEHUL N. TEJANI | |
|---|---|---|
| Attending Physician: | MEHUL N. TEJANI | |

## Financial Information - Review # 131127568 - MRN: 000100621078 - RASHAUN JUDGE

| Financial Class: | | COMM |
|---|---|---|

| Guarantor: | RASHAUN JUDGE 601 MCDONOUGH BLVD SE ATLANTA, GA 30315-4400 Relationship: Other | Home: (404) 635-1000 Employment Status: None |
|---|---|---|
| Guarantor Employer: | UNEMPLOYED | |

## Assessment/Needs - General Information - Review # 131127568 - MRN: 000100621078 -

## RASHAUN JUDGE

| Patient Height: | 5 ft. 5 in. |
| --- | --- |
| Patient Weight: | 165 lbs. 0 oz. |
| Primary Language: | ENG |

## Transportation - Review # 131127568 - MRN: 000100621078 - RASHAUN JUDGE

| Patient Height: | 5 ft. 5 in. |
| --- | --- |
| Patient Weight: | 165 lbs. 0 oz. |

Copyright 1995-2020 Allscripts Healthcare, Inc. All rights reserved.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 05/18/2020 12:00 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 05/22/2020 09:59.**



ID:         17358171
DOB:        /1985 (35 yr)
Gender:     Male

Name:       Judge, Rashaun
Comments:   chest Pain

5/14/2020  3:20:34 PM

P/PR:                104/180 ms
QRS:                     76 ms
QT/QTc:          370/385 ms
P/QRS/T Axis:    43/85/-41 deg
Heart Rate:          65 BPM

sinus rhythm
vertical axis
marked mid-precordial repolarization disturbance, consider ischemia or LV
overload
large negative T in V3 V4
with negative T in V5
left-precordial ST elevation, consider acute ischemia
inferior ST depression, probably reciprocal
Abnormal ECG

Unconfirmed Report

25 mm/s     10 mm/mV     Frequency Response [0.5-35] Hz  60 Hz

Made in USA

P/N 9400uP

Version 2.16.0

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex:     M | Race: | BLACK |
| Scanned Date: | 05/18/2020 11:51 EST | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 05/22/2020 09:53.**