# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex:    M    Race: BLACK | Facility: | ATL |
| Note Date: | 08/22/2019 07:22 | Provider:    Martin, D. MD/CD | Unit: | B02 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE    1**        **Provider:** Martin, D. MD/CD

        Cosign Note: MLP note reviewed, and I agree as stated except that NP needs to bring inmate back for EKG.

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Martin, D. MD/CD on 08/22/2019 07:26

Requested to be reviewed by  Crossley, K. FNP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/22/2019 07:22 | Provider: | Martin, D. MD/CD | Facility: | ATL |

**Reviewed by Crossley, K. FNP on 08/27/2019 06:34.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: M   Race: BLACK | Facility: | ATL |
| Encounter Date: | 08/15/2019 10:30 | Provider: Crossley, K. FNP | Unit: | B02 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:** Crossley, K. FNP

**Chief Complaint:** Chest Pain

**Subjective:** Presents with c/o "from time to time I have chest pains" x3 years. Has been seen previously with no definitive diagnosis. Last time he has chest pain was 2 days ago while lying on his bed (left side). None at this time.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 98.1 | 36.7 | Oral | Crossley, K. FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 58 | Via Machine | | Crossley, K. FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 18 | Crossley, K. FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 145/80 | | | | Crossley, K. FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 98 | Room Air | Crossley, K. FNP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 160.0 | 72.6 | | Crossley, K. FNP |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress

**Auscultation**

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|---|
| Date of Birth: | 1985 | Sex: | M | Race: BLACK | Facility: | ATL |
| Encounter Date: | 08/15/2019 10:30 | Provider: | Crossley, K. FNP | | Unit: | B02 |

## Exam:

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

## ASSESSMENT:

Encounter for general adult medical exam without abnormal findings, Z0000 - Current - *8/15/2019- reports chest pain from "time to time". None today; exam normal; EKG for reassurance*

## PLAN:

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | | Crossley, K. FNP |
| | **Order Date:** | 08/15/2019 | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Discussed with physician, plan as follows- EKG ordered. Allergies reviewed and verified

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/15/2019 | Counseling | Access to Care | Crossley, K. | Verbalizes Understanding |
| 08/15/2019 | Counseling | Diagnosis | Crossley, K. | Verbalizes Understanding |
| 08/15/2019 | Counseling | Plan of Care | Crossley, K. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Crossley, K. FNP on 08/15/2019 11:47

Requested to be cosigned by  Martin, D. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: M | Race: | BLACK |
| Encounter Date: | 08/15/2019 10:30 | Provider: Crossley, K. FNP | Facility: | ATL |

**Cosigned with New Encounter Note by Martin, D. MD/CD on 08/22/2019 07:22.**

# Bureau of Prisons
## Health Services
## Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/24/2019 12:46 | Provider: | Smith, Nancy RN | Facility: | ATL |

**Seizures:**        Denied

**Diabetes:**        Denied

**Cardiovascular:**        Denied

**CVA:**        Denied

**Hypertension:**        Denied

**Respiratory:**        Denied

**Sickle Cell Anemia:**        Denied

**Carcinoma/Lymphoma:**        Denied

**Allergies:**        Denied

**Tuberculosis:**

    **Hx of Previous Disease:** No

    **Blood-tinged Sputum:** No

    **Night Sweats:** No

    **Weight Loss:** No

    **Fever:** No

    **Cough:** No

    **Comments:**

**Infectious Disease Risk Factors:**

    **IV Drug Use:** No

    **IV Drug Use Needles:**

    **Sexual Partner IV Drug Use:** No

    **Sexual Partner IV Drug Use Needles:**

    **Female Sexual Partners (Last 5 Yrs):** 2-5

    **Male Sexual Partners (Last 5 Yrs):** None

    **Condom Use:** Sometimes

    **Sexual Contact With HIV+ Individual:** No

    **Blood Product Transfusion:** No

    **Travel Outside US:** No

    **Tattoos:** Yes

    **Comments:** tattoos: pro shop

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/24/2019 12:46 | Provider: | Smith, Nancy RN | Facility: | ATL |

**HIV History:**

> **When Tested:** 2009

> **Test Result:** Negative

> **When Diagnosed AIDS:**

> **Last CD4:**

> **Comments:**

**Hepatitis:** Denied

**Other Infectious Diseases:** Denied

**Abuse History:** Denied

> **Physical:** No

> **Emotional:** No

> **Sexual:** No

> **Comments:** Denies

Mental Health:

> **Level of Consciousness:** Alert and Oriented

> **Psychomotor Activity:** Normal

> **General Appearance:** Normal

> **Behavior:** Cooperative

> **Mood:** Appropriate to Content

> **Thought Process:** Goal Directed

> **Thought Content:** Normal

> **Hx of Mental Health Treatment:** None

> **Hx of Head Injury:** None

> **Current Mental Health Treatment:** No

> **Current Mental Health Complaint:** No

> **Hx of Loss of Consciousness:** No

> **Hx of Hearing Voices:** No

> **Past History of Suicide Attempt:** No

> **Current Suicide Ideation:** No

> **Suicide Prevention Initiated:** No

> **Comments:**

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/24/2019 12:46 | Provider: | Smith, Nancy RN | Facility: | ATL |

**Substance Use History:**

| | **Last Used** | **Frequency** | **Route** | **Type** | **Amount** |
|---|---|---|---|---|---|
| **Alcohol** | 1 - 5 years | Daily | | Beer | 2 drinks / day |
| **Marijuana** | 1 - 5 years | Daily | Smoked | | |
| **Cocaine** | 1 - 5 years | Daily | Smoked | Both | |

**Hx of Withdrawal Symptoms:**

**Comments:**

**Current Painful Condition:**    Denied

**Other Health Issues:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:**    N/A

**Dental Condition:** Denied

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Prosthetic Devices/Equipment:** Denied

