```
EDGL5            *      INMATE DISCIPLINE DATA         *      09-10-2020
PAGE 001         *   CHRONOLOGICAL DISCIPLINARY RECORD  *      11:02:57


REGISTER NO: 17358-171 NAME..: JUDGE, RASHAUN ALLEN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 09-10-2020

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3394295 - SANCTIONED INCIDENT DATE/TIME: 04-30-2020 1330
DHO HEARING DATE/TIME: 06-05-2020 1045             DHO REPT DEL: 06-16-2020 1000
FACL/CHAIRPERSON.....: ATL/A. CANO
REPORT REMARKS.......: ADMITTED HE HAD A CELLPHONE. DROPED FROM SHORTS. CHARGER
                       IN WALL BELONGED TO HIS CELLPHONE
    108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
         DIS GCT   / 41 DAYS / CS
         COMP:030 LAW:P  DIS GCT WAS IMPOSED TO MEET YOUR SENTENCE
                         GUIDLINE.
         DS        / 30 DAYS / CS
                   FROM: 06-05-2020  THRU: 07-04-2020
         COMP:    LAW:   DS WAS IMPOSED AS A PUNISHMENT
         FF NVGCT  / 41 DAYS / CS
         COMP:030 LAW:P  FF VNGCT WAS IMPOSED TO MEET YOUR SENTENCE
                         GUIDLINE.
         LP COMM   / 6 MONTHS / CC
                   FROM: 06-05-2020  THRU: 12-04-2020
         COMP:    LAW:   LP COMM WAS IMPOSED TO DETER FUTURE MISCONDUCT
         LP PHONE  / 6 MONTHS / CC
                   FROM: 06-05-2020  THRU: 12-04-2020
         COMP:    LAW:   LP PHONE WAS IMPOSED TO DETER FUTURE MISCONDUCT
         MON FINE  / 100.00 DOLLARS / CS
         COMP:    LAW:   MON FINE WAS IMPOSED TO DETER FUTURE MISCONDUCT
                         $100 WAS LESS THAN 75% OF $904 ACCOUNT BALANCE
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3389481 - SANCTIONED INCIDENT DATE/TIME: 04-15-2020 1520
DHO HEARING DATE/TIME: 06-05-2020 1040             DHO REPT DEL: 06-16-2020 1000
FACL/CHAIRPERSON.....: ATL/A. CANO
REPORT REMARKS.......: ADMITTED HE HAD A CELLPHONE CONCEALED IN WAISTBAND AND
                       4 PACKS NEWPORTS IN HIS LOCKER, & 2 CHARGES IN TRASH CAN
    108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
         DIS GCT   / 41 DAYS / CS
         COMP:030 LAW:P  DIS GCT WAS IMPOSED TO MEET YOUR SENTENCE
                         GUIDLINE.
         DS        / 30 DAYS / CS
                   FROM: 07-05-2020  THRU: 08-03-2020
         COMP:    LAW:   DS WAS IMPOSED AS A PUNISHMENT
         LP COMM   / 6 MONTHS / CC
                   FROM: 12-05-2020  THRU: 06-04-2021
         COMP:    LAW:   LP COMM WAS IMPOSED TO DETER FUTURE MISCONDUCT
         LP PHONE  / 6 MONTHS / CC
                   FROM: 12-05-2020  THRU: 06-04-2021
         COMP:    LAW:   LP PHONE WAS IMPOSED TO DETER FUTURE MISCONDUCT




G0002      MORE PAGES TO FOLLOW . . .
```

```
EDGL5          *      INMATE DISCIPLINE DATA        *     09-10-2020
PAGE 002 OF 002 *   CHRONOLOGICAL DISCIPLINARY RECORD *   11:02:57

REGISTER NO: 17358-171 NAME..: JUDGE, RASHAUN ALLEN
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-10-2020

DHO HEARING DATE/TIME: 06-05-2020 1040 REPORT 3389481 CONTINUED
   331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:030 LAW:P  DIS GCT WAS IMPOSED TO MEET YOUR SENTENCE
                         GUIDLINE.
        LP EMAIL   / 4 MONTHS / CS
                 FROM: 06-05-2020  THRU: 10-04-2020
        COMP:   LAW:   LP E-MAIL WAS IMOSED TO DETER FUTURE MISCONDUCT
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3370764 - SANCTIONED INCIDENT DATE/TIME: 02-26-2020 1350
UDC HEARING DATE/TIME: 02-27-2020 1015
FACL/UDC/CHAIRPERSON.: ATL/B UNIT/G.CORNEJO
REPORT REMARKS.......: BCH UDC FINDS THIS INMATE GUILTY OF THIS CHARGE.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP OTHER   / 14 DAYS / CS
                 FROM: 02-27-2020  THRU: 03-11-2020
        COMP:   LAW:   LOSS OF E-MAIL




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```