UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 2:17-cr-00301 |
| | ) | |
| | ) | |
| | ) | NOTICE OF APPEARANCE |
| vs. | ) | |
| | ) | |
| | ) | |
| RASHAUN ALLEN JUDGE | ) | |

    I, Alicia Vachira Penn, hereby notify this Honorable Court that I will appear on behalf of the defendant in the above-named case.

    Please direct any correspondence in this matter to me.

    Respectfully submitted,

/s/Alicia Vachira Penn
Alicia Vachira Penn, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Post Office Box 876
Charleston, SC 29402
Attorney ID #11825

September 16, 2020