**Potential Items For Follow-up:**

**Item**

Tattoos

Substance Abuse History

PPD Administration Not Performed

**Health Problems Newly Identified During This Encounter:**

Health Problem

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/24/2019 12:46 | Provider: | Smith, Nancy RN | Facility: | ATL |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|--------|--------|------|-----|------------|--------------|
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---------|-----------|----------|----------|
| Lab Tests-H-HIV 1/2 | One Time | 08/21/2019 00:00 | Routine |

**Disposition:**

Follow-up at Sick Call as Needed
To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 07/24/2019 | Counseling | Access to Care | Smith, Nancy | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Smith, Nancy RN on 07/24/2019 12:48
Requested to be cosigned by Martin, D. MD/CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/24/2019 12:46 | Provider: | Smith, Nancy RN | Facility: | ATL |

**Cosigned by Martin, D. MD/CD on 07/24/2019 15:44.**

# Bureau of Prisons
## Health Services
## Inmate  Study Complete

| | |
|---|---|
| **Reg #:**  17358-171 | **Inmate Name:**  JUDGE, RASHAUN ALLEN |

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____     Transfer Date: 02/11/2019 _____

**Health Problems**
   No Data Found


**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**
   None
**OTCs:  Listing of all known OTCs this inmate is currently taking.**
   None
**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 02/07/2019 | 00:00 | Exit Summary | MLP 02 |
| 11/11/2019 | 00:00 | PPD Administration | Nurse |
| 11/27/2018 | 11:23 | Diagnostic and Care Level Formulation | Graney, Dawn PhD |
| 11/27/2018 | 11:22 | Forensic Examination Summary Report | Graney, Dawn PhD |


**TB Clearance:**  Yes

            Last PPD Date: 11/11/2018 _____         Induration: 0mm _____
   Last Chest X-Ray Date: _____         Results: _____
                TB Treatment: _____     Sx free for 30 days: Yes _____
TB Follow-up Recommended: No _____


**Sickle Cell:**
   Sickle Cell Trait/Disease:      No _____

**Limitations/Restrictions/Diets:**
   Cleared for Food Service: Yes
   MDS Comments: CL1


**Comments:**
   Study Complete 02/11/19

**Allergies**
   No Known Allergies

**Devices / Equipment**
   No Data Found

**Travel:**
      Direct Travel: No _____
Travel Restrictions:  None _____
   **UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:**  BUTNER MED FCI _____     Phone Number: 9195754541 _____
            Address 1:  OLD NC HWY 75 _____
            Address 2: _____
         City/State/Zip:  BUTNER, North Carolina 27509 _____

Name/Title of Person Completing Form:  Van Sickle, M. ANP-BC _____     Date:   02/07/2019

   Inmate Name:   JUDGE, RASHAUN ALLEN _____     Reg #:   17358-171   DOB:      1985   Sex:   M _____

# Bureau of Prisons
## Health Services
## Inmate Intra-system Transfer

**Reg #:** 17358-171        **Inmate Name:** JUDGE, RASHAUN ALLEN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____    Transfer Date: 02/12/2019

**Health Problems**

No Data Found

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

None

**OTCs: Listing of all known OTCs this inmate is currently taking.**

None

**Pending Appointments**

| Date | Time | Activity | Provider |
|------|------|----------|----------|
| 11/11/2019 | 00:00 | PPD Administration | Nurse |
| 11/27/2018 | 11:23 | Diagnostic and Care Level Formulation | Graney, Dawn PhD |
| 11/27/2018 | 11:22 | Forensic Examination Summary Report | Graney, Dawn PhD |

**TB Clearance:** Yes

Last PPD Date: 11/11/2018        Induration: 0mm
Last Chest X-Ray Date: _____        Results: _____
TB Treatment: Not Applicable        Sx free for 30 days: Yes
TB Follow-up Recommended: No

**Sickle Cell:**

Sickle Cell Trait/Disease:    Not applicable.
                             FOR ISDS ONLY

**Limitations/Restrictions/Diets:**

Cleared for Food Service: Yes
MDS Comments: CL1

**Comments:**

**Allergies**

No Known Allergies

**Devices / Equipment**

No Data Found

**Travel:**

Direct Travel: No
Travel Restrictions: None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:** ATLANTA USP        Phone Number: 4046355100
            Address 1: 601 MCDONOUGH BLVD SE
            Address 2:
            City/State/Zip: ATLANTA, Georgia 30315

Name/Title of Person Completing Form: Coleman, Stanley ARNP        Date: 02/12/2019

Inmate Name: JUDGE, RASHAUN ALLEN    Reg #: 17358-171    DOB: 1985    Sex: M

# Bureau of Prisons
## Health Services
## Inmate Intra-system Transfer

| | |
|---|---|
| **Reg #:** 17358-171 | **Inmate Name:** JUDGE, RASHAUN ALLEN |

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To:  RSO _____    Transfer Date: 02/12/2019 _____

**Health Problems**

No Data Found

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

None

**OTCs:  Listing of all known OTCs this inmate is currently taking.**

None

**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 11/11/2019 | 00:00 | PPD Administration | Nurse |
| 11/27/2018 | 11:23 | Diagnostic and Care Level Formulation | Graney, Dawn PhD |
| 11/27/2018 | 11:22 | Forensic Examination Summary Report | Graney, Dawn PhD |

**TB Clearance:**  Yes

| | | |
|---|---|---|
| Last PPD Date: 11/11/2018 | Induration: 0mm | |
| Last Chest X-Ray Date: | Results: | |
| TB Treatment: | Sx free for 30 days: Yes | |
| TB Follow-up Recommended: No | | |

**Sickle Cell:**

Sickle Cell Trait/Disease:  No

**Limitations/Restrictions/Diets:**

Cleared for Food Service: Yes

MDS Comments: CL1

**Comments:**

**Allergies**

No Known Allergies

**Devices / Equipment**

No Data Found

**Travel:**

Direct Travel: No

Travel Restrictions:  None

**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:** ATLANTA USP          Phone Number: 4046355100

Address 1:  601 MCDONOUGH BLVD SE

Address 2:

City/State/Zip:  ATLANTA, Georgia 30315

Name/Title of Person Completing Form:  Sreng, Sophanna Medical Assistant       Date:  02/12/2019

Inmate Name:  JUDGE, RASHAUN ALLEN          Reg #:  17358-171   DOB:  1985   Sex:  M

# Bureau of Prisons
## Health Services
## Vitals All

| Begin Date: | 01/01/2019 | End Date: | 12/31/2019 |
|---|---|---|---|
| Reg #: | 17358-171 | Inmate Name: | JUDGE, RASHAUN ALLEN |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 98.1 | 36.7 | Oral | Crossley, K. FNP |

Orig Entered: 08/15/2019 10:33 EST   Crossley, K. FNP

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 58 | Via Machine | | Crossley, K. FNP |

Orig Entered: 08/15/2019 10:33 EST   Crossley, K. FNP

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 18 | Crossley, K. FNP |

Orig Entered: 08/15/2019 10:33 EST   Crossley, K. FNP

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 145/80 | | | | Crossley, K. FNP |

Orig Entered: 08/15/2019 10:33 EST   Crossley, K. FNP

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 98 | Room Air | Crossley, K. FNP |

Orig Entered: 08/15/2019 10:33 EST   Crossley, K. FNP

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/15/2019 | 10:31 ATL | 160.0 | 72.6 | | Crossley, K. FNP |

Orig Entered: 08/15/2019 10:33 EST   Crossley, K. FNP

# Bureau of Prisons
## Health Services
### PPDs

**Reg #:** 17358-171                    **Inmate Name:** JUDGE, RASHAUN ALLEN

| Admin: | | Location | Provider | Reading: | | Induration | Provider |
|---|---|---|---|---|---|---|---|
| 11/02/2019 | 13:51 | Left Forearm | Williamson, Heulon | 11/05/2019 | 19:01 | 0 mm | Williamson, Heulon RN/IOP/IDC |
| | Orig Entered: | 11/02/2019 13:52 EST | Williamson, Heulon RN/IOP/IDC | | Orig Entered: | 11/05/2019 19:01 EST | Williamson, Heulon RN/IOP/IDC |
| 11/09/2018 | 15:05 | Left Forearm | Qadri, I. MBBS, MPAS, | 11/11/2018 | 10:17 | 0 mm | Crossley, K. FNP |
| | Orig Entered: | 11/09/2018 15:06 EST | Qadri, I. MBBS, MPAS, CPAAPA, PA-C | | Orig Entered: | 11/11/2018 10:17 EST | Crossley, K. FNP |
| 01/17/2012 | 13:01 | Left Forearm | Osean, J. RN | 01/19/2012 | 12:38 | 0 mm | Osean, J. RN |
| | Orig Entered: | 01/17/2012 13:02 EST | Osean, J. RN | | Orig Entered: | 01/19/2012 12:38 EST | Osean, J. RN |
| 08/18/2010 | 11:53 | Left Forearm | Mims, Nicole H. RN | 08/20/2010 | 12:57 | 0 mm | Mims, Nicole H. RN |
| | Orig Entered: | 08/18/2010 11:55 EST | Mims, Nicole H. RN | | Orig Entered: | 08/20/2010 12:57 EST | Mims, Nicole H. RN |

**Total:** 4

# Bureau of Prisons
## Health Services
### Allergies

Reg #:  17358-171                    Inmate Name:  JUDGE, RASHAUN ALLEN

| Allergy | Date Noted | Reaction |
| --- | --- | --- |
| No Known Allergies | 08/18/2010 | |

**Orig Entered:**  08/18/2010 11:51 EST    Mims, Nicole H. RN

**Total:**  1

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

| Reg #:  17358-171 | Inmate Name: JUDGE, RASHAUN ALLEN |
|---|---|

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 08/15/2019 | Counseling | Access to Care | Verbalizes Understanding | Crossley, K. |
| **Orig Entered:** 08/15/2019 10:35 EST  Crossley, K. | | | | |
| 08/15/2019 | Counseling | Diagnosis | Verbalizes Understanding | Crossley, K. |
| **Orig Entered:** 08/15/2019 10:35 EST  Crossley, K. | | | | |
| 08/15/2019 | Counseling | Plan of Care | Verbalizes Understanding | Crossley, K. |
| **Orig Entered:** 08/15/2019 10:35 EST  Crossley, K. | | | | |
| 07/24/2019 | Counseling | Access to Care | Verbalizes Understanding | Smith, Nancy |
| **Orig Entered:** 07/24/2019 12:48 EST  Smith, Nancy | | | | |

**Total:** 4

# Bureau of Prisons
## Health Services
## Health Problems

Reg #:  17358-171                    Inmate Name:  JUDGE, RASHAUN ALLEN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Cannabis Use Disorder, Mild | | | | | | |
| 09/13/2019 09:03 EST  Chakos, Derek PsyD/DAP Coordinator | I | DSM-IV | F12.10 | 09/13/2019 | Current | |
| Encounter for general adult medical exam without abnormal findings | | | | | | |
| 08/15/2019 10:34 EST  Crossley, K. FNP | | ICD-10 | Z0000 | 08/15/2019 | Current | |
| 8/15/2019- reports chest pain from "time to time". None today; exam normal; EKG for reassurance | | | | | | |
| Coronavirus COVID-19 test negative | | | | | | |
| 05/28/2020 07:01 EST  Moore, S. FNP | | ICD-10 | Z03818- | 05/28/2020 | Current | |
| **Resolved** | | | | | | |
| Bronchitis, acute | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 466.0 | 09/23/2010 | Resolved | 01/30/2012 |
| 01/30/2012 18:54 EST  Fish, Irwin MPAS, PA-C | III | ICD-9 | 466.0 | 09/23/2010 | Resolved | 01/30/2012 |
| 09/23/2010 11:09 EST  Fish, Irwin MPAS, PA-C | III | ICD-9 | 466.0 | 09/23/2010 | Current | 09/23/2010 |
| Chest pain, unspecified | | | | | | |
| 05/21/2020 09:33 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Resolved | 05/21/2020 |
| 5-21-20: recommended for further evaluation | | | | | | |
| 05/14/2020 16:54 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Current | |
| 5-14-20: unknown etiology: diff: MI, pericarditis, cardiomyopathy; send to ER r/o the former. | | | | | | |
| 05/14/2020 16:53 EST  Martin, D. MD/CD | | ICD-10 | R079 | 05/14/2020 | Current | |
| 5-14-20: unknown etiology: diff: MI, pericarditis, cardiomyopathy | | | | | | |
| Confirmed case COVID-19 | | | | | | |
| 05/28/2020 07:01 EST  Moore, S. FNP | | ICD-10 | U07.1 | 05/15/2020 | Resolved | 05/28/2020 |
| 5-21-20: retested today | | | | | | |
| 05/21/2020 09:33 EST  Martin, D. MD/CD | | ICD-10 | U07.1 | 05/15/2020 | Current | |
| 5-21-20: retested today | | | | | | |
| 05/17/2020 13:52 EST  Martin, D. MD/CD | | ICD-10 | U07.1 | 05/15/2020 | Current | |

**Total:** 6

# Bureau of Prisons
# Health Services
# Treatments

| | | |
|---|---|---|
| Begin Date: 01/01/2019 | End Date: | 12/31/2019 |
| Reg #: 17358-171 | Inmate Name: | JUDGE, RASHAUN ALLEN |

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|
| 08/23/2019 | 14:51 ATL | EKG | Sreng, Sophanna | Completed |

**Orig Entered:** 10/01/2019 14:51 EST   Sreng, Sophanna Medical Assistant

**Total:** 1

# Bureau of Prisons
## Health Services
## Vision Screens

Reg #: 17358-171                    Inmate Name:  JUDGE, RASHAUN ALLEN

**Vision Screen on** 11/16/2018 10:23

**Blindness:**

**Distance Vision:** OD:            OS:            OU: 20/25

**Near Vision:**    OD:            OS:            OU:

**With Corrective**

**Distance Vision:** OD:            OS:            OU:

**Near Vision:**    OD:            OS:            OU:

**Present Glasses - Distance**                **Refraction - Distance**

    Sphere    Cylinder    Axis    Add          Sphere    Cylinder    Axis    Add

**R:**                                   **R:**

**L:**                                   **L:**

**Color Test:**

**Tonometry:**  R:          L:

**Comments:**

**Orig Entered:**  11/16/2018 10:24 EST   Van Sickle, M. ANP-BC

# Bureau of Prisons
## Health Services
## Dental A&O Exam

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: M | Race: BLACK | Facility: | ATL |
| Encounter Date: | 08/08/2019 07:58 | Provider: | Peterson, Alan DMD, | Unit: | B02 |

**Reviewed Health Status:**    Yes

**Occlusion:**    Class I

**Oral Hygiene:** Fair

**CPITN:**

| 1 | 1 | 1 |
|---|---|---|
| 1 | 1 | 1 |

**Hard and soft tissue examination performed and documented on BP618 form:**  Yes

**Head & Neck/Soft Tissue within normal limits?**    Yes

**Comments:**

| Decayed: | Missing: | Filled: |
|---|---|---|
| 0 | 0 | 6 |

**Comments:**

**Approved for hygiene appointment and radiographs:**    No

**Instructed inmate how to obtain routine and emergency dental care.  Oral hygiene instructions given:**    Yes

Dental A&O Screening Exam findings entered on JUDGE, RASHAUN ALLEN by Peterson, Alan DMD, CDO on 08/08/2019 07:58.

**Bureau of Prisons**
**Psychology Services**
**RDAP - Administrative Note**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Facility: | ATL | Unit Team: | B UNIT |
| Date: | 09/30/2019 11:32 | Provider: | Levister, J. MA/DTS | | | | |

**Comments**

BP-A0942  3621(e) Offense Review

\*\*PRECLUDES\*\*

See attachment

Sentry updated to INELIGIBLE.

Completed by Levister, J. MA/DTS on 09/30/2019 11:36

**Bureau of Prisons**
**Psychology Services**
**RDAP - Diagnostic Interview**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Facility: ATL | Unit Team: | B UNIT |
| Date: | 09/13/2019 08:58 | Provider: | Chakos, Derek PsyD/DAP | | | |

**Reason for Interview**

Inmate JUDGE was interviewed on this date at ATL--ATLANTA USP to determine whether he met the criteria for a Substance Use Disorder [per DSM-5] in the year prior to his arrest based on his report and existing documentation. This determination was based on a review of his PDS records, a review of the central file, and a clinical interview.

In addition to the clinical interview, Inmate JUDGE PSR and SENTRY documentation were reviewed, and inmate was found to have:

-No previous early release under 3621 (e)
-No detainer prohibiting the completion of the community treatment component of RDAP
-Is not at pretrial offender
-Is not a contract boarder (ex. State or military)
-Did not commit his federal offense before November 1, 1987
-Did not commit his DC offense before August 5, 2000 (if applicable)

**Inmate's Report of Substance Abuse**

During the clinical interview, the inmate reported using marijuana in the year prior to his arrest for the instant offense. His reported use IS consistent with documentation in the PSR.

**Inmate's Report of Mental Health History**

The inmate was alert and oriented during this brief screening. His mood appeared stable and within normal limits. He showed no signs of any significant depression or anxiety. He showed no signs of psychosis; attention/concentration was good; memory appears intact evidenced by good recall for recent and remote events. No cognitive concerns that would preclude the inmate from participation was noted today. He denied any past or current suicidal ideation. He denied having any recent/current mental health symptoms or concerns, which was consistent with his asymptomatic clinical presentation. Accordingly, the inmate does not meet criteria for a relevant mental health diagnosis at this time.

**Diagnostic Criteria Analysis Results**

The criteria met based on his report include:
___Taking larger amounts over a longer period than intended
___Persistent desire or unsuccessful effort to cut down or control use
___Spending a Great deal of time in activities necessary to obtain, use, or recover from the effects of XX
___Craving or a strong desire/urge to use
___Recurrent use resulting in a failure to fulfill major role obligations at work, home, or school
_x__Continued use despite having persistent or recurrent social or interpersonal problems caused by or exacerbated by the effects of XX
_x__Important social, occupational, or recreational activities are given up or reduced because of use
_x__Recurrent use in situations in which it is physically hazardous
___Use is continued despite knowledge of having a persistent or recurrent physical or psychological problem that is likely to have been caused or exacerbated by XX
___Tolerance [defined as need for markedly increased amounts of alcohol to achieve intoxication or desired effects; Markedly diminished effect with continued use of the same amount of XX.]
___Withdrawal [refer to DSM-5 specific substance criteria; is taken to relieve or avoid withdrawal symptoms].

**Substance Abuse Diagnosis**

In the year prior to his arrest inmate JUDGE appears to meet DSM-5 criteria for Cannabis Use Disorder, Mild.

Inmate will be placed on the DAP Wait list. A DSCC Offense review will be requested.

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | Reg #: | 17358-171 |
|---|---|---|---|---|---|---|
| Date of Birth: | 1985 | Sex: | M | Facility: ATL | Unit Team: | B UNIT |
| Date: | 09/13/2019 08:58 | Provider: | Chakos, Derek PsyD/DAP | | | |

Completed by Chakos, Derek PsyD/DAP Coordinator on 09/13/2019 09:03

# Bureau of Prisons
# Psychology Services

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

## Diagnostic and Care Level Formulation

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M          Facility:  ATL | Unit Team: | B UNIT |
| Date: | 09/13/2019 08:58 | Provider: | Chakos, Derek PsyD/DAP | | |

### Relevant Historical Information

-No previous early release under 3621 (e)
-No detainer prohibiting the completion of the community treatment component of RDAP
-Is not at pretrial offender
-Is not a contract boarder (ex. State or military)
-Did not commit his federal offense before November 1, 1987
-Did not commit his DC offense before August 5, 2000 (if applicable)

### Presenting Problem/Symptom

Inmate JUDGE was interviewed on this date at ATL--ATLANTA USP to determine whether he met the criteria for a Substance Use Disorder [per DSM-5] in the year prior to his arrest based on his report and existing documentation. This determination was based on a review of his PDS records, a review of the central file, and a clinical interview.

During the clinical interview, the inmate reported using marijuana in the year prior to his arrest for the instant offense. His reported use IS consistent with documentation in the PSR.

The inmate was alert and oriented during this brief screening.  His mood appeared stable and within normal limits.  He showed no signs of any significant depression or anxiety.  He showed no signs of psychosis; attention/concentration was good; memory appears intact evidenced by good recall for recent and remote events. No cognitive concerns that would preclude the inmate from participation was noted today.  He denied any past or current suicidal ideation.  He denied having any recent/current mental health symptoms or concerns, which was consistent with his asymptomatic clinical presentation.  Accordingly, the inmate does not meet criteria for a relevant mental health diagnosis at this time.

The criteria met based on his report include:
___Taking larger amounts over a longer period than intended
___Persistent desire or unsuccessful effort to cut down or control use
___Spending a Great deal of time in activities necessary to obtain, use, or recover from the effects of XX
___Craving or a strong desire/urge to use
___Recurrent use resulting in a failure to fulfill major role obligations at work, home, or school
_x__Continued use despite having persistent or recurrent social or interpersonal problems caused by or exacerbated by the effects of XX
_x__Important social, occupational, or recreational activities are given up or reduced because of use
_x__Recurrent use in situations in which it is physically hazardous
___Use is continued despite knowledge of having a persistent or recurrent physical or psychological problem that is likely to have been caused or exacerbated by XX
___Tolerance [defined as need for markedly increased amounts of alcohol to achieve intoxication or desired effects; Markedly diminished effect with continued use of the same amount of XX.]
___Withdrawal [refer to DSM-5 specific substance criteria; is taken to relieve or avoid withdrawal symptoms].

### Diagnostic Formulation

In the year prior to his arrest inmate JUDGE appears to meet DSM-5 criteria for Cannabis Use Disorder, Mild.

Inmate will be placed on the DAP Wait list.  A DSCC Offense review will be requested.

### Care Level Formulation

care1-mh

**Diagnosis:**

Cannabis Use Disorder, Mild, F12.10 - Current

| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | Reg #: | 17358-171 |
| Date of Birth: | 985 | Sex: | M | Facility: ATL | Unit Team: | B UNIT |
| Date: | 09/13/2019 08:58 | Provider: | Chakos, Derek PsyD/DAP | | | |

Completed by Chakos, Derek PsyD/DAP Coordinator on 09/13/2019 09:03

**Bureau of Prisons**
**Psychology Services**
**RDAP - Screening Summary**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Facility: ATL | Unit Team: | B UNIT |
| Date: | 09/11/2019 10:05 | Provider: | Levister, J. MA/DTS | | | |

### Sufficient Time Remaining

PRD: [11/30/2025]

The inmate DOES have sufficient time remaining on his sentence.

### Documentation of Specific Drug Use

The following summarizes a review of this inmate's Pre-Sentence Report (PSR), Judgment in a Criminal Case (J&C), SENTRY (PSCD / PP37 (ARS)) and other available documentation.

Substance: [marijuana]

PSR states: [Judge began using marijuana at approximately 12 years old; soon thereafter, his use progressed to daily, lasting until approximately 2006 when he relocated to VA, to attend school. From approximately age 14 to 15, the defendant laced marijuana with cocaine, but he stopped doing so, because he did not like the effects. After discontinuing the use of marijuana while attending college, the defendant developed a daily habit of alcohol consumption from approximately 2006 to 2007, while in VA. The defendant reports using marijuana occasionally and last used 2 days prior to his arrest. He does have prior convictions pertaining to marijuana.]

### Verification of a Pattern of Use of Drugs/Alcohol

YES : PSR includes "documentation to verify the inmate's use of specific drugs" and "which can establish a pattern of substance use or dependence" (P5330.11) suggesting he "may have a problem with alcohol or drug use" within the 12 months prior to his arrest.

He was arrested on [04/27/2017].

Projected Release Date is [11/30/2025]

### Assurance of Cognitive (8th Grade) Ability

A review of records indicates that there IS NO documented evidence of cognitive impairment, learning disability, and/or language barrier which would impede the inmate from participating in RDAP in the language in which it is offered.

### Factors Precluding Participation (If Applicable)

None Known

### Ability to Complete All Components

The inmate IS able to complete all components of RDAP including community TDAT (i.e. no known detainers, no pending charges, not an INS detainee, not a pretrial inmate, not a contractual boarder, did not commit his Federal Offense before November 1, 1987 or his DC offense before August 5, 2000).

The Inmate WILL be referred to the DAPC for clinical interview.

Completed by Levister, J. MA/DTS on 09/11/2019 10:15

# Bureau of Prisons
# Psychology Services
# Intake Screening

**SENSITIVE BUT UNCLASSIFIED**

| | | | |
|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | Reg #:   17358-171 |
| Date of Birth: | 1985 | Sex:  M    Facility:  ATL | Unit Team:   B UNIT |
| Date: | 07/30/2019 15:14 | Provider:  Gardner, N. JD/PhD | |

## Limits of Confidentiality

Limits of confidentiality were reviewed with inmate JUDGE. He expressed an understanding of the limits of confidentiality and consented to be interviewed.

## Data Source(s)

The following data sources were reviewed in conjunction with this Initial Intake Evaluation: Self-Report, PSR, SENTRY, Other.

- Medical records
- Psychology Services Inmate Questionnaire (PSIQ)

## Mental Health History and Current Symptoms

A history of mental health issues was noted: Other.

Inmate is a 34-year-old African American male previously on supervised release (11-14-2012 to 10-19-2018). His PSR does not note a history of psychiatric problems. On the PSIQ, Inmate denied a history of psychiatric diagnosis, treatment, and hospitalization. As of this screening, he was not assigned a psychiatric diagnosis or prescribed psychiatric medication.

A history of prior mental health treatment was noted: Other.

See History of Mental Illness

No current mental health symptoms were noted.

Suicidal ideation, attempts, or self-harm were noted: Other.

None known.

## Substance Abuse

A history of substance abuse was noted: Alcohol, Marijuana, Cocaine/Crack.

A history of substance abuse treatment was noted: Outpatient Counseling/Psychotherapy.

Per PSR Inmate reported a history of outpatient drug treatment.

## Sex Offenses

No sexual offense convictions were noted.

A history of sexual predation in a correctional setting was noted: Other.

None known.

## Relevant Psychosocial History

Noteworthy psychosocial issues: Criminal History.

Per Inmate's 2019 PSR he was convicted of Using and Carrying a Firearm in Furtherance of a Drug Trafficking Crime. As of the posting of this note, his Projected Release Date was unknown.

## Adjustment to Incarceration

No adjustment to incarceration concerns.

## Findings

Care Level:    CARE1-MH

Inmate was designated to this facility on CARE1-MH status. He has no known history of psychiatric diagnosis, treatment, or hospitalization. Inmate denied past and current suicidal or self-injurious thoughts, intent, or behavior. He also denied current mental health issues, concerns, and his mental status was unremarkable. Based on this information, Inmate has no significant mental health history or current mental health issue(s) requiring regular Psychology Services contact. Thus, it is recommended that Inmate remain on CARE1-MH status.

## Recommendations

The following psychological services are recommended: Drug Treatment Program.

Inmate endorsed interest in, and will be referred to, drug treatment programming.

Completed by Gardner, N. JD/PhD on 08/02/2019 12:13

# Bureau of Prisons
## Psychology Services
### CTP - General Administrative Note

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Facility: | BUH | Unit Team: | NA |
| Date: | 02/27/2019 10:46 | Provider: | McPhatter, Johnika Psych Tech | | | | |

**Comments**

Forensic Evaluation 2019.

Completed by McPhatter, Johnika Psych Tech on 02/27/2019 10:49

# Bureau of Prisons
# Psychology Services
# PSIQ Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Facility: ATL | Unit Team: | DET 2 |
| Date: | 02/12/2019 10:02 | Provider: | Chakos, Derek PsyD/DAP | | | |

### Comments

Inmate JUDGE was seen to assess his mental status and to review his responses to statements on the Psychology Services Inmate Questionnaire (PSIQ). On the PSIQ, he denied CURRENT mental health concerns and stated that he is adjusting well to incarceration. He denied interest in Psychology Services at this time. Additionally, he denied a history of psychiatric hospitalizations, past or present self-injurious behavior, and past or present suicidal ideation, intent, or gestures.

Inmate JUDGE appeared oriented on all spheres, alert, cooperative, and appropriately groomed in prison issued attire. Affect appeared euthymic and mood congruent. There was no evidence of psychomotor agitation or retardation, and gait was unremarkable. Attention, concentration, and memory functioning appeared intact. Rate, tone, and volume of speech appeared within normal limits. Speech was lucid and coherent. Thought content was logical, linear and goal directed. No overt evidence of unusual perceptual experiences (hallucinations) or unusual/bizarre belief systems (delusions) were observed or reported. No overt signs of mania was observed or reported. No problems with sleep or appetite were reported. He denied current suicidal/self-injurious ideation, intent, or plan. He also denied current homicidal ideation, intent, or plan.

Inmate JUDGE was provided brief supportive counseling to assist with his overall adjustment to incarceration. Coping skills were reviewed, to which he was receptive. Additionally, he was informed of the procedures for contacting Psychology Services in emergency and non-emergency situations. Follow up will be provided on an as needed basis.

Completed by Chakos, Derek PsyD/DAP Coordinator on 02/12/2019 10:07



# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

**\*\*\* Sensitive But Unclassified \*\*\***

| | | |
|---|---|---|
| **Name** JUDGE, RASHAUN | **Facility** USP Atlanta | **Collected** 08/20/2019 09:35 |
| **Reg #** 17358-171 | **Order Unit** R01-001L | **Received** 08/21/2019 10:31 |
| **DOB** 1985 | **Provider** D. Martin, MD | **Reported** 08/21/2019 12:32 |
| **Sex** M | | **LIS ID** 205191930 |

| HIV | | |
|---|---|---|
| HIV 1/2 | Negative | Negative |

Screening test - See confirmatory testing for Reactive results

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/21/2019 12:39 | Provider: | Lab Result Receive | Facility: | ATL |

**Cosigned by Martin, D. MD/CD on 08/22/2019 08:12.**



ID: 17358171
DOB: '1985 (34 yr)
Gender: Male

Name: Judge, Rashaun
Comments:

8/23/2019 7:23:11 AM

P/PR: 114/202 ms
QRS: 72 ms
QT/QTc: 378/399 ms
P/QRS/T Axis: 46/85/-57 deg
Heart Rate: 67 BPM

sinus rhythm
vertical axis
very marked mid- and left-precordial repolarization disturbance, consider
  ischemia, LV overload and/or digitalis
very large negative T in V3
  with large negative T in V4 V5 V6
marked inferior repolarization disturbance, consider ischemia, LV overload
  and/or digitalis
large negative T in aVF
  with negative T in II III
Abnormal ECG

Unconfirmed Report

Version 2.6.0

198

25 mm/s    10 mm/mV    Frequency Response [0.5-35] Hz  60 Hz

ID:        17358171       Name:      Judge, Rashaun
DOB:       1985 (34 yr)   Comments:
Gender:    Male

8/23/2019  7:23:39 AM

| | |
|---|---|
| P/PR: | 112/202 ms |
| QRS: | 72 ms |
| QT/QTc: | 378/402 ms |
| P/QRS/T Axis: | 50/86/-55 deg |
| Heart Rate: | 68 BPM |

sinus rhythm
vertical axis
very marked mid- and left-precordial repolarization disturbance, consider
  ischemia, LV overload and/or digitalis
  very large negative T in V3
  with large negative T in V4 V5 V6
marked inferior repolarization disturbance, consider ischemia, LV overload
  and/or digitalis
  large negative T in aVF
  with negative T in II III
Abnormal ECG

Unconfirmed Report



25 mm/s        10 mm/mV    Frequency Response [0.5-35] Hz  60 Hz

Version 2.6.0

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | JUDGE, RASHAUN ALLEN | | | Reg #: | 17358-171 |
| Date of Birth: | 1985 | Sex: | M | Race: | BLACK |
| Scanned Date: | 08/23/2019 11:39 EST | | | Facility: | ATL |

**Reviewed by Martin, D. MD/CD on 08/26/2019 14:09.**

BP-A0618
JUN 16
U.S. DEPARTMENT OF JUSTICE

## A&O DENTAL EXAMINATION
### (Initial Clinical Dental Findings)

FEDERAL BUREAU OF PRISONS



| Occlusion: | | | |
|---|---|---|---|
| Oral Hygiene: | Good | Fair | Poor |
| | | ✓ | |

| CPITN: | | | |
|---|---|---|---|
| | / | / | / |
| | / | / | / |

Head & Neck / Soft Tissue:

W N C

| D: 0 | Classification: |
|---|---|
| M: 0 | |
| F: 6 | Pain Scale:  0/10 |

Teeth numbering:
RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

YCM    YCM   (upper)
YCM (lower)

| Dental Prostheses at Intake: | Comments: |
|---|---|
| Yes  (No) | Yellow colored metal Crowns |
| Type: | 7, 10, 23 - 26 |
| Age: | |
| Condition: | |
| Intra-oral Photos Taken: | Radiographs Taken: (Document findings on A&O encounter) |
| Yes  (No) | Yes  (No) |
| Instructed how to obtain urgent and non-urgent dental care: | (Yes)    No: |
| Treatment Priorities:  (None) | Non-urgent:    Urgent: Referred to Sick Call: |
| Radiographs authorized:  | Prophylaxis authorized:  (Yes)    No |
| PAs: ✓ | (Approval valid 18 months from examination date) |
| BWs: ✓ | |
| Panorex: ✓ | |

| Patient Name:  Rudge, Rashawn | Dentist Signature: |
|---|---|
| Register Number:  17358-171 | Institution:  USP ATL | Date:  8-8-19 | Signature Block/Stamp: CAPTAIN C. Peterson, DMD  Chief Dental Officer  USP/FPC Atlanta |

Prescribed by P6400

Replaces BP-A0618 of JUN 10

U.S. Department of Justice
United States Marshals Service

# Prisoner in Transit Medical Summary

APW

## IDENTIFYING INFORMATION

Name (Last, First, MI): Jorge Rashawn A

Age: 34   Gender: ☒ M   ☐ F   DOB: ___ 85

USMS #: 17358171   Departure Date: 7/24/19

Departed From: ICDC

Designated To: JPAT

Mode of Transport (Check all that apply): ☒ Air   ☐ Ground

## CURRENT MEDICAL ISSUES

Check all that apply to the prisoner and explain in the comments section:

☐ Hospitalizations within past month
☐ Seizure activity within past month
☐ Seizure disorder requiring medications
☐ Limited mobility (crutches, wheelchair)
☐ Has hard or air cast, splint or brace
☐ Prescription narcotic pain medications dispensed for travel
☐ Suicide watch/psychiatric decompensation within past month

☐ Contagious illness or quarantine within past month
☐ Cardiac chest pain within past month
☐ Stroke within past month
☐ Surgery within past month
☐ Diabetes requiring insulin or other medications

FEMALE PRISONERS: Is prisoner pregnant?

☐ NO   ☐ YES   If yes, how many weeks? ___

## CURRENT ALLERGIES (including food, bug, etc.)

NKDA

## OTHER MEDICAL PROBLEMS

NONE

## TUBERCULOSIS SCREENING

Tuberculosis Skin Test (TST) / PPD:

Date Placed: 3/1/19   Date Read: 3/3/19   Size in mm: 0mm

Tuberculosis Blood Test / IGRA (if applicable):

☐ Positive   Date: ___
☐ Negative
☐ Indeterminate / Borderline

Chest x-ray done within past year (if indicated):

Date: ___   Results: ___

Prisoner is cleared for transfer:

☐ NO
☒ YES

## SICKLE CELL SCREENING

Prisoner has a history of (check appropriate box):

☐ Sickle Cell Disease
☐ Sickle Cell Trait
☒ No History of Disease or Trait

If prisoner has disease or trait and is traveling by air, has JPATS Sickle Cell Protocol and Clearance been completed?

☐ NO   ☐ YES   Attach clearance to transfer summary

---

THIS PRISONER IS MEDICALLY CLEARED FOR TRAVEL

Name (Print): Danika R. Montgomery   Title: RN DSM

Signature: ___   Date: 7/23/19   Phone Number: 229-468-4121

Page ___ of ___

Form USM-553
Rev. 02/15

BP-S360 . 060          **HEALTH INTAKE ASSESSMENT/HISTORY** CDFRM          PART 2

HEALTH CARE PROVIDER: Please complete the following:

| Inmate Name: Judge | Register No: 17358-171 | Institution: *USP ATL* |
|---|---|---|

A. INMATE NEEDS FOLLOW-UP FOR THE FOLLOWING: (Provider will review inmate responses and comment where necessary)

| ISSUE OR CONDITION | COMMENTS   (Indicate if urgent treatment is necessary) |
|---|---|
| Infectious disease:         ☐ Yes    ☐ No<br>Draining skin lesions:    ☐ Yes    ☐ No<br>Signs of lice?               ☐ Yes    ☐ No<br>Signs of scabies?          ☐ Yes    ☐ No | |
| ☐ Skin condition: Include trauma markings, bruises, jaundice, recent tatoos, needle mark, or other indications of drug use | |
| ☐ Drug/alcohol withdrawal | |
| ☐ Mental Health Issues | Denta) |
| ☐ Pain Management | |
| ☐ Physical disabilities/deformities | |
| ☐ Cardiovascular disease | |
| ☐ Diabetes | |
| ☐ Asthma | |
| ☐ Cancer | |
| ☐ Dental problems | |
| ☐ OB/Gyn | |
| ☐ Other: _____ | |

B. OTHER COMMENTS OR PHYSICAL FINDINGS: (Record vital signs if indicated)

| Cleared for Transfer:              YES    or    NO |
|---|
| |
| |
| |
| |

C. ☐ MEDICATION AND OTHER ORDERS WRITTEN ON SF-600 FORM

D. ☐ MEDICATION CONSENT FORMS SIGNED

E. ☐ INSTRUCTED INMATE HOW TO OBTAIN MEDICAL DENTAL AND MENTAL HEALTH SERVICES

| Provider Signature:   7/24/19 | Printed Name/Credentials: N. Smith, RN |
|---|---|

HEALTH INTAKE ASSESSMENT/HISTORY CDFRM                    PART

BP-A0360
JUN 10

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Inmate Name: RASHAUN JUDGE | Register No: 17358-171 | Institution: At USP |
|---|---|---|

Inmate Received From:   ☐ Court   ☒ Jail   ☐ Self-surrender   ☐ Other _____

INMATE: PLEASE COMPLETE ITEMS 1-14.
For non-English speaking, template provided in:   ☐ Spanish   ☐ Other _____

1. MEDICATIONS: Please list all current medications, doses, and date/time last taken: _____

N/A

2. ALLERGIES: Please check any allergies you have had.

| ☐ Medications: |
|---|
| ☐ Foods (list): _____    ☐ Other: |

3. MEDICAL ILLNESSES: Please check any conditions you currently have or have had in the past.

| ☐ Heart attack/disease | ☐ Blood clot | ☐ Angina | ☐ Diabetes | ☐ Sickle cell disease |
|---|---|---|---|---|
| ☐ Lung disease | ☐ Asthma | ☐ Stroke | ☐ High blood pressure | ☐ Seizures/Epilepsy |
| ☐ Cancer Type:_____ When:_____ | | ☐ Other _____ | | |

4. INFECTIOUS DISEASE: Please check any conditions you currently have or have had in the past.

| ☐ Positive TB skin test | ☐ Tuberculosis  ☐ Cough up blood  ☐ Persistent cough- how long?_____    ☐ Night sweats |
|---|---|
| ☐ Chickenpox or shingles | ☐ Gonorrhea | ☐ Chlamydia | ☐ Do you currently have a rash, open sore or wound?  Where: _____ |
| ☐ HIV (how long) _____ | ☐ Hepatitis (Type):_____ | ☐ Herpes | ☐ Blood transfusion |
| ☐ Recent travel outside US: When: _____ Where: _____ | ☐ Syphilis ☐ Treated? When: _____ Where: _____ | | When: _____ Why: _____ |

Are you at risk for HIV and/or hepatitis due to sharing needles, high-risk sex or tattooing?
☐ Yes   ☒ No   ☐ Don't know
(If you do not know, please discuss any concerns with a health care provider and request testing if appropriate)

5. NERVOUS CONDITIONS: Please check any conditions you currently have or have had in the past.

| Have you ever had a mental illness?   ☒ No   ☐ Yes      Specify: , |
|---|

| ☐ Suicidal thoughts When: _____ | ☐ Head injury When: _____ How: _____ | ☐ Loss of Consciousness When: _____ How: _____ |
|---|---|---|
| ☐ Suicide Attempt      When: _____ | How: _____ | |

6. DRUGS AND ALCOHOL: Are you now using, or have you in the past used any of the following:

| SUBSTANCE | HOW USED (Needle, Smoked, Snorted, Pills) | DATE OF LAST USE |
|---|---|---|
| ☐ Tranquilizers (Valium, Xanax, etc) | | |
| ☐ Opiates (Heroin, Methadone, Oxycontin, Vicodin, other) | | |
| ☐ Barbituates (phenobarbital, Seconal, other) | | |
| ☐ LSD/Hallucinogens/PCP | | |
| ☐ Marijuana | | |
| ☐ Other | | |